NS:plt

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-MJ-03119-TORRES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FRANCISCO CONVIT GURUCEAGA, ET AL.

    Defendants.
_____/

## NOTICE OF LIS PENDENS RE: FORFEITURE

**GRANTEE(S):   PALADIUM REAL ESTATE GROUP LLC**

**TO**:  ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR GRANTEES ANY INTEREST IN THE REAL PROPERTY DESCRIBED HEREIN.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of Fla. Stat. § 48.23 as made applicable hereto by the provisions of 28 U.S.C. § 1964, that on July 23, 2018, the United States filed a criminal Complaint in the United States District Court for the Southern District of Florida in the foregoing action.  Pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1), the United States of America may seek to forfeit the real property which is commonly known as: 18555 Collins Avenue, Unit 2205, Sunny Isles Beach, Florida 33160-2403, and which is more fully described as:

*Unit 2205 of 18555 Collins Avenue Condominium, a Condominium, according to the Declaration of Condominium thereof, recorded on December 13, 2012 in Official Records Book 28399, Page 2439, of the Public Records of Miami Dade County, Florida, and all amendments thereto, together with its undivided share in the common elements.*

*Parcel Identification Number:   31-2202-050-1010*

                                                Respectfully submitted,

                                                BENJAMIN G. GREENBERG
                                                UNITED STATES ATTORNEY

This instrument was
prepared by

                          By:   s/ Nalina Sombuntham
                                  Nalina Sombuntham (Fla. Bar No. 96139)
                                  Assistant United States Attorney
                                  E-mail: nalina.sombuntham2@usdoj.gov
                                  99 N.E. 4th Street, 7th Floor
                                  Miami, Florida   33132-2111
                                  Telephone:   (305) 961-9224
                                  Facsimile:    (305) 536-7599