

October 17, 2018

To Whom It May Concern
United States Magistrate Judge
Wilkie D. Ferguson, Jr. United State Courthouse
400 North Miami Avenue Miami, Florida 33128
Re: Case No. 18-CR-20685-Williams/Torres

My name is Diego Firpo. I'm 31 years old, and I'm from Argentina. I've been involved with TECHO- a youth-led nonprofit organization that brings together young volunteers and families living in poverty to transform slums into thriving communities across Latin America- for over 10 years. I joined as a volunteer in my home country in 2007, and since 2011 I've held different full-time positions in Argentina (2011), Chile (2012-2014) and also in the US (2014-2018).

Gustavo Hernandez Frieri is one of the most generous, reliable, courteous, unassuming and, specially, consistent people I've ever met. I met Gustavo for the first time in 2014, when I was appointed the position of Program Manager/CEO in the US. When I arrived, my predecessor at TECHO mentioned many of the characteristics listed above. He specially highlighted how supportive Gustavo had been to the organization during his tenure, almost since TECHO's inception in the US. I, of course, thought he was exaggerating. But after 4 years of working side-by-side with Gustavo, I can't agree more with that description.

TECHO owes most of its' accomplishments in the US to Gustavo's generosity. And I'm not referring particularly to donations made but him and his family, but to his acts. Since Gustavo heard about TECHO's work for the first time, he has worked tirelessly and consistently to help grow TECHO's community in the US, trying to involve every single person in his network. In fact, everyone who knows Gustavo well can tell how persistent and committed he can be when finding a passion or cause worth pursuing.

Both in 2012 and early this year, he and Olympia, his wife, with the baptism of their children as a hook, organized building trips to Cartagena, Colombia. During these trips they would volunteer their time and raise funds to build transitional homes with TECHO for families living in slums. Over 100 people joined each trip. All of them spouses and children of Gustavo's and Olympia's closest friends/colleagues from the US, Latin America and Europe, who would also join the fundraising and volunteer efforts. Actually, the funds raised thanks to the 2012 trip helped TECHO establish an office in Cartagena.

Those trips had a ripple effect for TECHO in terms of engagement, fundraising and awareness both in Miami and New York.

Thanks to the impact that that first trip in 2012 had in the people who took part, TECHO was able to start organizing 2 to 10 tailor-made or institutional building trips per year to Latin America with different communities.

As a consequence, Elementary or High School students like Maia Mora and Nikki Jagid- among others- fell in love with TECHO and founded a TECHO club at their School to create awareness and raise funds to support TECHO's efforts. A few years ago, they were even selected to give a TED Talk about their experience with the organization. All these students will become prominent leaders when they grow older.

Moreover, if it hadn't been for those trips and for Gustavo's commitment to the cause none of TECHO's gala dinners in New York (5) and Miami (2) would have been as successful as they ended up being. Those events helped TECHO raise over $2.1 million, impacting thousands of families living in slums in Latin America.

It's now easy to list all these accomplishments but they certainly demanded an extraordinary effort. Gustavo was always "there" for TECHO. He would be available for TECHO's staff and me at any



time. If not available, he wouldn't take more than a few hours to call or write back. His commitment was really impressive. Most of the times it was not us, the full-time staff, but him who would help push TECHO's limits. You can ask anyone who has been a part of TECHO in the US and who has worked closely with Gustavo during all these years.

Last but not least, some words that come deep from my heart. I consider Gustavo my mentor and a role model. His example and teachings were key to my professional development and personal growth. I consider myself a better person and a better leader thanks to Gustavo. As you can imagine, reading his name in the news was a complete shock for me. Because during the past 4 years I've known only one Gustavo Hernandez: the honest, caring and consistent person described above.

Thank you for taking your time to read my testimony and for all your work in this important time.

Respectfully Yours,

Diego Firpo

US Magistrate Judge Wilkie D. Ferguson
400 North Miami Avenue
Miami, FL 33128