**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-20685-CR-WILLIAMS**

**UNITED STATES OF AMERICA**

**v.**

**FRANCISCO CONVIT GURUCEAGA,**
**JOSE VINCENTE AMPARAN CROQUER,**
    *a.k.a., "Chente,"*
**CARMELO ANTONIO URDANETA AQUI,**
**ABRAHAM EDGARDO ORTEGA,**
**GUSTAVO ADOLFO HERNANDEZ FRIERI,**
**HUGO ANDRE RAMALHO GOIS,**
**MARCELO FEDERICO GUTIERREZ ACOSTA Y LARA, and**
**MARIO ENRIQUE BONILLA VALLERA,**

    **Defendants.**
_____/

## NOTICE REGARDING PROTECTIVE ORDER [ECF NO. 32]

In an abundance of caution, the United States provides the following notice regarding Defendant Gustavo Adolfo Hernandez Frieri's ("Defendant Hernandez Frieri") attempts to access a financial account subject to the Protective Order for Assets Subject to Forfeiture ("Protective Order") [ECF No. 32]:

1. On July 23, 2018, Defendant Hernandez Frieri was charged by Criminal Complaint with conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h), and interstate and foreign travel in aid of racketeering enterprises, in violation of 18 U.S.C. § 1952. Criminal Complaint, ECF No. 3.

2. Defendant Hernandez Frieri was subsequently arrested by Italian authorities.

3. After his arrest, on or about August 13, 2018, in an e-mail with the subject line "RE: GSTF individuals that need CNB – GSTF accounts access," Defendant Hernandez Frieri

1

requested that City National Bank grant another individual access to accounts held by Global Securities Trade Finance ("GSTF") and send his (Defendant Hernandez Frieri's) access credentials to him in a separate e-mail.

4. On August 16, 2018, a federal grand jury returned an Indictment charging Defendant Hernandez Frieri on one count of conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(h), two counts of laundering of monetary instruments in violation of 18 U.S.C. § 1956(a)(1)(B), and one count of promotional money laundering in violation of 18 U.S.C. § 1956(a)(2)(A). Indictment, ECF No. 19. The Indictment appears to have been docketed the following day, on August 17, 2018. *See id.*

5. Both the affidavit supporting the Criminal Complaint and Indictment referenced GSTF, and alleged that its accounts were used in furtherance of the laundering conspiracy. Specifically, in charging Defendant Hernandez Frieri, Counts 2 and 3 of the Indictment identified specific transfers from City National Bank.

6. On August 20, 2018, the Court entered the Protective Order, which specifically restrained and enjoined account number 1466054 at City National Bank (hereinafter referred to as "GSTF CNB Account 6054"). *See* Protective Order 5 (item c.). The Protective Order appears to have been docketed on August 21, 2018. *See id.*

7. On August 23, 2018, a copy of the Protective Order was served on City National Bank.

8. On August 23, 2018, defense counsel for Defendant Hernandez Frieri, who had previously contacted counsel for the United States, entered Notices of Appearances. *See* Notices of Appearances, ECF Nos. 33 and 34.

9. On or about August 23, 2018, after the return of the Indictment, Defendant Hernandez Frieri followed up with City National Bank on his request for account access, referring to "a voicemail yesterday and another one day [*sic*]" that he left with a representative. He also had sent prior follow-up e-mails on or about August 15, 20, and 21, 2018.

10. In a letter dated September 6, 2018, counsel for GSTF again followed up with City National Bank on Defendant Hernandez Frieri's request for account access, noting GSTF's multiple accounts at City National Bank, including the restrained GSTF CNB Account 6054. The letter stated:

> As you are well aware, the Directors of the Fund [GSTF] and GSA GP have attempted to contact you at City National Bank via phone, electronic mail, and certified mail, on multiple occasions over the past 4 weeks to no avail. The Directors of the Fund [GSTF] have left for you multiple voicemails as well as messages with your office, on a weekly basis for the past month. On the sole occasion in which you responded and requested a letter be sent in original copy along with support documentation, this letter and the support documentation was sent via certified mail and we have confirmation this letter was received by City National Bank on August 23, 2018.
>
> Notably, the lack of response from City National Bank has begun to adversely affect the Fund's [GSTF's] ability to operate. For example, the Fund has requested various payments to be made (such as to the Cayman registry), has requested that [an individual] be granted upload credentials, and to resend Gustavo Hernandez's credentials. Again, the Fund [GSTF] has not received any responses to these requests.

11. Defendant Hernandez Freiri was a director of GSTF and GSA GP. The Protective Order enjoined and restrained Defendant Hernandez Frieri, including his agents and representatives, from "selling, transferring, assigning, pledging, distributing, giving away, encumbering, or otherwise participating in the dissipation, disposal (by transfer of stock or otherwise), or removal from the jurisdiction of this Court" of all assets on deposit in GSTF CNB Account 6054.

12. It is the undersigned counsel's understanding that Defendant Hernandez Frieri was aware of the Protective Order before obtaining counsel for GSTF. Neither defense counsel nor counsel for GSTF initiated contact with the United States regarding Defendant Hernandez Frieri's request for access to GSTF accounts at City National Bank, including the restrained GSTF CNB Account 6054.

13. Pursuant to 18 U.S.C. § 981(a)(1)(C), made criminally applicable by 28 U.S.C. § 2461(c), property, real or personal, which constitutes or is derived from proceeds traceable to obstruction in violation of 18 U.S.C. § 1512 is subject to forfeiture. Obstruction of forfeiture is also a violation of 18 U.S.C. § 2232.

14. Counsel for the United States has since communicated with both defense counsel and counsel for GSTF regarding account access at City National Bank, and they have assured the United States that they do not seek to undermine the Protective Order. In addition, counsel for GSTF has provided some documentation in response to inquiries from the United States.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:  *s/ Nalina Sombuntham*
Nalina Sombuntham
Assistant United States Attorney
Fla. Bar No. 96139
99 N.E. 4th Street, 7th Floor
Miami, Florida  33132-2111
Telephone:  (305) 961-9224
Facsimile:    (305) 530-6166
nalina.sombuntham2@usdoj.gov