UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20685-cr-WILLIAMS/TORRES

UNITED STATES OF AMERICA,

     Plaintiff,

v.

GUSTAVO ADOLFO HERNANDEZ
FRIERI, et al.,

     Defendants.

_____/

**DEFENDANT GUSTAVO ADOLFO HERNANDEZ FRIERI'S
NOTICE OF STATUS OF DEFENDANT**

Defendant, Gustavo Adolfo Hernandez Frieri, through undersigned counsel, hereby notifies the Court as follows. In January 2019, Mr. Hernandez Frieri directed his lawyers in Italy to refrain from further appeals as to his extradition and to facilitate his return to the United States. Mr. Hernandez Frieri had been released to home confinement in Messina, Sicily, shortly after his arrest in July 2018 and remained at liberty pending extradition rulings until he was recently taken by Italian authorities to Rome. This morning U.S. authorities came to Mr. Hernandez Frieri's residence in Rome, to where he had been again released by the Italian Court, and took Mr. Hernandez Frieri into custody and stated they were taking him to the airport in Rome for return to the United States. Undersigned anticipates that Mr. Hernandez Frieri will be in Miami in the next days for his initial appearance, bond hearing and arraignment.

Dated: May 2, 2019

                                           *s/ Michael S. Pasano*
                                           Michael S. Pasano (475947)
                                           Email:  mpasano@carltonfields.com
                                           Michael D. Padula (314810)
                                           Email: mpadula@carltonfields.com
                                           CARLTON FIELDS

100 SE Second Street, Suite 4200
Miami, Florida 33131
Tel:     (305) 530-0050
Fax:     (305) 530-0055
*Counsel for Defendant, Gustavo Adolfo*
*Hernandez Frieri*