UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20685-cr-WILLIAMS/TORRES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GUSTAVO ADOLFO HERNANDEZ
FRIERI, et al.,

    Defendants.
_____/

## JOINT STIPULATION AND MOTION

The United States of America and Defendant Gustavo A. Hernandez Frieri, through counsel, jointly file this stipulation and motion to reset the detention/bond hearing in this case to Friday, May 17, 2019. The parties understand and agree that Defendant Hernandez Frieri will remain detained without bond until May 17, 2019. The parties stipulate that this agreement is without prejudice to either party arguing for detention or for bond on May 17, 2019. Undersigned counsel for Defendant Hernandez Frieri represents he has consulted with his client and Mr. Hernandez Frieri agrees to this stipulation and motion.

WHEREFORE, the parties respectfully request that the detention/bond hearing and arraignment be reset to Friday, May 17, 2019.

Dated: May 9, 2019

    *s/ Michael S. Pasano*
    Michael S. Pasano (475947)
    Email: mpasano@carltonfields.com
    Michael D. Padula (314810)
    Email: mpadula@carltonfields.com
    CARLTON FIELDS
    100 SE Second Street, Suite 4200
    Miami, Florida 33131
    Tel:    (305) 530-0050
    Fax:    (305) 530-0055
    *Counsel for Defendant, Gustavo Adolfo Hernandez Frieri*

116062411_1