UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20685-cr-WILLIAMS/TORRES

UNITED STATES OF AMERICA,

     Plaintiff,

v.

GUSTAVO ADOLFO HERNANDEZ
FRIERI, et al.,

     Defendants.

_____/

**DEFENDANT GUSTAVO HERNANDEZ FRIERI'S UNOPPOSED MOTION
TO CONTINUE TRIAL DATE SET HEREIN AND FOR RELATED RELIEF**

Defendant Gustavo Hernandez Frieri, through undersigned counsel, hereby moves the Court to continue the trial date recently scheduled in this case and to reset other deadlines, and in support, states as follows:

1.    Defendant Hernandez Frieri was arraigned on May 17, 2019. He was ordered released on bond that same day.

2.    Trial has now been scheduled for the trial period commencing on June 24, 2019. A calendar call is set for June 18.

3.    Undersigned is coordinating the receipt of discovery in this case and has been advised it is massive. Included will be approximately twenty recordings in which Defendant Hernandez Frieri is a participant. These conversations are in Spanish, and will take time to translate and analyze.

4.    Trial will take several weeks at a minimum and entail testimony from many people traveling from outside Florida and outside the United States.

116062411_1

5.      Under all the circumstances, undersigned believes trial preparation will take a significant period of time, and accordingly asks this Court to continue the trial setting in this matter, and to reset trial to a date certain on or after Monday, January 13, 2020.

6.      Defendant Gustavo Hernandez Frieri hereby waives his speedy trial rights to allow for such a trial setting.

7.      In addition, undersigned asks the Court to reset other deadlines in the case accordingly. In particular, undersigned asks that any motions due dates be extended given the scope of discovery and a deadline for filing motions be set for on or after Friday, September 20, 2019.

8.      Undersigned has spoken with AUSA Michael Nadler, who agrees with Defendant's requests.

WHEREFORE, Defendant Gustavo Hernandez Frieri respectfully moves this Court to continue the trial and other deadlines, as set forth in this motion.

Dated: June 5, 2019

*s/ Michael S. Pasano*
Michael S. Pasano (475947)
Email:  mpasano@carltonfields.com
David W.A. Chee (109659)
E-mail: dchee@carltonfields.com
CARLTON FIELDS
100 SE Second Street, Suite 4200
Miami, Florida 33131
Tel:    (305) 530-0050
Fax:    (305) 530-0055
*Counsel for Defendant, Gustavo Adolfo*
*Hernandez Frieri*