**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 18-CR-20685-WILLIAMS(s)

**UNITED STATES OF AMERICA**

vs.

**GUSTAVO HERNANDEZ FRIERI,**

    **Defendant.**
_____/

### JOINT MOTION FOR CONTINUANCE OF SENTENCING AND SCHEDULING

    Counsel for Defendant and the United States of America, by and through the undersigned Assistant United States Attorney, (collectively, "the Parties") respectfully and humbly request that the Court extend the trial date and request that all current deadlines be extended. In support thereof, the United States of America states the following:

    1.    The Parties have been in continuous talks about a resolution of this case. These talks have been ongoing but are coming to end. Because of the impending storm, talks have been paused until next week. Because of this unforeseen delay and the pending deadline to submit the proposed voir dire questionnaire, the Parties are requesting an extension of all deadlines. Specifically, because of the extensive discovery and already scheduled travel, the Parties are asking to extend the deadline to file all pre-trial motions until November 5, 2019 and the proposed voir dire questionnaire be submitted by September 16, 2019.

    2.    In addition, because of the voluminous discovery, the complexity of the case, and holiday travel, the Parties would also like to continue the trial date until February 3, 2020.

WHEREFORE, the Parties request that this Honorable Court grant this Joint motion to continue the trial date until the week of February 3, 2020, extend the deadline to file the proposed voir dire questions until September 16, 2019, and extend the deadline to file all pre-trial motions until November 5, 2019.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY:   /s/ Michael B. Nadler
Michael B. Nadler
Assistant United States Attorney
Florida Bar No. 51264
JLK Federal Justice Building
99 Northeast 4th Street
Miami, Florida  33132-2111
Telephone:   305-961-9244
Facsimile:   305-530-7976
Email:       michael.nadler@usdoj.gov

/s/ Michael S. Pasano
Michael S. Pasano (475947)
Email: mpasano@carltonfields.com
Michael D. Padula (314810)
Email: mpadula@carltonfields.com
CARLTON FIELDS
100 SE Second Street, Suite 4200
Miami, Florida 33131
Tel:   (305) 530-0050
Counsel for Defendant, Gustavo Adolfo Hernandez Frieri

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed through CM/ECF and any attachments are being delivered by United States mail this 30th day of August, 2019 on all counsel of record or pro se parties.

                                            /s/**Michael B. Nadler**
                                            MICHAEL B. NADLER
                                            Assistant United States Attorney