UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 18-20685-CR-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ABRAHAM EDGARDO ORTEGA,

    Defendant.
_____/

## MOTION TO CONTINUE SENTENCING HEARING

COMES NOW the DEFENDANT, Abraham Edgardo Ortega, by and through his undersigned counsel and moves this Honorable Court to continue the sentencing hearing currently scheduled for September 12, 2019. In support of the motion, the Defendant states:

1. On October 31, 2018, the Defendant pled guilty to a one count Superseding Information which charges him with conspiracy to commit money laundering, in violation of Title 18, United States Code, Sections 1956(h) and 1957(a).

2. The sentencing hearing is scheduled for September 12, 2019.

3. As this Court was informed at the change of plea hearing, the Defendant is cooperating with the government. The cooperation is ongoing and will not be completed for some time. Most significantly, the Defendant's co-defendant Gustavo Hernandez Frieri has stated that he will be proceeding to trial in his case. Last week, on September 5th, this Court continued co-defendant Hernandez Frieri's trial to a specially set date to begin on February 3, 2020. The Defendant is fully expected to testify at the trial of co-defendant Hernandez Frieri and preparation for

same as already commenced. In addition, the Defendant is continuing cooperation in several other jurisdictions as well.

4. This motion is not being filed to create an unwarranted delay, on the contrary, undersigned counsel believes that this continuance will result in a more accurate representation of the Defendant and the full scale of his cooperation and will avoid piecemeal sentencing and resentencing hearings.

5. Undersigned counsel and Assistant United States Attorney Michael Nadler have conferred, and the government takes no position on this continuance.

6. Undersigned counsel requests a continuance to a date after the completion of the Defendant's cooperation and his trial testimony in February 2020. Thus, a sentencing date in approximately March 2020.

**WHEREFORE**, the Defendant, Mr. Ortega, respectfully requests that the sentencing hearing in this case be continued to a date after the completion of the trial of co-defendant Hernandez Frieri.

Respectfully submitted,

/s/Lilly Ann Sanchez
THE LS LAW FIRM
lsanchez@thelsfirm.com
Four Seasons Tower – Suite 1200
1441 Brickell Avenue
Miami, Florida 33131
Telephone: 305-503-5503
Counsel for Abraham Edgardo Ortega

L·S LAW FIRM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

s/ Lilly Ann Sanchez