# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CR-20685-WILLIAMS(s)

**UNITED STATES OF AMERICA**

vs.

**GUSTAVO HERNANDEZ FRIERI,**

    **Defendant.**

_____/

## JOINT REQUEST TO WITHDRAW REQUEST FOR JUROR QUESTIONNAIRE

Counsel for Defendant and the United States of America, by and through the undersigned Assistant United States Attorney, (collectively, "the Parties") hereby file this Joint Request to Withdraw Juror Questionnaire. The Parties are actively negotiating the final points of a proposed plea agreement and factual proffer. Therefore, the Parties no longer believe a juror questionnaire is necessary at this time. However, if anything changes, the Parties will immediately notify the Court.

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

BY:   /s/ Michael B. Nadler_____
    Michael B. Nadler
    Assistant United States Attorney
    Florida Bar No. 51264
    JLK Federal Justice Building
    99 Northeast 4th Street
    Miami, Florida  33132-2111
    Telephone:    305-961-9244
    Facsimile:    305-530-7976
    Email:    michael.nadler@usdoj.gov

/s/ Michael S. Pasano
Michael S. Pasano (475947)
Email:  mpasano@carltonfields.com
Michael D. Padula (314810)
Email: mpadula@carltonfields.com
CARLTON FIELDS
100 SE Second Street, Suite 4200
Miami, Florida 33131
Tel:    (305) 530-0050
Counsel for Defendant, Gustavo Adolfo Hernandez Frieri

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed through CM/ECF and any attachments are being delivered by United States mail this 16th day of September, 2019 on all counsel of record or pro se parties.

/s/**Michael B. Nadler**
MICHAEL B. NADLER
Assistant United States Attorney