UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20685-cr-WILLIAMS/TORRES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GUSTAVO ADOLFO HERNANDEZ
FRIERI, et al.,

    Defendants.
_____/

### MOTION TO WITHDRAW BY MICHAEL D. PADULA, ESQUIRE OF CARLTON FIELDS AS COUNSEL FOR DEFENDANT GUSTAVO ADOLFO HERNANDEZ FRIERI

1. The undersigned counsel for Defendant Gustavo Adolfo Hernandez Frieri ("Defendant"), Michael D. Padula, respectfully requests that the Court enter an order granting him leave to withdraw as counsel and discharging him from any further responsibility in this case.

2. Michael D. Padula will be leaving the firm Carlton Fields, effective September 23, 2019.

3. Michael S. Pasano of Carlton Fields will continue to represent Defendant in this matter.

4. On September 23, 2019, Michael D. Padula, Esquire served notice of its intention to withdraw on opposing counsel as required by Local Rule 11.1(d)(3).

5. The undersigned further requests that, upon the granting of this motion, all pleadings, motions, filings, and other documents in the lawsuit be served on Defendant at: Carlton Fields, 100 SE 2nd Street, Suite 4200, Miami, FL 33131 Attn: Michael S. Pasano, Esquire.

WHEREFORE, Michael D. Padula requests that the Court enter an order permitting him to withdraw as counsel of record for Defendant and granting such other and further relief as the Court deems just and proper.

Dated: September 23, 2019

*s/ Michael D. Padula*
Michael S. Pasano (475947)
Email: mpasano@carltonfields.com
Michael D. Padula (314810)
Email: mpadula@carltonfields.com
CARLTON FIELDS
100 SE Second Street, Suite 4200
Miami, Florida 33131
Tel: (305) 530-0050
Fax: (305) 530-0055
*Counsel for Defendant, Gustavo Adolfo Hernandez Frieri*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 23, 2019 a true and correct copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system and served on all counsel of record.

*s/ Michael D. Padula*
Michael D. Padula