**EXHIBIT 2**

# GS Trade Finance – Share Classes C and D *

- Total capital subscribed in GSTF Share Classes C and D amounted to $12mm:
    1. Share Class C: $7mm subscribed June 2016 by UBS Bank
    2. Share Class D: $5mm subscribed February 2017 by Deltec Bank

- GSTF Share Class C and Class D portfolio includes investments in:
    1. Credit assets secured by collateral in the form of either:
        a) auto loans
        b) consumer loans
        c) infrastructure bonds
        d) receivables
    2. Convertible preferred shares
    3. Cash and cash equivalents

- GSTF Class C and Class D also includes Ortega ▬▬▬▬ payments and expenses:
    1. Loan to ▬▬▬▬ LLC
    2. Loans to ▬▬▬▬ (Market Real Solutions, Corp.)
    3. Expenses paid by Class C on behalf of Ortega to his trustee and legal counsel
    4. Expenses due by the Share Classes and paid to third party service providers

**EXHIBIT 2**

1

* Copies of all documentation, inclusive of subscription contracts, investment documentation, etc., are available upon request.

**EXHIBIT 2**

# GSTF Share Class C and Class D Portfolio Investments *

1. Investments in Secured Credit Assets: USD $5.6MM

    a) USD $2.0MM Auto loan portfolio
    - Originator: Serfindata S.A.
    - Currency: COP denominated
    - Maturity: 04/17/2022 (quarterly amortization)

    b) USD $1.3MM consumer loan portfolio
    - Originator: Refinancia S.A.
    - Currency: COP denominated
    - Maturity: 06/30/2020

    c) USD $2MM infrastructure bonds
    - Issuer: Metrolinea (Municipality of Bucaramanga)
    - Currency: COP denominated
    - Maturity: 12/31/2020

    d) Ca. USD $300K Receivables
        i. USD $100K Alpha FP, LTD. – Matured
        ii. USD $50 GSM, LLC (Cesar Hernandez) – Matured
        iii. USD $150K Portfolio SAS – Maturity 11/16/2020

**EXHIBIT 2**

2

* Figures as of 12/31/2019 as per Apex Fund Services and P███ V███. For investments categorized as COP denominated, figures provided are USD equivalent as of 12/31/2019 exchange rate.

# GSTF Share Class C and Class D Portfolio Investments *

2. Investments in Convertible Preferred Shares: USD $2MM
   - Issuer: Domaine Select – Series A
     - Tranche 1: 9/22/2016 for USD $1 MM
     - Tranche 2: 10/23/2017 for USD $1 MM
   - Currency: USD denominated

3. Cash and Cash Equivalents: ca. USD $800k

**EXHIBIT 2**

3

* Figures as of 06/30/2018. Per Apex Fund Services, P▮▮ V▮▮ and CNB records.

# GSTF Share Class C and D Ortega/█████ Payments and Share Class Expenses

- Class C Ortega payments amount to ca. $2.8MM, including: *

    1. Loans to █████ (Market Real Solutions, Corp.): $2.7MM
    2. Fees paid by Class C on behalf of Ortega to his Trustee and Legal Counsel: ca. $100k

- Class D █████ payments amount to $400K, including:

    1. Loan to █████ LLC: $400K

- Expenses due by Share Class C and Share Class D paid to third party service providers, including fund administrator, auditor, registered agent, Cayman legal counsel, local legal counsel. **

\* Figures as of 06/30/2018. Per Apex Fund Services and CNB records.

\*\* Pending figures from accounting service provider.

**EXHIBIT 2**

4