|  |  |
|---|---|
| **From:** | Pasano, Michael S. |
| **To:** | Sombuntham, Nalina (USAFLS); Chee, David W.A.; Nadler, Michael (USAFLS) |
| **Subject:** | Fwd: AUSAs - information requested re. TF Fund (Class C/D shares) |
| **Date:** | Wednesday, June 24, 2020 9:36:42 PM |
| **Attachments:** | Financial Disclosure USDOJ.pdf |

Nalina, please see the attached in response to your email request to me in the Gustavo Hernandez matter. I urge a phone call or meeting where Mr. Hernandez can explain all this and answer any questions.
Regards,
M

Michael S. Pasano
Attorney at Law | Carlton Fields
Miami Tower
100 S.E. Second St., Ste. 4200 | Miami, Florida 33131-2113
Direct: 305.530.4064 | Fax: 305.530.0055
mpasano@carltonfields.com

-------- Original Message --------
From: Gustavo Hernandez <ghernandez@gsadvisors.net>
Date: Wed, Jun 24, 2020, 8:10 AM
To: "Pasano, Michael S." <mpasano@carltonfields.com>, "Chee, David W.A." <DChee@carltonfields.com>
Subject: AUSAs - information requested re. TF Fund (Class C/D shares)

Mike,
As per the AUSA's request, please find below the information regarding the GSTF Fund Class C/D portfolio.
As you know after my arrest in July 2018, I resigned as Director of all GS entities and funds inclusive of GSTF. Per our discussions, until the AUSAs instruct us as to how they wish to proceed with the asset recovery, I have not had any contact with the GSTF counterparts, the TF fund court-appointed liquidator (Alvarez & Marsal), or any of the +50 subscribers in the other 6 active TF share classes.
In this context, and since it has been +3 years these investments were made, please note certain of the contact information provided below may be stale.
If instructed to do so by the AUSAs, I would be eager to cooperate in this asset recovery effort in any capacity the AUSAs consider appropriate.

With regards to request # 1 below, specific contact information for each of the loans, it is as follows:

1. Serfindata S.A. ca. USD $2MM auto loan portfolio.

Loan initially disbursed via trust company Credicorp (NYSE: BAP) as onshore blocker. Post July-18, trust was unwound.

Originator: Serfindata was the largest auto(taxi) loan originator in Colombia. The CEO is J███ P███ ███@serfindata.com<███████████████>).

Collateral: auto loans (taxi vehicles and medallions). Note: I need to check status on LTV, collections, and covenant compliance.

Structure: quarterly principal amortization and interest payment. Note: I need to check current outstanding principal, net of payments received.

Currency: COP (Colombian Peso) denominated loan. Note: I need to check current USD equivalent.

**EXHIBIT 3**                                                                                                               **1**

**EXHIBIT 3**

1. Refinancia S.A. ca. USD $1.3mm NPL loan portfolio.

Via GSM SAS Colombia, onshore blocker to resolve for Central Bank FX exchange control filing, tax reporting and thin cap rules.

Legal representative for GSM SAS was GSTF Fund co-director, P▇▇ V▇▇ @accountincs.com<▇▇▇>).

P▇▇ resigned post July-18, but still appears in the domestic corporate register since nobody was appointed to replace him.

The manager and accountant for GSM SAS is M▇▇ L▇▇ T▇▇ @outlook.com<▇▇▇>).

Collateral: servicer of consumer non-performing loans (receivables etc.). Note: I need to check status on LTV, collections, and covenant compliance.

Structure: bullet. Note: I need to check current outstanding principal and interest. No payments received.

Currency: COP (Colombian Peso) denominated loan. Note: I need to check current USD equivalent.

1. Fideicomiso Estaciones Metrolinea Ltd. (Municipality of Bucaramanga) ca. $2MM infrastructure bonds.

Via GSM SAS Colombia, onshore blocker to resolve for Central Bank FX exchange control filing, tax reporting and thin cap rules.

Legal representative for GSM SAS was GSTF Fund co-director, P▇▇ V▇▇ @accountincs.com<▇▇▇>).

P▇▇ resigned post July-18, but still appears in the domestic corporate register since nobody was appointed to replace him.

The manager and accountant for GSM SAS is M▇▇ L▇▇ T▇▇ @outlook.com<▇▇▇>).

