**CARLTON FIELDS**

ATTORNEYS AT LAW

Miami Tower
100 S.E. Second Street | Suite 4200
Miami, Florida 33131-2113
P.O. Box 019101 | Miami, Florida 33101-9101
305.530.0050 | fax 305.530.0055
www.carltonfields.com

Atlanta
Florham Park
Hartford
Los Angeles
**Miami**
New York
Orlando
Tallahassee
Tampa
Washington, D.C.
West Palm Beach

Michael S. Pasano, Esq.
305.530-4064 Direct Dial
mpasano@carltonfields.com

July 24, 2020

Nalina Sombuntham
Assistant United States Attorney
U.S. Attorney's Office
Southern District of Florida
99 N.E. 4th Street
Miami, Florida 33132

**By Email**: Nalina.Sombuntham2@usdoj.gov

Dear AUSA Nalina Sombuntham:

Re: Insurance Proceeds Received from Chubb
Gustavo Adolfo Hernandez Frieri

Per your request, we tender the enclosed check issued by Chubb Insurance representing proceeds owed to Gustavo Hernandez under insurance claim 092018008483. The check is payable directly to the United States Department of Homeland Security.

Mr. Hernandez does not agree that this money is subject to substitute asset forfeiture at this time, and understands that the Government will hold this money until sentencing.

If you have any questions you may contact me at 305-530-4064 or via e-mail at mpasano@carltonfields.com, or contact David Chee at dchee@carltonfields.com.

Sincerely,

*/s/ David Chee for*

Michael S. Pasano
David W.A. Chee

MSP/DWAC/dw

EXHIBIT 5    1

Carlton Fields, P.A.
Carlton Fields, P.A. practices law in California through Carlton Fields, LLP.

**EXHIBIT 5**

# CHUBB

**CHUBB GROUP OF INSURANCE COMPANIES**
1 Progress Point Parkway
O'Fallon, MO 63368

## Payment Summary

| | |
|---|---|
| Claim Ref #: | 092018008483 |
| Policy: | 001291989001 |
| Occurence: | 000003 |
| Date of Loss: | 04/21/2018 |
| SSN#/TIN#: | XXXXXXXXX |
| Payee: | U.S. DEPARTMENT OF HOMELAND SECURITY |

| | |
|---|---|
| Page: | 1 of 1 |
| Check Number: | 5000828 |
| Print Date: | 07/17/2020 |
| Issue Date: | 07/17/2020 |

Insured: Gustavo Hernandez and Olympia A. Decastro

| DATE | CLAIMANT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | Collision | 1,206.65 |

CHECK TOTAL: 1,206.65

Comments:

Claim Representative: JESSICA BALLMANN    Phone: (636)229-0876

---

CHUBB    VIGILANT INSURANCE COMPANY
P.O. BOX 4700
CHESAPEAKE, VA 23327-4700

Claim Ref #: 092018008483    Check Number **5000828**    64-1278
Date 07/17/2020    0611

BANK OF AMERICA
ATLANTA, GA

PAY  One Thousand Two Hundred Six Dollars And 65/100 ¢    $***1,206.65

TO THE ORDER OF  **U.S. DEPARTMENT OF HOMELAND SECURITY**

Carlton Fields
100 S.E. Second St Suite 4200
Atte: David Chee, Miami Tower
Miami, FL 33131-2113

CHUBB
AUTHORIZED SIGNATURE

IN SETTLEMENT OF  FPF# 2020-5201-900060-01 COLLISION '17 TESLA #8165

⑈000500082811⑈ ⑆0611127881⑆ 33598⑈69800⑈

**EXHIBIT 5**

**2**