UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA

vs.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

    Defendant,

And

OLYMPIA DE CASTRO,

    Third-Party Petitioner,

597 HIBISCUS LANE REVOCABLE TRUST,

    Third-Party Petitioner.

_____/

## NOTICE OF APPEARANCE ON BEHALF OF THIRD-PARTY PETITIONERS

David Oscar Markus and A. Margot Moss of MARKUS/MOSS PLLC enter their appearances as counsel on behalf of Third-Party Petitioners: Olympia De Castro and 597 Hibiscus Lane Revocable Trust in the above-styled cause. The clerk of this court is requested to send copies of all court notices pertaining to this cause to undersigned counsel.

Respectfully submitted,

**MARKUS/MOSS** PLLC
40 N.W. Third Street
Penthouse One
Miami, Florida 33128
Tel: (305) 379-6667
Fax: (305) 379-6668
markuslaw.com

By:   /s/ David Oscar Markus
      DAVID OSCAR MARKUS
      Florida Bar Number 119318
      dmarkus@markuslaw.com

      /s/ A. Margot Moss
      A. MARGOT MOSS
      Florida Bar Number 091780
      mmoss@markuslaw.com