UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GUSTAVO HERNANDEZ FRIERI,

    Defendant.
_____/

**DEFENDANT GUSTAVO HERNANDEZ'S**
**UNOPPOSED MOTION TO CONTINUE JANUARY 22, 2021 SENTENCING**

COMES NOW the DEFENDANT, Gustavo Hernandez Frieri, by and through his undersigned counsel and moves this Honorable Court to continue Mr. Hernandez's sentencing hearing currently scheduled for January 22, 2021, to a date on or after April 22, 2021. As grounds, Defendant states as follows:

**BACKGROUND**

1. The Defendant pled guilty to Count I of the Indictment which charges the Defendant with conspiracy to commit money laundering in violation of Title 18, United States Code, Section 1956(h).

2. The sentencing hearing is presently scheduled for January 22, 2021.

3. The Defendant asks that his sentencing hearing take place in open court and in person. As such, the Defendant is not sure of Court's availability for an in person hearing during the month of January, given COVID-19 restrictions.

4. Additionally, the Defendant asks that his sentencing hearing occur on or after April 22, 2021 because many of the Defendant's witnesses whom he would like to speak on his

behalf are living in Colombia and are presently unable to travel to the United States due to pandemic restrictions on international travel. Government counsel also has several witnesses to arrange for possible testimony.

5. Moreover, the parties remain in dialogue regarding asset issues and are currently discussing jointly asking the Court to refer these issues to the Magistrate Judge for resolution prior to the sentencing.

6. This request is made in good faith and not for the purpose of delay.

7. The Defendant asks for a sentencing hearing on April 22, 2021 or thereafter, whichever date is most convenient for the Court. The parties believe that the sentencing hearing at present could be protracted, and although we are working together in efforts to streamline this proceeding, the hearing could take several hours or more.

## LOCAL RULE 88.9 CERTIFICATE

Undersigned counsel has spoken with the Government prosecutors, who stated that they join in this request for a continuance.

WHEREFORE, the Defendant, Mr. Hernandez, respectfully requests that the sentencing hearing in this case be continued to a date on or after April 22, 2021, or any date thereafter practicable to the Court and Government counsel.

Dated: January 7, 2021               Respectfully submitted,

s/ Michael S. Pasano
Michael S. Pasano (FBN 0475947)
E-mail: mpasano@carltonfields.com
CARLTON FIELDS
2 MiamiCentral
700 N.W. 1st Avenue, Suite 1200
Miami, Florida 33136
Tel: (305) 530-0050
*Counsel for Defendant Gustavo Hernandez Frieri*

2