INSTR # 112116372, OR BK 50567 PG 647, Page 1 of 2, Recorded 02/21/2014 at 02:36 PM
Case 1:13-cv-20685-KMW Document 2795c Entered on FLSD Docket 01/10/2024 Page 1 of 2
Broward County Commission Deputy Clerk ERECORD

# EXHIBIT D

This Instrument Prepared By:
Arthur R, Rosenberg, Esquire
Rosenberg & Pinsky
**6499 North Powerline Road, Suite 304**
**Fort Lauderdale, Florida 33309**

Record and Return to:
Mariely Letona, Esquire
Ritter, Zaretsky, Lieber & Jaime, LLP
2915 Biscayne Boulevard, Suite 300
Miami, Florida 33137

**Parcel I.D. Number(s):5042-35-00-0201**

-------------------------------------------Space Above This Line For Recording Data-------------------------------------------

## SPECIAL WARRANTY DEED

**THIS INDENTURE** made this *14th* day of February, 2014, between WEINER'S MOBILE HOME PARK, LLC, a Florida Limited Liability Company, whose post office address is 14 NE 1st Court, Dania Beach, Florida 33004 hereinafter called the Grantor, and MILE MARKER 55, LLC, a Florida Limited Liability Company, whose post office address is *2915 Biscayne Blvd, Ste 303, Miami*, Florida *33137*, hereinafter called the Grantee:

**WITNESSETH**: That the Grantor, for and in consideration of the sum of Ten and No/100 ($10.00) Dollars and other good and valuable consideration to Grantor, in hand paid by Grantee, the receipt of which is hereby acknowledged, has granted, bargained and sold to the said Grantee and Grantee=s heirs and assigns forever, the following described land, situate, lying and being in the County of Broward, State of Florida, to wit:

> The West one-half of the Southwest one-fourth of the Northeast one-fourth of the Southwest one-fourth of Section 35, Township 50 South, Range 42 East, less the West 25 feet thereof, and less State Road A1A, and less any existing road rights-of-way, all lying and being in Broward County, Florida;
>
> a/k/a 801 East Dania Beach Boulevard, Dania Beach, Florida 33004
>
> Subject to taxes for the year 2014 and subsequent years; all restrictions, easements, conditions and limitations of record, if any, provided that this deed shall not serve to reimpose same.

The Grantor hereby covenants with the Grantee that the Grantor is lawfully seized of said land in fee simple; that the Grantor has good right and lawful authority to sell and convey said land, and hereby warrants the title to said land and will defend the same against the lawful claims of all persons claiming by, through or under the Grantor.

[SIGNATURE PAGE TO FOLLOW]



00100623.DOCX v.1

# EXHIBIT D

**EXHIBIT D**

 

**IN WITNESS WHEREOF**, the Grantor has hereunto set his hand and seal the day and year first above written.

WEINER'S MOBILE HOME PARK, LLC.

Witnesses

By: *David M. Weiner*
DAVID WEINER, Managing Member

*Melissa White*
Printed Name: Melissa White

*Arthur R Rosenberg*
Printed Name: Arthur R Rosenberg

STATE OF FLORIDA     )
                     :ss
COUNTY OF BROWARD    )

The foregoing instrument was acknowledged before me this 14th day of February 2014 by DAVID WEINER, the Managing Member of WEINER'S MOBILE HOME PARK, LLC., a Florida Limited Liability Company, who is (personally known) to me, or who presented _____ as identification, and who did execute the aforesaid Special WARRANTY DEED.

*Arthur R Rosenberg*
NOTARY PUBLIC, STATE OF FLORIDA

My Commission Expires:

[Notary Seal: ARTHUR R. ROSENBERG, MY COMMISSION EXPIRES October 29, 2016, #EE 847658, Bonded thru Troy Fain - Insurance, NOTARY PUBLIC, STATE OF FLORIDA]

**EXHIBIT D**