# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through January 8, 2021.

|  |  |
|---|---|
| Selected Entity Name: | 3 GRAMERCY PARK WEST, LLC |

Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | 3 GRAMERCY PARK WEST, LLC |
| **DOS ID #:** | 3237174 |
| **Initial DOS Filing Date:** | JULY 29, 2005 |
| **County:** | ROCKLAND |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | INACTIVE - Dissolution (May 14, 2020) |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O CORPORATE CREATIONS NETWORK INC.
15 NORTH MILL STREET
NYACK, NEW YORK, 10960

**Registered Agent**
CORPORATE CREATIONS NETWORK INC.
15 NORTH MILL STREET
NYACK, NEW YORK, 10960

This office does not require or maintain information regarding the names and addresses of members or managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this information is not recorded and only available by viewing the certificate.

***Stock Information**

EXHIBIT K

# EXHIBIT K

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| No Information Available | | |

*Stock information is applicable to domestic business corporations.

## Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JUL 29, 2005 | Actual | 3 GRAMERCY PARK WEST, LLC |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results | New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us

EXHIBIT K