UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20685-CR-KMW

UNITED STATES OF AMERICA

       vs.

GUSTAVO ADOLFO HERNANDEZ FRIERI, et al.

       Defendants.
_____/

**NOTICE OF LIS PENDENS**

GRANTEE:   314 HICKS LLC

TO:   ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR GRANTEE any interest in the real property described hereinunder.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of NY CPLR § 6501 et seq (2019), as made applicable hereto by the provisions of 28 U.S.C. § 1964, that on January 9, 2021, the United States of America filed a Bill of Particulars in the above-captioned action accompanying an Indictment in the United States District Court for the Southern District of Florida. Pursuant to 21 U.S.C. § 853(p), the United States of America may seek to forfeit the real property located at **314 Hicks Street, Brooklyn, NY 11201**, and includes all buildings, improvements, fixtures, attachments and easements found therein or thereon, more particularly described as:

> ALL THAT CERTAIN plot, piece or parcel of land, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:
>
> BEGINNING at a point formed at the northwesterly corner of Hicks Street and State Street;
>
> RUNNING THENCE northerly along the northwesterly side of Hicks Street, 24 feet 5 inches more or less to the middle of a party wall;

THENCE westerly and part of the distance through the middle line of said party wall and parallel with State Street, 76 feet 8 3/4 inches;

THENCE southerly parallel with Hicks Street, 24 feet 5 inches to the northerly side of State Street;

THENCE easterly along the northerly side of State Street, 76 feet 8 ¾ inches to the northwesterly corner of State and Hicks Street, the point or place of BEGINNING.

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from: (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest in the property subsequent to the filing of an indictment or information alleging that the property is subject to forfeiture, except as provided by the provisions of 21 U.S.C. § 853(n) following the entry of any order of forfeiture.   Information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court at Miami, Florida.

    Respectfully submitted,
    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

By:    s/ Nalina Sombuntham
    Nalina Sombuntham
    Assistant United States Attorney
    Fla. Bar No. 96139
    99 N.E. 4th Street, 7th Floor
    Miami, Florida   33132-2111
    Telephone: (305) 961-9224
    Facsimile: (305) 536-7599
    nalina.sombuntham@usdoj.gov