UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA,

v.

GUSTAVO HERNANDEZ FRIERI,

    **Defendant.**
                                                  /

## MOTION TO REQUEST PRE-SENTENCING HEARING ON FINANCIAL MATTERS

    The United States of America, by and through the undersigned Assistant United States Attorney and Trial Attorney, hereby moves the Court for a pre-sentencing hearing on financial matters, as these finance matters relate to the sentencing of defendant Gustavo Hernandez Frieri ("Defendant").

    On January 11, 2021, the Court held a telephonic status conference on the Defendant's unopposed motion to continue his sentencing hearing. ECF No. 281. During that hearing the United States informed the Court that she intended to call witnesses at the Defendant's sentencing hearing, whose testimony would concern financial matters related to the Defendant that would not only could factor into his ultimate sentence as determined by the Court, but could also related to pending or future third-party ancillary forfeiture proceedings. At the conclusion of the hearing, the Court continued the Defendant's sentencing hearing until March 25, 2021, and ordered the parties to file a status report as to the number of witnesses intended to be called by both parties at the hearing and the potential length of the hearing.

    In order to properly advise the Court of the number of witnesses expected to testify at the Defendant's sentencing, the parties request that the Court assign, pursuant to 28 U.S.C. §

1

636(b)(3), U.S. Magistrate Judge Edwin G. Torres to hold an evidentiary hearing on the Defendant's financial condition by March 11, 2021.

The Defendant specifically consents to U.S. Magistrate Judge Torres' jurisdiction to hold such an evidentiary hearing on a sentencing matter.  *See also* Hernandez Unopp. Mot. To Continue Sentencing, ECF No. 276.

The United States anticipates that the proposed evidentiary hearing will not only streamline Defendant's sentencing hearing scheduled for March 25, 2021, but also be relevant to pending or future third-party ancillary forfeiture proceedings.  Thus far, the Court has referred "[a]ll forfeiture related motions" to U.S. Magistrate Judge Torres.  *See* Order, ECF No. 268. Here, the motion for proposed hearing relates to both third-party forfeiture claims as well as the Defendant's sentencing, as the review of his financial condition and forfeiture are part of his sentence.

At this time, if such a hearing were granted, the United States anticipates calling several witnesses.  One witness, Olympia De Castro, is already a third-party petitioner claiming forfeited real property located at 597 Hibiscus Lane, Miami, Florida.  *See* De Castro Petition, ECF No. 262 (currently the subject of the United States' motion to dismiss, ECF No. 264).  De Castro was involved in state litigation resulting in the now forfeited $900,000 from the forthcoming sale of 900 East Dania Beach Boulevard.  *See* Hernandez 3rd Preliminary Order of Forfeiture, ECF No. 280. As noted in the United States' motion requesting that the Court restrain real property located at 314 Hicks Street, Brooklyn, New York ("Brooklyn Townhouse"), De Castro has also been represented as the beneficial owner of 3 Gramercy Park West, Unit 2 ("Gramercy Apartment"), which was sold in 2019 and appears to have funded the 2020 purchase of the Brooklyn Townhouse.  *See* U.S. Mot. for 3rd Preliminary Order of Forfeiture, ECF No. 279.  It is unclear

the extent of the Defendant's interest in the Gramercy Apartment, and the funds used to acquire the Brooklyn Townhouse.

The United States also anticipates calling as witnesses Daniel Holtz, who was involved in the state litigation over the $900,000 from the forthcoming sale of 900 East Dania Beach Boulevard, and Allison Domeneghetti, who appears to have authorized both the sale of the Gramercy Apartment and the purchase of the Brooklyn Townhouse. *See id*. The United States may also call representatives of 3 Gramercy Owners Corp. concerning the ownership of 3 Gramercy Park West, Unit 2, and other relevant parties who could testify concerning the Defendant's financial status.

Pursuant to Local Rule 88.9, the United States and counsel for Defendant have discussed the filing the instant motion, and counsel for Defendant has indicated that they have no objection to the motion and the Defendant consents to U.S. Magistrate Judge Torres' jurisdiction to hold such an evidentiary hearing on a sentencing matter. In addition, the Defendant maintains that he has no ownership interest in the assets in question, but understands that the third-party owners will need to address such issues. Therefore, all parties request a hearing at the earliest time convenient to the Court, and preferably before March 11, 2021, so that the United States may acquire a transcript of said hearing to provide to the Court prior to the Defendant's sentencing. The parties also consent to the evidentiary hearing being conducted via video-conference.

[*This Space Intentionally Left Blank*]

WHEREFORE, the United States respectfully requests that this Court conduct a pre-sentencing hearing on financial matters.

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

By: */s/ Kurt K. Lunkenheimer*
    KURT K. LUNKENHEIMER
    Assistant United States
    Court ID No. A5501535
    U.S. Attorney's Office - SDFL
    99 N.E. 4th Street, Suite 400
    Miami, FL 33132-2111
    Telephone: (305) 961-9008
    Facsimile: (305) 536-4699
    Email: Kurt.Lunkenheimer@usdoj.gov

    DANIEL KAHN
    ACTING CHIEF, FRAUD SECTION

By:   */s/ Paul A. Hayden*
    Paul A. Hayden
    Trial Attorney
    Department of Justice
    1400 New York Ave., N.W.
    Washington, D.C. 20530
    Tel. (202) 353-9370
    paul.hayden2@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 16, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which would provide a copy to counsel of record.

        */s/ Kurt K. Lunkenheimer*
        Kurt K. Lunkenheimer
        Assistant United States Attorney