**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 18-CR-20685-WILLIAMS/TORRES**

**UNITED STATES OF AMERICA,**

v.

**GUSTAVO HERNANDEZ FRIERI,**

    **Defendant.**
_____/

**ORDER**

    The United States of America, having applied to this Court, unopposed, for a pre-sentencing hearing on financial matters as they relate to Defendant Gustavo Hernandez Frieri, and the Court, having reviewed the motion and being fully advised in the premises, it is

    **ORDERED** that a pre-sentencing hearing on financial matters as they relate to Defendant Gustavo Hernandez Frieri and his sentencing, be held prior to March 25, 2021.

    **ORDERED** that, pursuant to 28 U.S.C. § 636(b)(3), the pre-sentencing hearing on financial matters be referred to U.S. Magistrate Judge Edwin G. Torres, as the hearing both relates to the Defendant's sentencing and may be relevant to pending or future third-party ancillary forfeiture proceedings.

    **ORDERED** that U.S. Magistrate Judge Edwin G. Torres will set a date and time for such hearing prior to March 25, 2021.

    **DONE AND ORDERED** in chambers in Miami, Florida, this <u>19th</u> day of January, 2021.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record