UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GUSTAVO HERNANDEZ FRIERI

    Defendant.
_____/

**DEFENDANT GUSTAVO HERNANDEZ'S NOTICE OF FILING PRELIMINARY OBJECTIONS TO DRAFT PRE-SENTENCE INVESTIGATION REPORT**

COMES NOW the Defendant, Gustavo Hernandez Frieri, by and through his undersigned hereby files Mr. Hernandez's Preliminary Objections to Draft Pre-Sentence Investigation Report, sentencing hearing currently scheduled for March 25, 2021, attached hereto as Exhibit A.

    Respectfully submitted,

    s/ Michael S. Pasano
    Michael S. Pasano ( FBN 0475947)
    E-mail: mpasano@carltonfields.com
    CARLTON FIELDS
    2 MiamiCentral
    700 N.W. 1st Ave., Suite 1200
    Miami, Florida 33136
    Telephone: (305) 530-0050
    *Counsel for Defendant Gustavo Hernandez Frieri*