**From:** Olympia De Castro <olympia.decastro@gmail.com>
**Sent:** Tuesday, October 29, 2019 12:52 PM
**To:** Daniel Holtz <Dholtz@waldencapital.net>
**Subject:** Re: Follow up + NEW account wire details for future pmts

<div style="border:2px solid black; background:#fdf6b2; text-align:center; font-weight:bold;">
GOVERNMENT<br>
EXHIBIT<br>
2<br>
18-CR-20685
</div>

Dani, this is not working out.

When we first met back on March 6th to discuss your debt to me, and before you started your divorce, you told me you would sign the note and start sending monthly payments.

Because of our friendship, I've been patiently waiting for nearly 8 months. But now I've spent monies in legal to get you the note with the separate personal guarantee you requested, and you continue delaying and giving excuses.

If now the issue is Toni and her attorney, I'll reach out to Toni to explain her the situation and provide her attorney with the legal documents about the closing and payment to Walden, and copies of your exchanges with Gustavo and with me requesting the loan.

If it helps Toni or her attorney, both Jorge and the attorneys (Joe or Francesco) can provide any clarification about the IWM sale and the payment to Walden.

I'll update the debt service schedule to share with them the payments received to date, which per your confirmation I've applied to interest.

Also, I still have not received the October check. Please let me know.

Thanks,


On Mon, Oct 28, 2019 at 9:43 PM Daniel Holtz <Dholtz@waldencapital.net> wrote:
Because since she filed the petition I can't incur debt. In your case the debt may have been incurred before the filing of the petition but was not memorialized before so I have to demonstrate that it indeed existed.

*Daniel M. Holtz*
Managing Principal
**Walden Capital Management, L.L.C.**
2031 Harrison Street
Hollywood, Florida 33020
Tel:  305-576-5060


This communication originates from Walden Capital MGMT and is protected under the Electronic Communication Privacy Act, 18 U.S.C. S2510-2521. The information contained in this e-mail message is intended for the use of the individual or entity to which it is addressed and may contain information that is proprietary, privileged, confidential, and exempt from disclosure under applicable laws. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any use, printing, reproduction, disclosure or dissemination of this communication may be subject to legal restriction or sanction.  If you received this

communication in error, please notify the sender immediately by e-mail or by telephone at 305.576.5060.

Sent from my iPhone

On Oct 28, 2019, at 7:24 PM, Olympia De Castro <olympia.decastro@gmail.com> wrote:

Dani - why do you need to wait for this presentation to sign the PN of what you know is owed to me? Also please remember the wire (to Chase bank) or check for October.
Thanks,

On Mon, Oct 28, 2019 at 7:10 PM Daniel Holtz <Dholtz@waldencapital.net> wrote:
Met with lawyer and accountant on Wednesday of last week. He is reviewing materials and compiling schedule to present to Toni and her lawyers. I have not yet seen that draft presentation.

**_Daniel M. Holtz_**
Managing Principal
**Walden Capital Management, L.L.C.**
2031 Harrison Street
Hollywood, Florida 33020
Tel:  305-576-5060

This communication originates from Walden Capital MGMT and is protected under the Electronic Communication Privacy Act, 18 U.S.C. S2510-2521. The information contained in this e-mail message is intended for the use of the individual or entity to which it is addressed and may contain information that is proprietary, privileged, confidential, and exempt from disclosure under applicable laws. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any use, printing, reproduction, disclosure or dissemination of this communication may be subject to legal restriction or sanction.  If you received this communication in error, please notify the sender immediately by e-mail or by telephone at 305.576.5060.

Sent from my iPhone

On Oct 28, 2019, at 6:58 PM, Olympia De Castro <olympia.decastro@gmail.com> wrote:

Dani - let me know please.

On Tue, Oct 15, 2019 at 11:57 AM Olympia De Castro <olympia.decastro@gmail.com> wrote:
Dani,

I haven't heard back from you since I sent the below email dated September 26. Please let me know.

Thanks, Olympia

On Thu, Sep 26, 2019 at 6:50 PM Olympia De Castro <olympia.decastro@gmail.com> wrote:

Dani, per our conversation, for you to send your accountant so we can finalize the promissory note, please find enclosed the documentation regarding the sale of the IWM shares under my name, the payment of these shares to Walden, and your request to GH for time to pay the amount due to me.

As a recap, the amount paid to Walden in December 2016 and due to me was $900k. Since then, per your email instructions on April 29, I've applied the monthly payments you have made starting April 5, 2019, for an amount of 82,250, to the agreed upon 5% interest rate.

