

# REAL PROPERTY TRANSFER TAX RETURN
(Pursuant to Title 11, Chapter 21, NYC Administrative Code)

**GOVERNMENT EXHIBIT**
**14**
**18-CR-20685**

▲ DO NOT WRITE IN THIS SPACE ▲
FOR OFFICE USE ONLY

## GRANTOR

- **Name** W. BOWMAN CUTTER

- Grantor is a(n): ☑ individual ☐ partnership ☐ corporation
  (check one) ☐ single member LLC ☐ multiple member LLC (see instructions) ☐ other____

- Permanent mailing address after transfer (number and street) ████████

- City and State NEW YORK, NY

- Zip Code 10003

- Single member's name if grantor is a single member LLC

Telephone Number

SOCIAL SECURITY NUMBER ████████ OR EMPLOYER IDENTIFICATION NUMBER

SINGLE MEMBER EIN OR SSN

## GRANTEE

- **Name** 3 GRAMERCY OWNERS CORP.

- Grantee is a(n): ☐ individual ☐ partnership ☑ corporation
  (check one) ☐ single member LLC ☐ multiple member LLC (see instructions) ☐ other____

- Permanent mailing address after transfer (number and street) 3 GRAMERCY PARK

- City and State NEW YORK, NY

- Zip Code 10003

- Single member's name if grantee is a single member LLC

Telephone Number

SOCIAL SECURITY NUMBER OR EMPLOYER IDENTIFICATION NUMBER ████████

SINGLE MEMBER EIN OR SSN

## PROPERTY LOCATION
LIST EACH LOT SEPARATELY. ATTACH A RIDER IF ADDITIONAL SPACE IS REQUIRED

| Address (number and street) | Apt. No. | Borough | Block | Lot | # of Floors | Square Feet | Assessed Value of Property |
|---|---|---|---|---|---|---|---|
| 3 GRAMERCY PARK | | MANHATTAN | 876 | 12 | 4 | 7,415 | 713,463.00 |

- DATE OF TRANSFER TO GRANTEE: 12/28/2018
- PERCENTAGE OF INTEREST TRANSFERRED: 100 %

## CONDITION OF TRANSFER. See Instructions
- Check (✓) all of the conditions that apply and fill out the appropriate schedules of this return. Additionally, Schedules1 and 2 must be completed for all transfers.

a. ☐ .....Arms length transfer
b. ☐ .....Transfer in exercise of option to purchase
c. ☑ .....Transfer from cooperative sponsor to cooperative corporation
d. ☐ .....Transfer by referee or receiver (complete Schedule A)
e. ☐ .....Transfer pursuant to marital settlement agreement or divorce decree (complete Schedule I)
f. ☐ .....Deed in lieu of foreclosure (complete Schedule C)
g. ☐ .....Transfer pursuant to liquidation of an entity (complete Schedule D)
h. ☐ .....Transfer from principal to agent, dummy, strawman or conduit or vice-versa (complete Schedule E)
i. ☐ .....Transfer pursuant to trust agreement or will (attach a copy of trust agreement or will)
j. ☐ .....Gift transfer not subject to indebtedness
k. ☐ .....Gift transfer subject to indebtedness
l. ☐ .....Transfer to a business entity in exchange for an interest in the business entity (complete Schedule F)
m. ☐ .....Transfer to a governmental body
n. ☐ .....Correction deed

o. ☐ .....Transfer by or to a tax exempt organization (complete Schedule G)
p. ☐ .....Transfer of property partly within and partly without NYC
q. ☐ .....Transfer of successful bid pursuant to foreclosure
r. ☐ .....Transfer by borrower solely as security for a debt or a transfer by lender solely to return such security
s. ☐ .....Transfer wholly or partly exempt as a mere change of identity or form of ownership. Complete Schedule M)
t. ☐ .....Transfer to a REIT or to a corporation or partnership controlled by a REIT. (Complete Schedule R)
u. ☐ .....Other transfer in connection with financing (describe): ____
v. ☐ .....A grant or assignment of a leasehold interest in a tax-free NY area
w. ☐ .....Transfer to an HDFC or an entity controlled by an HDFC. (Complete Schedule L)
x. .........Reserved
y. .........Reserved
z. ☐ .....Other (describe)

