WRITTEN CONSENT

**IN LIEU OF
MEETING OF THE MEMBERS OF
IWM HOLDINGS LLC**

  The undersigned, constituting at least 66.67% of the aggregate Percentage Interests of the Members in IWM Holdings LLC, a Delaware limited liability company (the "Company"), do hereby adopt the following resolutions, pursuant to Article 6.9 of the Limited Liability Agreement of IWM Holdings LLC, dated December 1, 2008, and as may be further amended from time to time (the "Operating Agreement"), by written consent without a meeting, with full force and effect as if adopted by the affirmative vote of the Members at a duly constituted meeting:

  RESOLVED that, upon fulfillment of the Closing Condition, pursuant to Article 12.5 of the Operating Agreement, Article 11.2 of the Operating Agreement shall be amended to also permit any Member to assign or transfer its Membership Interest to his spouse or other immediate family member, or an entity controlled by such Member, spouse or other immediate family member, without any approval or limitations set forth in Article XI of the Operating Agreement. "Closing Conditions" means the closing conditions of the Domaine Transaction, which includes the issuance of the necessary liquor licenses by the State of New York Liquor Authority, Division of Alcoholic Beverage Control.

  Capitalized terms that are used but not defined herein shall have the meanings set forth in the Operating Agreement. This Written Consent may be executed in several counterparts, each of which shall be deemed an original but all of which will constitute one and the same Written Consent.

[Remainder intentionally blank]

IN WITNESS WHEREOF, the undersigned have executed this written consent as of February 24, 2015.

MEMBERS:

_____
**GUSTAVO HERNANDEZ**


_____
**DANIEL M. HOLTZ**


_____
**JORGE MORA**


_____
**SERGIO ESPOSITO**