**FIRST AMENDMENT TO**
**OPERATING AGREEMENT OF**
**IWM HOLDINGS LLC**

This First Amendment (this "Amendment") to the Amended and Restated Limited Liability Agreement of IWM Holdings LLC, a Delaware limited liability company (the "Company"), dated as of December 1, 2008, as may be further amended from time to time (the "Operating Agreement"), amends the Operating Agreement of the Company, effective as of the Effective Date (as defined below), and is among the Company, and at least 66.67% of aggregate Percentage Interests of the Members of the Company, including Daniel M. Holtz ("Holtz"), Jorge Mora ("Mora"), Gustavo Hernandez ("Hernandez"), and Sergio Esposito ("Esposito") (each of Holtz, Mora, Hernandez and Esposito, collectively, the "Super Majority Members"). Capitalized terms that are used but not defined herein shall have the meanings set forth in the Operating Agreement.

WHEREAS, pursuant to the written consent in lieu of a meeting of the Members of the Company dated February 24, 2015, upon the fulfillment of the Closing Conditions, the Company and Super Majority Members intend to amend Article 11.2 of the Operating Agreement to also permit any Member to assign or to transfer its Membership Interests in the Company to a spouse or other immediate family member, or an entity controlled by such Member, spouse or other immediate family member.

NOW, THEREFORE, the Company and the Super Majority Members hereby amend the Operating Agreement as follows:

Section 1. *Amendments to Operating Agreement*. Upon the fulfillment of the Closing Conditions, on the Effective Date, Article 11.2 shall be amended by deleting "; or (ii) the assignment or transfer of the JV Group Members' Membership Interest to Holdings" and replacing with "; (ii) the assignment or transfer of the JV Group Members' Membership Interest to Holdings; or (iii) the assignment or transfer of any Members' Membership Interest to a spouse or immediate family member, or to an entity controlled by such Member, spouse or immediate family member".

Section 2. *Amendments to Operating Agreement*. Upon the fulfillment of the Closing Condition, on the Effective Date, Schedule A to the Operating Agreement shall be replaced in its entirety by the Schedule A included in Exhibit 1 hereto.

Section 3. *Miscellaneous*.

(a) Definitions. As used in this Amendment, the following terms shall have the meaning specified below:

"**Closing Conditions**" means the closing conditions of the Domaine Transaction, which includes the issuance of the necessary liquor license by the State of New York Liquor Authority, Division of Alcoholic Beverage Control.

"**Domaine Transaction**" means the transaction whereby Domaine Select Wine Estates, LLC will contribute all of its assets and liabilities to Domaine Select Wine & Spirits, LLC, including the related transactions thereto.

"**Effective Date**" means the closing date of the Domaine Transaction.

(b) Counterparts. This Amendment may be executed in one or more counterparts, all of which shall be considered one and the same agreement, and shall become effective when one or more counterparts have been signed by each of the parties hereto and delivered (including by facsimile) to the other parties hereto.

(c) Ratification. Except as amended hereby, the Operating Agreement shall remain in full force and effect as previously executed, and each Member hereby ratifies the Operating Agreement as amended hereby.

(d) <u>Governing Law</u>.  This Agreement shall be governed by and construed in accordance with the local, internal laws of the State of Delaware (without regards to conflict of law principals).

*[Signature page follows.]*

IN WITNESS WHEREOF, the undersigned Super Majority Members, who represent at least 66.67% of the aggregate Percentage Interests of the Members of the Company, intending to be legally bound, have caused this Amendment to be duly executed and delivered as of the date first set forth above.

**IWM HOLDINGS LLC**

By: _____
Name:
Title:

**SUPER MAJORITY MEMBERS**

**GUSTAVO HERNANDEZ**

_____

**DANIEL M. HOLTZ**

_____

**JORGE MORA**

_____

**SERGIO ESPOSITO**

_____

-3-

EXHIBIT 1

AMENDMENT AND RESTATED SCHEDULE A

OF THE OPERATING AGREEMENT

| Member | Percentage Interest | Address |
|---|---|---|
| Salondera, LLC | 47.2% | Javier Mora, 4801 San Amaro Dr., Coral Gables, FL, 33146 |
| "Esposito Trust" (F/B/O Salvatore Esposito) | 27.8% | Salvatore Esposito 16132 N. 110th Street Scottsdale, AZ, 85255 |
| "Domeneghetti Joint Trust" (F/B/O Betty Dubin) | 25%, received as a result of its contribution of the following intellectual property (including trademarks):<br><br>Mas Morrer<br>Soleto | Betty Dubin 5652 Kelly Dr. Loveland, OH, 45140 |
| Total | 100% | |