SALONDERA LLC
200 OLD COUNTRY ROAD STE 274
MINEOLA, NY 11501
(516) 739-9777

September 20, 2017

OLYMPIA DE CASTRO
597 HIBISCUS LANE
MIAMI, FL 33137

RE:
SALONDERA LLC
████ 2588
Schedule K-1 from Partnership's 2015 Return of Income

Dear OLYMPIA DE CASTRO:

Enclosed is your 2015 Schedule K-1 (Form 1065) Partner's Share of Income, Deductions, Credits, Etc. from SALONDERA LLC. This information reflects the amounts you need to complete your income tax return. The amounts shown are your distributive share of partnership tax items to be reported on your tax return. This information is included in the Partnership's 2015 Federal Return of Partnership Income that was filed with the Internal Revenue Service.

If you have any questions concerning this information, please contact us immediately.

Sincerely,


SALONDERA LLC

Enclosure(s)

651113

☐ Final K-1    ☐ Amended K-1         OMB No. 1545-0123

## Schedule K-1
**(Form 1065)**

**2015**

For calendar year 2015, or tax year beginning _____ , 2015 ending _____ ,

Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Deductions, Credits, etc.**     ► See separate instructions.

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) -35,095. | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items   A   63. |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | C | 1,700. |
| 12 | Section 179 deduction | 19 | Distributions |
| 13 | Other deductions | 20 | Other information |
| 14 | Self-employment earnings (loss) | | |

### Part I  Information About the Partnership

**A** Partnership's employer identification number
▓▓▓▓2588

**B** Partnership's name, address, city, state, and ZIP code

SALONDERA LLC
200 OLD COUNTRY ROAD STE 274
MINEOLA, NY 11501

**C** IRS Center where partnership filed return
e-file

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's identifying number
▓▓▓▓4600

**F** Partner's name, address, city, state, and ZIP code

OLYMPIA DE CASTRO
597 HIBISCUS LANE
MIAMI, FL 33137

**G** ☐ General partner or LLC member-manager      ☒ Limited partner or other LLC member

**H** ☒ Domestic partner      ☐ Foreign partner

**I1** What type of entity is this partner? ....... Individual

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here............ ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 33.333333 % | 33.333333 % |
| Loss | 33.333333 % | 33.333333 % |
| Capital | 33.333333 % | 33.333333 % |

**K** Partner's share of liabilities at year end:

Nonrecourse ........................... $
Qualified nonrecourse financing ........ $
Recourse ............................. $

**L** Partner's capital account analysis:

Beginning capital account ............. $            0.
Capital contributed during the year .... $    1,321,027.
Current year increase (decrease) ...... $       59,007.
Withdrawals & distributions ........... $
Ending capital account ............... $    1,380,034.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If 'Yes', attach statement (see instructions)

*See attached statement for additional information.

**F O R   I R S   U S E   O N L Y**

BAA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.    Schedule **K-1** (Form 1065) 2015

Partner 2

PTPA0312L   07/22/15

Schedule **K-1** (Form 1065) 2015    SALONDERA LLC    2588    Page **2**

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

**1 Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows.

| | *Report on* |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |

**2 Net rental real estate income (loss)** — See the Partner's Instructions
**3 Other net rental income (loss)**
- Net income — Schedule E, line 28, column (g)
- Net loss — See the Partner's Instructions

**4 Guaranteed payments** — Schedule E, line 28, column (j)
**5 Interest income** — Form 1040, line 8a
**6a Ordinary dividends** — Form 1040, line 9a
**6b Qualified dividends** — Form 1040, line 9b
**7 Royalties** — Schedule E, line 4
**8 Net short-term capital gain (loss)** — Schedule D, line 5
**9a Net long-term capital gain (loss)** — Schedule D, line 12
**9b Collectibles (28%) gain (loss)** — 28% Rate Gain Worksheet, line 4 (Schedule D Instructions)
**9c Unrecaptured section 1250 gain** — See the Partner's Instructions
**10 Net section 1231 gain (loss)** — See the Partner's Instructions
**11 Other income (loss)**

| Code | | Report on |
|---|---|---|
| A | Other portfolio income (loss) | See the Partner's Instructions |
| B | Involuntary conversions | See the Partner's Instructions |
| C | Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub. 535 |
| E | Cancellation of debt | Form 1040, line 21 or Form 982 |
| F | Other income (loss) | See the Partner's Instructions |

**12 Section 179 deduction** — See the Partner's Instructions
**13 Other deductions**

| | | |
|---|---|---|
| A | Cash contributions (50%) | |
| B | Cash contributions (30%) | |
| C | Noncash contributions (50%) | |
| D | Noncash contributions (30%) | See the Partner's Instructions |
| E | Capital gain property to a 50% organization (30%) | |
| F | Capital gain property (20%) | |
| G | Contributions (100%) | |
| H | Investment interest expense | Form 4952, line 1 |
| I | Deductions — royalty income | Schedule E, line 19 |
| J | Section 59(e)(2) expenditures | See the Partner's Instructions |
| K | Deductions — portfolio (2% floor) | Schedule A, line 23 |
| L | Deductions — portfolio (other) | Schedule A, line 28 |
| M | Amounts paid for medical insurance | Schedule A, line 1 or Form 1040, line 29 |
| N | Educational assistance benefits | See the Partner's Instructions |
| O | Dependent care benefits | Form 2441, line 12 |
| P | Preproductive period expenses | See the Partner's Instructions |
| Q | Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| R | Pensions and IRAs | See the Partner's Instructions |
| S | Reforestation expense deduction | See the Partner's Instructions |
| T | Domestic production activities information | See Form 8903 Instructions |
| U | Qualified production activities income | Form 8903, line 7b |
| V | Employer's Form W-2 wages | Form 8903, line 17 |
| W | Other deductions | See the Partner's Instructions |

