UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  18-cr-20685-KMW/EGT

UNITED STATES OF AMERICA

v.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

      Defendant.

_____/

## JOINT STATUS REPORT CONCERNING SENTENCING HEARING

The United States (or "the Government") and Defendant GUSTAVO ADOLFO HERNANDEZ FRIERI ("Defendant") (together, "the Parties"), by and through undersigned counsel, submit this Joint Status Report in order to apprise the Court of the status of the need for the United States to call witnesses at the sentencing hearing and the length of the sentencing hearing.

1.      The United States intended to call three witnesses at the Defendant's sentencing hearing before the sentencing was continued to March 25, 2021.  After the last status conference before the Court, the Court referred the taking of the testimony of those witnesses to United States Magistrate Judge Edwin G. Torres due to the overlap of the testimony and the third-party ancillary proceedings.  Two of the witnesses testified before Judge Torres on February 8, 2021.  The third witness is expected to testify before Judge Torres on February 18, 2021.[1]

2.      At this point in time, the United States does not expect to call any more witnesses before Judge Torres prior to sentencing and does not expect to call any witnesses at the sentencing hearing.  The United States does request to reserve the right to call witnesses at the sentencing

---

[1] The United States may recall one of the witnesses who testified on February 8, 2021, for a few follow-up questions based on documents provided the morning of the hearing.

2

hearing depending on argument of Defendant's counsel.

3.       The United States anticipates that legal argument on the objections to Pre-Sentence Investigation Report and argument as to the United States' recommended sentence for the Defendant in consideration of the 3553(a) factors will take approximately 30 minutes.

4.       The Defendant, at this point in time, does not intend to call any witnesses to testify before Judge Torres, but reserves the right to do so.  The Defendant still requests an in person sentencing hearing.  The Defendant is also working to present witnesses at the sentencing hearing by video or other virtual means.  Counsel for the Defendant anticipates that its legal arguments and discussion of the 3553(a) factors before the Court will take approximately an hour to an hour and a half, and that the whole sentencing would take half a day.

[THIS SECTION INTENTIONALLY LEFT BLANK]

5.      It should be noted that new co-counsel appeared on behalf of the Defendant on

February 10, 2021.

Dated:  February 11, 2021                         Respectfully submitted,


UNITED STATES OF AMERICA                    CARLTON FIELDS JORDEN BURT, P.A.
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY                      /s/ Michael Pasano
                                            Michael Pasano, Esq.
/s/ *Kurt K. Lunkenheimer*                  Florida Bar No. 0475947
Kurt K. Lunkenheimer                        Carlton Fields Jorden Burt, P.A.
Assistant United States Attorney            100 SE 2nd Street
Court ID No. A5501535                       Suite 4000
U.S. Attorney's Office SDFL                 PO Box 019101
99 N.E. 4th Street, Suite 400               Miami, FL 33131
Miami, FL 33131-2111
Tel: +1 305 961 9008
Fax: +1 305 536 4699
Email: Kurt.Lunkenheimer@usdoj.gov

DANIEL KAHN
ACTING CHIEF, FRAUD SECTION
/s/ *Paul A. Hayden*
Paul A. Hayden
Trial Attorney, Department of Justice
1400 New York Ave., N.W.
Washington, DC 20530
Tel. +1 202 353 9370
Email: Paul.Hayden2@usdoj.gov


**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on February 11, 2021, a true and correct copy of the foregoing

document was electronically filed with the Clerk of the Court using the CM/ECF system which

would provide a copy to counsel of record.

/s/*Kurt K. Lunkenheimer*
Kurt K. Lunkenheimer
Assistant United States Attorney