GOVERNMENT
EXHIBIT
**22**
18-cr-20685

## ASSIGNMENT AND ASSUMPTION OF
## LIMITED LIABILITY COMPANY
## MEMBERSHIP INTEREST IN
## 3 GRAMERCY PARK WEST, LLC

As Beneficiary of the HH MASTER SETTLEMENT TRUST (the "Assignor"), I hereby assign and convey one hundred percent (100%) Membership Interests in 3 GRAMERCY PARK WEST, LLC, a New York limited liability company (the "Company"), to the DC 2019 IRREVOCABLE TRUST (the "Assignee").

Effective upon the signing of this Assignment and Assumption and Consent by the Managers of the Company and the Members of the Company (other than the Assignor), the Assignee shall be entitled to receive the share of the profits or other compensation by way of income to which the Assignor would otherwise be entitled and to the return of the contribution to the capital of the Company by reason of the Membership Interests in the Company hereby assigned and transferred.  In the event that all of the other Managers and Members of the Company consent thereto, the Assignee shall be entitled to all the rights that the Assignor, as a Member, had by reason of his Membership Interests in the Company hereby assigned and transferred.

The Assignee hereby accepts and agrees to assume the assignment of the aforesaid Membership Interests in the Company and also to be a substituted Member of the Company, pursuant to the terms of the Operating Agreement of the Company.

IN WITNESS WHEREOF, the Assignor and Assignee have executed this Assignment and Assumption as of the 1  day of February, 2019.

Maria Lucia Hernandez
ASSIGNOR

Olympia De Castro, as Administrative Agent
of the DC 2019 IRREVOCABLE TRUST

ASSIGNEE

ODC00246

**CONSENT TO
ASSIGNMENT AND ASSUMPTION OF
LIMITED LIABILITY COMPANY
MEMBERSHIP INTEREST IN
<u>3 GRAMERCY PARK WEST, LLC</u>**

The undersigned, constituting all of the Members of 3 GRAMERCY PARK WEST, LLC, a New York limited liability company (the "Company"), hereby consent to the assignment of the above-described Membership Interest from myself as Beneficiary of HH MASTER SETTLEMENT TRUST (the "Assignor") to the DC 2019 IRREVOCABLE TRUST (the "Assignee") and to the admission of the Assignee as a substituted Member of the Company as of the 1 day of February, 2019.  This consent may be separately executed by the undersigned in any number of counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

DATED as of February 1, 2019.

Maria Lucia Hernandez

ODC00247