GOVERNMENT
EXHIBIT
**22-2**
18-cr-20685

# UNANIMOUS WRITTEN CONSENT
# OF THE MEMBERS OF
# 3 GRAMERCY PARK WEST, LLC

THE UNDERSIGNED, all of the members of **3 Gramercy Park West, LLC,** a New York Limited Liability Company (the "Company") hereby adopt the following resolution by written consent, with full force and effect adopted by the unanimous affirmative vote of the Members.

WHEREAS, pursuant to the applicable and the Articles of this corporation, it is deemed desirable and in the best interests of this Company that the following actions be taken by the Members of this Company pursuant to this Unanimous Written Consent:

NOW, THEREFORE, BE IT RESOLVED that the undersigned Members of this Company hereby consent to, approve and adopt the following:

RESOLVED THAT, effective as of the date hereof, the following individual be and they hereby are elected as the Manager of this Company.

RESOLVED FURTHER, that the Manager of this Company is hereby authorized to do and perform any and all such acts, including execution of any and all documents and certificates, as said Manager shall deem necessary or advisable, to carry out the purposes of the foregoing resolutions.

RESOLVED FURTHER, that any actions taken by the Manager prior to the date of the foregoing resolutions adopted hereby that are within the authority conferred thereby are hereby ratified, confirmed and approved as the acts and deeds of this Company.

This written consent shall be filed in the Minute Book of this corporation and become a part of the records of this corporation.

[Signature Page Follows]

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent of Members as of February 22, 2019.

The Members

By: _____

The DC Irrevocable Trust
Trustee

Acknowledged and Agreed

Manager:

_____

Olympia de Castro

[Signature page to the UWC of 3 Gramercy Park West, LLC]

2

ODC00039