

**GOVERNMENT EXHIBIT**
**22-3**
18-cr-20685

## SCHEDULE A

SCHEDULE OF PROPERTY TRANSFERRED PURSUANT TO THE FOREGOING TRUST AGREEMENT BETWEEN OLYMPIA DE CASTRO AS GRANTOR, AND ALLISON DOMENEGHETTI AS TRUSTEE.

100% of the membership interests in 3 Gramercy Park West LLC for a value of $5.5 million.

Approved on this _22_ day of _February_, 2019.

_____
OLYMPIA DE CASTRO
"GRANTOR"

_____
ALLISON DOMENEGHETTI
"TRUSTEE"

ODC00048