GOVERNMENT EXHIBIT 24 18-cr-20685

# DELEGATION OF CERTAIN TRUSTEE ADMINISTRATIVE POWERS AND APPOINTMENT OF ADMINISTATIVE AGENT FOR THE DC 2019 IRREVOCABLE TRUST

ALLISON DOMENEGHETTI, as Trustee of the DC 2019 IRREVOCABLE TRUST dated ___Feb 1_____, 2019 (the "Trust"), pursuant to Article IX(a)(13) and (14) of the trust agreement governing the Trust, and Florida Statutes §736.0703, §736.0807, and §736.0816(20), hereby delegate certain administrative functions of the Trust and further appoint Olympia De Castro to serve as Administrative Agent under the terms set forth below (the "Delegation").

## PURPOSE OF DELEGATION

The purpose of this Delegation is to ease the administrative burden of having to circulate documents to the Trustee for the signatures required to open and close accounts and to conduct administrative business for the Trust. The appointment of and the delegation of authority, as described below, to the Administrative Agent further minimizes the administrative burden by empowering the Administrative Agent to conduct certain administrative activities for the Trustee as set forth below.

## TERMS AND SCOPE OF DELEGATION

1. The Trustee hereby delegate to the Administrative Agent the authority to open or close bank or brokerage accounts in the name of the Trust and to transfer balances between accounts, and to initiate wire transfer transactions or sign checks for that purpose, as well as to receive the assignment and assumption of assets for the benefit of the Trust, and to sign the documents necessary to complete such transactions.

2. The scope and terms of this Delegation are consistent with the purposes and terms of the Trust.

3. This Delegation will be effective upon its execution by the Trustee and Administrative Agent and will remain in effect until the termination of the Trust, or until the Delegation is revoked by the Trustee by a similar instrument. The Trustee reserve the right to revoke the Delegation at any time by delivering written notice to the Administrative Agent. Any third party may rely upon the Delegation as evidence that it remains in full force and effect until such time as they receive notice of a written revocation of the Delegation.

4. By their signatures below, the Trustee consent to and acknowledge the appointment of the Administrative Agent and the delegation of the authority to perform the administrative acts described in Paragraph 1 of this Delegation.

5. By its execution of this Delegation as set forth below, the Administrative Agent accepts its appointment as such and the duties accompanying the authority delegated to the Administrative Agent under the terms of this Delegation, acknowledges that it owes a duty to exercise reasonable care to comply with the terms of this Delegation and acknowledges that by accepting this delegation of powers from the Trustee it is subject to the laws of Florida and that it submits to the jurisdiction of the courts of that state.

6. All matters involving the validity and interpretation of this Delegation shall be governed by Florida law.

7. This Delegation may be executed in counterparts.

[Signature Page Follows]

DATED this __1__ day of __Feb_____, 2019.

Sign: _____  
Print: PAOLO DOMENEGHETTI

Sign: _federica domeneghetti_  
Print: _Federica Domeneghetti_  
Witnesses as to Allison Domeneghetti

_____  
ALLISON DOMENEGHETTI

"TRUSTEE"

2.