GOVERNMENT EXHIBIT
25
18-cr-20685

## SCHEDULE A

SCHEDULE OF PROPERTY TRANSFERRED PURSUANT TO THE FOREGOING TRUST AGREEMENT BETWEEN OLYMPIA DE CASTRO AS GRANTOR, AND ALLISON DOMENEGHETTI AS TRUSTEE.

$997,000.00 in cash.

Approved on this _18_ day of _September_, 2019.

_____
OLYMPIA DE CASTRO
"GRANTOR"

_____
ALLISON DOMENEGHETTI
"TRUSTEE"