GOVERNMENT EXHIBIT
26
18-cr-20685

## DC 2019 IRREVOCABLE TRUST

**Beneficiary Consent Form**

I, Olympia De Castro, Grantor to the DC 2019 Irrevocable Trust, and mother and Legal Guardian to the three minor Beneficiaries for the DC 2019 Irrevocable Trust, F█████████████ (DOB: ███ █████ A█████████████ (DOB: ███████) and G█████████████ (DOB: ███████ do hereby provide my consent for the DC 2019 Irrevocable Trust to receive a large real estate position in the trust, as evidenced by my signature below. I have read this Beneficiary Consent Form, understand it, and had the opportunity to consult an attorney about this before signing.

DATED this __14_ day of __May_____, 2020.

Sign: _____

Olympia De Castro

Address: 597 Hibiscus Lane, Miami, FL., 33137