GOVERNMENT
EXHIBIT
27
18-cr-20685

# DC 2019 IRREVOCABLE TRUST

## Waiver of Accounting

I, Olympia De Castro, Grantor to the DC 2019 Irrevocable Trust, and mother and Legal Guardian to the three minor Beneficiaries for the DC 2019 Irrevocable Trust, F█████████████ (DOB: ████████), A██████████████ (DOB: ████████) and G██████████████ (DOB: ████████) do hereby waive my right to an accounting and a report for the DC 2019 Irrevocable Trust, as evidenced by my signature below. I have read this waiver form, understand it, and had the opportunity to consult an attorney about this waiver before signing it.

DATED this __14__ day of __May_____, 2020.

Sign: _____

Olympia De Castro

Address: 597 Hibiscus Lane, Miami, FL., 33137