# ALTA Information Collection Form



Page 1 of 4



GOVERNMENT
EXHIBIT
30
18-cr-20685

Under 31 U.S.C. § 5326(a), the Treasury Department's Financial Crimes Enforcement Network (FinCEN) issued a Geographic Targeting Order to title insurance companies requiring the collection of beneficial ownership information for certain real estate transactions.

Please complete the below questionnaire. This Company will rely on the answers provided to meet its reporting obligations.

## Who is completing this form?

| Name | Position/Title | Company/Law Firm | |
|---|---|---|---|
| 314 Hicks St LLC | | | |
| Postal Address (Headquarters) | City | State | Zip | EIN Number |
| 314 Hicks St | Brooklyn | NY | 11201 | |
| Phone | E-Mail | Fax | License # |
| 917-███████ | 314hicksllc@gmail.com | | |

## Transactional Information

| Property Address (If multiple properties see NOTE below): | | | |
|---|---|---|---|
| 314 Hicks Street | | | |
| City | State | Zip | County |
| Brooklyn | NY | 11201 | Kings County |
| Date of Settlement | Total purchase price (If multiple properties see NOTE below) | | |
| July 2, 2020 | $ 5,900,000 | | |

Type of Transaction: ☒ Residential (1-4 family)  ☐ Commercial     Bank Financing: ☐ Yes  ☒ No

Purchaser type:  ☐ Natural Person  ☐ Corporation  ☒ LLC  ☐ Partnership  ☐ Trust  ☐ Other

NOTE: If more than one property is purchased, list each address and purchase price on an addendum.

## Purchase Funds Information

| Total Amount paid by below instruments: $  5,900,000 | |
|---|---|
| Which type of Monetary Instruments were used (Use check boxes below) | |
| ☐ U.S. Currency (Paper money & coin) | |
| ☐ Foreign Currency | Country: |
| ☐ Cashier's check (s) | ☐ Money orders(s) |
| ☐ Certified checks(s) | ☐ Personal or Business check(s) |
| ☒ Wire or other funds transfer(s) | ☐ Virtual Currency |

Copyright 2006-2018 American Land Title Association. All rights reserved. The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.

# ALTA Information Collection Form



**American Land Title Association**
Protecting the American Dream Since 1907

Page **2** of **4**

## Individual Primarily Representing Purchaser

*(Defined as the individual authorized by the entity to enter into legally binding contracts).*

| Attach Legible copy of government issued identification (i.e. passport, driver's license, etc.) | | | |
|---|---|---|---|
| Type of ID | | Issuing State or Country | % of ownership interest |
| Last Name Domeneghetti | | First Name Allison | M.I. |
| Date of Birth | Occupation Trustee | Taxpayer ID Number or EIN (if none write N/A) | |
| Address | | City Tampa | State FL / Zip 33602 |

## Purchaser's Name & Address

| Name of Purchaser DC 2019 Irrevocable Trust | | | |
|---|---|---|---|
| Taxpayer ID Number or EIN (if none write N/A) | | Doing Business Name (DBA) (If none write N/A) | |
| Address | | City Tampa | State FL / Zip 33602 |

**TRUSTS ONLY** – Indicate who conducted the transaction:  ☒ Trustee   ☐ Settlor   ☐ Other

*Complete the following pages if the real estate purchase is being made by a corporation, LLC, partnership, other legal entity or trust.*

**For Corporations, LLCs, Partnerships and Other Entities provide the information for:**
- Each **BENEFICIAL OWNER** who, directly or indirectly, owns 25% or more of the equity interests of the Purchaser. If a legal entity or a series of legal entities is the beneficial owner of the Purchaser, provide information for the ultimate beneficial owner of all the legal entities.

**For Trusts provide the information for:**
- **Trustee, settlor and EACH beneficiary** of the trust. If the trustee, settlor or a beneficiary is a legal entity, provide information for the entity and the ultimate beneficial owner that directly or indirectly owns 25% or more of that entity.

