**CHASE PRIVATE CLIENT**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 19, 2019 through August 30, 2019

Account Number: ███████0860

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-994-5626 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00003895 DRE 021 141 24319 NNNNNNNNNNN T 1 000000000 60 0000

DC 2019 IRREVOCABLE TRUST
ALLISON DOMENEGHETTI TRUSTEE
597 HIBISCUS LN
MIAMI FL 33137-3322

## CHECKING SUMMARY    Chase Private Client Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $0.00 |
| Deposits and Additions | 400.00 |
| **Ending Balance** | **$400.00** |

Annual Percentage Yield Earned This Period     0.00%

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $0.00 |
| 08/28 | Book Transfer Credit B/O: Olympia A De Castro Miami, FL 331373322 Trn: 4532700240Es | 400.00 | 400.00 |
| | **Ending Balance** | | **$400.00** |

CHASE PRIVATE CLIENT
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

August 31, 2019 through September 30, 2019
Account Number: ████████0860

**GOVERNMENT EXHIBIT**
**31**
**18-cr-20685**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-994-5626 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00001658 DRE 021 14127419 NNNNNNNNNNNN T 1 000000000 60 0000
DC 2019 IRREVOCABLE TRUST
ALLISON DOMENEGHETTI TRUSTEE
597 HIBISCUS LN
MIAMI FL 33137-3322

## Good news! We're making it easier to get a replacement account number if your account is compromised.

Starting November 17, 2019, if your account is compromised, we can simply issue you a replacement account number without the hassle of closing your existing account and opening a new one. This will allow you to continue using your existing debit card.

We've updated our Deposit Account Agreement to explain this change:

> We can assign and transfer your account information and documentation to a replacement account number at our discretion. We may make this assignment when your account is reported compromised by you or any signer. If we issue you a replacement account number, the Deposit Account Agreement governing you and your account will continue to apply, without interruption, as if you retained the discontinued account number.

Please call us at the number at the top of this statement if you have any questions.

## CHECKING SUMMARY
Chase Private Client Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $100.00 |
| Deposits and Additions | 997,003.50 |
| **Ending Balance** | **$997,403.50** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $3.50 |
| Interest Paid Year-to-Date | $3.50 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $400.00 |
| 09/18 | Chips Credit Via: Deutsche Bank Trust Company America/0103 B/O: 1/Galerie Nagel Draxler Gmbh 3/De/50672 Koeln Ref: Nbnf=DC 2019 Irrevocable Trust Allison Miami, FL 331373322/Ac-00000000 4425 Org-/410334254001USD 3/De/5067 2 Koeln Ogb=Deutsche Bank Privat-Un D Geschaefts Bonn, Germany Obi=Purc Hase of Kai Atltho Ssn: 0008103 Tm: 0132100261Fc | 997,000.00 | 997,400.00 |
| 09/30 | Interest Payment | 3.50 | 997,403.50 |
| | **Ending Balance** | | **$997,403.50** |

**CHASE PRIVATE CLIENT**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2019 through October 31, 2019
Account Number: ████████0860

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-994-5626 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00004105 DRE 021 14130519 NNNNNNNNNNN T 1 000000000 60 0000
DC 2019 IRREVOCABLE TRUST
ALLISON DOMENEGHETTI TRUSTEE
597 HIBISCUS LN
MIAMI FL 33137-3322

**We want to remind you about the overdraft service options that are available for your personal checking account(s)**

We've included information on the last page of this statement to remind you of our overdraft services and associated fees. You can find more information about these services and ways to avoid overdraft fees at **chase.com/overdraft-services**.

If you have questions, please call us at the number on your statement.

## CHECKING SUMMARY
Chase Private Client Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $997,403.50 |
| Deposits and Additions | 6.20 |
| Other Withdrawals | -996,025.00 |
| **Ending Balance** | **$1,384.70** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $6.20 |
| Interest Paid Year-to-Date | $9.70 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $997,403.50 |
| 10/24 | 10/24 Manual Db-Bkrg | -996,000.00 | 1,403.50 |
| 10/30 | 10/30 Transfer To Chk Xxxxx1165 | -25.00 | 1,378.50 |
| 10/31 | Interest Payment | 6.20 | 1,384.70 |
| | **Ending Balance** | | **$1,384.70** |

**CHASE PRIVATE CLIENT**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

November 01, 2019 through November 29, 2019
Primary Account: ███████0860

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-994-5626 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00003732 DRE 62114133419 NNNNNNNNNNN T 1000000000 60 0000

DC 2019 IRREVOCABLE TRUST
ALLISON DOMENEGHETTI TRUSTEE
597 HIBISCUS LN
MIAMI FL 33137-3322

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Private Client Checking | ████0860 | $1,384.70 | $5,352,905.24 |
| Chase Private Client Checking | ████1165 | 25.00 | 25.00 |
| Total | | $1,409.70 | $5,352,930.24 |

| TOTAL ASSETS | $1,409.70 | $5,352,930.24 |
|---|---|---|

## CHASE PRIVATE CLIENT CHECKING

DC 2019 IRREVOCABLE TRUST
ALLISON DOMENEGHETTI TRUSTEE

Account Number: ███████

### CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $1,384.70 |
| Deposits and Additions | 5,351,520.54 |
| Ending Balance | $5,352,905.24 |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $7.24 |
| Interest Paid Year-to-Date | $16.94 |

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $1,384.70 |
| 11/25 | Deposit  1908949512 | 5,351,513.30 | 5,352,898.00 |
| 11/29 | Interest Payment | 7.24 | 5,352,905.24 |
| | Ending Balance | | $5,352,905.24 |

CHASE PRIVATE CLIENT
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 30, 2019 through December 31, 2019
Primary Account: ▮▮▮▮▮▮▮▮0860

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-994-5626 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00004745 DRE 021 141 00120 NNNNNNNNNNN T 1 000000000 60 0000
DC 2019 IRREVOCABLE TRUST
ALLISON DOMENEGHETTI TRUSTEE
597 HIBISCUS LN
MIAMI FL 33137-3322

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Private Client Checking | ▮▮▮0860 | $5,352,905.24 | $431.25 |
| Chase Private Client Checking | ▮▮▮1165 | 25.00 | 25.00 |
| Total | | $5,352,930.24 | $456.25 |
| **TOTAL ASSETS** | | **$5,352,930.24** | **$456.25** |

## CHASE PRIVATE CLIENT CHECKING

DC 2019 IRREVOCABLE TRUST
ALLISON DOMENEGHETTI TRUSTEE

Account Number: ▮▮▮▮▮▮▮▮

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $5,352,905.24 |
| Deposits and Additions | 13.01 |
| Electronic Withdrawals | -2,487.00 |
| Other Withdrawals | -5,350,000.00 |
| **Ending Balance** | **$431.25** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $13.01 |
| Interest Paid Year-to-Date | $29.95 |