

314 HICKS LLC     ACCT. ▮▮▮▮
For the Period 9/1/20 to 9/30/20

## Account Summary

| Asset Allocation | Beginning Market Value | Ending Market Value | Change In Value | Estimated Annual Income | Current Allocation |
|---|---|---|---|---|---|
| Cash & Fixed Income | 0.00 | 24,145.33 | 24,145.33 | 12.07 | 100% |
| **Market Value** | **$0.00** | **$24,145.33** | **$24,145.33** | **$12.07** | **100%** |
| Accruals | 0.00 | 0.87 | 0.87 | | |
| **Market Value with Accruals** | **$0.00** | **$24,146.20** | **$24,146.20** | | |

| Portfolio Activity | Current Period Value | Year-to-Date Value |
|---|---|---|
| **Beginning Market Value** | 0.00 | 0.00 |
| Contributions | 25,000.00 | 25,000.00 |
| Withdrawals & Fees | (854.67) | (854.67) |
| **Net Contributions/Withdrawals** | **$24,145.33** | **$24,145.33** |
| **Ending Market Value** | **$24,145.33** | **$24,145.33** |
| Accruals | 0.87 | 0.87 |
| **Market Value with Accruals** | **$24,146.20** | **$24,146.20** |

GOVERNMENT EXHIBIT
**32**
18-cr-20685

J.P.Morgan