# J.P.Morgan

**GOVERNMENT EXHIBIT 33**
**18-cr-20685**

Statement Period
**October 01 - October 30, 2020**

Account Number 

## Investment Statement

- YNNNNNNNNNNN

**DC 2019 IRREVOCABLE TRUST**
U/A DTD 02/01/2019
ALLISON DOMENEGHETTI TTEE
597 HIBISCUS LN
MIAMI FL 33137-3322

### Account Value with Accruals

| Account Description | Previous Period | This Period |
|---|---|---|
| Brokerage | 304,411.58 | 304,414.08 |
| **ACCOUNT VALUE** | **$304,411.58** | **$304,414.08** |

See page 3 for footnotes and more detail.

### Questions?

*For Full Service Accounts, Call Private Client Advisor*

📞 (305) 913 0228     Ryan Whiteman

**Customer Service**
(888) 994 5626
**Branch Address**
320 Crandon Blvd
Key Biscayne, FL, 33149

www.chase.com     More contact information on page 8



Account Value with Accruals
(October 2019 to October 2020)

If you have any questions about your statement or concerns about your account, please call us at the toll free number provided above.

INVESTMENT AND INSURANCE PRODUCTS ARE: • NOT FDIC INSURED • NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, JPMORGAN CHASE BANK, N.A. OR ANY OF ITS AFFILIATES • SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED