**Bank**

America's Most Convenient Bank®

314 HICKS LLC
597 HIBICUS LANE
MIAMI FL  33137

GOVERNMENT
EXHIBIT
**34**
18-cr-20685

T

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Jan 20 2021-Jan 31 2021 |
| Cust Ref #: | |
| Primary Account #: | ■■■■■■■■ |

## TD Business Convenience Plus

314 HICKS LLC

Account #  ■■■■■■■

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 31,575.57 |
| Electronic Deposits | 0.01 | Interest Earned This Period | 0.00 |
| Other Credits | 75,796.36 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Other Withdrawals | 15.00 | Days in Period | 12 |
| Ending Balance | 75,781.37 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 01/20 | ATM CHECK DEPOSIT, AUT 012021 ATM CHECK DEPOSI 824 CENTRAL PARK AVENUE    SCARSDALE    * NY ■■■■■■■■ | | 0.01 |
| | | Subtotal: | 0.01 |

**Other Credits**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 01/27 | WIRE TRANSFER INCOMING, 314 HICKS LLC | | 75,796.36 |
| | | Subtotal: | 75,796.36 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 01/27 | WIRE TRANSFER FEE | | 15.00 |
| | | Subtotal: | 15.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/20 | 0.00 | 01/27 | 75,781.37 |
| 01/20 | 0.01 | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender