**GOVERNMENT EXHIBIT 35 18-cr-20685**

My accounts

# Balances and holdings

Customize this page

| Current balances | Balances compared to year-end |

Text size: A A A

**$386,346.31 Total assets**

G▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Individual 529 College Savings Account, Allison Domeneghetti—▇▇▇   $148,943.66

View account details   Open an additional account   Buy/sell   Go to my 529 plan account area

| Name | Units | Price as of 02/01/2021 | Change | | Current balance |
|---|---|---|---|---|---|
| Vanguard Target Enrollment 2028/2029 Portfolio | 13,204.2254 | $11.28 | $0.13 | 1.17% | $148,943.66 |
| Total | | | | | $148,943.66 |

F▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Individual 529 College Savings Account, Allison Domeneghetti—▇▇▇   $148,837.21

View account details   Open an additional account   Buy/sell   Go to my 529 plan account area

| Name | Units | Price as of 02/01/2021 | Change | | Current balance |
|---|---|---|---|---|---|
| Vanguard Target Enrollment 2030/2031 Portfolio | 12,919.8966 | $11.52 | $0.15 | 1.32% | $148,837.21 |
| Total | | | | | $148,837.21 |

A▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Individual 529 College Savings Account, Allison Domeneghetti—▇▇▇   $88,565.44

View account details   Open an additional account   Buy/sell   Go to my 529 plan account area

| Name | Units | Price as of 02/01/2021 | Change | | Current balance |
|---|---|---|---|---|---|
| Vanguard Target Enrollment 2032/2033 Portfolio | 7,550.3356 | $11.73 | $0.18 | 1.56% | $88,565.44 |
| Total | | | | | $88,565.44 |

Add another Vanguard account to your portfolio

## Outside investments

If you have non-Vanguard investments, you can add them here and keep track of them on vanguard.com. Plus, you can use our portfolio analysis tools to analyze all your investments and get a more complete picture of your entire portfolio.

Add accounts that you update yourself

**Total assets**   $386,346.31

Intraday prices are generally provided for stocks, ETFs, and options on a delayed basis during market hours. Prices are delayed at least 20 minutes. If an intraday price is not available, the price displayed will reflect the previous business day's close. For mutual funds and fixed income holdings, the prices displayed are generally the previous business day's closing price.

2/2/2021
Case 1:18-cr-20685-KMW   Document 304-17   Entered on FLSD Docket 02/17/2021   Page 2 of 2
Balances and holdings

Market information is provided by Thomson Reuters. Disclaimer

Additional information about prices for other products and outside investments.

## CONNECT WITH US®

| Facebook | Vanguard News | YouTube | Mobile app | Twitter | LinkedIn | RSS Feed |

| My Accounts | | Investing | Advice & Retirement | News & Perspectives | Benefits & Costs |
|---|---|---|---|---|---|
| Account overview | Investment prices & returns | Investment products | Advice Overview | Markets & economy | Why we're different |
| Balances & holdings | | Account types | Investing goals | How to invest | Benefits |
| Cost basis | Portfolio Watch | Rollovers & transfers | Retirement planning | Financial management | Costs & fees |
| | Tax center | | Investor education | Planning for retirement | Account conveniences |
| Dividends & capital gains | Retirement contributions, distr butions & RMDs | | Calculators & tools | Investing for life events | |
| Buy & Sell | | | Tax-filing information | | |
| Transaction history | Messages | | Forms | Living in retirement | |
| Statements | Service options checklist | | | | |
| Personal performance | | | | | |
| | Profile & account settings | | | | |

Vanguard funds not held in a brokerage account are held by The Vanguard Group, Inc., and are not protected by SIPC. Brokerage assets are held by Vanguard Brokerage Services, a division of Vanguard Marketing Corpora ion, member FINRA   and SIPC   .

© 1995–2021 The Vanguard Group, Inc. All rights reserved. Vanguard Marke ing Corporation, Distributor of the Vanguard Funds. Your use of this site signifies that you accept our terms and conditions of use.

Privacy center | Do Not Sell My Personal Informa ion | Security center | Accessibility | Technical support | Mutual fund prospectuses |

ETF (exchange-traded fund) prospectuses | Special no ice to non-U.S. investors | Careers | Mobile app | Social media | AdChoices