UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA,

v.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

    Defendant,

And

OLYMPIA DE CASTRO,

    Third-Party Petitioner.

_____/

**OLYMPIA DE CASTRO'S "REPLY" TO GOVERNMENT'S OMNIBUS RESPONSE TO VERIFIED PETITIONS REGARDING THE FORTHCOMING SALE OF REAL PROPERTY LOCATED AT 801 E. DANIA BEACH BLVD., DANIA BEACH, FL**

    Olympia De Castro ("De Castro") hereby files her reply to the government's omnibus response to Verified Petitions regarding the forthcoming sale of real property in Dania Beach, FL, and states the following is support:

    1.    The law firm of Devine Goodman & Rasco, LLP has withdrawn and voluntarily dismissed its verified petition and so the Court will not need to schedule a hearing on that withdrawn voluntary petition. [DE 334]. There will also not be any need for conflicts waivers.

    2.    The government agrees in its opposition that a hearing should be set on De Castro's verified petition. [DE 323 at pp. 2, 3, 19]. De Castro previously advised the government that a hearing should be set on June 4 or June 7, 2021. De Castro believes now a hearing should be set even earlier – May 20 or May 21, 2021.

3.	The parties propose to take some limited discovery. De Castro will require some written discovery and one deposition. De Castro suggests a discovery deadline of April 16, 2021.

4.	De Castro anticipates she will file a Motion for Summary Judgment at the close of discovery. De Castro suggests a deadline of April 21 (five days after discovery closes) to file any motion for summary judgment.

WHEREFORE, De Castro asks the Court to enter a discovery schedule and hearing date as set forth above.

Dated this 15th day of March, 2021.

Respectfully submitted,

DEVINE GOODMAN & RASCO, LLP
2800 Ponce de Leon Blvd., Suite 1400
Coral Gables, FL 33134
Tel: 305-374-8200
Email: grasco@devinegoodman.com

/s/ Guy A. Rasco
Guy A. Rasco., Esq.
Fla. Bar No.: 727520
*Attorneys for Third-Party Petitioner*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the CM/ECF Filing System this 15th day of March, 2021, on all counsel of record.

*/s/ Guy A. Rasco*
Guy A. Rasco

3

Devine Goodman & Rasco, LLP  2800 Ponce De Leon Boulevard, Suite 1400, Coral Gables, Florida 33134 P 305.374.8200 F 305.374.8208