UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA

v.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

    **Defendant.**
_____/

IN RE:

OLYMPIA DE CASTRO, and
597 HIBISCUS LANE REVOCABLE TRUST,

    **Third-Party Petitioners.**
_____/

**UNITED STATES' RESPONSE IN OPPOSITION TO OLYMPIA DE CASTRO AND 597 HIBISCUS LANE REVOCABLE TRUST'S SECOND MOTION FOR EXTENSION TO FILE OBJECTIONS TO THE REPORT AND RECOMMENDATION ON THE GOVERNMENT'S MOTION TO DISMISS [ECF NO. 336]**

    The United States of America (the "United States" or "Government"), by and through the undersigned Assistant United States Attorney, hereby respectfully files this response to clarify its opposition to the Petitioners Olympia De Castro and 597 Hibiscus Lane Revocable Trust's ("Petitioners") Second Motion for Extension of Time To File Objections to the Report and Recommendation on the Government's Motion To Dismiss ("Second Motion"), ECF No. 336. In support of its opposition, the United States submits as follows:

    The current deadline for Petitioners to file objections to the Report and Recommendation on the United States' Motion To Dismiss, ECF No. 316, is today, March 16, 2021. *See* Order, ECF No. 320. That deadline was scheduled after the Court granted, in part, Petitioners' request to extend the original deadline from March 12, 2021. *See id.*

The undersigned Assistant United States Attorney was contacted, via e-mail, this morning regarding Petitioners' request for an additional two-week extension. In the e-mail, counsel for Petitioners requested the extension based on the Court's decision to bifurcate and hold the sentencing hearing of Defendant Gustavo Adolfo Hernandez Frieri (the "Defendant") over two days, on March 25, 2021, as originally scheduled, as well as on April 30, 2021.

The United States responded via e-mail that we oppose the requested additional extension as Petitioners' objections to the Report and Recommendation may be relevant to the Government's position during the first day of sentencing on March 25, 2021.[1]  If Petitioners' objections were filed by their current deadline today, March 16, 2021, then the United States would have about a week to respond. The undersigned Assistant United States Attorney also noted Section II(B) of the Court's Practices and Procedures for Civil Cases, which would apply to third-party forfeiture ancillary proceedings as they are civil in nature, and indicated that the basis for Petitioners' request did not appear to be an emergency.

Thereafter, Petitioners filed their Second Motion and indicated that they also sought an extension "to further consult with a trust expert regarding the complicated issues raised by the Magistrate Court." *See* Petitioners' Second Motion 2. However, the issues raised in the Report and Recommendation are no different than those raised by the United States' Motion To Dismiss that led to the Report and Recommendation. The United States' Motion To Dismiss, ECF No. 264, was filed on December 18, 2020, and was fully briefed on January 19, 2021. *See also* Petitioners' Response, Jan. 18, 2021, ECF No. 285; U.S. Reply, Jan. 19, 2021, ECF No. 286.

Petitioners have been well aware of the issues in the Report and Recommendation for some

---

[1] The Defendant has also requested leave of the Court to file objections and clarifications to the Report and Recommendation. *See* Hernandez Motion, ECF No. 332.

2

time. The United States' position on the revocability of the 597 Hibiscus Lane Revocable Trust and the Defendant's interest in the real property was outlined last year, in its Motion for Second Preliminary Order of Forfeiture, ECF No. 237, which was filed in September 22, 2020, and in its Response in Opposition Defendant's Motion for Clarification of the Second Preliminary Order of Forfeiture, ECF No. 247, which was filed on October 13, 2020. *See also* Order Denying Hernandez Motion for Clarification, Dec. 28, 2020, ECF No. 273 (U.S. Magistrate Judge Edwin G. Torres). Last month, Olympia De Castro also testified regarding 597 Hibiscus Lane and the 597 Hibiscus Lane Revocable Trust. *See* 2/8/2021 Pre-Sentencing Hearing Tr. 55-58 (De Castro), ECF No. 303, *also available at* ECF No. 323-1.

It does not seem necessary, nor timely, for Petitioners to request an extension because they only now seek a trust expert after months of litigation. However, the United States does not oppose an extension until Monday, March 22, 2021, for Petitioners to file objections. Although the United States would not be able to file a response ahead of the first day of the Defendant's sentencing on March 25, 2021, it would still have an opportunity to review Petitioners' objections to see if they bear on the Defendant's first day of sentencing.

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

By:    */s/ Nalina Sombuntham*
    Nalina Sombuntham
    Assistant United States Attorney
    Deputy Chief, Asset Forfeiture Division
    Fla. Bar No. 96139
    99 N.E. 4th Street, 7th Floor
    Miami, Florida 33132-2111
    Telephone: (305) 961-9224
    Facsimile: (305) 536-4089
    nalina.sombuntham@usdoj.gov