| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | **EXHIBIT A**<br><br>2005081702019001001EB090 |
|---|---|

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 5 |
|---|---|---|
| **Document ID:** 2005081702019001 | Document Date: 08-16-2005 | Preparation Date: 08-17-2005 |
| Document Type: DEED | | |
| Document Page Count: 3 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| PHILIP OHARA ASSOCIATES, AS AGENT FOR<br>COMMONWEALTH TITLE COMPANY<br>140 REMSEN STREET<br>BROOKLYN, NY 11201<br>718-875-7506<br>MTB-36534 | MICHAEL L. LANDSMAN, ESQ.<br>HOLM & O'HARA LLP<br>420 LEXINGTON AVENUE, SUITE 1745<br>NEW YORK, NY 10170-1799 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 876 | 12 Entire Lot | 2ND F | 3 GRAMERCY PARK WEST |

**Property Type:** SINGLE RESIDENTIAL CONDO UNIT

### CROSS REFERENCE DATA

CRFN_____   or  Document ID_____   or _____ Year_____  Reel ___  Page _____  or  File Number_____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| RALPH AMMIRATI<br>3 GRAMERCY PARK WEST<br>NEW YORK, NY 10003 | 3 GRAMERCY PARK WEST, LLC<br>701 BRICKELL AVENUE, SUITE 2030<br>MIAMI, FL 33131 |

x  Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Recording Fee: $ | 52.00 |
| Taxable Mortgage Amount: | $ | 0.00 | Affidavit Fee: $ | 0.00 |
| Exemption: | | | NYC Real Property Transfer Tax Filing Fee: $ | 75.00 |
| TAXES:  County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $11,600.00 + $29,000.00 = $ | 40,600.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed       08-30-2005 11:21
City Register File No.(CRFN):
2005000485735

*annette m hill*

*City Register Official Signature*

NYC HPD Affidavit in Lieu of Registration Statement

**EXHIBIT A**

**EXHIBIT A**

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2005081702019001001CB210 |
|---|---|
| **RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)** | **PAGE 2 OF 5** |

**Document ID:** 2005081702019001  **Document Date:** 08-16-2005  **Preparation Date:** 08-17-2005
Document Type: DEED

PARTIES
GRANTOR/SELLER:
JOAN AMMIRATI
3 GRAMERCY PARK WEST
NEW YORK, NY  10003

**EXHIBIT A**



T 693—Standard N.Y.B.T.U. Form 8004 • Quitclaim deed, Individual or Corporation (single sheet), 11-98

# EXHIBIT A

DISTRIBUTED BY Bloomberg Excelsior Inc.
PUBLISHER NYC 10013

**CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.**

**THIS INDENTURE,** made the 16th day of August, 2005
**BETWEEN**

Ralph Ammirati and Joan Ammirati, husband and wife
having an address at
3 Gramercy Park West
New York, New York   10003

party of the first part, and

3 GRAMERCY PARK WEST, LLC
a New York limited liability company
having an address at
701 Brickell Avenue, Suite 2030
Miami, FL  33131

party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of ten dollars paid by the party of the second part, does hereby remise, release and quitclaim unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

~~ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the~~

An undivided twenty-four percent (24%) interest as tenants in common in the land, with the buildings and improvements thereon, known as 3 Gramercy Park West, New York, New York, and more particularly described in

SCHEDULE A ANNEXED HERETO AND MADE A PART HEREOF

TOGETHER with the right to occupy the parlor (second) floor apartment contained therein, ALL PURSUANT AND SUBJECT to a certain co-ownership agreement dated December 12, 1969 among Richard W. McCabe, Iris Whitney, Richard J. Wolfenden, William D. McCabe and William Ditfort, as amended by agreements dated October 1, 1974, May 23, 1975, January 8, 1982, April 26, 1993, February 22, 1997, October 1, 2001 and of even date (the "Agreement").

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part, in compliance with Section 13 of the Lien Law, hereby covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.
The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.
**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

Wendy Shea

_____
Ralph Ammirati

**EXHIBIT A**

_____
Joan Ammirati

# EXHIBIT A



*Reserve this space for use of Recording Office.*

**Quitclaim Deed**
WITH COVENANT AGAINST GRANTOR'S ACTS

Title No. M78-36534

Ralph Ammirati and
Joan Ammirati

TO

3 Gramercy Park West, LLC

| SECTION | 3 |
| --- | --- |
| BLOCK | 876 |
| LOT | 12 |
| COUNTY OR TOWN | New York |

**RETURN BY MAIL TO:**

Michael L. Landsman, Esq.
Holm & O'Hara LLP
420 Lexington Avenue, Suite 1745
New York, New York
Zip No. 10170-1799

