EXHIBIT D

## Global Securities Advisors GP, LLC
## Ownership Structure



### Office Address

701 Brickell Ave. Suite 1420. Miami, FL 33137

### Director

Gustavo Hernandez Frieri



4/24/2015

EXHIBIT D

2

# EXHIBIT D

## Global Securities Advisors GP, LLC
## Beneficial Owners

| Beneficial Owners | | |
|---|---|---|
| Name | Address | Percentage |
| Maria Helena Hernandez Frieri | [redacted] BOGOTA COLOMBIA | 50.0% |
| Maria Lucia Hernandez Frieri | [redacted] BOGOTA COLOMBIA | 50.0% |



RUTH LICHTENSTEIN
MY COMMISSION # FF 080388
EXPIRES: April 25, 2018
Bonded Thru Notary Public Underwriters

4/24/2015

EXHIBIT D

3

# EXHIBIT D

| | |
|---|---|
| From: | K___ R___ |
| To: | M___ C___ |
| Subject: | Fw: Request for ___ Client Due Diligence Update |
| Date: | Friday, July 28, 2017 4:45:39 PM |
| Attachments: | image002.png<br>GSA GP - Certified Structure Chart and Ben Owners.pdf<br>Mhh Passport.pdf<br>Passport MLHernandez.png |

M___,

See attached the Structure chart for GSA GP disclosing the UBOs and their passports.

---

**From:** M___ V___ R___ <___@theglobalsecuritiesgroup.com>
**Sent:** Friday, July 28, 2017 3:48 PM
**To:** K___ R___
**Cc:** Gustavo Hernandez
**Subject:** RE: Request for ___ Client Due Diligence Update

Hi K___ please find attached the Structure chart for GSA GP disclosing the UBOs and their passports.

Best regards,

MV

---

**From:** K___ R___h___ <___@gsadvisors.net]
**Sent:** Friday, July 28, 2017 12:10 PM
**To:** M___ V___ R___ <___@theglobalsecuritiesgroup.com>
**Cc:** Gustavo Hernandez <ghernandez@gsadvisors.net>
**Subject:** Fw: Request for ___ Client Due Diligence Update

M,

For GSTF's Administrator, for their client due diligence process, we need to provided the ultimate beneficial owner of GSA GP, LLC.

If GSA GP, LLC is wholly owned by Global Securities Holdings LLC, can you please let me know the individual(s) who own(s) GS Holdings LLC?

If an individual, then they will also need an ID (passport) and their % ownership.

Thanks

---

**From:** M___ C___ ___
**Sent:** Friday, July 28, 2017 12:03 PM
**To:** K___ R___
**Subject:** RE: Request for ___ Client Due Diligence Update

EXHIBIT D

**EXHIBIT D**

Thank you for clarifying. I'm trying to drill down to the individual who is the ultimate beneficial owner. If GSA, GP, LLC is wholly owned by Global Securities Holdings LLC, can you please let me know the individual(s) who own(s) GS Holdings LLC?

Kind Regards,



**M▮▮▮ C▮▮▮**
**Chief Compliance Officer**
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | Charlotte, NC 28277 | USA
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Abu Dhabi | Australia - Sydney | Australia – Melbourne | Bahrain | Bermuda | Canada | Cayman | China | Dubai | Guernsey | Hong Kong | Ireland – Cork | Ireland – Dublin | India | Isle of Man | Japan | Jersey | Luxembourg | Malta | Mauritius | Russia | Singapore | Switzerland - Zurich | Switzerland - Geneva | United Kingdom | Uruguay | USA – Charlotte | USA - New York

This e-mail and any files transmitted with it are confidential and may be privileged; they are intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient or the individual responsible for delivering the e-mail to the intended recipient, then please be advised that you have received this e-mail in error, and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, then please immediately notify us.

