

CORRUPTION
Laundering Venezuelan Oil Money
RANTOR
The Venezuelan shell company controlled by the conspirators
Makes a loan of
7.2 billion Bolivars
=
$42 MILLION
Calculated at the open-market rate of 171 Bolivars X 1 dollar
PDVSA
The Venezuelan oil company agrees to pay back the loan in dollars using official exchange rate of 12 Bolivars X 1 dollar
$600 MILLION = €511 MILLION
Following instructions from RANTOR
PDVSA
pays off the debt and transfers the equivalent of
€511 MILLION
to EATON GLOBAL, a Hong Kong shell company controlled by the Venezuelan conspirators
EATON GLOBAL
deposits
€511 MILLION
in Swiss bank accounts at
PORTMANN CAPITAL MANAGEMENT
€511 MILLION
€227 MILLION
sent to a group headed by Raúl
GORRÍN
He keeps
€68 MILLION
and sends rest of money to three stepsons of
NICOLAS MADURO
€159 MILLION
Yosser Gavidia Flores
Walter Gavidia Flores
Yoswal Gavidia Flores
€227 MILLION
sent to two of the conspirators known as
Conspirator #2
Francisco Convit
€78 MILLION
Then sent to a confidential informant in Miami who is instructed to distribute some of the money to Venezuelans linked to PDVSA
Conspirator #1
Conspirator #3
Carmelo Urdaneta Aqui
Abraham Edgardo Ortega
Venezuelan official #1
A federal corruption indictment filed in Miami accuses a network of Venezuelan officials and business people of conspiring to launder 1.2 billion dollars siphoned from the state-owned oil company. The businessmen are accused of bribing officials and using an extremely favorable government exchange rate to convert an initial investment of $42 million in the company into $600 million during the initial phase of the operation, starting in late 2014.

## Did Mr. Hernandez Meet or Have Any Interaction With the Venezuelan Conspirators?

| | | |
|---|---|---|
|  Jose V. Amparan |  Gustavo Perdomo |  Abraham Ortega |
|  Hugo Gois |  Fernando Valero |  Other Venezuelan Officials |
|  Luis F. Vuteff |  Orlando Alvarado |  Victor Aular |
|  Alvaro Ledo Nass |  Alejandro Betancourt |  Carmelo Urdaneta |
|  Matthias Krull |  Adolfo Ledo Nass |  Ralph Steinmann |
|  Convit G. Francisco |  Raul Gorrin |  Mario V. Bonilla |

*Names and #s per DOJ Complaint







# Chronology of Events: 2017

**GH Interaction with [redacted] and his banker the [redacted]**

DELTEC on behalf of their client the **CONFIDENTIAL SOURCE** invest $5mm into GSTF Fund

| January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|

**The CONFIDENTIAL SOURCE met and spoke on multiple occasions with the Co-Conspirators to account for the distribution of the PDVSA Funds**

The **C.S.** met with KRULL to discuss GORRIN and BONILLA

C.S. Matthias Krull

Raul Gorrin Mario V. Bonilla

The **C.S.** met with KRULL and BONILLA

C.S. Matthias Krull Mario V. Bonilla

The **C.S.** met with URDANETA, AMPARAN, GOIS and STEINMANN

C.S. Carmelo Urdaneta Jose V. Amparan Hugo Gois Ralph Steinmann

The **C.S.** met GOIS

C.S. Hugo Gois

The **C.S.** met KRULL and discuss KRULL'S client, GORRIN

C.S. Matthias Krull Raul Gorrin

The **C.S.** met GUTIERREZ

C.S. Marcelo Gutiérrez

The **C.S.** met GOIS, AMPARAN, STEINMANN and VUTEFF

C.S. Hugo Gois Jose V. Amparan

Ralph Steinmann Luis Vuteff

# GH Under Arrest

**JULY 2018**

**July 13** — GH with his wife and their 3 children fly to Italy for family vacation

**July 23** — The **C.S.** writes to GH to ask where GH was, and GH responded he was in Italy, indicated his return date (7/30) and GH suggested meeting the day after GH's return to the US (7/31)

**July 24** — KRULL arrested in Miami

**July 25** — GH arrested in Sicily (Messina jail) per US Arrest Warrant

**July 29** — GH's wife and 3 children return to Miami, FL.

**July 30** — GH initial court appearance in Italy; GH under arrest in Messina

8