# Sophisticated Means Enhancement* ≠ GSTF Investment

| Sophisticated Means Enhancement* | GSTF Investment |
|---|---|
| *Intentionally engaged in sophisticated means* | **GSTF Class C/D investments:** *business as usual* |
| X Fictitious entities | ✓ **GSTF in business since 2006 (GSA since 2002):**<br>  o 12-year history, prior to Ortega/CS investment<br>  o +50 investors (major financial institutions)<br>  o +8 different share classes with loans<br>  o + $300mm invested<br>  o Premier service providers, all in the USA |
| X Shell corporations | ✓ GSTF **never** used any shell corporations |
| X Two or more levels (i.e., layering) of transactions, transfers, or transmissions, involving criminally derived funds intended to appear legitimate | ✓ GSTF **never** used any layering |
| X Offshore financial accounts | ✓ GSTF **never** used offshore financial accounts |

\* USSG Application Note 5 to Section 2S1.1 re. the 2-level enhancement.
"**_Only 7.5%_** *of offenders were subject to enhancement for sophisticated laundering.*" U.S. Sentencing Guideline Commission (2017)

# Investment in GSTF Fund by A. Ortega

**June 2016**

## 1. ORTEGA BANK ACCOUNT



- ✓ ORTEGA had a Bank Account from which he invested his monies
- ✓ ORTEGA'S account and investments **PRE-DATED** him meeting G.H. in 2016

## 2. INVESTMENT IN GSTF FUND





ORTEGA invests $7mm from his bank account into the GSTF Fund in June 2016

Investment cleared KYC/AML* controls performed by independent U.S. entities:

- U.S. Fund Custodian Bank: City National Bank
- U.S. Fund Administrator: Apex Fund Services

*KYC/AML: Know Your Client; Anti Money Laundering Controls*

## 3. GSTF FUND INVESTS CAPITAL



- ✓ GSTF Fund legitimately invests monies

## 4. SHARES IN GSTF FUND





- ✓ ORTEGA receives GSTF Fund shares for his investment

# Investment in GSTF Fund by A. Ortega

**June 2016**

```
┌─────────────────────────────┐
│   UBS Bank (Zarattini)      │   ← KYC/AML Cleared
│   ORTEGA'S Bank Account     │
└─────────────────────────────┘
         ↑ Shares    ↓ $
─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─
┌─────────────────────────────┐
│   APEX Fund Services        │   ← KYC/AML Cleared
│   Administrator             │
│   USA                       │
└─────────────────────────────┘
   Accepts investment in GSTF Fund on behalf of ORTEGA
         ↑ Shares    ↓ $
┌─────────────────────────────┐
│   GSTF Fund                 │   ← KYC/AML Cleared
│   Investment Advisor        │
│   GSA GP                    │
│   USA                       │
└─────────────────────────────┘
   Accepts investment in GSTF Fund on behalf of ORTEGA
              ↓
┌─────────────────────────────┐
│   City National Bank        │   ← KYC/AML Cleared
│   Custodian Bank            │
│   USA                       │
└─────────────────────────────┘
   Opens Bank Account for TF Fund for ORTEGA investment
```

ORTEGA Bank Account is **UNRELATED** to G.H. and **PRE-EXISTED** GSTF Investment

\* KYC/AML: Know Your Client; Anti Money Laundering Controls

# Investment in GSTF Fund by the GOVERNMENT CONFIDENTIAL SOURCE

## 1. GOVERNMENT CONFIDENTIAL SOURCE BANK ACCOUNT

March 2017



- ✓ C.S. had a Bank Account from which he invested his monies
- ✓ C.S'S account and investments **PRE-DATED** him meeting G.H. in 2016

## 2. INVESTMENT IN GSTF FUND



C.S. invests $5mm from his bank account into the GSTF Fund in March 2017

**Investment cleared KYC/AML\* controls performed by independent U.S. entities:**

- U.S. Fund Custodian Bank: City National Bank
- U.S. Fund Administrator: Apex Fund Services

*\* KYC/AML: Know Your Client; Anti Money Laundering Controls*

## 3. GSTF FUND INVESTS CAPITAL



✓ GSTF Fund legitimately invests monies

## 4. SHARES IN GSTF FUND



✓ C.S. receives GSTF Fund shares for his investment

# Investment in GSTF Fund by the GOVERNMENT CONFIDENTIAL SOURCE

March 2017

**DELTEC Bank**
Government Confidential Source's Bank Account
KYC/AML Cleared

C.S. Bank Account is **UNRELATED** to G.H. and **PRE-EXISTED** GSTF Investment

↑ Shares   ↓ $

**APEX Fund Services**
*Administrator*
USA
KYC/AML Cleared

Accepts investment in GSTF Fund on behalf of the C.S.

↑ Shares   ↓ $

**GSTF Fund**
*Investment Advisor*
GSA GP
USA
KYC/AML Cleared

Accepts investment in GSTF Fund on behalf of C.S.

↓

**City National Bank**
*Custodian Bank*
USA
KYC/AML Cleared

Opens Bank Account for TF Fund for C.S. investment

* KYC/AML: Know Your Client; Anti Money Laundering Controls

## Investment in GSTF Fund by ORTEGA and the CONFIDENTIAL SOURCE

✓ Prior to investing in the GSTF Fund, both clients already had their monies invested in their respective bank accounts, *under the names of each client*

✓ The investments made by both clients in the GSTF Fund cleared every AML/KYC control* performed *independently* by regulated U.S. entities

✓ The monies invested in the GSTF Fund by both clients were invested legitimately, and remain invested in the GSTF Fund

*\* KYC/AML: Know Your Client; Anti Money Laundering Controls*