# Global Securities Trade Finance Fund (GSTF)

▲ **What is a fund like GSTF?**

A fund is *a company like any other,* with individuals that invest monies and own shares in the company, receive the profits generated and have control over the company.

▲ **How big is the universe of funds like the GSTF Fund?**

Funds like GSTF manage almost **$18 Trillion Dollars,** that is **more than the economies of** Germany, Japan, Great Britain, France and Italy combined. **50% of US households** own funds like GSTF. *

▲ **Who owns the GSTF Fund?**

The fund is *owned by its investors*, each of which owns a portion depending on the amount invested. *Investors make the decisions,* including who to appoint as directors, who in turn decide who to select as service providers. Investors can change the rules of the fund and can liquidate the fund and get their monies back.

▲ **Who manages the GSTF Fund?**

A fund is *managed by third party service providers* that perform services on behalf of the fund.

* Securities and Exchange Commission, Private Funds Statistics, First Calendar Quarter 2017, 2017. Statista, 2019. Hedge Fund Research, Inc., HFR Global Hedge Fund Industry Report – Second Quarter 2017, 2017. Preqin Ltd., Preqin Global Hedge Fund Report, 2017.



# GSTF Fund – Incorporated in 2006

- The GSTF Fund was incorporated in **2006**

CR-167775

Certificate Of Incorporation

I, DELANO O. SOLOMON Registrar of Companies of the Cayman Islands DO HEREBY CERTIFY, pursuant to the Companies Law CAP. 22, that all requirements of the said Law in respect of registration were complied with by

**Global Securities Trade Finance**

an Exempted Company incorporated in the Cayman Islands with Limited Liability with effect from the 18th day of May Two Thousand Six

REGISTRAR OF COMPANIES EXEMPTED CAYMAN ISLANDS

Given under my hand and Seal at George Town in the Island of Grand Cayman this 18th day of May Two Thousand Six

Registrar of Companies,
Cayman Islands, B.W.I.

# What Has the GSTF Fund Done?

▲ Throughout its +12 years of history, GSTF invested hundreds of millions in capital on behalf of +50 different investors, across 5 different countries, in a variety of sectors that range from agroindustry and real estate financing, to auto loans and consumer credit.



# GS Trade Finance Fund (GSTF) – Share Class C and D *

- Capital subscribed in GSTF Share Class C/D amounted to $12mm:
    1. Share Class C: $7mm subscribed June 2016 by UBS Bank
    2. Share Class D: $5mm subscribed March 2017 by DELTEC Bank

- GSTF Share Class C/D portfolio investments:
    1. Credit assets secured by collateral in the form of auto loans, consumer loans, bonds and receivables
    2. Convertible preferred shares
    3. Cash and cash equivalents

- GSTF Class C/D payments to government Confidential Source and Mr. Ortega:
    1. Loan to U.S. Undercover Entity (JF Financial, LLC) per request of Confidential Source, Mr. Binaggia
    2. Loan to Octavio Orta (Market Real Solutions, Corp) per request of Mr. Ortega
    3. Expenses paid by Class C on behalf of Mr. Ortega to his trustee and legal counsel, Mr. Orta
    4. Expenses paid to third party service providers; i.e.: auditor; attorneys; administrator; bank; etc.

* Copies of all documentation, inclusive of subscription contracts, investment documentation, etc. are available upon request.

# GSTF Fund Share Class C/D Investments *

1. Investments in Credit Assets: USD $5.6MM

    a) USD $2.0MM Auto loans (Originator: Serfindata S.A.)
        - Currency: COP denominated; Maturity: 04/17/2022 (amortizing)

    b) USD $1.2MM Consumer loans (Originator: Refinancia S.A.)
        - Currency: COP denominated; Maturity: 03/31/2021; 06/30/2021 (amortizing)

    c) USD $2MM Infrastructure bonds (Issuer: Metrolinea, Municipality of Bucaramanga)
        - Currency: COP denominated

    d) Ca. USD $300K Receivables
        i. USD $100K Alpha FP, LTD. – Matured
        ii. USD $50 GSM, LLC (Cesar Hernandez) – Matured
        iii. USD $150K Portfolio SAS – Matured

2. Investments in Convertible Preferred Shares: USD $2MM
    - Issuer: Domaine Select – Series A
        o Tranche 1: 9/22/2016 for USD $1 MM
        o Tranche 2: 10/23/2017 for USD $1 MM

3. Cash and Cash Equivalents: ca. USD $800k

* Figures as of 12/31/2019 as per Apex Fund Services and GSTF Fund Co-Director Publio Velasco.  For investments categorized as COP denominated, figures provided are USD equivalent as of 12/31/2019 exchange rate; subject to withholding tax.

# GSTF Fund Share Class C/D Payments *

1. Class D payments for ca. $400k:

   a) Loan to U.S. Undercover entity (JF Financial, LLC) for $400K requested by Government Confidential Source

2. Class C payments for ca. $2.8MM include:

   a) Loan to Mr. Octavio Orta (Market Real Solutions, Corp.): $2.7MM

   b) Fees paid by Class C on behalf of Mr. Ortega to his Trustee and Legal Counsel: ca. $100k

3. Expenses due by Share Class C and Share Class D paid to third party service providers, including fund administrator, auditor, registered agent, Cayman legal counsel, local legal counsel.

\* Figures as of 06/30/2018. Per Apex Fund Services and CNB records. Pending figures from accounting service provider.