

**STATE OF FLORIDA**
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
(DHSMV)
www.flhsmv.gov

## Driver Record # H655-280-73-088-0

As of March 21, 2021 at 8:01:08 PM, Driver Privilege H655-280-73-088-0 is VALID.
Personal Information Is Protected Pursuant To The Driver Privacy Protection Act. Entries Below Are A Complete Record.

| First | Middle | Last | Suffix | Date Of Birth | Sex | Height | Race |
|---|---|---|---|---|---|---|---|

| Residential Address | County | Mailing Address | County |
|---|---|---|---|

### Current License Type
Class E - Any non-commercial motor vehicles with Gross Vehicle Weight Rating less than 26,001 pounds, or any RV.

**Original License Issued**  **Original CDL Issued**  **Prior State and Driver License Number**
08-18-2000

### License Type
License (Class E)

| | | Status | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | Valid | 10-29-2013 | 03-08-2022 |

### Issuance History
| Class E | Replacement | 07-16-2002 |
| Class E | Replacement | 04-20-2015 |
| Class E | Replacement | 06-05-2015 |

### Exams

| Vision | General | Signs | Rules | Driving | Motorcycle Rules | Motorcycle Skills |
|---|---|---|---|---|---|---|
| 1 Attempt | 0 Attempts | 1 Attempt | 1 Attempt | 2 Attempts | 0 Attempts | 0 Attempts |
| Pass | | Pass | Pass | Pass | | |
| 10-29-2013 | | 08-29-2008 | 08-17-2000 | 07-16-2002 | | |

### Special Driver Information
REAL ID Compliant
Safe Driver
US Citizen
Blocked Personal Information
Blocked for Mailing List
Person has a Digital Image
Eligible to elect driver school.  Driver has made 0 elections. Violations committed while a CDL Holder or in a CMV vehicle are not eligible for driving school election.

**STATE OF FLORIDA**
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
(DHSMV)
www.flhsmv.gov

**Driver Record # H655-280-73-088-0**

Any Out Of State Traffic Violations Reported Will Be Reflected On The Driver Record And Points Assessed In Accordance With Florida Statutes.

Operation Of A Motor Vehicle Constitutes Consent To Any Sobriety Test Required By Law.

Replacement License Required Within 30 Days Of Address Or Name Change.

In Compliance With Section 322.201, F.S., I Robert R. Kynoch, Director, Division Of Motorist Services, Department Of Highway Safety And Motor Vehicles, State Of Florida, Do Hereby Certify That I Am The Custodian Of The Records Of Said Division Of Motorist Services And That This Is A True And Correct Transcript Of The Above Named Subject's Driving Record As Taken From The Official Records On File In This Department.

_____
Director

For Information On How To Read This Transcript Please Go To http://www.flhsmv.gov/ddl/readingfldriverrecord.pdf

For Frequently Asked Questions, Please Go To http://www.flhsmv.gov/ddl/abstract_questions.html