UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA
v.
GUSTAVO ADOLFO HERNANDEZ FRIERI,
    Defendant,

and

OLYMPIA DE CASTRO,
    Third-Party Petitioner,

597 HIBISCUS LANE REVOCABLE TRUST,
    Third-Party Petitioner.
_____/

**OLYMPIA DE CASTRO'S AND 597 HIBISCUS LANE REVOCABLE TRUST'S RESPONSE TO GOVERNMENT MOTION TO STRIKE PETITIONERS' REPLY**

The Government has moved to strike the Reply Petitioners' filed in this case because it claims Local Magistrate Judge Rule 4(b) prohibits replies. That rule does not address or prohibit replies. In fact, it does not even mention the word reply. The Government only quotes a portion of the rule which speaks to a 20-page limit for Responses. Petitioners did not file a Response in excess of 20 pages.

To the extent the Court believes that Rule 4(b) prohibits the filing of a Reply, Petitioners move for leave to file a Reply in support of the Objections to the Report and Recommendation. Such Reply would be helpful to the Court and is necessary to correct misunderstandings of Trust law by the Government,[1] its false accusations against third party Ms. De Castro,[2] and the Governments' misstatements of Eleventh Circuit case law.[3]

---

[1] The Government misunderstands established Florida trust law when it repeatedly states that the defendant had a "nothing" interest in the 597 Hibiscus Lane Revocable Trust ("Trust"). Both the defendant and Ms. De Castro had clearly defined interests in the Trust. The defendant subsequently resigned and renounced his interests, but Ms. De Castro's interests were left intact.

MARKUS/MOSS PLLC
–1–

–2–

WHEREFORE, Olympia De Castro and the 597 Hibiscus Lane Revocable Trust respectfully moves this Court to deny the Government's Motion to Strike or, in the alternative, grant Petitioners' leave to file a Reply.

Respectfully submitted,
MARKUS/MOSS PLLC
40 N.W. Third Street
Penthouse One
Miami, Florida   33128
Tel: (305) 379-6667
Fax: (305) 379-6668
markuslaw.com

By:   /s/ A. Margot Moss
      A. Margot Moss
      Florida Bar Number 091870
      mmoss@markuslaw.com

      /s/ David Oscar Markus
      David Oscar Markus
      Florida Bar Number 119318
      dmarkus@markuslaw.com

---

² Again, the Government is confused in its claims that the marital settlement agreement caused a transfer of the home.  No such transfer took place.  And the Government's ridiculous arguments that Ms. De Castro was complicit in the defendant violating his bond conditions are absurd and should be rejected.

³ In an attempt to salvage its claim, the Government misstates that the Eleventh Circuit cases cited by Petitioners support its claims instead.  They do not.  Petitioners further discuss the Eleventh Circuit cases which hold that the Government cannot take an innocent wife's interest in substitute property even if such property is jointly held with a guilty defendant husband.