# GS Annual Income vs. GSTF Fund Income re. Ortega Investment

- 0.4%
- 99.6%

Legend:
- TF Fund Income re. Ortega Investment
- GS Annual Income

< 0.4% of GS Annual Income



**Portmann MoneyFlight Income vs. GSTF Fund Income re. Ortega Investment**

< 0.2% of Portmann Fees: Portmann charged 4% of the amount of every transfer in/out

- GSTF Fund Income (2017): $99,750 — 0.2%
- Portmann MoneyFlight Income*: $45,878,000 — 99.8%

* Amount re. Portmann per DOJ Complaint