Asset: Fideicomiso Estaciones Metrolinea Ltd. bonds. Note: I need to check status of performance.

Bonds are custodied in the BVC-exchange owned central depository (DECEVAL).

Structure: bullet. Note: I need to check current outstanding principal and interest. No payments received.

Currency: COP (Colombian Peso) denominated loan. Note: I need to check current USD equivalent.

1. Alpha FP, LTD. ca. USD $100K.

Legal representatives: F▇▇ R▇▇ ▇▇▇;  @alphanotes.com<▇▇▇>) and C▇▇ C▇▇ ▇▇▇; @alphanotes.com<▇▇▇> or @falconpeakcap.com<▇▇▇>).

Structure: interest bearing loan. Matured. No payments received.

Currency: USD denominated loan.

**EXHIBIT 3**     2

1. GSM, LLC ca. USD $50k loan to Cesar Hernandez ; ▓▓▓@gmail.com<▓▓▓>).

Structure: interest bearing loan. Matured. No payments received.

Currency: USD denominated loan.

1. Portfolio SAS ca. USD $120k (COP $444mm).

Portfolio SAS Colombia, onshore blocker to resolve for Central Bank FX exchange control filing, tax reporting and thin cap rules.

Legal representative is D▓▓ P▓▓▓▓▓▓▓▓; ▓▓▓@port10.co<▓▓▓▓▓▓>).

Collateral: factoring domestic receivables. Note: I need to check status of performance.

Structure: bullet. Note: need to check current outstanding principal. No payments received.

Currency: COP (Colombian Peso) denominated loan. Note: I need to check current USD equivalent.

With regards to request # 2 below, following I elaborate on the assistance in the asset recovery effort that I could provide. In the event the AUSAs consider appropriate, I believe this assistance could be of value primarily for the following three reasons.

First, since 2006 the TF fund invested over $300mm in private credit, primarily loans secured by assets ranging from factoring of receivables to non performing consumer unsecured loans. While I did not participate in structuring all the investments in the TF class C/D portfolio, I have invested in facilities with these credit originators and asset servicers for over a decade, and I'm well acquainted with the idiosyncratic nature of these assets, as well as the legal/regulatory framework in the jurisdictions in which the TF fund had exposure.

Second, subsequent to my arrest in July 2018, the service providers, as well as the other co-directors and associates involved in the management of the TF fund, submitted their resignations. As we reported to the AUSAs, shareholders in the other share classes in the TF fund filed a motion for liquidation and the court appointed liquidator has been attempting to recover assets. While I have not been in communication with the court appointed liquidator, or any of the subscribers in any share class, it is my understanding the liquidator has yet to recover assets, given the lack of proper information and the absence of adequate counterparts, as well as to the nature of these assets. With access to the fund records and the assistance of individuals and service providers formerly involved with the TF fund, I can resolve for the necessary information.

Third, given the credit profile of the collateral and/or the borrowers, it is critical for an effective asset recovery to monitor and manage the investments to ensure the enforceability of the fund's claims. In particular, with the sub-performing or non-performing credit assets in the portfolio which are self-liquidating but have no active secondary market. Further, the TF assets are for the most part local currency denominated and there are no FX hedges in place. There are other issues to resolve for like ensuring the tax structures used to make the investments onshore (i.e.: debt to local blockers) are current with tax and regulatory filings, as well as the currency exchange filings with the Central Bank to wire out the monies back in USD.

In the event the AUSAs instruct me to assist in this recovery effort, I would be glad to work on a detailed roadmap, with requirements and timetable.

With regards to request # 3 below, certain receivables have matured so (the AUSAs request) turning these funds now. Please provide wire transfer instructions, and if you authorize I can send these instructions to the respective

EXHIBIT 3                    3

**EXHIBIT 3**

counterparts so they execute payments.

Finally, with regards to the financial disclosure forms, please note I never had $6k in 'liquid cash'. The enclosed disclosure form, line item # 69, references the two checks for ca. $6k that we informed the AUSAs in the June 2019 meeting. These are the checks I received for the closure of my BOFA personal account ($5.2k), and for an reinsurance reimbursement payment (ca. $1.1k). These checks have since expired, given I have been on house arrest for over a year without any authorization to leave house (other than to attorney offices).

Thanks.

**EXHIBIT 3** 4