Attached files:

1. K-1's from IWM (Salondera) for 2015 and 2016 reflecting ODC's ownership (2 files).
2. IWM (Salondera) Operating Agreement reflecting ODC's ownership.
3. IWM (Salondera) resolution authorizing the sale signed by ODC and other members.
4. Email exchanges dated 12/23/2016 between Holtz, Mora and Hernandez, with Noero (counsel) in CC, in which Holtz requests the IWM (Salondera) closing proceeds to be wired to Walden as Paying Agent, to receive wires on behalf of all members (J. Mora; T. Holtz; and De Castro).
5. Email exchange dated 12/29/2016 between Holtz and Noero (counsel), with Mora and Hernandez in CC (as well as Inzerillo, counsel), confirming the $2.7mm purchase price due to Salondera, that is $900k due to Holtz, Mora and De Castro.
6. Email exchanges dated 12/4/2017 from Holtz to GH dated 12/4/2017, re. Walden (account) reconciliation, in which Holtz confirms to GH he made use of the ODC monies and needs time to repay, and offers to repay with the proceeds of the WPI sale.

I presume you have copies of the IWM closing docs but if not, let me know and I can also send those along.

Thanks, Olympia

On Tue, Sep 24, 2019 at 4:54 PM Daniel Holtz <Dholtz@waldencapital.net> wrote:
Please send me any support docs you have. I currently have a temp and my account schedule for 10/17 and 10/18 to document all the wires in and out to determine amount and support the approximate

amount we've been discussing. Those were the earliest dates I could secure since everyone is scrambling to get tax work done by 10/15.

*Daniel M. Holtz*
Managing Principal
**Walden Capital Management, L.L.C.**
2031 Harrison Street
Hollywood, Florida 33020
Tel:   305-576-5060

This communication originates from Walden Capital MGMT and is protected under the Electronic Communication Privacy Act, 18 U.S.C. S2510-2521. The information contained in this e-mail message is intended for the use of the individual or entity to which it is addressed and may contain information that is proprietary, privileged, confidential, and exempt from disclosure under applicable laws. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any use, printing, reproduction, disclosure or dissemination of this communication may be subject to legal restriction or sanction.  If you received this communication in error, please notify the sender immediately by e-mail or by telephone at 305.576.5060.

Sent from my iPhone

On Sep 24, 2019, at 4:49 PM, Olympia De Castro <olympia.decastro@gmail.com> wrote:

Do you want me to send supporting docs or speak with Toni's attorney? If need be I can also have my attorney speak to hers.

On Sep 16, 2019, at 12:02 PM, Daniel Holtz <Dholtz@waldencapital.net> wrote:

He wants to verify that money is owed and the amount so that he can represent to Toni's lawyers that it's a real obligation and not an attempt to remove funds from any potential split of assets.

*Daniel M. Holtz*
Managing Principal
**Walden Capital Management, L.L.C.**
2031 Harrison Street
Hollywood, Florida 33020
Tel:   305-576-5060

This communication originates from Walden Capital MGMT and is protected under the Electronic Communication Privacy Act, 18 U.S.C. S2510-2521. The information contained in this e-mail message is intended for the use of the individual or entity to which it is addressed and may contain information that is proprietary, privileged, confidential, and exempt from disclosure under applicable laws. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any use, printing, reproduction, disclosure or dissemination of this communication may be subject to legal restriction or sanction.  If you received this

communication in error, please notify the sender immediately by e-mail or by telephone at 305.576.5060.

Sent from my iPhone

On Sep 16, 2019, at 11:59 AM, Olympia De Castro <olympia.decastro@gmail.com> wrote:

Sorry but I do not understand. Why does the accountant need to "confirm the debt"? Do you need for me to help and send the accountant directly the back up documentation, emails, etc.? Please Dani, we have been at this for months. Let's get this resolved.

On Sep 13, 2019, at 12:37 PM, Daniel Holtz <Dholtz@waldencapital.net> wrote:

He is waiting for accountant to confirm debt.

**Daniel M. Holtz**
Managing Principal
**Walden Capital Management, L.L.C.**
2031 Harrison Street
Hollywood, Florida 33020
Tel:   305-576-5060

This communication originates from Walden Capital MGMT and is protected under the Electronic Communication Privacy Act, 18 U.S.C. S2510-2521. The information contained in this e-mail message is intended for the use of the individual or entity to which it is addressed and may contain information that is proprietary, privileged, confidential, and exempt from disclosure under applicable laws. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any use, printing, reproduction, disclosure or dissemination of this communication may be subject to legal restriction or sanction.  If you received this communication in error, please notify the sender immediately by e-mail or by telephone at 305.576.5060.

Sent from my iPhone

On Sep 12, 2019, at 12:46 PM, Olympia De Castro <olympia.decastro@gmail.com> wrote:

Thanks. How about your attorney's comments on the PN and the guarantee form you asked me to send you?

On Sep 12, 2019, at 7:40 AM, Daniel Holtz <Dholtz@waldencapital.net> wrote:

Still waiting on forensic accountant verification that amount is due. Amount is listed on all reports.

**Daniel M. Holtz**
Managing Principal
**Walden Capital Management, L.L.C.**

2031 Harrison Street
Hollywood, Florida 33020
Tel:   305-576-5060


This communication originates from Walden Capital MGMT and is protected under the Electronic Communication Privacy Act, 18 U.S.C. S2510-2521. The information contained in this e-mail message is intended for the use of the individual or entity to which it is addressed and may contain information that is proprietary, privileged, confidential, and exempt from disclosure under applicable laws. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any use, printing, reproduction, disclosure or dissemination of this communication may be subject to legal restriction or sanction.  If you received this communication in error, please notify the sender immediately by e-mail or by telephone at 305.576.5060.