NYC-RPT - Rev. 03.24.2017

201812040032610106

Page 2

Form NYC-RPT

| ● TYPE OF PROPERTY (✓) | ● TYPE OF INTEREST (✓) | | |
|---|---|---|---|
| | Check box at LEFT if you intend to record a document related to this transfer. Check box at RIGHT if you do not intend to record a document related to this transfer. | | |
| a. ☐ ........ 1-3 family house | | REC. | NON REC. |
| b. ☐ ........ Individual residential condominium unit | a. ☑ ................. Fee................................. | | ☐ |
| c. ☐ ........ Individual cooperative apartment | b. ☐ ................. Leasehold Grant ................. | | ☐ |
| d. ☐ ........ Commercial condominium unit | c. ☐ ................. Leasehold Assignment or Surrender ..... | | ☐ |
| e. ☐ ........ Commercial cooperative | d. ☐ ................. Easement ......................... | | ☐ |
| f. ☑ ........ Apartment building | e. ☐ ................. Subterranean Rights ............. | | ☐ |
| g. ☐ ........ Office building | f. ☐ ................. Development Rights ............. | | ☐ |
| h. ☐ ........ Industrial building | g. ☐ ................. Stock ............................ | | ☐ |
| i. ☐ ........ Utility | h. ☐ ................. Partnership Interest ............. | | ☐ |
| j. ☐ ........ OTHER. (describe): | i. ☐ ................. OTHER. (describe): ............... | | ☐ |

## SCHEDULE 1 - DETAILS OF CONSIDERATION

COMPLETE THIS SCHEDULE FOR ALL TRANSFERS AFTER COMPLETING THE APPROPRIATE SCHEDULES ON PAGES 5 THROUGH 12.
ENTER "ZERO" ON LINE 11 IF THE TRANSFER REPORTED WAS WITHOUT CONSIDERATION.

| | | |
|---|---|---|
| 1. Cash.................................................................... ● 1. | | 0 00 |
| 2. Purchase money mortgage................................... ● 2. | | 0 00 |
| 3. Unpaid principal of pre-existing mortgage(s)........... ● 3. | | 0 00 |
| 4. Accrued interest on pre-existing mortgage(s).......... ● 4. | | 0 00 |
| 5. Accrued real estate taxes.................................... ● 5. | | 0 00 |
| 6. Amounts of other liens on property....................... ● 6. | | 0 00 |
| 7. Value of shares of stock or of partnership interest received.... ● 7. | | 0 00 |
| 8. Value of real or personal property received in exchange........ ● 8. | | 0 00 |
| 9. Amount of Real Property Transfer Tax and/or other taxes or expenses of the grantor which are paid by the grantee...... ● 9. | | 0 00 |
| 10. Other (describe):_____ ● 10. | | 0 00 |
| 11. **TOTAL CONSIDERATION** (add lines 1 through 10 - must equal amount entered on line 1 of Schedule 2) (see instructions)................ ● 11. $ | | 0 00 |

See instructions for special rules relating to transfers of cooperative units, liquidations, marital
settlements and transfers of property to a business entity in return for an interest in the entity.

## SCHEDULE 2 - COMPUTATION OF TAX

Payment Enclosed

| A.   Payment | Pay amount shown on line 15 - *See Instructions* | | |
|---|---|---|---|
| 1. Total Consideration (from line 11, above)............................. ● 1. | | 0 00 | |
| 2. Excludable liens (see instructions)...................................... ● 2. | | 0 00 | |
| 3. Consideration (line 1 less line 2).......................................... ● 3. | | 0 00 | |
| 4. Tax Rate (see instructions).................................................. ● 4. | | 0 | % |
| 5. HDFC Exemption (see Schedule L, line 15) ........................ ● 5. | | 0 00 | |
| 6. Consideration less HDFC Exemption (line 3 less line 5) ...... ● 6. | | 0 00 | |
| 7. Percentage change in beneficial ownership (see instructions) ..... ● 7. | | 100 | % |
| 8. Taxable consideration (multiply line 6 by line 7)..................... ● 8. | | 0 00 | |
| 9. Tax (multiply line 8 by line 4)............................................... ● 9. | | 0 00 | |
| 10. Credit (see instructions)..................................................... ● 10. | | 0 00 | |
| 11. Transfer tax previously paid (see Schedule L, line 18)............ ● 11. | | 0 00 | |
| 12. Tax due (line 9 less line 10 and 11) (if the result is negative, enter zero).... ● 12. | | 0 00 | |
| 13. Interest (see instructions)................................................... ● 13. | | 0 00 | |
| 14. Penalty (see instructions)................................................... ● 14. | | 0 00 | |
| 15. **Total Tax Due** (add lines 12, 13 and 14)........................... ● 15. $ | | 0 00 | |

201812040032610106

Form NYC-RPT

## SCHEDULE 3 - TRANSFERS INVOLVING MULTIPLE GRANTORS AND/OR GRANTEES

**NOTE** If additional space is needed, attach copies of this schedule or an addendum listing all of the information required below.