**14 Self-employment earnings (loss)**

**Note.** If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

| A | Net earnings (loss) from self-employment | Schedule SE, Section A or B |
|---|---|---|
| B | Gross farming or fishing income | See the Partner's Instructions |
| C | Gross non-farm income | See the Partner's Instructions |

**15 Credits**

| A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
|---|---|---|
| B | Low-income housing credit (other) from pre-2008 buildings | |
| C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | |
| D | Low-income housing credit (other) from post-2007 buildings | See the Partner's Instructions |
| E | Qualified rehabilitation expenditures (rental real estate) | |
| F | Other rental real estate credits | |
| G | Other rental credits | |
| H | Undistributed capital gains credit | Form 1040, line 73; check box a |
| I | Biofuel producer credit | |
| J | Work opportunity credit | See the Partner's Instructions |
| K | Disabled access credit | |

| Code | | Report on |
|---|---|---|
| L | Empowerment zone employment credit | |
| M | Credit for increasing research activities | |
| N | Credit for employer social security and Medicare taxes | See the Partner's Instructions |
| O | Backup withholding | |
| P | Other credits | |

**16 Foreign transactions**

| A | Name of country or U.S. possession | |
|---|---|---|
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at partner level | |

*Foreign gross income sourced at partnership level*

| D | Passive category | |
|---|---|---|
| E | General category | Form 1116, Part I |
| F | Other | |

*Deductions allocated and apportioned at partner level*

| G | Interest expense | Form 1116, Part I |
|---|---|---|
| H | Other | Form 1116, Part I |

*Deductions allocated and apportioned at partnership level to foreign source income*

| I | Passive category | |
|---|---|---|
| J | General category | Form 1116, Part I |
| K | Other | |

*Other information*

| L | Total foreign taxes paid | Form 1116, Part II |
|---|---|---|
| M | Total foreign taxes accrued | Form 1116, Part II |
| N | Reduction in taxes available for credit | Form 1116, line 12 |
| O | Foreign trading gross receipts | Form 8873 |
| P | Extraterritorial income exclusion | Form 8873 |
| Q | Other foreign transactions | See the Partner's Instructions |

**17 Alternative minimum tax (AMT) items**

| A | Post-1986 depreciation adjustment | |
|---|---|---|
| B | Adjusted gain or loss | |
| C | Depletion (other than oil & gas) | See the Partner's Instructions and the Instructions for Form 6251 |
| D | Oil, gas, & geothermal — gross income | |
| E | Oil, gas, & geothermal — deductions | |
| F | Other AMT items | |

**18 Tax-exempt income and nondeductible expenses**

| A | Tax-exempt interest income | Form 1040, line 8b |
|---|---|---|
| B | Other tax-exempt income | See the Partner's Instructions |
| C | Nondeductible expenses | See the Partner's Instructions |

**19 Distributions**

| A | Cash and marketable securities | |
|---|---|---|
| B | Distributions subject to section 737 | See the Partner's Instructions |
| C | Other property | |

**20 Other information**

| A | Investment income | Form 4952, line 4a |
|---|---|---|
| B | Investment expenses | Form 4952, line 5 |
| C | Fuel tax credit information | Form 4136 |
| D | Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| E | Basis of energy property | See the Partner's Instructions |
| F | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| G | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| H | Recapture of investment credit | See Form 4255 |
| I | Recapture of other credits | See the Partner's Instructions |
| J | Look-back interest — completed long-term contracts | See Form 8697 |
| K | Look-back interest — income forecast method | See Form 8866 |
| L | Dispositions of property with section 179 deductions | |
| M | Recapture of section 179 deduction | |
| N | Interest expense for corporate partners | |
| O | Section 453(l)(3) information | |
| P | Section 453A(c) information | |
| Q | Section 1260(b) information | |
| R | Interest allocable to production expenditures | See the Partner's Instructions |
| S | CCF nonqualified withdrawals | |
| T | Depletion information — oil and gas | |
| U | Reserved | |
| V | Unrelated business taxable income | |
| W | Precontribution gain (loss) | |
| X | Section 108(i) information | |
| Y | Net investment income | |
| Z | Other information | |

Partner 2:   OLYMPIA DE CASTRO    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      PTPA0312L   07/22/15     Schedule **K-1** (Form 1065) 2015



**Department of Taxation and Finance**
# New York Partner's Schedule K-1
Tax Law — Article 22 (Personal Income Tax)

**2015**

NYPA2514L 01/11/16
**IT-204-IP**

☐ Final K-1
☐ Amended K-1

For calendar year 2015 or tax year beginning **15** and ending ____

**Partners**: Before completing your income tax return, see Form IT-204-IP-I, *Partner's Instructions for Form IT-204-IP* (available at **www.tax.ny.gov**).