(Note: It is NOT necessary to complete the address fields if the information is on a legible copy of the government issued ID submitted to the title underwriter.)

Copyright 2006-2018 American Land Title Association. All rights reserved. The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.

# ALTA Information Collection Form



Page 3 of 4

| Attach Legible copy of government issued identification (i.e. passport, driver's license, etc.) | | | |
|---|---|---|---|
| Type of ID  Passport | Issuing State or Country  USA | % of ownership interest  33.3% | |
| Last Name  ███ | First Name  G███ | | M.I. |
| Date of Birth  ███ | Occupation | Taxpayer ID Number or EIN (if none write N/A) | ███ |
| Address  ███ | City  Tampa | State  FL | Zip  33602 |

| Attach Legible copy of government issued identification (i.e. passport, driver's license, etc.) | | | |
|---|---|---|---|
| Type of ID  Passport | Issuing State or Country  USA | % of ownership interest  33.3% | |
| Last Name  ███ | First Name  F███ | | M.I. |
| Date of Birth  ███ | Occupation | Taxpayer ID Number or EIN (if none write N/A) | ███ |
| Address  ███ | City  Tampa | State  FL | Zip  33602 |

| Attach Legible copy of government issued identification (i.e. passport, driver's license, etc.) | | | |
|---|---|---|---|
| Type of ID  Passport | Issuing State or Country  USA | % of ownership interest  33.3% | |
| Last Name  ███ | First Name  A███ | | M.I. |
| Date of Birth  ███ | Occupation | Taxpayer ID Number or EIN (if none write N/A) | ███ |
| Address  101 ███ | City  Tampa | State  FL | Zip  33602 |

| Attach Legible copy of government issued identification (i.e. passport, driver's license, etc.) | | | |
|---|---|---|---|
| Type of ID | Issuing State or Country | % of ownership interest | |
| Last Name | First Name | | M.I. |
| Date of Birth | Occupation | Taxpayer ID Number or EIN (if none write N/A) | |
| Address | City | State | Zip |

Copyright 2006-2018 American Land Title Association. All rights reserved.   The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited.  Reprinted under license from the American Land Title Association.

# ALTA Information Collection Form



American Land Title Association
*Protecting the American Dream Since 1907*

Page **4** of **4**

| Attach Legible copy of government issued identification (i.e. passport, driver's license, etc.) | | | |
|---|---|---|---|
| Type of ID | | Issuing State or Country | % of ownership interest |
| Last Name | | First Name | M.I. |
| Date of Birth | Occupation | Taxpayer ID Number or EIN *(if none write N/A)* | |
| Address | | City | State | Zip |

| Attach Legible copy of government issued identification (i.e. passport, driver's license, etc.) | | | |
|---|---|---|---|
| Type of ID | | Issuing State or Country | % of ownership interest |
| Last Name | | First Name | M.I. |
| Date of Birth | Occupation | Taxpayer ID Number or EIN *(if none write N/A))* | |
| Address | | City | State | Zip |

| Attach Legible copy of government issued identification (i.e. passport, driver's license, etc.) | | | |
|---|---|---|---|
| Type of ID | | Issuing State or Country | % of ownership interest |
| Last Name | | First Name | M.I. |
| Date of Birth | Occupation | Taxpayer ID Number or EIN *(if none write N/A)* | |
| Address | | City | State | Zip |

I declare that to the best of my knowledge, the information I have furnished is true, correct and complete. I understand that this Title Company will rely on this information for the purposes of completing any reports made pursuant to an obligation under 31 U.S.C. § 5326(a),

| | | | |
|---|---|---|---|
| Signature: | *[signed] Ann O* | Date: | 6/28/2020 |
| Type or Print Name: | Allison Domeneghetti | Title: | Trustee |

Copyright 2006-2018 American Land Title Association. All rights reserved. The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.