---

**ACKNOWLEDGMENT IN NEW YORK STATE (RPL 309-a)**

State of New York, County of New York ss.:

On August 16, 2005 before me, the undersigned, personally appeared Ralph Ammirati and Joan Ammirati personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

SUSAN B. HUTCHISON
Notary Public, State of New York
No. 43-4772183
Qualified in Richmond County
Commission Expires March 30, 2006

*(signature and office of individual taking acknowledgment)*

**ACKNOWLEDGMENT OUTSIDE NEW YORK STATE (RPL 309-b)**

State of                County of                ss.:

On                before me, the undersigned, personally appeared                personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in

*(insert city or political subdivision and state or country or other place acknowledgment taken)*

*(signature and office of individual taking acknowledgment)*

---

**ACKNOWLEDGMENT BY SUBSCRIBING WITNESS(ES)**

State of
County of ss.:

On                before me, the undersigned, personally appeared                                the subscribing witness(es) to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in *(if the place of residence is in a city, include the street and street number, if any, thereof)*;

that he/she/they know(s)

to be the individual(s) described in and who executed the foregoing instrument; that said subscribing witness(es) was (were) present and saw said

execute the same; and that said witness(es) at the same time subscribed his/her/their name(s) as a witness(es) thereto.

☐ *if taken outside New York State insert city or political subdivision and state or country or other place acknowledgment taken* And that said subscribing witness(es) made such appearance before the undersigned in

*(signature and office of individual taking acknowledgment)*

**EXHIBIT A**

SCHEDULE A

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of Manhattan, City, County and State of New York, being one of the 66 Lots surrounding the park square mentioned or referred to in a certain Deed from Samuel B. Ruggles and Wife to Charles A. Davis and others, dated December 17, 1831 and recorded with the Map annexed in the Register's Office of New York County in Liber 278 of Conveyances, Page 528, the Lot hereby described being laid down and distinguished on the said Map by the Lot Number 3 and is bounded and described as follows:

BEGINNING at a point on the westerly side of a street or way running from 20th Street to 21st Street on the westerly side of Gramercy Park at the center of the northerly side or gable wall of house on the premises hereby described, which is erected as a party wall resting partly on the Lot hereby described and partly on Lot Number 2 of said 66 Lots at a point 52 feet 6-6/7 inches southerly from 21st Street;

RUNNING THENCE westerly on a line parallel with 21st Street and through the center of said gable or side wall, 110 feet;

THENCE southerly, parallel with said street or way on the westerly side of Gramercy Park, 26 feet 3-3/7 inches to Lot Number 4 laid down on said Map;

THENCE easterly, parallel with 21st Street and through the center of a party wall between the house on the premises hereby described and the house adjoining on the south and along the northerly line of said Lot Number 4, 110 feet to said street on the westerly side of Gramercy Park;

AND THENCE northerly along the said last mentioned street, 26 feet 3-3/7 inches to the point or place of BEGINNING.

**EXHIBIT A**

# EXHIBIT A

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2005081702019001001S7E11 |
|---|---|
| **SUPPORTING DOCUMENT COVER PAGE** | **PAGE 1 OF 1** |

**Document ID:** 2005081702019001   **Document Date:** 08-16-2005   **Preparation Date:** 08-17-2005
**Document Type:** DEED

**ASSOCIATED TAX FORM ID:** 2005060300412

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---:|
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 2 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

# EXHIBIT A

# EXHIBIT A

| FOR CITY USE ONLY | | REAL PROPERTY TRANSFER REPORT |
|---|---|---|
| C1. County Code | C2. Date Deed Recorded __/__/__ Month Day Year | STATE OF NEW YORK STATE BOARD OF REAL PROPERTY SERVICES |
| C3. Book OR C5. CRFN | C4. Page | **RP - 5217NYC** (Rev 11/2002) |

**PROPERTY INFORMATION**

1. Property Location: **3** GRAMERCY PARK WEST 2ND F | MANHATTAN | 10003
   STREET NUMBER / STREET NAME / BOROUGH / ZIP CODE

2. Buyer Name: **3 GRAMERCY PARK WEST, LLC**
   LAST NAME / COMPANY — FIRST NAME

3. Tax Billing Address: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

4. Indicate the number of Assessment Roll parcels transferred on the deed: **1** # of Parcels OR [ ] Part of a Parcel
   4A. Planning Board Approval - N/A for NYC
   4B. Agricultural District Notice - N/A for NYC