🖶 Please consider the environment before printing this email

---

**From:** K▮▮▮ R▮▮▮▮▮▮▮▮▮▮▮▮▮▮@gsadvisors.net]
**Sent:** Friday, July 28, 2017 11:54 AM
**To:** M▮▮▮ C▮▮▮
**Subject:** Re: Request for ▮▮▮ Client Due Diligence Update

M▮▮▮

The Investment Manager is actually Global Securities Advisors GP, LLC (see attached IM agreement).

Also attached is GSA GP, LLC incorp docs and ownership info. The beneficial owner with more than 25% is Global Securities Holdings, LLC

---

**From:** M▮▮▮ C▮▮▮ <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Friday, July 28, 2017 11:37 AM
**To:** K▮▮▮ R▮▮▮▮▮▮
**Subject:** RE: Request for ▮▮▮ Client Due Diligence Update

Thank you, K▮▮▮!

Can you please let me know Gustavo's ownership percentage?

EXHIBIT D

**EXHIBIT D**

Kind Regards,



M█████ C█████
**Chief Compliance Officer**

█████████████████████████████

█████████████ | Charlotte, NC 28277 | USA

█████████████████████████████████████

Abu Dhabi | Australia - Sydney | Australia – Melbourne | Bahrain | Bermuda | Canada | Cayman | China | Dubai | Guernsey | Hong Kong | Ireland – Cork | Ireland – Dublin | India | Isle of Man | Japan | Jersey | Luxembourg | Malta | Mauritius | Russia | Singapore | Switzerland - Zurich | Switzerland - Geneva | United Kingdom | Uruguay | USA – Charlotte | USA - New York

This e-mail and any files transmitted with it are confidential and may be privileged; they are intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient or the individual responsible for delivering the e-mail to the intended recipient, then please be advised that you have received this e-mail in error, and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, then please immediately notify us.

🖶 Please consider the environment before printing this email

---

**From:** K████ R███████████████@gsadvisors.net]
**Sent:** Friday, July 28, 2017 11:31 AM
**To:** M████ C████
**Cc:** B████ S████
**Subject:** Re: Request for ████ Client Due Diligence Update

M████, see attached requested GSA, LLC docs.

Kind regards,
K████

---

**From:** M████ C████████████████████
**Sent:** Friday, July 28, 2017 10:10 AM
**To:** K████ R████
**Cc:** B████ S████
**Subject:** RE: Request for ████ Client Due Diligence Update

Hello,

I wanted to follow up on the request below. We still seem to be missing the certificate of incorporation for Global Securities Advisors, LLC in addition to the ID's of the beneficial owners.

Can you please let me know the individuals who are the ultimate beneficial for Global Securities Advisors, LLC (individuals holding over 25%)?

Please do send their ID's and the certificate of incorporation at your earliest convenience so that we

**EXHIBIT D**

**EXHIBIT D**

can complete our AML remediation. Many thanks.

Kind Regards,



**Chief Compliance Officer**

| Charlotte, NC 28277 | USA

Abu Dhabi | Australia - Sydney | Australia – Melbourne | Bahrain | Bermuda | Canada | Cayman | China | Dubai | Guernsey | Hong Kong | Ireland – Cork | Ireland – Dublin | India | Isle of Man | Japan | Jersey | Luxembourg | Malta | Mauritius | Russia | Singapore | Switzerland - Zurich | Switzerland - Geneva | United Kingdom | Uruguay | USA – Charlotte | USA - New York

This e-mail and any files transmitted with it are confidential and may be privileged; they are intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient or the individual responsible for delivering the e-mail to the intended recipient, then please be advised that you have received this e-mail in error, and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, then please immediately notify us.