Sent from my iPhone

On Sep 12, 2019, at 7:18 AM, Olympia De Castro <olympia.decastro@gmail.com> wrote:

Dani- what's the status on this? Thanks,

On Aug 14, 2019, at 10:15 AM, Daniel Holtz <Dholtz@waldencapital.net> wrote:

Follow up meeting with lawyers is on 22nd and with neutral accountant is on 26th. Have not forgotten you.

**Daniel M. Holtz**
Managing Principal
**Walden Capital Management, L.L.C.**
2031 Harrison Street
Hollywood, Florida 33020
Tel:   305-576-5060


This communication originates from Walden Capital MGMT and is protected under the Electronic Communication Privacy Act, 18 U.S.C. S2510-2521. The information contained in this e-mail message is intended for the use of the individual or entity to which it is addressed and may contain information that is proprietary, privileged, confidential, and exempt from disclosure under applicable laws. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any use, printing, reproduction, disclosure or dissemination of this communication may be subject to legal restriction or sanction.  If you received this communication in error, please notify the sender immediately by e-mail or by telephone at 305.576.5060.

Sent from my iPhone

On Aug 14, 2019, at 9:36 AM, Olympia De Castro <olympia.decastro@gmail.com> wrote:

Dani- what is the feedback from your lawyer on document, if any. I sent it to you the document back in June 29th. Nearly two months ago.

On Jul 29, 2019, at 1:22 PM, Daniel Holtz <Dholtz@waldencapital.net> wrote:

You go to the yoga studio in Wynwood?

*Daniel M. Holtz*
Managing Principal
**Walden Capital Management, L.L.C.**
2031 Harrison Street
Hollywood, Florida 33020
Tel:  305-576-5060


This communication originates from Walden Capital MGMT and is protected under the Electronic Communication Privacy Act, 18 U.S.C. S2510-2521. The information contained in this e-mail message is intended for the use of the individual or entity to which it is addressed and may contain information that is proprietary, privileged, confidential, and exempt from disclosure under applicable laws. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any use, printing, reproduction, disclosure or dissemination of this communication may be subject to legal restriction or sanction.  If you received this communication in error, please notify the sender immediately by e-mail or by telephone at 305.576.5060.

Sent from my iPhone

On Jul 29, 2019, at 1:13 PM, Olympia De Castro <olympia.decastro@gmail.com> wrote:

Funny - she was just now on the mat beside me at yoga. Let me know if I should ask her.

Also let me know if there are comments from lawyer, if any?

On Jul 29, 2019, at 12:30 PM, Daniel Holtz <Dholtz@waldencapital.net> wrote:

Issue is getting permission to sign guaranty from Toni's counsel. Seeing the forensic accountant on the 3rd.


*Daniel M. Holtz*
Managing Principal
**Walden Capital Management, L.L.C.**
2031 Harrison Street
Hollywood, FL 33020
Tel:  305-576-5060
Fax: 305-576-5070

This communication originates from Walden Capital MGMT and is protected under the Electronic Communication Privacy Act, 18 U.S.C. S2510-2521. The information contained in this e-mail message is intended for the use of the individual or entity to which it is addressed and may contain information that is proprietary, privileged, confidential, and exempt from disclosure under applicable laws. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any use, printing, reproduction, disclosure or dissemination of this communication may be subject to legal restriction or sanction.  If you received this communication in error, please notify the sender immediately by e-mail or by telephone at 305.576.5060.

**From:** Olympia De Castro <olympia.decastro@gmail.com>
**Sent:** Monday, July 29, 2019 11:47 AM
**To:** Daniel Holtz <Dholtz@waldencapital.net>
**Subject:** Follow up + NEW account wire details for future pmts

Hi Dani,

Thanks for the $25,000 payment I received as of July 11, 2019.

Per your indication I will apply this payment to interest service. Please see embedded below the updated interest schedule. Also included below is new account wire details.

Have you heard back from your lawyer on the PN? It's been over 2 weeks now.

The only revisions were the minor changes I highlighted for you.

Please let me know. Hope all is well for you. O x

**Please note below NEW wire instructions for future payments:**

Olympia De Castro

Chase Bank

Account# ▮▮▮▮▮▮▮▮

Routing# ▮▮▮▮▮▮▮▮

**Latest payment schedule:**

<image001.png>

--

_____
Olympia A. De Castro
Email: olympia.decastro@gmail.com

Skype: olympiadecastro

--

_____
Olympia A. De Castro
M 917.216.5565
olympia.decastro@gmail.com

--

_____
Olympia A. De Castro
M 917.216.5565
olympia.decastro@gmail.com

--

_____
Olympia A. De Castro
M 917.216.5565
olympia.decastro@gmail.com

\-\-

_____

Olympia A. De Castro

M 917.216.5565

olympia.decastro@gmail.com

\-\-

_____

Olympia A. De Castro

M 917.216.5565

olympia.decastro@gmail.com