### GRANTOR(S)

● Name ABIGAIL T CUTTER

● Grantor is a(n): (check one) ☑individual ☐partnership ☐corporation
☐single member LLC ☐multiple member LLC ☐other_____

Telephone Number

SOCIAL SECURITY NUMBER

OR

EMPLOYER IDENTIFICATION NUMBER

● Permanent mailing address after transfer (number and street)

● City and State
NEW YORK, NY

Zip Code
10003

SINGLE MEMBER EIN OR SSN

● Single member's name if grantor is a single member LLC

---

● Name GERT-JAN VAN DEN BERGH

● Grantor is a(n): (check one) ☑individual ☐partnership ☐corporation
☐single member LLC ☐multiple member LLC ☐other_____

Telephone Number

SOCIAL SECURITY NUMBER

OR

EMPLOYER IDENTIFICATION NUMBER

● Permanent mailing address after transfer (number and street)

● City and State /PROVINCE
AMSTERDAM

COUNTRY
NETHERLANDS

Zip Code /POSTAL CODE

SINGLE MEMBER EIN OR SSN

● Single member's name if grantor is a single member LLC

### GRANTEE(S)

● Name

● Grantee is a(n): (check one) ☐individual ☐partnership ☐corporation
☐single member LLC ☐multiple member LLC ☐other_____

Telephone Number

SOCIAL SECURITY NUMBER

OR

EMPLOYER IDENTIFICATION NUMBER

● Permanent mailing address after transfer (number and street)

● City and State

Zip Code

SINGLE MEMBER EIN OR SSN

● Single member's name if grantee is a single member LLC

---

● Name

● Grantee is a(n): (check one) ☐individual ☐partnership ☐corporation
☐single member LLC ☐multiple member LLC ☐other_____

Telephone Number

SOCIAL SECURITY NUMBER

OR

EMPLOYER IDENTIFICATION NUMBER

● Permanent mailing address after transfer (number and street)

● City and State

Zip Code

SINGLE MEMBER EIN OR SSN

● Single member's name if grantee is a single member LLC

201812040032610106

Form NYC-RPT                                                                        ATTACHMENT

## SCHEDULE 3 – TRANSFERS INVOLVING MULTIPLE GRANTORS AND/OR GRANTEES

**NOTE**  If additional space is needed, attach copies of this schedule or an addendum listing all of the information required below.

### GRANTOR(S)

● Name   CORNELIA CATHARINA MARIA  VAN DEN BERGH-RAAT

● Grantor is a(n):  ☑ individual   ☐ partnership   ☐ corporation   ☐ single member LLC   ☐ multiple member LLC   ☐ other_____   (check one)

Telephone Number

● Permanent mailing address after transfer (number and street)

● City and State /PROVINCE   AMSTERDAM

COUNTRY   NETHERLANDS

Zip Code /POSTAL CODE

● Single member's name if grantor is a single member LLC

SOCIAL SECURITY NUMBER

OR

EMPLOYER IDENTIFICATION NUMBER

SINGLE MEMBER EIN OR SSN

---

● Name   RICHARD  MCCABE

● Grantor is a(n):  ☑ individual   ☐ partnership   ☐ corporation   ☐ single member LLC   ☐ multiple member LLC   ☐ other_____   (check one)

Telephone Number

● Permanent mailing address after transfer (number and street)

● City and State   NEW YORK, NY

Zip Code   10003

● Single member's name if grantor is a single member LLC

SOCIAL SECURITY NUMBER

OR

EMPLOYER IDENTIFICATION NUMBER

SINGLE MEMBER EIN OR SSN

### GRANTEE(S)

● Name

● Grantee is a(n):  ☐ individual   ☐ partnership   ☐ corporation   ☐ single member LLC   ☐ multiple member LLC   ☐ other_____   (check one)

Telephone Number

● Permanent mailing address after transfer (number and street)

● City and State

Zip Code

● Single member's name if grantee is a single member LLC

SOCIAL SECURITY NUMBER

OR

EMPLOYER IDENTIFICATION NUMBER

SINGLE MEMBER EIN OR SSN

---

● Name

● Grantee is a(n):  ☐ individual   ☐ partnership   ☐ corporation   ☐ single member LLC   ☐ multiple member LLC   ☐ other_____   (check one)

Telephone Number

● Permanent mailing address after transfer (number and street)

● City and State

Zip Code

● Single member's name if grantee is a single member LLC

SOCIAL SECURITY NUMBER

OR

EMPLOYER IDENTIFICATION NUMBER

SINGLE MEMBER EIN OR SSN

201812040032610106

Form NYC-RPT

ATTACHMENT

**SCHEDULE 3 - TRANSFERS INVOLVING MULTIPLE GRANTORS AND/OR GRANTEES**

**NOTE** If additional space is needed, attach copies of this schedule or an addendum listing all of the information required below.