## Partnership's information (see instructions)

Partnership's name (as shown on Form IT-204): **SALONDERA LLC**
Partnership's EIN: ■■■2588

- **A** Mark an *X* in the box if either applies to your entity  ☐ Publicly traded partnership   ☐ Portfolio investment partnership
- **B** Tax shelter registration number, if any .................... **B** ____
- **C** Business allocation percentage ........................... **C** 100.0000 %

## Partner's information (see instructions)

Partner's name: **OLYMPIA DE CASTRO**
Partner's identifying number: ■■■4600
Partner's address: **597 HIBISCUS LANE**
City: **MIAMI**   State: **FL**   ZIP code: **33137**

- **D** The partner is a (mark an *X* in the appropriate box)  ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member
- **E** What is the tax filing status of the partner? (Mark an *X* in the appropriate box, if known.)  ☒ Individual   ☐ Estate/trust   ☐ Partnership
- **F** If the partner is a disregarded entity or grantor trust, enter the tax ID of the entity or individual reporting the income, if known ........ **F** ____
- **G** Did the partner sell its entire interest during the tax year? ......... **G** Yes ☐   No ☒

| | | Beginning | Ending |
|---|---|---|---|
| **H** | Partner's share of profit, loss, and capital | | |
| | 1) Profit .......... **H1** | 33.3333 % | 33.3333 % |
| | 2) Loss ........... **H2** | 33.3333 % | 33.3333 % |
| | 3) Capital ........ **H3** | 33.3333 % | 33.3333 % |

- **I** Partner's share of liabilities at the end of the year
  - 1) Nonrecourse ............................. **I1** ____
  - 2) Qualified nonrecourse financing ....... **I2** ____
  - 3) Recourse ................................ **I3** ____
- **J** Partner's capital account analysis
  - 1) Beginning capital account ............... **J1** ____
  - 2) Capital contributed during the year - cash .... **J2** 1321027.
  - 3) Capital contributed during the year - property ... **J3** ____
  - 4) Current year increase (decrease) .......... **J4** 59007.
  - 5) Withdrawals and distributions - cash ....... **J5** ____
  - 6) Withdrawals and distributions - property ... **J6** ____
  - 7) Ending capital account ..................... **J7** 1380034.
  - 8) Method of accounting (mark an *X* in the appropriate box)  ☒ Tax basis   ☐ GAAP   ☐ Book   ☐ Other (submit explanation)
- **K** Resident status (mark an *X* in all boxes that apply; see instructions)
  - ☐ NYS full-year resident   ☐ Yonkers full-year resident   ☐ NYC full-year resident
  - ☐ NYS part-year resident   ☐ Yonkers part-year resident   ☐ NYC part-year resident
  - ☒ NYS nonresident   ☐ Yonkers nonresident
- **L** If the partner was included in a group return, enter the special NYS identification number, if known ..... **L** ____

118001151032

**Page 2** of 4 **IT-204-IP** (2015)  NYPA2514L  01/11/16  OLYMPIA DE CASTRO                                                4600

| | | | | | |
|---|---|---|---|---|---|
| **M** | 1) Was Form IT-2658-E filed with the partnership? | | | **M 1** Yes ☐ No ☒ | |
| | 2) Was Form MTA-405-E filed with the partnership? | | | **M 2** Yes ☐ No ☒ | |

**N** NYS estimated tax paid on behalf of partner *(from Form IT-2658-NYS)*

| | | Date | Amount |
|---|---|---|---|
| 1) | First installment | N1 | |
| 2) | Second installment | N2 | |
| 3) | Third installment | N3 | |
| 4) | Fourth installment | N4 | |
| | Total NYS estimated tax paid on behalf of partner *(add lines N1 through N4)* | **N** | |

**O** Estimated MCTMT paid on behalf of partner *(from Form IT-2658-MTA)*

| | | Date | Amount |
|---|---|---|---|
| 1) | First installment | O1 | |
| 2) | Second installment | O2 | |
| 3) | Third installment | O3 | |
| 4) | Fourth installment | O4 | |
| | Total estimated MCTMT paid on behalf of partner *(add lines O1 through O4)* | **O** | |

**Partner's share of income, deductions, etc.**

| | **A** — Partner's distributive share items | **B** — Federal K-1 amount | **C** — New York State amount |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 1  -35095. | 1  -35095. |
| 2 | Net rental real estate income (loss) | 2 | 2 |
| 3 | Other net rental income (loss) | 3 | 3 |
| 4 | Guaranteed payments | 4 | 4 |
| 5 | Interest income | 5 | 5 |
| 6 | Ordinary dividends | 6 | 6 |
| 7 | Royalties | 7 | 7 |
| 8 | Net short-term capital gain (loss) | 8 | 8 |
| 9 | Net long-term capital gain (loss) | 9 | 9 |
| 10 | Net section 1231 gain (loss) | 10 | 10 |
| 11 | Other income (loss)  *Identify:* | 11 | 11 |
| 12 | Section 179 deduction | 12 | 12 |
| 13 | Other deductions  *Identify:* | 13 | 13 |
| 14 | This line intentionally left blank | 14 | 14 |
| 15 | Net earnings (loss) from self-employment | 15 | 15 |
| 16 | Tax-exempt income and nondeductible expenses | 16  1700. | 16  1700. |
| 17 | Distributions - cash and marketable securities | 17 | 17 |
| 18 | Distributions - other property | 18 | 18 |
| 19 | Other items not included above that are required to be reported separately to partners  *Identify:* | 19 | 19 |

**Partner's share of New York modifications** *(see instructions)*

**20** New York State additions

| Number | | **A** — Total amount | **B** — New York State allocated amount |
|---|---|---|---|
| 20a | EA – 209 | 1,700. | 1700. |
| 20b | EA – | | |
| 20c | EA – | | |
| 20d | EA – | | |
| 20e | EA – | | |
| 20f | EA – | | |

21  Total addition modifications *(total of column A, lines 20a through 20f)* .............. **21**  1700.



118002151032

OLYMPIA DE CASTRO | 4600 | NYPA2514L  01/11/16  **IT-204-IP** (2015) **Page 3** of 4

**Partner's share of New York modifications** *(continued)*

**22** New York State subtractions

| Number | | A — Total amount | B — New York State allocated amount |
|---|---|---|---|
| 22a | ES — 213 | 1291. | 1291. |
| 22b | ES — | | |
| 22c | ES — | | |
| 22d | ES — | | |
| 22e | ES — | | |
| 22f | ES — | | |

**23** Total subtraction modifications *(total of column A, lines 22a through 22f)* .......................... **23** 1291.