5. Deed Property Size: FRONT FEET X DEPTH OR ACRES

   Check the boxes below as they apply:
   6. Ownership Type is Condominium [ ]
   7. New Construction on Vacant Land [ ]

8. Seller Name: **AMMIRATI** | **RALPH**
   **AMMIRATI** | **JOAN**

9. Check the box below which most accurately describes the use of the property at the time of sale:
   - A [✔] One Family Residential
   - B [ ] 2 or 3 Family Residential
   - C [ ] Residential Vacant Land
   - D [ ] Non-Residential Vacant Land
   - E [ ] Commercial
   - F [ ] Apartment
   - G [ ] Entertainment / Amusement
   - H [ ] Community Service
   - I [ ] Industrial
   - J [ ] Public Service

**SALE INFORMATION**

10. Sale Contract Date: **12 / 15 / 2004**
11. Date of Sale / Transfer: **8 / 16 / 2005**
12. Full Sale Price $ **2,900,000**

14. Check one or more of these conditions as applicable to transfer:
    - A [ ] Sale Between Relatives or Former Relatives
    - B [ ] Sale Between Related Companies or Partners in Business
    - C [ ] One of the Buyers is also a Seller
    - D [ ] Buyer or Seller is Government Agency or Lending Institution
    - E [ ] Deed Type not Warranty or Bargain and Sale (Specify Below)
    - F [ ] Sale of Fractional or Less than Fee Interest (Specify Below)
    - G [ ] Significant Change in Property Between Taxable Status and Sale Dates
    - H [ ] Sale of Business is Included in Sale Price
    - I [ ] Other Unusual Factors Affecting Sale Price (Specify Below)
    - J [✔] None

13. Indicate the value of personal property included in the sale: **0**

**ASSESSMENT INFORMATION** - Data should reflect the latest Final Assessment Roll and Tax Bill

15. Building Class: **C 5**
16. Total Assessed Value (of all parcels in transfer): **345,735**
17. Borough, Block and Lot / Roll Identifier(s): **MANHATTAN 876 12**

**CERTIFICATION** — I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**
3 Gramercy Park West, LLC
Gustavo Adolfo Hernandez Frieri, Manager
08/16/05
701 Brickell Avenue
Miami, FL 33131

**BUYER'S ATTORNEY**
Landsman | Michael
212 | 682-2280

**SELLER**
Ralph Ammirati
08/16/05

2005060300412201

## EXHIBIT A

# EXHIBIT A

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. | | | |
|---|---|---|---|---|
| 3 Gramercy Park West, LLC **BUYER** | | | **BUYER'S ATTORNEY** | |
| By: [signature] | 08/16/05 **DATE** | Landsman **LAST NAME** | | Michael **FIRST NAME** |
| **BUYER SIGNATURE** Gustavo Adolfo Hernandez Frieri, Manager | | 212 | 682-2280 | |
| 701 **STREET NUMBER** | Brickell Avenue **STREET NAME (AFTER SALE)** | **AREA CODE** | **TELEPHONE NUMBER** | |
| | | **SELLER** [signature] | | |
| Miami **CITY OR TOWN** | FL   33131 **STATE   ZIP CODE** | **SELLER SIGNATURE** Ralph Ammirati | | 08/16/05 **DATE** |

200506030041220

# EXHIBIT A

# EXHIBIT A

Affidavit of Compliance with Smoke Detector Requirement for One and-Two Family Dwellings

## AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York  )
                   ) SS.:
County of New York )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

__3 GRAMERCY PARK WEST__, __2ND F__,
Street Address                Unit/Apt.

__MANHATTAN__ New York, __876__ __12__ (the "Premises");
Borough               Block   Lot

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

| Ralph Ammirati | 3 Gramercy Park West, LLC |
| Name of Grantor (Type or Print) | By: Gustavo Adolfo Hernandez Frieri, Manager |
| | Name of Grantee (Type or Print) |
| [signature] | [signature] |
| Signature of Grantor | Signature of Grantee |
| Sworn to before me | Sworn to before me |
| this _16th_ date of August 1_8_ 2005 | this _16th_ date of August 1_8_ 2005 |
| SUSAN B. HUTCHISON | SUSAN B. HUTCHISON |
| Notary Public, State of New York | Notary Public, State of New York |
| No. 43-4772183 | No. 43-4772183 |
| Qualified in Richmond County | Qualified in Richmond County |
| Commission Expires March 30, _2006_ | Commission Expires March 30, _2006_ |

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

(1)

2005060300412101

# EXHIBIT A