Please consider the environment before printing this email

---

**From:** M███ C███
**Sent:** Tuesday, June 27, 2017 2:30 PM
**To:** ███████@gsadvisors.net'
**Subject:** RE: Request for ███ Client Due Diligence Update
**Importance:** High

Hi,

Would you please let me know if you have any questions on the below? I'm attempting to gather the following items to refresh our AML for Global Securities Advisors, LLC

   Certificate of incorporation of the Management Company
   Share Registry of the Management Company
   Photo ID and address verification for owners of the Management Company holding over 25% of the Management Company's shares

Kind Regards,



**Chief Compliance Officer**

Charlotte, NC 28277 | USA

**EXHIBIT D**

Abu Dhabi | Australia - Sydney | Australia – Melbourne | Bahrain | Bermuda | Canada | Cayman | China | Dubai | Guernsey | Hong Kong | Ireland – Cork | Ireland – Dublin | India | Isle of Man | Japan | Jersey | Luxembourg | Malta | Mauritius | Russia | Singapore | Switzerland - Zurich | Switzerland - Geneva | United Kingdom | Uruguay | USA – Charlotte | USA - New York

This e-mail and any files transmitted with it are confidential and may be privileged; they are intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient or the individual responsible for delivering the e-mail to the intended recipient, then please be advised that you have received this e-mail in error, and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, then please immediately notify us.

🖨 Please consider the environment before printing this email

---

**From:** M███ C███
**Sent:** Friday, May 12, 2017 3:58 PM
**To:** ███████@gsadvisors.net'
**Subject:** RE: Request for ███ Client Due Diligence Update

Hi,

I wanted to follow up on this. Thanks and please let me know if you have any questions!

Kind Regards,



**Chief Compliance Officer**

███████████ | Charlotte, NC 28277 | USA

Abu Dhabi | Australia - Sydney | Australia – Melbourne | Bahrain | Bermuda | Canada | Cayman | China | Dubai | Guernsey | Hong Kong | Ireland – Cork | Ireland – Dublin | India | Isle of Man | Japan | Jersey | Luxembourg | Malta | Mauritius | Russia | Singapore | Switzerland - Zurich | Switzerland - Geneva | United Kingdom | Uruguay | USA – Charlotte | USA - New York

This e-mail and any files transmitted with it are confidential and may be privileged; they are intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient or the individual responsible for delivering the e-mail to the intended recipient, then please be advised that you have received this e-mail in error, and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, then please immediately notify us.

🖨 Please consider the environment before printing this email

---

**From:** M███ C███
**Sent:** Monday, April 24, 2017 9:41 AM
**To:** ███████@gsadvisors.net'
**Subject:** Request for ███ Client Due Diligence Update

**EXHIBIT D**

**EXHIBIT D**

Good morning,

Given the changing regulatory environment and the view of regulators that fund administrators are considered "gatekeepers" with respect to certain documentation, we are asking your assistance in updating our document files. In order to remain compliant with our AML/KYC policies and procedures, could you please send us the most recent version of the following documents?

  Certificate of incorporation of the Management Company
  Share Registry of the Management Company
  Photo ID and address verification for owners of the Management Company holding over 25% of the Management Company's shares

We would also appreciate you providing us with your latest PPM and update us as to your status with respect to registration with the SEC, CFTC or any State regulator, as applicable.

Please contact your Apex client relationship manager if you have any questions about this request.

Thank you for your assistance.

Kind Regards,



M████ C████
**Chief Compliance Officer**

████ | Charlotte, NC 28277 | USA

Abu Dhabi | Australia - Sydney | Australia – Melbourne | Bahrain | Bermuda | Canada | Cayman | China | Dubai | Guernsey | Hong Kong | Ireland – Cork | Ireland – Dublin | India | Isle of Man | Japan | Jersey | Luxembourg | Malta | Mauritius | Russia | Singapore | Switzerland - Zurich | Switzerland - Geneva | United Kingdom | Uruguay | USA – Charlotte | USA - New York

This e-mail and any files transmitted with it are confidential and may be privileged; they are intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient or the individual responsible for delivering the e-mail to the intended recipient, then please be advised that you have received this e-mail in error, and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, then please immediately notify us.

🌿 Please consider the environment before printing this email

**EXHIBIT D**