## GRANTOR(S)

**Name** 3 GRAMERCY PARK WEST, LLC

Grantor is a(n): (check one) ☐individual ☐partnership ☐corporation ☑single member LLC ☐multiple member LLC ☐other

Telephone Number

SOCIAL SECURITY NUMBER OR EMPLOYER IDENTIFICATION NUMBER

Permanent mailing address after transfer (number and street)

City and State: MIAMI, FL

Zip Code 33137

Single member's name if grantor is a single member LLC: GRAMERCY IRREVOCABLE TRUST

---

**Name** GERARD A VANDER SCHAUW

Grantor is a(n): (check one) ☑individual ☐partnership ☐corporation ☐single member LLC ☐multiple member LLC ☐other

Telephone Number

SOCIAL SECURITY NUMBER OR EMPLOYER IDENTIFICATION NUMBER

Permanent mailing address after transfer (number and street)

City and State: ELLENSBURG, WA

Zip Code 98926

SINGLE MEMBER EIN OR SSN

Single member's name if grantor is a single member LLC

## GRANTEE(S)

**Name**

Grantee is a(n): (check one) ☐individual ☐partnership ☐corporation ☐single member LLC ☐multiple member LLC ☐other

Telephone Number

SOCIAL SECURITY NUMBER OR EMPLOYER IDENTIFICATION NUMBER / SINGLE MEMBER EIN OR SSN

Permanent mailing address after transfer (number and street)

City and State

Zip Code

Single member's name if grantee is a single member LLC

---

**Name**

Grantee is a(n): (check one) ☐individual ☐partnership ☐corporation ☐single member LLC ☐multiple member LLC ☐other

Telephone Number

SOCIAL SECURITY NUMBER OR EMPLOYER IDENTIFICATION NUMBER / SINGLE MEMBER EIN OR SSN

Permanent mailing address after transfer (number and street)

City and State

Zip Code

Single member's name if grantee is a single member LLC

3 - Attachment

201812040032610106

Form NYC-RPT

ATTACHMENT

## SCHEDULE 3 - TRANSFERS INVOLVING MULTIPLE GRANTORS AND/OR GRANTEES

**NOTE** If additional space is needed, attach copies of this schedule or an addendum listing all of the information required below.

### GRANTOR(S)

**Name**  JUDITH M VANDER SCHAUW

Grantor is a(n): ☑ individual ☐ partnership ☐ corporation
(check one) ☐ single member LLC ☐ multiple member LLC ☐ other_____

Telephone Number

SOCIAL SECURITY NUMBER

OR

EMPLOYER IDENTIFICATION NUMBER

Permanent mailing address *after* transfer (number and street)  3 GRAMERCY PARK UNIT 3

City and State  NEW YORK, NY

Zip Code  10003

SINGLE MEMBER EIN OR SSN

Single member's name if grantor is a single member LLC

---

**Name**

Grantor is a(n): ☐ individual ☐ partnership ☐ corporation
(check one) ☐ single member LLC ☐ multiple member LLC ☐ other_____

Telephone Number

SOCIAL SECURITY NUMBER

OR

EMPLOYER IDENTIFICATION NUMBER

Permanent mailing address *after* transfer (number and street)

City and State

Zip Code

SINGLE MEMBER EIN OR SSN

Single member's name if grantor is a single member LLC

### GRANTEE(S)

**Name**

Grantee is a(n): ☐ individual ☐ partnership ☐ corporation
(check one) ☐ single member LLC ☐ multiple member LLC ☐ other_____

Telephone Number

SOCIAL SECURITY NUMBER

OR

EMPLOYER IDENTIFICATION NUMBER

Permanent mailing address *after* transfer (number and street)

City and State

Zip Code

SINGLE MEMBER EIN OR SSN

Single member's name if grantee is a single member LLC

---

**Name**

Grantee is a(n): ☐ individual ☐ partnership ☐ corporation
(check one) ☐ single member LLC ☐ multiple member LLC ☐ other_____

Telephone Number

SOCIAL SECURITY NUMBER

OR

EMPLOYER IDENTIFICATION NUMBER

Permanent mailing address *after* transfer (number and street)

City and State

Zip Code

SINGLE MEMBER EIN OR SSN

Single member's name if grantee is a single member LLC

3 - Attachment

201812040032610106

Form NYC-RPT

Page 4

## GRANTOR'S ATTORNEY ▼

Name of Attorney: BONNIE COVEY, ESQ.

Telephone Number ( ████

Address (number and street): 7 PENN PLAZA  SUITE 1602

City and State: NEW YORK, ████  10001

EMPLOYER IDENTIFICATION NUMBER ☐-☐ **OR** SOCIAL SECURITY NUMBER ☐-☐-☐

## GRANTEE'S ATTORNEY ▼

Name of Attorney: BONNIE COVEY, ESQ.

Telephone Number ████

Address (number and street): 7 PENN PLAZA  SUITE 1602

City and State: NEW YORK, NY  10001

EMPLOYER IDENTIFICATION NUMBER ☐-☐ **OR** SOCIAL SECURITY NUMBER ☐-☐-☐

## CERTIFICATION ▼

I swear or affirm that this return, including any accompanying schedules, affidavits and attachments, has been examined by me and is, to the best of my knowledge, a true and complete return made in good faith, pursuant to Title 11, Chapter 21 of the Administrative Code and the regulations issued thereunder.

### GRANTOR

Sworn to and subscribed to before me on this 11 day of December, 2016.