**24** Additions to federal itemized deductions

| | Letter | Amount |
|---|---|---|
| 24a | | |
| 24b | | |
| 24c | | |
| 24d | | |
| 24e | | |
| 24f | | |

**25** Total additions to federal itemized deductions *(add lines 24a through 24f)* .......................... **25**

**26** Subtractions from federal itemized deductions

| | Letter | Amount |
|---|---|---|
| 26a | | |
| 26b | | |
| 26c | | |
| 26d | | |
| 26e | | |
| 26f | | |

**27** Total subtractions from federal itemized deductions *(add lines 26a through 26f)* .................... **27**

**28** This line intentionally left blank ............................................................... **28**

## Partner's other information

| | | | |
|---|---|---|---|
| 29a | Partner's share of New York source gross income .................................... | 29a | -35095. |
| 29b | MCTD allocation percentage *(see instructions)* ..................................... | 29b | % |
| 29c | Partner's share of receipts from the sale of goods by manufacturing ................. | 29c | |
| 29d | Partner's share of adjusted basis of qualified manufacturing property ................ | 29d | |

## Partner's credit information

### Part 1 — Flow-through credit bases and information
**Brownfield redevelopment tax credit** *(Form IT-611, IT-611.1, or IT-611.2)*

| | | | A — Form IT-611 | B — Form IT-611.1 | C — Form IT-611.2 |
|---|---|---|---|---|---|
| 30 | Site preparation credit component ..................... | 30 | | | |
| 31 | Tangible property credit component ................... | 31 | | | |
| 32 | On-site groundwater remediation credit component ..... | 32 | | | |

118003151032

**Partner's credit information** *(continued)*

**EZ capital tax credit** *(Form IT-602)*
| | | |
|---|---|---|
| 33 | This line intentionally left blank | 33 |
| 34 | Recapture of credit for investments in certified EZ businesses | 34 |
| 35 | Recapture of credit for contributions of money to EZ community development projects | 35 |

**QEZE tax reduction credit** *(Form IT-604)*
| | | |
|---|---|---|
| 36 | QEZE employment increase factor | 36 |
| 37 | QEZE zone allocation factor | 37 |
| 38 | QEZE benefit period factor | 38 |

**Excelsior jobs program tax credit** *(Form IT-607)*
| | | |
|---|---|---|
| 39 | Excelsior jobs tax credit component | 39 |
| 40 | Excelsior investment tax credit component | 40 |
| 41 | Excelsior research and development tax credit component | 41 |
| 42 | Excelsior real property tax credit component | 42 |

**Farmers' school tax credit** *(Form IT-217)*
| | | |
|---|---|---|
| 43 | Acres of qualified agricultural property | 43 |
| 44 | Acres of qualified conservation property | 44 |
| 45 | Eligible school district property taxes paid | 45 |
| 46 | Acres of qualified agricultural property converted to nonqualified use | 46 |

**Other flow-through credit bases and information**

Credit bases

| | Code | Amount | | Code | Amount |
|---|---|---|---|---|---|
| 47a | | | 47d | | |
| 47b | | | 47e | | |
| 47c | | | 47f | | |

Credit information

| | Code | Information | | Code | Information |
|---|---|---|---|---|---|
| 47g | | | 47j | | |
| 47h | | | 47k | | |
| 47i | | | 47l | | |

**Part 2 — Flow-through credits, addbacks, and recaptures**

| | | |
|---|---|---|
| 48 | Long-term care insurance credit *(Form IT-249)* | 48 |
| 49 | Investment credit *(including employment incentive credit and historic barn rehabilitation credit; Form IT-212)* | 49 |
| 50 | Research and development — investment credit *(Form IT-212)* | 50 |
| 51 | Other flow-through credits | |

| | Code | Amount | | Code | Amount |
|---|---|---|---|---|---|
| 51a | | | 51e | | |
| 51b | | | 51f | | |
| 51c | | | 51g | | |
| 51d | | | 51h | | |

**52** Addbacks of credits and recaptures

| | Code | Amount | | Code | Amount |
|---|---|---|---|---|---|
| 52a | | | 52d | | |
| 52b | | | 52e | | |
| 52c | | | 52f | | |

**Part 3 — START-UP NY tax elimination credit information** *(Form IT-638)*
| | | |
|---|---|---|
| 53 | START-UP NY business certificate number *(Form DTF-74)* | 53 |
| 54 | Year of START-UP NY business tax benefit period | 54 |
| 55 | START-UP NY area allocation factor | 55 |

118004151032

**SALONDERA LLC**
200 OLD COUNTRY ROAD STE 274
MINEOLA, NY 11501
(516) 739-9777

September 20, 2017

OLYMPIA DE CASTRO
597 HIBISCUS LANE
MIAMI, FL 33137

RE:
SALONDERA LLC
███2588
Schedule K-1 from Partnership's 2016 Return of Income

Dear OLYMPIA DE CASTRO:

Enclosed is your 2016 Schedule K-1 (Form 1065) Partner's Share of Income, Deductions, Credits, Etc. from SALONDERA LLC. This information reflects the amounts you need to complete your income tax return. The amounts shown are your distributive share of partnership tax items to be reported on your tax return. This information is included in the Partnership's 2016 Federal Return of Partnership Income that was filed with the Internal Revenue Service.