W. BOWMAN CUTTER
Name of Grantor

Signature of Notary / Signature of Grantor

BONNIE SIEGEL COVEY
Notary Public, State of New York
No. 02CO4687762
Qualified in Kings County
Commission Expires Jan. 31, 2022

### GRANTEE

Sworn to and subscribed to before me on this 11 day of December, 2016.

3 GRAMERCY OWNERS CORP.
Name of Grantee

Signature of Notary / Signature of Grantee

BONNIE SIEGEL COVEY
Notary Public, State of New York
No. 02CO4687762
Qualified in Kings County
Commission Expires Jan. 31, 2022

4

2018120400326101

# CERTIFICATION

I swear or affirm that this return, including any accompanying schedules, affidavits and attachments, has been examined by me and is, to the best of my knowledge, a true and complete return made in good faith, pursuant to Title 11, Chapter 21 of the Administrative Code and the regulations issued thereunder.

## GRANTORS

| | |
|---|---|
| ABIGAIL T CUTTER | |
| Name of Grantor | Signature of Grantor |
| GERT-JAN VAN DEN BERGH | |
| Name of Grantor | Signature of Grantor |
| CORNELIA CATHARINA MARIA VAN DEN BERGH-RAAT | |
| Name of Grantor | Signature of Grantor |
| RICHARD MCCABE | |
| Name of Grantor | Signature of Grantor |
| 3 GRAMERCY PARK WEST, LLC | |
| Name of Grantor | Signature of Grantor |
| GERARD A VANDER SCHAUW | |
| Name of Grantor | Signature of Grantor |
| JUDITH M VANDER SCHAUW | |
| Name of Grantor | Signature of Grantor |

| EIN/SSN | Name of Grantor | Signature of Grantor |
|---|---|---|
| EIN/SSN | Name of Grantor | Signature of Grantor |

## GRANTEES

| EIN/SSN | Name of Grantee | Signature of Grantee |
|---|---|---|
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |

2018120400326101

Form NYC- RPT

# CERTIFICATION

I swear or affirm that this return, including any accompanying schedules, affidavits and attachments, has been examined by me and is, to the best of my knowledge, a true and complete return made in good faith, pursuant to Title 11, Chapter 21 of the Administrative Code and the regulations issued thereunder.

## GRANTORS

| | Name of Grantor | Signature of Grantor |
|---|---|---|
| | ABIGAIL T CUTTER | |
| | GERT-JAN VAN DEN BERGH | |
| | CORNELIA CATHARINA MARIA VAN DEN BERGH-RAAT | X |
| | RICHARD MCCABE | X |
| | 3 GRAMERCY PARK WEST, LLC | |
| | GERARD A VANDER SCHAUW | X |
| | JUDITH M VANDER SCHAUW | X |
| EIN/SSN | Name of Grantor | Signature of Grantor |
| EIN/SSN | Name of Grantor | Signature of Grantor |

## GRANTEES

| EIN/SSN | Name of Grantee | Signature of Grantee |
|---|---|---|
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |

4 - Attachment

2018120400326101

Form NYC- RPT

ATTACHMENT

# CERTIFICATION

I swear or affirm that this return, including any accompanying schedules, affidavits and attachments, has been examined by me and is, to the best of myknowledge, a true and complete return made in good faith, pursuant to Title 11, Chapter 21 of the Administrative Code and the regulations issued thereunder.

## GRANTORS

BIGAIL T CUTTER

Signature of Grantor

Name of Grantor
BERT-JAN VAN DEN BERGH

Signature of Grantor

Name of Grantor
CORNELIA CATHARINA MARIA VAN DEN BERGH-RAAT

Signature of Grantor

Name of Grantor
RICHARD MCCABE

Signature of Grantor

Name of Grantor
3 GRAMERCY PARK WEST, LLC

Signature of Grantor

Name of Grantor
GERARD A VANDER SCHAUW

Signature of Grantor

Name of Grantor
JUDITH M VANDER SCHAUW

Signature of Grantor

EIN/SSN    Name of Grantor

Signature of Grantor

EIN/SSN    Name of Grantor

Signature of Grantor

EIN/SSN    Name of Grantor

Signature of Grantor

## GRANTEES

EIN/SSN    Name of Grantee

Signature of Grantee

EIN/SSN    Name of Grantee

Signature of Grantee

EIN/SSN    Name of Grantee

Signature of Grantee

EIN/SSN    Name of Grantee

Signature of Grantee

EIN/SSN    Name of Grantee

Signature of Grantee

EIN/SSN    Name of Grantee

Signature of Grantee

EIN/SSN    Name of Grantee

Signature of Grantee

EIN/SSN    Name of Grantee

Signature of Grantee

EIN/SSN    Name of Grantee

Signature of Grantee

4 - Attachment

2018120400326101

Form NYC- RPT

# CERTIFICATION

I swear or affirm that this return, including any accompanying schedules, affidavits and attachments, has been examined by me and is, to the best of my knowledge, a true and complete return made in good faith, pursuant to Title 11, Chapter 21 of the Administrative Code and the regulations issued thereunder.