This is the final year that SALONDERA LLC will file a Return of Partnership Income. As a result, this will be the last Schedule K-1 (Form 1065) you will receive from the partnership.

If you have any questions concerning this information, please contact us immediately.

Sincerely,


SALONDERA LLC

Enclosure(s)

651113

| | | |
|---|---|---|
| ☒ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |

## Schedule K-1
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2016**
For calendar year 2016, or tax
year beginning _____, 2016
ending _____,

**Partner's Share of Income, Deductions, Credits, etc.**   ▶ See separate instructions.

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 15 | Credits |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | 16 | Foreign transactions |
| 4 | Guaranteed payments | | | |
| 5 | Interest income | | | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | | |
| 9a | Net long-term capital gain (loss)  −480,034. | | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | | | |
| 10 | Net section 1231 gain (loss) | | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | | |
| 12 | Section 179 deduction | | 19 | Distributions  A  900,000. |
| 13 | Other deductions | | 20 | Other information |
| 14 | Self-employment earnings (loss) | | | |

*See attached statement for additional information.

### Part I  Information About the Partnership

**A** Partnership's employer identification number
█████ 2588

**B** Partnership's name, address, city, state, and ZIP code
SALONDERA LLC
200 OLD COUNTRY ROAD STE 274
MINEOLA, NY 11501

**C** IRS Center where partnership filed return
e-file

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's identifying number
█████ 4600

**F** Partner's name, address, city, state, and ZIP code
OLYMPIA DE CASTRO
597 HIBISCUS LANE
MIAMI, FL 33137

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner? ....... Individual

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here .....

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 33.33 % | 33.33 % |
| Loss | 33.33 % | 33.33 % |
| Capital | 33.33 % | 33.33 % |

**K** Partner's share of liabilities at year end:
Nonrecourse .......................... $
Qualified nonrecourse financing ........ $
Recourse ............................. $

**L** Partner's capital account analysis:
Beginning capital account ............. $   1,380,034.
Capital contributed during the year ..... $
Current year increase (decrease) ....... $   −480,034.
Withdrawals & distributions ........... $ ( 900,000.)
Ending capital account ................ $   0.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If 'Yes', attach statement (see instructions)

FOR IRS USE ONLY

BAA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.   Schedule **K-1** (Form 1065) 2016

Partner 2

PTPA0312L   08/26/16

Schedule **K-1** (Form 1065) 2016    SALONDERA LLC          2588                                                                                     Page **2**

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

**1  Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows.

| | | *Report on* |
|---|---|---|
| | Passive loss | See the Partner's Instructions |
| | Passive income | Schedule E, line 28, column (g) |
| | Nonpassive loss | Schedule E, line 28, column (h) |
| | Nonpassive income | Schedule E, line 28, column (j) |
| **2** | **Net rental real estate income (loss)** | See the Partner's Instructions |
| **3** | **Other net rental income (loss)** | |
| | Net income | Schedule E, line 28, column (g) |
| | Net loss | See the Partner's Instructions |
| **4** | **Guaranteed payments** | Schedule E, line 28, column (j) |
| **5** | **Interest income** | Form 1040, line 8a |
| **6a** | **Ordinary dividends** | Form 1040, line 9a |
| **6b** | **Qualified dividends** | Form 1040, line 9b |
| **7** | **Royalties** | Schedule E, line 4 |
| **8** | **Net short-term capital gain (loss)** | Schedule D, line 5 |
| **9a** | **Net long-term capital gain (loss)** | Schedule D, line 12 |
| **9b** | **Collectibles (28%) gain (loss)** | 28% Rate Gain Worksheet, line 4 (Schedule D Instructions) |
| **9c** | **Unrecaptured section 1250 gain** | See the Partner's Instructions |
| **10** | **Net section 1231 gain (loss)** | See the Partner's Instructions |
| **11** | **Other income (loss)** | |
| | *Code* | |
| A | Other portfolio income (loss) | See the Partner's Instructions |
| B | Involuntary conversions | See the Partner's Instructions |
| C | Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub. 535 |
| E | Cancellation of debt | Form 1040, line 21 or Form 982 |
| F | Other income (loss) | See the Partner's Instructions |
| **12** | **Section 179 deduction** | See the Partner's Instructions |
| **13** | **Other deductions** | |
| A | Cash contributions (50%) | |
| B | Cash contributions (30%) | |
| C | Noncash contributions (50%) | |
| D | Noncash contributions (30%) | See the Partner's Instructions |
| E | Capital gain property to a 50% organization (30%) | |
| F | Capital gain property (20%) | |
| G | Contributions (100%) | |
| H | Investment interest expense | Form 4952, line 1 |
| I | Deductions — royalty income | Schedule E, line 19 |
| J | Section 59(e)(2) expenditures | See the Partner's Instructions |
| K | Deductions — portfolio (2% floor) | Schedule A, line 23 |
| L | Deductions — portfolio (other) | Schedule A, line 28 |
| M | Amounts paid for medical insurance | Schedule A, line 1 or Form 1040, line 29 |
| N | Educational assistance benefits | See the Partner's Instructions |
| O | Dependent care benefits | Form 2441, line 12 |
| P | Preproductive period expenses | See the Partner's Instructions |
| Q | Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| R | Pensions and IRAs | See the Partner's Instructions |
| S | Reforestation expense deduction | See the Partner's Instructions |
| T | Domestic production activities information | See Form 8903 Instructions |
| U | Qualified production activities income | Form 8903, line 7b |
| V | Employer's Form W-2 wages | Form 8903, line 17 |
| W | Other deductions | See the Partner's Instructions |
| **14** | **Self-employment earnings (loss)** | |