## GRANTORS

| | |
|---|---|
| ABIGAIL T CUTTER | |
| Name of Grantor | Signature of Grantor |
| GERT-JAN VAN DEN BERGH | |
| Name of Grantor | Signature of Grantor |
| CORNELIA CATHARINA MARIA VAN DEN BERGH-RAAT | |
| Name of Grantor | Signature of Grantor |
| RICHARD MCCABE | |
| Name of Grantor | Signature of Grantor |
| 3 GRAMERCY PARK WEST, LLC | X |
| Name of Grantor | Signature of Grantor |
| GERARD A VANDER SCHAUW | X |
| Name of Grantor | Signature of Grantor |
| JUDITH M VANDER SCHAUW | X |
| Name of Grantor | Signature of Grantor |
| EIN/SSN      Name of Grantor | Signature of Grantor |
| EIN/SSN      Name of Grantor | Signature of Grantor |
| EIN/SSN      Name of Grantor | Signature of Grantor |

## GRANTEES

| | |
|---|---|
| EIN/SSN      Name of Grantee | Signature of Grantee |
| EIN/SSN      Name of Grantee | Signature of Grantee |
| EIN/SSN      Name of Grantee | Signature of Grantee |
| EIN/SSN      Name of Grantee | Signature of Grantee |
| EIN/SSN      Name of Grantee | Signature of Grantee |
| EIN/SSN      Name of Grantee | Signature of Grantee |
| EIN/SSN      Name of Grantee | Signature of Grantee |
| EIN/SSN      Name of Grantee | Signature of Grantee |
| EIN/SSN      Name of Grantee | Signature of Grantee |

4 - Attachment

2018120400326101

FOR CITY USE ONLY

C1. County Code | | C2. Date Deed | / | / |
Recorded    Month   Day   Year

C3. Book | | | | | | C4. Page | | | | | |
OR
C5. CRFN | | | | | | |

REAL PROPERTY TRANSFER REPORT
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES

**RP - 5217NYC**

PROPERTY INFORMATION

1. Property Location | 3 | GRAMERCY PARK |
STREET NUMBER    STREET NAME

MANHATTAN | 10003
BOROUGH    ZIP CODE

2. Buyer Name | 3 GRAMERCY OWNERS CORP. |
LAST NAME / COMPANY    FIRST NAME

LAST NAME / COMPANY    FIRST NAME

3. Tax Billing Address | Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form) | LAST NAME / COMPANY | FIRST NAME |

STREET NUMBER AND STREET NAME    CITY OR TOWN    STATE    ZIP CODE

4. Indicate the number of Assessment Roll parcels transferred on the deed | 1 | # of Parcels OR | | Part of a Parcel |

4A. Planning Board Approval - N/A for NYC
4B. Agricultural District Notice - N/A for NYC

Check the boxes below as they apply:

5. Deed Property Size | | X | | OR | | | |
FRONT FEET    DEPTH    ACRES

6. Ownership Type is Condominium | |
7. New Construction on Vacant Land | |

8. Seller Name | CUTTER |
LAST NAME / COMPANY    FIRST NAME    W. BOWMAN

| CUTTER | ABIGAIL T |
LAST NAME / COMPANY    FIRST NAME

9. Check the box below which most accurately describes the use of the property at the time of sale:

| A | | One Family Residential | C | | Residential Vacant Land | E | | Commercial | G | | Entertainment / Amusement | I | | Industrial |
| B | | 2 or 3 Family Residential | D | | Non-Residential Vacant Land | F | ✔ | Apartment | H | | Community Service | J | | Public Service |

SALE INFORMATION

10. Sale Contract Date | 12 / 28 / 2018 |
Month   Day   Year

11. Date of Sale / Transfer | 12 / 28 / 2018 |
Month   Day   Year

12. Full Sale Price $ | | | | | | | 0 | |

( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) *Please round to the nearest whole dollar amount.*

13. Indicate the value of personal property included in the sale | | | | | | |

14. Check one or more of these conditions as applicable to transfer:

| A | | Sale Between Relatives or Former Relatives |
| B | | Sale Between Related Companies or Partners in Business |
| C | | One of the Buyers is also a Seller |
| D | | Buyer or Seller is Government Agency or Lending Institution |
| E | | Deed Type not Warranty or Bargain and Sale (Specify Below) |
| F | | Sale of Fractional or Less than Fee Interest ( Specify Below ) |
| G | | Significant Change in Property Between Taxable Status and Sale Dates |
| H | | Sale of Business is Included in Sale Price |
| I | ✔ | Other Unusual Factors Affecting Sale Price ( Specify Below ) |
| J | | None |

ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

15. Building Class | C , 5 |    16. Total Assessed Value (of all parcels in transfer) | | | | | | 7 , 1 , 3 , 4 , 6 . 3 |

17. Borough, Block and Lot / Roll Identifier(s)  ( If more than three, attach sheet with additional identifier(s) )

| MANHATTAN 876 12 | | | |

2018120400326201 06

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |
| --- | --- |

BUYER

BUYER SIGNATURE          DATE

3 GRAMERCY PARK

STREET NUMBER          STREET NAME (AFTER SALE)

NEW YORK

CITY OR TOWN          NY          10003
                      STATE        ZIP CODE

BUYER'S ATTORNEY

Covey                    fonnic
LAST NAME                FIRST NAME

AREA CODE

SELLER

X Wi3            ut
SELLER SIGNATURE                      DATE

2018120400326201

ATTACHMENT

Form RP-5217 NYC

Grantee (Buyer)

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantor (Seller) | |
| VAN DEN BERGH | GERT-JAN |

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantee (Buyer) | |

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantor (Seller) | |
| VAN DEN BERGH-RAAT | CORNELIA CATHARINA MARIA |

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantee (Buyer) | |

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantor (Seller) | |
| MCCABE | RICHARD |

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantee (Buyer) | |

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantor (Seller) | |
| 3 GRAMERCY PARK WEST, LLC | |

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantee (Buyer) | |

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantor (Seller) | |
| VANDER SCHAUW | GERARD A |

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantee (Buyer) | |

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantor (Seller) | |
| VANDER SCHAUW | JUDITH M |

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantee (Buyer) | |

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantor (Seller) | |

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantee (Buyer) | |

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantor (Seller) | |

LAST NAME / COMPANY    FIRST NAME

201812040032620106

ATTACHMENT

Form RP-5217 NYC

Grantee (Buyer)

LAST NAME / COMPANY                                      FIRST NAME

Grantor (Seller)                                         GERT-JAN

VAN DEN BERGH                                            FIRST NAME

LAST NAME / COMPANY

Grantee (Buyer)

LAST NAME / COMPANY                                      FIRST NAME

Grantor (Seller)  X                                      CORNELIA CATHARINA MARIA

VAN DEN BERGH-RAAT                                       FIRST NAME

LAST NAME / COMPANY

Grantee (Buyer)

LAST NAME / COMPANY                                      FIRST NAME

Grantor (Seller)                                         RICHARD

MCCABE                                                   FIRST NAME

LAST NAME / COMPANY

Grantee (Buyer)

LAST NAME / COMPANY                                      FIRST NAME

Grantor (Seller)

3 GRAMERCY PARK WEST, LLC                                FIRST NAME

LAST NAME / COMPANY

Grantee (Buyer)

LAST NAME / COMPANY                                      FIRST NAME

Grantor (Seller)                                         GERARD A

VANDER SCHAUW                                            FIRST NAME

LAST NAME / COMPANY

Grantee (Buyer)

LAST NAME / COMPANY                                      FIRST NAME

Grantor (Seller)                                         JUDITH M

VANDER SCHAUW                                            FIRST NAME

LAST NAME / COMPANY

Grantee (Buyer)

LAST NAME / COMPANY                                      FIRST NAME

Grantor (Seller)

LAST NAME / COMPANY                                      FIRST NAME

Grantee (Buyer)

LAST NAME / COMPANY                                      FIRST NAME

Grantor (Seller)

LAST NAME / COMPANY                                      FIRST NAME

201812040032620106

Form RP-5217 NYC

Grantee (Buyer)

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantor (Seller) | |
| VAN DEN BERGH | GERT-JAN |
| LAST NAME / COMPANY | FIRST NAME |
| Grantee (Buyer) | |

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantor (Seller) | |
| VAN DEN BERGH-RAAT | CORNELIA CATHARINA MARIA |
| LAST NAME / COMPANY | FIRST NAME |
| Grantee (Buyer) | |

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantor (Seller) | |
| MCCABE | RICHARD |
| LAST NAME / COMPANY | FIRST NAME |
| Grantee (Buyer) | |

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantor (Seller) | |
| 3 GRAMERCY PARK WEST, LLC | |
| LAST NAME / COMPANY | FIRST NAME |
| Grantee (Buyer) | |

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantor (Seller) | |
| VANDER SCHAUW | GERARD A |
| LAST NAME / COMPANY | FIRST NAME |
| Grantee (Buyer) | |

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantor (Seller) | |
| VANDER SCHAUW | JUDITH M |
| LAST NAME / COMPANY | FIRST NAME |
| Grantee (Buyer) | |

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantor (Seller) | |
| LAST NAME / COMPANY | FIRST NAME |
| Grantee (Buyer) | |

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantor (Seller) | |
| LAST NAME / COMPANY | FIRST NAME |