**Note.** If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

| | | |
|---|---|---|
| A | Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| B | Gross farming or fishing income | See the Partner's Instructions |
| C | Gross non-farm income | See the Partner's Instructions |
| **15** | **Credits** | |
| A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
| B | Low-income housing credit (other) from pre-2008 buildings | |
| C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | |
| D | Low-income housing credit (other) from post-2007 buildings | See the Partner's Instructions |
| E | Qualified rehabilitation expenditures (rental real estate) | |
| F | Other rental real estate credits | |
| G | Other rental credits | |
| H | Undistributed capital gains credit | Form 1040, line 73; check box a |
| I | Biofuel producer credit | |
| J | Work opportunity credit | See the Partner's Instructions |
| K | Disabled access credit | |

| | *Code* | *Report on* |
|---|---|---|
| L | Empowerment zone employment credit | |
| M | Credit for increasing research activities | |
| N | Credit for employer social security and Medicare taxes | See the Partner's Instructions |
| O | Backup withholding | |
| P | Other credits | |
| **16** | **Foreign transactions** | |
| A | Name of country or U.S. possession | |
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at partner level | |
| | *Foreign gross income sourced at partnership level* | |
| D | Passive category | |
| E | General category | Form 1116, Part I |
| F | Other | |
| | *Deductions allocated and apportioned at partner level* | |
| G | Interest expense | Form 1116, Part I |
| H | Other | Form 1116, Part I |
| | *Deductions allocated and apportioned at partnership level to foreign source income* | |
| I | Passive category | |
| J | General category | Form 1116, Part I |
| K | Other | |
| | *Other information* | |
| L | Total foreign taxes paid | Form 1116, Part II |
| M | Total foreign taxes accrued | Form 1116, Part II |
| N | Reduction in taxes available for credit | Form 1116, line 12 |
| O | Foreign trading gross receipts | Form 8873 |
| P | Extraterritorial income exclusion | Form 8873 |
| Q | Other foreign transactions | See the Partner's Instructions |
| **17** | **Alternative minimum tax (AMT) items** | |
| A | Post-1986 depreciation adjustment | |
| B | Adjusted gain or loss | |
| C | Depletion (other than oil & gas) | See the Partner's Instructions and the Instructions for Form 6251 |
| D | Oil, gas, & geothermal — gross income | |
| E | Oil, gas, & geothermal — deductions | |
| F | Other AMT items | |
| **18** | **Tax-exempt income and nondeductible expenses** | |
| A | Tax-exempt interest income | Form 1040, line 8b |
| B | Other tax-exempt income | See the Partner's Instructions |
| C | Nondeductible expenses | See the Partner's Instructions |
| **19** | **Distributions** | |
| A | Cash and marketable securities | |
| B | Distribution subject to section 737 | See the Partner's Instructions |
| C | Other property | |
| **20** | **Other information** | |
| A | Investment income | Form 4952, line 4a |
| B | Investment expenses | Form 4952, line 5 |
| C | Fuel tax credit information | Form 4136 |
| D | Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| E | Basis of energy property | See the Partner's Instructions |
| F | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| G | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| H | Recapture of investment credit | See Form 4255 |
| I | Recapture of other credits | See the Partner's Instructions |
| J | Look-back interest — completed long-term contracts | See Form 8697 |
| K | Look-back interest — income forecast method | See Form 8866 |
| L | Dispositions of property with section 179 deductions | |
| M | Recapture of section 179 deduction | |
| N | Interest expense for corporate partners | |
| O | Section 453(l)(3) information | |
| P | Section 453A(c) information | |
| Q | Section 1260(b) information | |
| R | Interest allocable to production expenditures | See the Partner's Instructions |
| S | CCF nonqualified withdrawals | |
| T | Depletion information — oil and gas | |
| U | Reserved | |
| V | Unrelated business taxable income | |
| W | Precontribution gain (loss) | |
| X | Section 108(i) information | |
| Y | Net investment income | |
| Z | Other information | |

Partner 2:   OLYMPIA DE CASTRO          4600                             PTPA0312L   08/26/16          Schedule **K-1** (Form 1065) 2016

Department of Taxation and Finance

# New York Partner's Schedule K-1

Tax Law — Article 22 (Personal Income Tax)

**NEW YORK STATE 2016**

NYPA2514L  12/14/16

**IT-204-IP**

[X] Final K-1
[ ] Amended K-1

For calendar year 2016 or tax year beginning `16` and ending `_____`

**Partners**: Before completing your income tax return, see Form IT-204-IP-I, *Partner's Instructions for Form IT-204-IP* (available at **www.tax.ny.gov**).