Form RP-5217 NYC

Grantee (Buyer)

| | |
|---|---|
| LAST NAME / COMPANY | FIRST NAME |

Grantor (Seller)

| | |
|---|---|
| VAN DEN BERGH | GERT-JAN |

| | |
|---|---|
| LAST NAME / COMPANY | FIRST NAME |

Grantee (Buyer)

| | |
|---|---|
| LAST NAME / COMPANY | FIRST NAME |

Grantor (Seller)

| | |
|---|---|
| VAN DEN BERGH-RAAT | CORNELIA CATHARINA MARIA |

| | |
|---|---|
| LAST NAME / COMPANY | FIRST NAME |

Grantee (Buyer)

| | |
|---|---|
| LAST NAME / COMPANY | FIRST NAME |

Grantor (Seller)

| | |
|---|---|
| MCCABE | RICHARD |

| | |
|---|---|
| LAST NAME / COMPANY | FIRST NAME |

Grantee (Buyer)

| | |
|---|---|
| LAST NAME / COMPANY | FIRST NAME |

Grantor (Seller) X

| | |
|---|---|
| 3 GRAMERCY PARK WEST, LLC | |

| | |
|---|---|
| LAST NAME / COMPANY | FIRST NAME |

Grantee (Buyer)

| | |
|---|---|
| LAST NAME / COMPANY | FIRST NAME |

Grantor (Seller)

| | |
|---|---|
| VANDER SCHAUW | GERARD A |

| | |
|---|---|
| LAST NAME / COMPANY | FIRST NAME |

Grantee (Buyer)

| | |
|---|---|
| LAST NAME / COMPANY | FIRST NAME |

Grantor (Seller)

| | |
|---|---|
| VANDER SCHAUW | JUDITH M |

| | |
|---|---|
| LAST NAME / COMPANY | FIRST NAME |

Grantee (Buyer)

| | |
|---|---|
| LAST NAME / COMPANY | FIRST NAME |

Grantor (Seller)

| | |
|---|---|
| LAST NAME / COMPANY | FIRST NAME |

Grantee (Buyer)

| | |
|---|---|
| LAST NAME / COMPANY | FIRST NAME |

Grantor (Seller)

| | |
|---|---|
| LAST NAME / COMPANY | FIRST NAME |

201812040032620106

Form RP-5217 NYC                                                                    ATTACHMENT

# CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

## BUYERS

| Buyer Signature | Date |
|---|---|
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |

## SELLERS

| Seller Signature | Date |
|---|---|
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |

2018120400326201

Form RP-5217 NYC

ATTACHMENT

# CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

## BUYERS

## SELLERS

| Buyer Signature | Date | Seller Signature | Date |
|---|---|---|---|
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |

2018120400326201

Form RP-5217 NYC

ATTACHMENT

# CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any wilful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

## BUYERS

Buyer Signature | Date

Buyer Signature | Date

Buyer Signature | Date

Buyer Signature | Date

Buyer Signature | Date

Buyer Signature | Date

Buyer Signature | Date

Buyer Signature | Date

Buyer Signature | Date

Buyer Signature | Date

Buyer Signature | Date

Buyer Signature | Date

Buyer Signature | Date

Buyer Signature | Date

Buyer Signature | Date

Buyer Signature | Date

Buyer Signature | Date

Buyer Signature | Date

Buyer Signature | Date

## SELLERS

Seller Signature | Date

Seller Signature | Date

Seller Signature | Date

Seller Signature | Date

Seller Signature | Date

Seller Signature | Date

Seller Signature | Date

Seller Signature | Date

Seller Signature | Date

Seller Signature | Date

Seller Signature | Date

Seller Signature | Date

Seller Signature | Date

Seller Signature | Date

Seller Signature | Date

Seller Signature | Date

Seller Signature | Date

Seller Signature | Date

Seller Signature | Date

2018120400326201

Form RP-5217 NYC

# CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and  understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

## BUYERS

Buyer Signature     Date

Buyer Signature     Date

Buyer Signature     Date

Buyer Signature     Date

Buyer Signature     Date

Buyer Signature     Date

Buyer Signature     Date

Buyer Signature     Date

Buyer Signature     Date

Buyer Signature     Date

Buyer Signature     Date

Buyer Signature     Date

Buyer Signature     Date

Buyer Signature     Date

Buyer Signature     Date

Buyer Signature     Date

Buyer Signature     Date

Buyer Signature     Date

Buyer Signature     Date

Buyer Signature     Date

## SELLERS

Seller Signature     Date

Seller Signature     Date

Seller Signature     Date

Seller Signature     Date

Seller Signature     Date

Seller Signature     Date

Seller Signature     Date

Seller Signature     Date

Seller Signature     Date

Seller Signature     Date

Seller Signature     Date

Seller Signature     Date

Seller Signature     Date

Seller Signature     Date

Seller Signature     Date

Seller Signature     Date

Seller Signature     Date

Seller Signature     Date

Seller Signature     Date

Seller Signature     Date

2018120400326201