## Partnership's information (see instructions)

Partnership's name (as shown on Form IT-204): **SALONDERA LLC**
Partnership's EIN: ███2588

- **A** Mark an *X* in the box if either applies to your entity  [ ] Publicly traded partnership  [ ] Portfolio investment partnership
- **B** Tax shelter registration number, if any ........................................................ **B** _____
- **C** Business allocation percentage .................................................................. **C** 100.0000 %

## Partner's information (see instructions)

Partner's name: **OLYMPIA DE CASTRO**
Partner's identifying number: ███4600
Partner's address: **597 HIBISCUS LANE**
City: **MIAMI**   State: **FL**   ZIP code: **33137**

- **D** The partner is a *(mark an X in the appropriate box)*  [ ] General partner or LLC member-manager  [X] Limited partner or other LLC member
- **E** What is the tax filing status of the partner? *(Mark an X in the appropriate box, if known.)*  [X] Individual  [ ] Estate/trust  [ ] Partnership
- **F** If the partner is a disregarded entity or grantor trust, enter the tax ID of the entity or individual reporting the income, if known .............................. **F** _____
- **G** Did the partner sell its entire interest during the tax year? ......................................... **G** [ ] Yes  [X] No
- **H** Partner's share of profit, loss, and capital

|   | Beginning | Ending |
|---|---|---|
| **H1** Profit | 33.3300 % | 33.3300 % |
| **H2** Loss | 33.3300 % | 33.3300 % |
| **H3** Capital | 33.3300 % | 33.3300 % |

- **I** Partner's share of liabilities at the end of the year
  - 1) Nonrecourse ................................................................. **I1** _____
  - 2) Qualified nonrecourse financing ........................................... **I2** _____
  - 3) Recourse .................................................................... **I3** _____
- **J** Partner's capital account analysis
  - 1) Beginning capital account ................................................. **J1** 1380034.
  - 2) Capital contributed during the year - cash ............................... **J2** _____
  - 3) Capital contributed during the year - property .......................... **J3** _____
  - 4) Current year increase (decrease) ......................................... **J4** -480034.
  - 5) Withdrawals and distributions - cash ..................................... **J5** 900000.
  - 6) Withdrawals and distributions - property ................................ **J6** _____
  - 7) Ending capital account .................................................... **J7** _____
  - 8) Method of accounting *(mark an X in the appropriate box)*  [X] Tax basis  [ ] GAAP  [ ] Book  [ ] Other *(submit explanation)*
- **K** Resident status *(mark an X in all boxes that apply; see instructions)*
  - [ ] NYS full-year resident   [ ] Yonkers full-year resident   [ ] NYC full-year resident
  - [ ] NYS part-year resident   [ ] Yonkers part-year resident   [ ] NYC part-year resident
  - [X] NYS nonresident          [ ] Yonkers nonresident
- **L** If the partner was included in a group return, enter the special NYS identification number, if known ..... **L** _____

*NO HANDWRITTEN ENTRIES ON THIS FORM*


118001161032



Page 2 of 5 **IT-204-IP** (2016)    OLYMPIA DE CASTRO                                    4600    NYPA2514L  12/14/16

| | | | | |
|---|---|---|---|---|
| **M** | Was Form IT-2658-E filed with the partnership?............................................................ | | Yes ☐ | No ☒ |

**N** NYS estimated tax paid on behalf of partner *(from Form IT-2658-NYS)*

| | | Date | Amount |
|---|---|---|---|
| 1) First installment............................................... | N1 | | |
| 2) Second installment........................................... | N2 | | |
| 3) Third installment.............................................. | N3 | | |
| 4) Fourth installment............................................ | N4 | | |
| Total NYS estimated tax paid on behalf of partner *(add lines N1 through N4)*............ | **N** | | |

**O** Estimated MCTMT paid on behalf of partner *(from Form IT-2658-MTA)*

| | | Date | Amount |
|---|---|---|---|
| 1) First installment............................................... | O1 | | |
| 2) Second installment........................................... | O2 | | |
| 3) Third installment.............................................. | O3 | | |
| 4) Fourth installment............................................ | O4 | | |
| Total estimated MCTMT paid on behalf of partner *(add lines O1 through O4)*............ | **O** | | |

**Partner's share of income, deductions, etc.**

| | **A** — Partner's distributive share items | | **B** — Federal K-1 amount | | **C** — New York State amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss)............................. | 1 | | 1 | |
| 2 | Net rental real estate income (loss)......................... | 2 | | 2 | |
| 3 | Other net rental income (loss)................................ | 3 | | 3 | |
| 4 | Guaranteed payments........................................... | 4 | | 4 | |
| 5 | Interest income..................................................... | 5 | | 5 | |
| 6 | Ordinary dividends................................................ | 6 | | 6 | |
| 7 | Royalties.............................................................. | 7 | | 7 | |
| 8 | Net short-term capital gain (loss)............................ | 8 | | 8 | |
| 9 | Net long-term capital gain (loss)............................. | 9 | -480034. | 9 | -480034. |
| 10 | Net section 1231 gain (loss).................................. | 10 | | 10 | |
| 11 | Other income (loss)   *Identify:* | 11 | | 11 | |
| 12 | Section 179 deduction........................................... | 12 | | 12 | |
| 13 | Other deductions   *Identify:* | 13 | | 13 | |
| 14 | This line intentionally left blank............................. | 14 | | 14 | |
| 15 | Net earnings (loss) from self-employment............... | 15 | | 15 | |
| 16 | Tax-exempt income and nondeductible expenses..... | 16 | | 16 | |
| 17 | Distributions - cash and marketable securities......... | 17 | 900000. | 17 | 900000. |
| 18 | Distributions - other property................................. | 18 | | 18 | |
| 19 | Other items not included above that are required to be reported separately to partners.......................... *Identify:* | 19 | | 19 | |

**Partner's share of New York modifications** *(see instructions)*

**20** New York State additions

| | Number | **A** — Total amount | **B** — New York State allocated amount |
|---|---|---|---|
| 20a | EA — | | |
| 20b | EA — | | |
| 20c | EA — | | |
| 20d | EA — | | |
| 20e | EA — | | |
| 20f | EA — | | |

21  Total addition modifications *(total of column A, lines 20a through 20f)*.............................  **21**

*NO HANDWRITTEN ENTRIES ON THIS FORM*



118002161032



NYPA2514L  12/14/16  OLYMPIA DE CASTRO                                              ████4600    IT-204-IP (2016)  **Page 3** of 5

### Partner's share of New York modifications *(continued)*

**22** New York State subtractions

| | Number | A — Total amount | B — New York State allocated amount |
|---|---|---|---|
| 22a | ES — | | |
| 22b | ES — | | |
| 22c | ES — | | |
| 22d | ES — | | |
| 22e | ES — | | |
| 22f | ES — | | |

**23** Total subtraction modifications *(total of column A, lines 22a through 22f)* .......... **23**

**24** Additions to federal itemized deductions

| | Letter | Amount |
|---|---|---|
| 24a | | |
| 24b | | |
| 24c | | |
| 24d | | |
| 24e | | |
| 24f | | |

**25** Total additions to federal itemized deductions *(add lines 24a through 24f)* .......... **25**

**26** Subtractions from federal itemized deductions

| | Letter | Amount |
|---|---|---|
| 26a | | |
| 26b | | |
| 26c | | |
| 26d | | |
| 26e | | |
| 26f | | |

**27** Total subtractions from federal itemized deductions *(add lines 26a through 26f)* ..... **27**

**28** This line intentionally left blank ................................................ **28**

### Partner's other information

- **29a** Partner's share of New York source gross income .......... **29a**
- **29b** MCTD allocation percentage *(see instructions)* .......... **29b** %
- **29c** Partner's share of receipts from the sale of goods by manufacturing .......... **29c**
- **29d** Partner's share of adjusted basis of qualified manufacturing property .......... **29d**

### Partner's credit information

#### Part 1 — Flow-through credit bases and information
**Brownfield redevelopment tax credit** *(Form IT-611, IT-611.1, or IT-611.2)*

| | | A — Form IT-611 | B — Form IT-611.1 | C — Form IT-611.2 |
|---|---|---|---|---|
| **30** | Site preparation credit component .......... **30** | | | |
| **31** | Tangible property credit component .......... **31** | | | |
| **32** | On-site groundwater remediation credit component ..... **32** | | | |

*NO HANDWRITTEN ENTRIES ON THIS FORM*

118003161032




Page 4 of 5  IT-204-IP (2016)   OLYMPIA DE CASTRO                                  ▮▮▮▮4600    NYPA2505L  12/15/16

## Partner's credit information *(continued)*

**EZ capital tax credit** *(Form IT-602)*
| | | |
|---|---|---|
| 33 | This line intentionally left blank | 33 |
| 34 | Recapture of credit for investments in certified EZ businesses | 34 |
| 35 | Recapture of credit for contributions of money to EZ community development projects | 35 |

**QEZE tax reduction credit** *(Form IT-604)*
| | | |
|---|---|---|
| 36 | QEZE employment increase factor | 36 |
| 37 | QEZE zone allocation factor | 37 |
| 38 | QEZE benefit period factor | 38 |

**Excelsior jobs program tax credit** *(Form IT-607)*
| | | |
|---|---|---|
| 39 | Excelsior jobs tax credit component | 39 |
| 40 | Excelsior investment tax credit component | 40 |
| 41 | Excelsior research and development tax credit component | 41 |
| 42 | Excelsior real property tax credit component | 42 |

**Farmers' school tax credit** *(Form IT-217)*
| | | |
|---|---|---|
| 43 | Acres of qualified agricultural property | 43 |
| 44 | Acres of qualified conservation property | 44 |
| 45 | Eligible school district property taxes paid | 45 |
| 46 | Acres of qualified agricultural property converted to nonqualified use | 46 |

**Other flow-through credit bases and information**

Credit bases

| | Code | Amount | | Code | Amount |
|---|---|---|---|---|---|
| 47a | | | 47d | | |
| 47b | | | 47e | | |
| 47c | | | 47f | | |

Credit information

| | Code | Information | | Code | Information |
|---|---|---|---|---|---|
| 47g | | | 47j | | |
| 47h | | | 47k | | |
| 47i | | | 47l | | |

### Part 2 — Flow-through credits, addbacks, and recaptures

| | | |
|---|---|---|
| 48 | Long-term care insurance credit *(Form IT-249)* | 48 |
| 49 | Investment credit *(including employment incentive credit and historic barn rehabilitation credit; Form IT-212)* | 49 |
| 50 | Research and development — investment credit *(Form IT-212)* | 50 |
| 51 | Other flow-through credits | |

| | Code | Amount | | Code | Amount |
|---|---|---|---|---|---|
| 51a | | | 51e | | |
| 51b | | | 51f | | |
| 51c | | | 51g | | |
| 51d | | | 51h | | |

52 Addbacks of credits and recaptures

| | Code | Amount | | Code | Amount |
|---|---|---|---|---|---|
| 52a | | | 52d | | |
| 52b | | | 52e | | |
| 52c | | | 52f | | |

*NO HANDWRITTEN ENTRIES ON THIS FORM*

118004161032




NYPA2505L  12/15/16   OLYMPIA DE CASTRO                                  ▌4600      **IT-204-IP** (2016) **Page 5** of 5

**Partner's credit information** *(continued)*

### Part 3 — **START-UP NY tax elimination credit information** *(Form IT-638)*

| | | |
|---|---|---|
| 53 | START-UP NY business certificate number *(Form DTF-74)* | 53 |
| 54 | Year of START-UP NY business tax benefit period | 54 |
| 55 | *START-UP NY* area allocation factor | 55 |

*NO HANDWRITTEN ENTRIES ON THIS FORM*


118005161032

