| 1 | Olympia De Castro |
|---|---|
| 2 | Sarah Gómez Hernández |
| 3 | Antonio Porras Hernandez |
| 4 | Claudia E. Silva Olachea |
| 5 | Sueli Aparecida Yamasaki Smith |
| 6 | Sebastian Alegrett |
| 7 | Sigifredo Ardila Peña |
| 8 | Christina and Oscar Castellon |
| 9 | Juan Ignacio Cato Contreras |
| 10 | Santiago Copello |
| 11 | Ignacio Cruz |
| 12 | Paulo Gaio de Castro Jr. |
| 13 | Rossana De la Espriella |
| 14 | Ahmet Erkaya |
| 15 | Luis Miguel Fernandez Zaher |
| 16 | Adalgiza Frieri de Ferro |
| 17 | Juan Carlos Gomez |
| 18 | Raúl Gómez |
| 19 | Costas Hamakiotes |
| 20 | Arturo Hernandez |
| 21 | Carlos Hernandez |
| 22 | Cesar Hernandez |
| 23 | Juan Ernesto Hernandez |
| 24 | Maria Veronica Hernandez |
| 25 | Stephanie Hernandez |
| 26 | Maria Helena Hernandez Frieri |
| 27 | Maria Lucia Hernandez Frieri |
| 28 | Juan R. Hernández Roura |
| 29 | William A. Jacome Juliao |
| 30 | John M. Kane |
| 31 | Yann Le Rat |
| 32 | Livia Malcangio |
| 33 | Julieta Solano McCausland |
| 34 | Julia Mendoza |
| 35 | Jorge Mora |
| 36 | Christian Nagel |
| 37 | Monica Neuman |
| 38 | Francesco Noero |
| 39 | William Numa |
| 40 | Andres Felipe Ortiz Renneberg |
| 41 | Dario Pacheco Angulo |
| 42 | Tim Quandt |
| 43 | Pepe Raventós |
| 44 | Luis Felipe Rodriguez |
| 45 | Gabriela Vargas Hernandez |
| 46 | Roberto Velasco |

Honorable Kathleen M. Williams
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 11-3
Miami, Florida  33128


Dear Judge Williams,


My name is Olympia De Castro, I am Gustavo's ex-wife. After leaving an investment banking career at Goldman Sachs in 2008 to obtain a Masters in Economic and Political Development at Columbia University, I have since dedicated my career to positive impact solutions for humanity and the planet. I first tackled the access to finance gap that keeps so many impoverished and shut out from the banking system. This included Microfinance work in India, Africa, Brazil and work at IFC, the for-profit arm of the World Bank. Soon after I co-founded an institutional impact investment fund focused on providing debt capital to non-bank lenders that were reaching US small business with responsible loans. Small businesses are our Nation's engine for job creation and economic development. I helped draft and promote the Small Business Borrowers' Bill of Rights with a coalition of CDFIs, responsible non-bank lenders and NGOs, representing the small business interests. I was also involved in the effort to pass rule SB 1235 in California, which brought protections on rate transparency to small business on cash advance loans.

Today, in order to provide for my children I have three jobs. One of which is a fashion company where I am CFO and head of strategy. In partnership with the founder, a designer of color with an impressive corporate career in turning around large fashion brands, we believe we can reshore manufacturing to the US, to drive quality job creation, local economic development and wealth creation to rural communities and disenfranchised city pockets. We are hard at work in our second Pod of Makers, located in the community of Gee's Bend, Alabama, a stone throws away from Selma's Edmund Pettus Bridge. In what has been a historical nucleus of our Nation's racial equity movement, we similarly hope to change the paradigm of our economy and provide quality jobs for many incredible and talented Americans that have been left behind and destitute.

I was married to Gustavo for 11 years. He was a good husband and has been an excellent father. He loves his children deeply, as do they. They depend on him for their emotional well-being with every fiber of their body. He is attentive on every aspect of their upbringing, from their education, their nutrition and their character.

Since they were born he has read to them every night he was home from work trips, successfully seeding in them their love for reading. My eldest can gobble up a 300 page book in a couple days. They spend hours reading books together and exchanging ideas on a breadth of themes from physics, to history, to Harry Potter spells.

He instilled in them the character of being generous. By making them an active participant in the various charitable works we did, including our TECHO builds around Latin America where my eldest helped build homes, but moreover, shared with impoverished communities, where he was invited into their homes,

played with their children, shared meals and partook in games and coloring sessions over scarce and broken furniture from their make-shift homes. Through these exchanges my son has come to understand the humanity in all of us; that we are all one in the same.

My children are incredibly docile and loving humans. Gustavo has played a large part in guiding them to become the wonderful kids they are today. Unfortunately, their life is in tumult now and they don't really understand it yet. With all my heart I hope to protect my children so they can grow to be balanced humans filled with love and inspiration to bring positive change in this world. For that they need a solid emotional foundation and opportunity in life.

I come from a broken family, my parents divorced when I was 8. My mother brought us back to the US believing in the American dream for her children. My father was largely absent in my early years which were extraordinarily difficult and had a lasting impact on my life. While I wanted with every inch of my soul for my children not to go through what I did as a child, it seems life had something else in store. When Gustavo was arrested three years ago, my children were just barely 3, 6 and 8. The sense of family and safety, the emotional foundation I had worked so hard to give them was shattered.

With every breath left in my body I will protect my children and their future. They will similarly need their father's presence in their lives.  Though he and I are no longer together as a couple, we share a connection and love for our children.  They are at impressionable ages, which is the reason I have allowed Gustavo to live in the house during this period where he has continued to be an active father. His presence in the house has also allowed me to work my three jobs during this COVID period. While I switch between roles and have taken many meals from my office, Gustavo took care of the children's meals, continued to encourage their love for learning and helped in the ongoing process of raising them into respectful, courteous, kind and loving kids.

While Gustavo's serious actions which led to his case and other tumultuous events that have transpired this past three years has taken a toll on my relationship with Gustavo, we have managed, miraculously, to keep the children's emotional well-being intact. This will of course change after the sentencing. These small children will feel a tremendous vacuum when their father is gone.  My hope is that the time will not be too lengthy so that they will not be as harshly impacted as I was as a child.

I ask you to please consider these three little beings when making your ruling.

Respectfully and with gratitude,

Olympia

Dear Judge Williams,

My name is Sarah Gómez Hernández I was born in Bogotá, Colombia May 20th 2002 and I'm Gustavo's niece, the daughter of his eldest sister Maria Lucia. If I am going to be honest, this has been one of the hardest things I have been asked to write because of the fact that I need to defend someone that to my eyes, has nothing to be defended for. For the longest time, my uncle Gustavo has been not only a very important part of my life but also one of the people I admire the most and to me the purpose of this letter is to share with you a small part of the impact he has had in my life from a position of full disclosure and total honesty.

From an early age I have numerous memories of what my relationship with my uncle has been and I think it's safe to say that it has evolved enormously over time. My first memories are all about admiration, my mom absolutely adores my uncle and she would talk about him as if he were superhero straight out of a Marvel movie. Every time he would come to see us, I would feel like this celebrity was coming to my house and I was in awe, overwhelmed by his personality and his attitude towards me. He would always come to me and ask me questions nobody else did, or at least nobody asked them expecting a real answer. My uncle Gusti would sit with me for hours, asking me about what I was learning at school with legitimate interest, willing to discuss roman history, medieval times, children's books and everything and at the end of the conversation I always felt like a little adult. For him all knowledge was worth sharing, worth spreading, curiosity was constantly encouraged and even required and striving to achieve excellence was expected. I could go on and on about how he made feel important as well as supported but I feel like some examples would illustrate my point better. I vividly remember a day when I was in middle school where I got a 9,5 out of 10 in a math test without studying and I felt like I was queen on the world, like I was the most intelligent person in the universe and nothing could stop me, I remember coming home and showing of my test as if I had won the noble price and everybody congratulated me without even knowing what the paper in my hand was. But my uncle Gustavo was different, when I called him to tell him about my grade his first reaction was to ask me what the test was about, what the questions were, and even making up questions himself to see if I had really understood what I was studying and after answering all his questions his only remaining question was to ask me why I had a 9,5 instead of a 10. I know this may seem like a futile memory but it is tattooed in my mind as the moment when I learned that you can never be completely satisfied, that you can always do better, always do more, there is always a better version of yourself. This idea stayed with me for the rest of my school life and it extended to other aspects of my life.

When my cousin Gabriel, my uncle Gustavo's eldest son was born, I was 8 or 9 years old and sometime later when my dad told me that to celebrate his baptism we were going to build houses with TECHO ( foundation) I couldn't believe it. "Why was I going to waste a holiday dying of heat building a house for someone I didn´t even know instead of sitting in the beach eating ice cream like I always did?" I was mad, frustrated and even scared. I would ask my mom why where doing this and she would just tell me "Because I say so" and that would be the end of it, but when I asked my uncle Gustavo, I got a very different answer, he said "because we can". At first that seemed very vague and weird answer. Not at all what I was expecting. When we met the family for whom me and my TECHO group were supposed to build the house for I was annoyed and I didn't want to do anything because I was afraid, I was not going to be able to do anything. I was 10 years old surrounded by adults using unfamiliar tools picking up heavy things and doing very important thing, all these intimidated me. Sitting in a chair doing nothing, waiting for the day to end was all I was planning to do and everybody around me just let me do it because they had no time or patience to deal with me. But my uncle was different, he sat with me asked me why I wasn't helping and eventually I opened up and told him that I felt I was not strong enough; he took my hand and led me to a little boy that was breaking rocks to make the foundation of the house so that it would be elevated in case of a

flood and gave me a hammer and told me to break the rocks until they were small enough for me to carry them and use them to make the foundation. I broke rocks with the boy who was just a year older than me and I was impressed and humbled by his determination and good energy and by the end of the day I was exhausted but very happy. The rest of the trip I did little things here and there but the important thing is that I helped, I was part of something bigger than me and met incredible people that I would have never met otherwise. The thought that we do things because we can, stayed with me all my life until my second TECHO construction for my other cousins' baptism. I was going because I could, I was helping because I could and I was living this experience because I could not because I had to.

The thing with doing social work is that you go into the experience feeling like a superhero who is coming to save the day of poor people that need your help but that is not the case. Social work is all about what you learn from it, from this people who to the eyes of a materialist consumerist perspective have nothing but when you go and work and see and experience you realize this is not true. My uncle made me see that, he taught me to listen instead of speaking, he taught me that we are part pf something bigger, that we have so much to learn so much to be thankful for and to live for. He stood with me as we learned from the women in the community how to make "lentejas caseras", he listened with me when they told their stories, he painted with me when the community told us which color they wanted for their house, we hugged every single person in that community even if we smelled like we hadn't showered in years because we could. He led by example and taught all of us that we should be humble because we are very lucky to be able to learn from all these experiences.

All of this made me a more open person and when I was confronted to new experiences with social service in different associations such as "Colombianitos" (a Colombian NPO that aims to keep young kids and teenagers away from guerrillas and violence inside the country through sports and group activities) I already knew who to turn to. Another admirable thing about my uncle is his determination and discipline with sports and movement in general. He taught me all through my life the importance of sports and having discipline and goals and that is that I have been able to apply in all aspects of my life. When I wanted to give up on working with these kids because I felt like their stories where to hard and the feeling of impotence overwhelmed me, my uncle stuck with me reminded me that sports are a way to unite people, to help us cope with our lives and its challenges in a healthy and wonderful way, and that when I was organizing this sport events and participating in them, I no longer saw the difference those kids and me, I just saw joy, companionship and solidarity.

I could go on and on about how my uncle has taught so much all throughout my life, how he has helped me to grow to become the person I am today, but I fear that no amount of words could do justice to the impact of Gustavo Hernandez has had in my life. He showed me that all information is important information, that any amount of knowledge is valuable, I could tell him that I was reading a book about teen age love and he would be as proud and as interested then I told him a book about the history of stoicism. Even though he is going through the toughest time and enduring enormous amounts of pain he could always make fun of me, make me laugh and make time for me. I recently moved to Paris for college, and I was very afraid of talking to him about it because I didn't want to bother him but as soon as he knew I had already booked my flight and made my decision he called me and we talked for hours about the charms of Paris, the cultural richness, the gastronomy and just what my life would become. He also told of his time in Paris while he was doing his PhD. During that conversation I felt loved, cared for and understood and I can tell you with confidence this is the effect my uncle has on most people he meets.

I realize that these are purely biased feelings and memories but that does not make them any less true or valid. My "Tio Gusti" may be in a tough situation, but all his life he has dedicated it to cultivate himself and others, helping people grow and have the opportunities to

become the best version of themselves and I am asking very humbly Judge Williams, to let him continue the work that he has done so well and with such joy and devotion. I thank you for your attention and trust you will make the best decision, the life and happiness of my family and those around us are in your hands.

Respectfully,

Sarah Gómez Hernández

Dear Judge Williams,

First, I would like to thank you on taking the time to read this letter. I am very glad that it arrived at your desk because it will allow me to share with you my feelings on the situation related to my Uncle Gustavo, or as we all call him, "Tio Gusti", hopping it casts light on how you could have a different approach to it and also understand the importance of him in my life and how his example continuously guides my principles and way of living.

I will first start by introducing myself. My name is Antonio Porras Hernandez, Gustavo Hernandez's nephew and the oldest son of Maria Lucia Hernandez. I am 30 years old, recently a newlywed and currently pursuing an International MBA Program at IE Business School, in Madrid. Also, I am an Economics major from Universidad de Los Andes, in Bogota – Colombia and attended high-school at Lycée Français Louis Pasteur, graduating in the top 5% of my class. You might ask yourself why is this guy, whom I have never met, sharing with me his academic background and performance? Please allow me the chance to explain with the following brief story.

When my parents got divorced, my mother decided to move to Bogota, the capital city of Colombia. We lived in a 3-bedroom apartment which was shared with my Uncle Gustavo and Aunt Maria Helena (my godmother). I was able to see firsthand the strong ties that my mother has with my uncle and my uncle's unparalleled work ethic and compromise to everything he does. By then, he was studying for his Law Degree at Universidad de Nuestra Señora del Rosario. Every time I came home from school he as always studying and every time he would ask "qué cosas nuevas aprendiste hoy?" (which is Spanish for "What did you learn today"). He always devoted part of his time to nurture my curiosity and constantly pushed me not to settle and take things for granted. He also pushed me to read more and by extra inquisitive because it is exactly that what will allow to stand out. He was also studying French, so it was very funny to practice with him while hearing his Latin accent while speaking. He always gave me books in French, mostly Tintin Comic Novels, for us to discuss. Therefore, as you can see, this work ethic and constant pursue of knowledge has guide me throughout the years. Of course, then we moved because got married again (with a wonderful man, whom I consider a father figure I might add, and has an incredible relationship with my uncle) but the close relationship was always there…and still is.

Allow me to continue this story with the time when I graduated from high school. As I am sure you know, this is a key moment in a teenager's life because he or she takes a certain responsibility on his or her own hands to decide what to study. I knew I wanted to study Economics, but I did not know where to study. I was awarded with a scholarship to study at his Alma Mater, Nuestra Señora del Rosario, but I was also interested in Universidad de Los Andes. I came to his advice to make this decision because I knew that he was going to steer me in the right direction. After hearing a very profound and expressive "Congratulations" (he is usually very serious), he said to me that I would be a fool if I did not attend Universidad de Los Andes. He empathized that I had to aim high and that in that school I was really going to be pushed and was going to be surrounded with lots of great academics. He also pointed out that this were going to be the four years for "Knowledge Harvesting" and it make sense to do that with people and teachers that add the most value to my professional career. He was not wrong. I was taught by a professor who later became the Colombian Minister of Finance (Juan Carlos Echeverry). Do not take this as if I were obliged to go there. He just stated and the facts, pointing out that it was my decision to attend or not. Nevertheless, when you trust someone's judgement and advice, why go another way. This is just another example of how my uncle has positively influenced my career and my academic outcomes.

I would like now to highlight my uncle's honesty, integrity and genuine character as a human being with another story. This goes back to December 2011 when my uncle, aunt and cousins decided to spend the Holidays with us in Colombia. I remember that during weekdays when we shared dinner, he always decided to go and/or order from the same Italian place from the corner. Do no think this was a very fancy restaurant. He just knew the owner and was very pleased with the service. The fact that we ALWAYS ate from there caught my attention and I remember he made a very interesting comparison. It went like this: "Do you love your girlfriend?" I answered yes of course. He continued with "ok…so, if you have a caring woman, who loves you, respects you, who is your best friend, who you admire, you come to for advice, who is your partner and makes you feel that you are the most special person, why would you look for anything different? It is the same with this place. You must build a network but a genuine network with true friends and partners, not just for the fun. This opened my eyes to the fact that there is nothing truer that you should never change something that works and that you also must work with purpose because if it is not genuine, then there is no point of pursuing something that you do not really believe in. This story might seem trivial to you, but it has served my well and every time I see people complaining and doing things without a purpose, I share this small story with them. Sometimes it works, sometimes it does not…but I do my part on sharing something that I feel can make a difference. Very recently I told this story to a good friend from my program who was struggling with internship options. I told him that if he was looking for jobs without an actual purpose or plan in mind, then she would just fail on being the best version of what I know she can be. After our long talk, I am happy to say that it worked out because he got one of the most competitive internships. As you can see, Tio Gusti is always present.

Now let us talk about how my Uncle has taught me the meaning of privilege. When my cousin Gabriel was baptized, my uncle decided that the best way to celebrate this was by gathering lots of friends and build houses in underserved areas in Cartagena, the city where he was born. I also found very interesting that instead of receiving gifts, my uncle's friends decided to use the money for donations to TECHO, the Non-Profit Organization focused on building houses in underserved areas. This was a life changing experience for me. I grew up surrounded with privilege. I was able to go to school, I had meals EVERY single day at home, I had a roof, a bed, books, friends…everything. When I got there, the cultural shock was tough. It was a slap of reality and a wonderful opportunity to witness how privileged I was…and still am. Allow me to point out that this experience was hard and demanding from every possible aspect. To dig, carry rocks, measure, carry rocks again, level the field, paint, among others…under the sun at noon is something that demanded not only strength but mostly…WILL. The will to give someone a home, the will to be taught by people you would otherwise never have met, the will of not quitting. Everybody can donate…but to give and to see how you can also contribute with your two hands….it is priceless. I remember that my mom always said…wen you are hungry, you eat what you get. I can honestly say that I still remember that jam and cheese sandwich, grapefruit juice, green apple, and bottled water as if it was yesterday. It was so gratifying to see what we all did as a family and the legacy we left behind. I am not just talking about the house…I am talking about how as a family we could do something together and have fun by changing the world for another family. They won a house…our family won so much more, and we owe it to our Tio Gusti because he had the idea of demanding more of all of us. He was the true leader because he pushed for a better version of us. It did not stop there. When my cousins Francesca and Alexandre were born, my uncle organized another building experience, and it was a gratifying as the first one. In this case it was particularly harder for me because I oversaw all the logistics involved and did not have a clue on how to start. I was frustrated because I did not have clear directions and was afraid that the whole experience would just burst. I got really mad because I thought that I was left out to dry and my uncle offered no guidance. It was until my father sat down with me and explain how I completely misunderstood what my uncle was teaching me. He was allowing me to take risks and come up with new ideas. He was giving me the chance to make mistakes and how to cope with uncertainty. He was teaching me what life was all about with you face situations with no clear answers and how you must build your own tools

to climb out of that hole you got yourself into by complaining. As you can see…this learning experience was not only focused on highlighting the privilege part, but also on building character for the hard situations in life. Thank you, uncle, for that.

Allow me to end this letter by sharing with you the following thought: for my uncle, when it comes to work ethic, family and principles, the word **enough** does not exist. From his perspective, you can always be better. You can always learn something new; you can always practice more sport, you can always offer your hands and time to those in need, you can always read more, etc. Basically, you must always strive to be a better person. On September 5th 2020 I got married with my best friend, Maria Virgina Cato, and, without a doubt I can tell you that marriage demands to be better. But in this case, not only for you but for your partner too. I must offer her the best version of who I must be…even if I fail sometimes. I must "get back on that horse" and keep giving her my best because she deserves it. I remember than when we got engaged and I called him to give the good news, he congratulated me and then went straight on telling me the importance of family and how to build my own legacy. It is important pass on what I have learned and demand of my family the best version of what they can be. I am still figuring out many details. Nevertheless, in my uncle I have had many teaching and examples that I can now apply and see flourish in my new family and how me and my wife will build our legacy.

Allow me to point out a final thought. My uncle is experiencing the hardest situation in his life and he has been always present for us and for his family. He is still questioning me about my MBA, what I am reading, what am I learning, etc. He is still present with my cousins in their daily activities and demanding for them to study hard, to keep learning, to play sports, etc. He is a wonderful family member and an example for must of us on how we should always strive to be the best version, no matter how hard the situation gets. Your Honor, there are not enough words in the English-speaking language to express what my uncle means to me and what he means to our family. By appealing to these stories, I can only give you microscopic examples of so many others that can testify for his work ethic, family values and unquestionable integrity.

Thank you, Your Honor, for taking the time to read my brief stories. I can only hope it casts the light that I wanted and that it offers you a different approach.

Sincerely,

Antonio Porras Hernandez

Claudia Silva
8601 SW 124th St. Miami, FL 33156
csilvao@yahoo.com
Ph. (305) 458.3497

April 15, 2021

The Honorable Kathleen M. Williams

   RE:  United States v. Gustavo Adolfo Hernandez Frieri
        Case No. 18-CR-20685-WILLIAMS

Dear Judge Williams,

My name is Claudia E. Silva Olachea,  and I am a friend of  Gustavo Hernandez Frieri. I was born in Mexico and I feel honored to be an American citizen by choice.  I moved to the United States in my early 30's when I was hired by a consulting firm based in New York (Lippincott) to manage the Latin American clients. The attacks of  9/11 had a profound impact on me, so in 2002 I changed jobs and moved to Miami, where I currently live with my partner Ed Lopez and his 3 amazing sons (whom I love as my own). I feel very fortunate and grateful to live in this great nation, my home, where I have been able to prosper and grow, both personally and professionally.

I have the privilege of knowing Gusti (as we affectionately call him), for almost 18 years. He is the younger brother of my best friend, my sister by heart, Maria Lucia (Nani). I met Nani many years ago, as we both work in the television industry. She works for Colombia's RCN (a leading television network), and I work at Mexico's Televisa (soon to be known as Televisa-Univision).

My friendship with Nani soon developed into sisterhood because we have shared values. We both believe that the pillars of life are family, honesty, integrity gratitude and kindness. And as got to know Nani's family, I soon realized that these values are a Hernandez Frieri family trait.

When I met Gusti, I immediately understood why he is Nani's favorite sibling (her "soulmate"). Gusti is a man of principle who values integrity, hard work and dedication; an advocate of education, a gentleman who always keeps his promises and has strong moral values. These are values that his late father taught him at an early age. And since he became a father, his priority has been teaching his 3 beautiful children (Gabriel, Francesca, and Alexandre) those same values.

I have a special affection for Gusti because our lives have many similarities: We both value education, and worked hard to continue our studies beyond our bachelor's degrees; we both taught college classes in our respective countries;  we both dreamed of a better future, no matter how far we had to travel, despite language barriers, and regardless of whether our

07-000196

hearts were broken to leave our families behind; we both had big dreams because our parents (his in Colombia and mine in Mexico) gave us roots, and wings.

Over the years I watched with pride how Gusti, through plain hard work, integrity, and discipline, grew both personally and professionally. He built a beautiful family and a successful and reputable company, without ever forgetting to give back – Techo (a nonprofit organization to fight extreme poverty in Latin America) was always one of his big priorities. It all seemed like a dream come true for Gusti, he was finally enjoying the results of so many years of hard work. And then it all came crashing down.

To date, I cannot understand what happened. It is simply incomprehensible. And terribly devastating, not even considering the impact on Gusti's own life, but for the repercussion this has on his family, on Nani, on his wife Olympia, and more important, on the lives of Gabriel, Francesca, and Alexandre, those three little ones who are starting their lives and who face the risk of losing everything. Because what they are about to lose is one of the most important things in life: their father. Losing a father figure (and Gusti is an outstanding father, without a doubt) will have devastating effects on their lives, present and future.

Gusti is broken, deeply ashamed, and guilt-ridden. Sorry is a word that is not enough to explain what he is feeling … he would give everything to turn back the clock and get on the right track. He knows that there is nothing in this world that can justify or even compensate for what he has done. All these years he has spent in house arrest has allowed him to reflect deeply on his actions and its repercussions. He knows that he has lost everything and that he is the only one responsible for so much misfortune.

Something that gives me a little bit of comfort is knowing that all this has made him return to his roots, and re-embrace the values and principles taught by his late father. Gusti is a very good man, and he has been completely dedicated to his children, trying, if there is any way, to help them with what lies ahead. And it is precisely because of Gabriel, Francesca, and Alexandre, that I dare to address you and ask for your help and consideration. I respectfully beg you for leniency in his sentencing, to please consider the totality of his life and the potential of what he can do in the near future for his children and his community, and not for this particular phase in his life, and of which he is completely sorry.

I have faith that you will see him for what he really is: a good, family man, who is ready to redeem himself and who promises to make amends. And as I mentioned before, Gusti is a man who always keeps his promises.

Thank you very much for your time to read this letter, and God bless you and your family.

Sincerely,

Claudia E. Silva Olachea

2

07-000197

The Honorable Kathleen M. Williams
RE: United States v. Gustavo Adolfo Hernandez Frieri
Case No. 18-CR-20685-Williams

Dear Judge Williams:

My name is Sueli Aparecida Yamasaki Smith, I'm 67 years old. I was born in Brazil. I do not know if I will be able through this letter to explain everything I think about Gustavo. I have him as example of an perfect person.

I'm close family friend, I was living in New York when the first child of Gustavo was born, as I'm crazy about babies I started to visit their house more often and our friendship became stronger and stronger. Two years later came a beautiful girl named Francesca and I spend more time with them. Two years later Olympia get pregnant again and then they decide to move do Miami where the third child named Alexandre was born, at the time I couldn't live without the family. I miss then very much and my husband and I decide to move near to Miami and then I already considered myself a family member, because Gustavo always treated me like a mother. He help me a lot when we moved. He looked for house was better for us, and again I start to see them almost every day. Sometimes I stayed with kids when they have to travel somewhere.

I always admired Gustavo for the way he treated people and their children. I had opportunities to make some trips with them too because he always was very kind to me and he knew how much I enjoyed their family.

I'm very grateful to God for having met a person like him, an example of a husband, father and friend as well, always helping those in need with encouragement and attitudes.

As a father I have never seen nobody like him in my life, he was a work-a-holic person but anytime he had free he was entirely for his

07-000200

children. He was concerned with food, organize, education of his kids. He dedicates all his time to them teaching, reading books etc. the weekend he spend home he take care of kids all the time, making breakfast, talk to them, teaching how they have to behavior at the table, everything. He was concerned with the vitamins that they would take, and about activities they would have during the day, finally everything until the night comes to read books and put them to bed. As a father I never saw anyone like him, as a friend I saw how everyone adored him and everyone had him as an example as a model to follow. I learned a lot from him too. Beside he has a giant heart. If he made a mistake what is unbelievable for me, it is like a nightmare to me. I still have him as a hero because he never showed his children any kind of sadness or problem even though haven broke heart.

     With all due respect, I am sure that he will contribute a lot for the good to the people, I implore a second chance for this person and I am sure that your excellence will not regret it.

     Thank you so much for taking your precious time to read my letter.

     God bless you all.

Sueli A.Y. Smith
7400 W 20 st # 101 B
Hialeah, Fl 33016

7674 SW 54th Ave
Miami, FL 33143
(305) 582-5539

April 19, 2021

The Honorable Kathleen M. Williams

RE: United States v. Gustavo Adolfo Hernandez Frieri
Case No. 18-CR-20685-Williams

Dear Judge Williams:

I have known Mr. Gustavo Adolfo Hernandez. in a personal capacity for a period of over twenty years. In my opinion Gustavo Hernandez is a reputable, law abiding citizen and of utmost good character. Furthermore, I know Mr. Hernandez to be dependable, responsible, honest, and courteous. Gustavo is a loving family man, a good friend and generous to the community and those in need.

If you have any questions with regards to this matter, please contact me.

Sincerely,

Sebastian Alegrett
305-582-5539
salegrett@alenet.com

000446-02

07-000207

Calle 137 D No. 76 A-50
Bogotá, Colombia, S.A.

September 2018

To Whom It May Concern
United States Magistrate Judge
Wilkie D. Ferguson, Jr. United State Courthouse
400 North Miami Avenue
Miami, Florida 33128
Re: Case No. 18-CR-20685-Williams/Torres

To Whom It May Concern:

My name is Sigifredo Ardila Peña, I am a 64 year old retired Colombian citizen. My whole life I have worked with banks: Banco del Comercio, associated with Chase Manhattan and Extebandes, aasociated with Banco Exterior de España.

I have known Mr. Gustavo Adolfo Hernández Frieri for 10 years as a businessman. All his actions in Colombia have been transparent and responsible.

I am a member of the board of directors of a stockbroker in Colombia, entity supervised by the Financial Superintendence of Colombia and of which Mr. Hernández is also a member.

I know Mr. Hernández in his familiar environment, as a dedicated and responsible father of 3 children and as a philanthropist, actually vinculated to Techo Organization.

Yours faithfully,

Sigifredo Ardila Peña

The Honorable Kathleen M. Williams

200 Ocean Lane Drive
Apartment 302
Key Biscayne, Fl 33149
786.863.0233

RE: United States v Gustavo Adolfo Hernandez Frieri
Case No. 18-CR-20685-Williams

Dear Judge Williams:

My wife and I have been the closest of friends with Gustavo for 23 years.  We believe we are in a position to speak of Gustavo's moral character, so I hope you will take this letter into account when making your decision.

Gustavo is, in short, an extraordinarily decent person.  He has always been kind and generous with others.  Gustavo has a strong sense of duty which applies to every aspect of his life... family, friends, work and community.  He has dedicated countless hours to different charitable foundations. Gustavo also possesses a great deal of integrity, and constantly strives to make sure he is doing the right thing.

It must be difficult for you to make decisions like this when you don't actually know the person standing in front of you, so I hope you will look at our letter and the countless others you're receiving, and understand that Gustavo is a kind and decent person that has always contributed to the greater good of his community and humanity.  I hope you will let our opinion of our dear friend be a factor in your decision.

Thank you,

Oscar Castellon          Christina Castellon

Madrid, April 14, 2021

**The Honorable Kathleen M. Williams**
United State Courthouse
400 North Miami Avenue
Miami, Florida 33128

Re: United States v. Gustavo Adolfo Hernandez Frieri Case No. 18-CR-20685-
Williams/Torres

My name is Juan Ignacio Cato Contreras. I am a close friend of the Hernandez family,
a united and loving family with solid values, portrayed in their everyday activities. For
this reason, I am confident to testify on Gustavo's good ethics and integrity, both from
a professional and personal perspective.

My friend Gustavo is a person with many qualities, he is a kind person, reliable, honest,
disciplined, hard worker, among many others.  At all times, since I met him, he has
shown to have a generous, kind, and devoted character towards others. He also has
a great sense of duty that has always been shown to the other members of his
community, family, and friends.

If I were to point out two main attributes that best define Gustavo, those would be his
resilience and how he constantly strives for greatness. I do not doubt his professional
integrity, much less his behavior as a human being, as a friend, and especially as a
father.

In several trips to Miami, I have been able to see first-hand, Gustavo's role as a father.
I have had the opportunity to spend some quality time with his children which are
incredibly polite, respectful, and intelligent.

My children also have had the opportunity to spend time with Gustavo and his family.
I feel fortunate to have this personal relationship in which I have seen what a loving,
responsible, and dedicated father, he is. He is present in each of his children's
activities, always looking for them to grow as integral human beings and to develop
and train in different aspects of life to become capable men and women, able to

contribute to society with those same values that Gustavo has instilled in them since they were little.

Gustavo is an honest, caring, and decent human being, which main motivation is being a part of his young children's lives. For that reason, I am confident that he will comply with all instructions given by the authorities. I am sure that you know the power of the decision that you can take on the life of Gustavo and his three young children. For them, I respectfully ask you to please be lenient in Gustavo's sentence.

Sincerely,

Juan Ignacio Cato Contreras

October 9th, 2018

To Whom It May Concern
United States Magistrate Judge
Wilkie D. Ferguson, Jr. United State Courthouse
400 North Miami Avenue
Miami, Florida 33128

Ref: Letter of Character – Gustavo Hernandez

Dear Sirs,

I met Gustavo Hernandez back in 2009. I worked as a Registered Representative at Global Strategic Investments in 2009 and 2010. Although he wasn't involved in the firm's day to day management, I saw him frequently at the office. I attended several client presentations with him. I was always impressed by his professionalism, his knowledge and the way he handled client presentations.

During those years, Gustavo structured different investments. I recalled 2 deals in particular, that were very clever, and I participated, some of my clients invested on them. I can certify that in those deals Gustavo delivered what he promised, and the clients were very happy with the investments results.

During these past years, I have been with Gustavo in several occasions, for business presentations, for business and social lunches or dinners, and he has always shown not only high standards of professionalism, but also honesty. I cannot recall anything unusual, or that he has either lied or propose any unethical business.

There have been occasions that are not business related where I have requested Gustavo's help and as long as he is able to, he has always shown a truth interest in helping me and proving me with assistance when I have required.

I do not know well his immediate family, I met his wife once or twice. But I know his brother, his 2 sisters, and his brother in law. I also worked with his brother in law and with one of his sisters in 2014 and 2015. I ended up knowing Gustavo's sisters very well, and as a family, together with Gustavo, they have always shown high family values. Although I haven't participated, I know that in their native city of Cartagena, they have done some philanthropic activities helping low-income communities to build houses.

In essence, I have seen in Gustavo Hernandez a caring person, a good family member, a good friend, and he has shown, as I said before, high professionalism and high standards of ethics in the business we have conducted.

Please advise if you need any additional information.

Sincerely,

Santiago Copello
(305) 454-1140
scopellov@gmail.com

Santiago, Chile
December 22, 2018


To Whom It May Concern
United States Magistrate Judge
Wilkie D. Ferguson, Jr.
United State Courthouse
400 North Miami Avenue
Miami, Florida 33128
Re: Case No. 18-CR-20685-Williams/Torres


My name is Ignacio Cruz, Chilean citizen, civil engineer, father of 6 children and grandfather of 7 grandchildren. I am currently the Executive Director (CEO) of TECHO Internacional, a Chilean foundation that seeks to overcome poverty in Latin America and the Caribbean that currently operates in 20 countries through associated local foundations. Additionally, and in relation to the foregoing, I am the Chairman of the Board of American Friends of Un Techo para mi País, part of the group of TECHO Internacional.

I know Gustavo Hernandez since the beginning of the year 2016, when I joined the Board of Dirtectors of American Friends of Un Techo para mi Pais of which Gustavo was member. From that position I got to know Gustavo's great dedication and generosity in supporting TECHO activities, not only as a Board member, but also involving himself, his family and many of his friends and their families in the TECHO cause. This support resulted in the development of fundraising events and their active participation in the field work with the families with whom TECHO works, especially in Colombia, building transitional houses and engaging in activities of community development.

Undoubtedly, Gustavo's contribution has been very valuable for the most vulnerable people, both in the personal contribution and in the involvement of many people supporting the overcoming of poverty in Latin America. Personally, in my relationship with Gustavo Hernandez I have been able to appreciate a very cooperative person, enthusiastic and committed to society.

Best regards,

Ignacio Cruz

United States of Magistrate Judge
Wilkie D. Ferguson Jr. United States Courthouse
400 North Miami Avenue
Miami, Florida 33128
Re: Case No. 18-CR-20685-Williams/Torres

December 23, 2018

To Whom It May Concern:

My name is Paulo Gaio de Castro Jr.  Gustavo Adolfo Hernandez Frieri is married to my oldest daughter, Olympia de Castro. Together, they have three children.

I am 67 years old and am a Texas A&M University and Wharton Business School alumni.  I am now retired after working in corporate banking at Citibank for most of my executive career. Currently, I live in Brazil (transferred here in the 80s). Over the past 20+ years, I have been an active social volunteer: from 2011-2016 serving as Chairman of the Board of Children's Village SOS Brazil that advocates for children's rights and provides hundreds of children substitute families; and, since 2017, serving as Chairman of the Board of TECHO in Brazil (locally called TETO Brasil).

Similarly, Gustavo has also been a major supporter and patron of the Latin American NGO TECHO.  Essentially, since the beginning of our relationship, we have shared a common passion and commitment for social causes and work, contributing as pro-bono volunteers to our respective non-profit NGOs.  In this regard, issues like organizational culture and governance, leadership and team building, sustainable growth and fund raising have always been a common bond between us.

TECHO is a dynamic and growing organization. Over the past 20 years, it has mobilized over a million young volunteers in 19 countries and built over 120,000 pre-fab wooden homes for the extreme poor in slums throughout Latin America. Through these endeavors, TECHO transforms and empowers its young volunteers, with empathy and a lifelong understanding that they are able to change reality and the lives of those living in precarious conditions. My first contact with TECHO was in 2012: Gustavo invited me, and 50+ family and friends from all over the world to Cartagena, Colombia, to celebrate my first grandson's baptism.  Over the next two days, Gustavo combined the celebration of his son's baptism with introducing all of us to TECHO, as we all participated in building homes in the slums for 10 families. I later learned, he not only funded the 10 homes we built, but also an additional 90 homes, later built by local youth volunteers. This initiative also provided the necessary funding to establish TECHO offices for Cartagena and Barranquilla. Since then, Gustavo continued to support TECHO's fundraising efforts and eventually he was nominated Chairman of the Board in the US. His enthusiasm and activism for TECHO convinced me to support TETO Brazil, which I began doing when I returned to Brazil. Subsequently, I joined the Board of Directors of TETO Brasil in 2015, and then elected Chairman of the Board in 2017 for a 3-year term.  None of this would have been possible without Gustavo's leadership and encouragement.

Since I was young, my father taught me to be honorable.  Throughout my life and professional career, I have lived by the highest standards of integrity, moral character and transparency. Thus,

from my perspective and observation over the past 15 years that I have known Gustavo, and having observed his attitudes and actions especially in the way he educates his children, my grandchildren, I can affirm that he lives by the same high moral and ethical standards.

Gustavo Adolfo Hernandez Frieri is an honorable person who has earned my admiration and respect. For these reasons, I support him by writing this reference letter.

Sincerely yours,

Paulo Gaio de Castro Jr.

My contact information:
E-mail – paulo.g.castro@hotmail.com
Address – Rua Franca 57, Sao Paulo, SP 01446-101 Brazil

To Whom It May Concern
Unites Stated Magistrate Judge
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Miami, Florida 33128

Re: United States v. Gustavo Adolfo Hernanez Frieri
Case No. 18-CR-20685-Williams/Torres

My name is Rossana De la Espriella, born October 18, 1974 in Cartagena Colombia.

I know Gustavo and his family since my childhood. Gustavo is a very special person to me. We were close friends when we were teenagers and now, even if time has passed and we're separated by frontiers, we still maintain a very nice and special friendship relation. Gustavo has good friends that he trusts, most of them are all friends of a lifetime. He is from his side a very loyal friend with a big and generous heart. I recognize Gustavo as a serious person, hard worker, professional, with a high sense of respect , respect to friendship and the ideal to have a strong and united family.

Gustavo has always been very generous and caring with me as a friend and with his family. Gustavo is a very kind person, educated and discrete. I can tell that his family passed on to him, to his brother and sisters the most important values of life. God is present and lives in the Hernandez family. A loving and united family is an important value, and I am sure that family is all to the Hernandez Frieri. Gustavo has a big generous heart, the example that he learned thanks to his parents. Francita and Gustavo. His parents, were great people that lived thier lives fully with joy and with strong faith in God.

I remember when Gustavo's parents were ill how much he took care of them. He travelled frequently to spend quality time with them. He used to read the newspaper and books with his dad and sat with him for hours discussing about politics and other. Now, that he has a family of his own, I can see the light in his eyes when he talks about his wife and his kids, his family is his life.

Gustavo is also a very intelligent and curious person. He loves reading and travelling. He's a preparated professional. He's a leader too. I think that Gustavo is a very mature and interesting person. He has clear in his mind since he was very young what we wanted for his life.

Gustavo Hernandez is one of those persons that I thank God for meeting and making part of my life since my early teens. I would describe him as a serious, intelligent, loving and caring man.

Sincerely,

Rossana De la Espriella
Milan, Itlay
30/09/2018

September 7, 2018

To Whom It May Concern:
United States Magistrate Judge
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Miami, FL 33128

Re:   <u>United States v. Gustavo Adolfo Hernandez Frieri</u>
      Case No. 18-CR-20685-Williams/Torres

My name is Ahmet Erkaya. I co-own and operate a restaurant called Mandolin
Aegean Bistro in the Buena Vista Historic District of Miami, Florida since 2009 with
my wife Anastasia Koutsioukis. It's a community driven Greek Taverna serving
locally sourced food when possible in an unpretentious outdoor setting. Most our
clientele are families, just like Gustavo Adolfo Hernandez Frieri, his wife and their 3
children. I'm writing this letter with the intention to emphasize on Gustavo's rare to
come across noble personality and family values as I hope he can be better
understood during the unfortunate circumstances he currently is in.

I met Gustavo in early 2010 at my restaurant.  We became good friends as time went
by and both became fathers at the same period. He had 3 kids, I had 1. Our chats
started revolving about our children and how we can make the best of ourselves. We
also started seeing each other in other family settings, birthdays, Christmas,
Thanksgiving. His values were so inspiring, I became a better human by just being
around him. I am grateful for life for just having met such an amazing human. I am
not however the only one who looked up to him. Through the charities he is heavily
involved he made many people in need a house owner. Many kids in need got a
proper education. He also supported young artists who needed the right platform to
expose their work. Every person he touched in life has learned something morally
constructive from him. It was very shocking not only to me but to entire community
that he had gotten arrested in Italy.

Gustavo Adolfo Hernandez Frieri is a very good man. I have gotten to know him very
closely for the past 9 years. He is an honest, reliable, law abiding citizen, an amazing
father and husband.

Sincerely,
Ahmet Erkaya

31 Ne 43 Street
Miami, FL 33137

Carrera 55 # 105-23 Apt.703
Barranquilla, Atlántico, Colombia
+57 3114156135

Barranquilla, April 18, 2021

The Honorable Kathleen M. Williams

Re:     United States v. Gustavo Adolfo Hernandez Frieri
        Case No. 18-CR-20685-Williams

Dear Judge Williams:

My name is Luis Miguel Fernandez Zaher. I am a husband, father, business administrator from Universidad de los Andes and the CEO of a utility company which owns and operates the most important thermal power plants located in the northern part of Colombia. I am a lifelong friend of Gustavo Adolfo Hernández Frieri. We studied together all our elementary and high school at Colegio Jorge Washington in Cartagena, Colombia, between 1981 and 1991, where we graduated as seniors. Afterwards we both moved to Bogotá to undertake our professional studies and lived together for close to three years during this period. There Gustavo obtained his degree in law from Colegio Mayor Universidad del Rosario and left for Paris to undertake post-graduate studies. Since an early age, our friendship initiated, grew, and strengthened to the point of considering ourselves as brothers.

From an early age, Gustavo's personality was characterized by being a disciplined, hardworking, and honest person, interested in pursuing success through knowledge, hard work and sacrifice. These personality traits in my view, were a consequence of the strict, yet kind and demanding education Gustavo received form his parents Gustavo Hernandez Romero and Francia Frieri, which were characters with different personalities, yet full of love and devotion for their children. Gustavo Senior was a hardworking, honest, cultured, disciplined and loving father, while Gustavo's mother Francia, was a larger than life happy and enthusiastic person.

As children and teenagers, we spent our time, sharing great moments in school and outside of school as best friends and brothers. Always with respect, care for each other, sincerity, and fraternity.

During my life, Gustavo has been a friend, a brother, and a person to look up to, for his example of discipline, honesty, compassion and total devotion to his family his friends, his work and community.

Gustavo's interest in the community could be evidenced since school where he was President of our Student Council and as an adult, as a firm supporter of initiatives created to provide housing solutions to the poorest portion of our population.

I have seen the way Gustavo has established his family, where I can identify clear traits like how he was raised by his parents. He is a dedicated, loving father and husband, who is always looking for the best interest of his children, aiming for the best possible integral cultured education.

During these long years of friendship, during different stages of our lives, I have always admired Gustavo´s compassion and disposition to help and support family, friends, and strangers alike and contribute with initiatives to ensure homes for the impoverished who live in the outskirts of our hometown of Cartagena, Colombia. Not only did I witness and experienced these traits of Gustavo´s essence and personality, but I have observed how he has aimed in stimulating this sensibility in his children.

1

For me, Gustavo is a friend, a brother, an example, a compassionate human being, a loving father and husband. His very young children need his guidance and presence for their development and education.

Sincerely,

Luis Miguel Fernandez Zaher

2



Castillogrande
Cl. 5 # B-65
Edificio Alcatraz
Cartagena, Colombia, s.g.
Tel: 315-7467999
Abril 17 de 2021

A la Honorable Kathleen M. Williams
Re: United States v. Gustavo Hernández F.
Caso No: 18 CR-20685-Williams

Apreciada Juez Williams:
Me dirijo a usted con el fin
de saludarla y contarle un poco
sobre quien es mi sobrino
Gustavo Hernández Frieri, cuyo
caso tiene usted para resolver.

Primero que todo, me presento:
mi nombre es Adalgiza Frieri
de Geerr con cédula de ciudadanía
# 33130550 de Cartagena, Colombia.
Tengo 72 años y soy tía de Gustavo
al que conozco muy bien desde que
nació.

000464-02

07-000251



- 2 -

Mi sobrino siempre fué muy
especial en nuestra familia.
Se distinguió por su humanidad,
siempre ayudando a los ne-
cesitados y uniendo a la familia.
Lo que quiero resaltarle de la
personalidad de él, en esta
parte principalmente, porque
además ha sido un gran lector
desde niño y se preocupó mucho
por culturizarse, destacándose
en el colegio George Washington
en donde estudió, en esta ciudad.

Pero ya quiero más que
todo contarle un hecho de él
que a mí personalmente me
marcó para siempre y fué que
estando mi marido Luis Humberto
fuera secuestrado por las Farc
en las selvas de Colombia, mi
adorado sobrino me escribió una
carta donde me daba consuelo
y me animaba a tener paciencia
y tranquilidad porque algún día

- 3 -

mi marido iba a ser liberado

Ya recibí muchas cartas de
la familia y amigos pero ninguna
me conmovió tanto y fué tan
especial como la de mi sobrino.

Siempre recuerda ese hecho
porque dió calma a mi espíritu
viniendo de él esas palabras, siendo
tan joven, pues esto ocurrió hace
23 años. Fueron 2 años de encuentro
de mi marido pero gracias a
Dios salió bien de ese suplicio.

Sería mucho lo que tendría
que decir de las cualidades de
generosidad, humildad y caridad
hacia el necesitado que ví
siempre en mi sobrino, pero
haría interminable esta carta.

Solo quiero pedirle que
tenga en cuenta en su justo
corazón la procedencia de él
formado por padres católicos
con costumbres ejemplares.

000466-02                                                                    07-000253



– 4 –

Le agradezco mucho el tiempo que le dedique a esta solicitud y confío en su buen juicio y generosidad de corazón para su veredicto.

Por último quiero decirle que sus tres hijos le necesitan mucho y están en edades de formación.

De usted muy atentamente,

Malgizya JordeJranro.—

000467-02

07-000254

CARTA EN ESPAÑOL Y EN INGLÉS

Apreciada Juez Williams,

Me dirijo a usted con el fin de saludarla y contarle un poco quién es mi sobrino Gustavo Hernandez Fieri, cuyo caso tiene usted por resolver. Primero que todo, me presento. Mi nombre es Adalgiza Frieri de Ferro con cédula de ciudadanía #33130550 de Cartagena, Colombia, tengo 72 años y soy tía de Gustavo al que conozco muy bien desde que nació. Mi sobrino siempre fue muy especial en nuestra familia. Se distinguió por su humanidad, siempre ayudando a los necesitados, y por unir a su familia, lo que quiero resaltar principalmente de su personalidad, y además siempre fue un gran lector desde niño y se preocupó mucho por culturizarse, destacándose en el colegio George Washington en donde estudio en esta ciudad. Pero quiero contarle más que todo sobre un hecho que a mí personalmente me marcó demasiado; cuando mi marido Luis Humberto fue secuestrado por el grupo guerrillero las FARC en la selva de Colombia. Cuando sucedió, mi adorado sobrino me escribió una carta donde me daba consuelo y me animaba a tener paciencia y tranquilidad porque algún día sería liberado. Aunque había recibido varias cartas entre amigos y familiares, ninguno había logrado conmoverme como lo había hecho el de mi sobrino. Pues, siempre recuerdo que ese hecho dio calma a mi sufrimiento y más viniendo de él cuando era tan joven ya que eso fue hace ya 23 años. Fueron dos años de secuestro en la cual gracias a dios al final salió bien. Bueno, sería bastante lo que tendría que decir sobre las cualidades de mi sobrino pero haría infinitamente larga esta carta así que solo quiero pedirle que tenga en cuenta esto de él y que fue formado por padres católicos con costumbres ejemplares. Le agradezco el tiempo que le dedicó a esta solicitud y confío en su buen juicio y en su corazón para su veredicto. Por último quiero mencionar que sus tres hijos lo necesitan ya que están en edades de formación.


Dear honorable Judge Williams,


I am writing this letter to you with the intention of not only greeting you but to get the chance to tell you a little about who my nephew Gustavo Hernandez Fieri is, whose case you have to solve. First of all, I want to introduce myself. My name is Adalgiza frieri de ferro with citizenship card # 33130550 from Cartagena, Colombia. I am 72 years old and I am Gustavo's aunt whom I have known very well since he was born. My nephew was always very special in our family. He distinguished himself for his humanity, always helping those in need, and for uniting his family, which I want to highlight about him, and also he was always a great reader since he was a child, very concerned about educating himself which is what made him stand out at the George Washington school, where he excelled in Cartagena. Now I want to mention above everything an event that personally marked me forever; when my husband Luis Humberto was kidnapped by the guerrilla group LAS FARC in the midst of the jungles of Colombia. My beloved nephew had written me a letter where he comforted me and encouraged me to be patient and to remain calm because he had faith that one day he would be released. Although I had received several letters from friends and family, none had managed to move me the way my nephew's had. I will

always remember his soothing words because it calmed my suffering endearingly, and even more coming from him when he was so young, it happened 23 years ago. Two long years was my husband kidnapped where he was finally released without ailments. So, it would be quite long what I would have to say about the qualities of my nephew but of course it would make this letter infinitely long. Therefore, I just want to plead to you that you take this into account considering he was formed by Catholic parents with exemplary customs. I thank you for the time you spent on this request and I trust your good judgment and heart for your verdict. Finally, I want to mention that her three children need him since they are still in formative years.

Bogota, Colombia
February 4, 2019

To Whom It May Concern
United States Magistrate Judge
Wilkie D. Ferguson, Jr. United State Courthouse 400 North Miami Avenue
Miami, Florida 33128

Dear sir:

I´ve known Gustavo for over 25 years both on a personal and business level. This perspective allows me to assure you that Gustavo has a firm and resolute intention to submit to the United States´ justice to clarify the current situation he is in.

He has ben accepting the current reality with dignity and courage.

His appreciation of the American culture of which the trust in the legal system is its pillar, is part of the reason for him to ask for American citizenship some years ago.

Gustavo has lived a life well balanced between, work, family, friends and community. His contribution to the Techo Foundation has been of enormous benefit to hundreds of families in Latin America.

In the business environment, the people that have had the opportunity to work with him can attest to his dependability and consistency. This consistency shown over a long and successful life of accomplishments along with his need for redemption is guarantee that he will face the legal process with dignity, punctuality and courage.

Redemption is fundamental for Gustavo. His *raison d'être* is his wife and three kids and given the current situation, his legacy to is family is marked by the way he handles the resolution of the legal process.

Bes Regards,

Juan Carlos Gomez

The Honorable Kathleen M. Williams

RE: United States v. Gustavo Adolfo Hernandez Frieri

Case No. 18-CR-20685-Williams

Dear Judge:

My name is Raúl Gómez. I was born in Colombia, studied in a bilingual school and lived 7 years in Los Angeles, California, managing a flower wholesaler serving Southern California. Since 2007, I live in Colombia and today I own several businesses in the telecommunication and agricultural sector, employing more than 1,000 people in Colombia.

I have known Gustavo Hernandez for more than 25 years. He is the brother in law of my brother Juan Carlos Gómez. I have shared many family moments and situations and have been witness of his truly and sincere generosity with several foundations he supports, very intelligent with an enormous working capacity, and an excellent family member.

I strongly believe that the situation he is currently experiencing can provide an opportunity for him to contribute to Miami's society and hopefully along with his family.

With my greatest respect and admiration, please accept my gratitude for receiving my thoughts towards this situation.

Sincerely,

Raúl Gómez

Scanned by TapScanner

07-000129

Costas Hamakiotes
414 East 52nd Street, #9A
New York, NY 10022

April 18, 2021

The Honorable **Kathleen** M. Williams

Re:   *United Staes v. Gustavo Adolfo Hernandez Frieri*
Case No. 18-CR-20685-Williams

Dear Judge Williams:

I have known Gustavo for more than 20 years.

When I first heard of the accusations, I remember thinking to myself at the time (and still to this day, every day) "this must be a horrible, horrible mistake. This is not the Gustavo I know. There is no way Gustavo would have ever done something like that."

Gustavo and I started a hedge fund in 2002 with another partner, Marco Santamaria. We knew Gustavo from the time he was a client of Lehman Brothers, which is where I worked at the time. I know beyond a doubt during the subsequent six years we ran the fund he was an upstanding virtuous man. We were thoroughly investigated on personal and professional levels multiple times by every single major institution that ever invested with us as part of their due diligence process. We never had the slightest issue arise. There were so many reviews and audits. Each institution conducted its own independent private investigation. We were SEC-registered. We did not have to register with the SEC, we were not required to. SEC registration meant a big expense not only for the registration but also operationally going forward. Gustavo supported transparency and legitimacy. I never witnessed Gustavo operating in the grey area of the law.

Gustavo did not have trading or investment responsibilities in his role. His main role was to run the firm and to spearhead our marketing efforts. Hence, he was our face and representation to investors, actual and prospective ones. I witnessed him myself representing us. One word describes Gustavo: "genuine". He always stated the facts with no bias and he never acted questionably. He was meticulous and thorough. He always presented complete truths and worked very hard.

When we started the fund, Gustavo lived in Miami and he commuted to NY periodically. Several months into our operation, in 2013, when it looked that our business was working, I suggested to him that he ought to consider moving to NY because we needed him here full time. Without hesitation, he moved to NY right away. In fact, he stayed in my apartment on his visits until he found a place.

07-000173

Gustavo stayed with us, my wife and children, for almost a year. We got to know Gustavo really well. He never imposed and was very discrete. He did not mind the "tight quarters" that come with small spaces nor the "crowded" environment and the noise that comes with two very small children. He was very loving to them and even educational and thoughtful in his time that he spent with them and their activities together.

Gustavo comes from a wealthy family. Unless someone told you, you would have never known. He is extremely hard working with outstanding moral principals and work ethic. He is caring and wanted the warmth of family. He is a loving person that truly cares about people.

At the time we started the fund in Greenwich, CT., the apartment was in NY City. I would wake up at 4am because I wanted to be in the office before markets opened. Gustavo did not have to, yet he always came with me. I would leave the office no earlier than 8pm, most times 10pm and even later, Gustavo was there! He did not have to but he stayed and worked.

I have met his entire family, from his late father, to his brother, sisters, their husbands and wives, their children, and of course his wife and children. There is warmth, love, affection and respect in their family. The family to me is, God fearing, hardworking, honest, loving, caring, fair and generous to everyone. They treat people with dignity and respect regardless of economic stature.

Keeping Gustavo away from his family is a torture no one should endure. I hope this helps as an attestation to Gustavo's professional and personal character from my eyes, experience and interaction with him. I remain at your disposal for any further questions.

Respectfully yours,

Costas Hamakiotes

Arturo Hernandez, MD
9219 Kilgore Rd
ORLando, FL 32836

April - 16 - 2021

Re: United states V. Gustavo Hernandez Frieri.
    Case No 18 - CR - 20685
    Williams / Torres.

tO: The Honorable Kathleen M. Williams
    United States Court House
    400 North Miami Avenue
    Miami, FLorida 33128

I have known Gustavo since early
childhood, since we are cousins, he is
an usually upstanding member in the family
very amicable and compasionate; I believe
That as he moves forward, he will
emerge a better person; his family
including his minors children, need him
The most at This stage of Their Life.
I am asking For your Leniency,
especially For The sake of his children.
Respectfully yours,

Arturo Hernandez, MD
352 4310042.

Dear srs.

My name is Carlos Hernandez. I am 41 years old. I am a Broker and have worked for over 10 years with the Global Securities Group.

What follows it's the difficult task of describing the person that professionally I admire the most.

Over the years, whenever I had problems at work, whatever the issue, I always kept calm because I knew that at the core of the institution were people (especially Gustavo) with an outstanding level on integrity.

For me, Gustavo has always been just one phone call away and no matter the problem, even if a situation would cost him or the firm some money, he would always make the right call.

Although I do not claim to know the specifics of this particular situation, it scares me to think that if that can happen to Gustavo, which I consider to be the best of any of us, it could happen to anyone.

If the purpose of this letter is to shed light into his character, the Gustavo that I have known for 10+ year is my model of perfection. Everything and anything he does bears an excellence trademark.

Respectfully, I invite you to look into the person you are judging; look how he has raised his children, treated his employees, worked with and for his community. Hopefully, the conclusion will be an evident and a simple one.

Regards.


CARLOS HERNANDEZ

Financial Advisor

April 16, 2021

The Honorable Kathleen M. Williams
United States District Court Judge

RE: *United States v. Gustavo Adolfo Hernandez Frieri*
    *Case No. 18-CR-20685-Williams*

Dear Judge Williams:

My name is Cesar Hernandez, I am Gustavo's older brother. I have been married for 38 years to my wife Tulia Hernandez. Together, we have four children and three grandchildren. I have a bachelor's degree in manufacturing engineering from Boston University. For the last 20 years, I have led my Christian congregation in South Florida as its pastor and, Tulia, as a marriage counselor.

Gustavo, my two sisters, and I were raised by our parents, Gustavo and Francia, in Cartagena, Colombia. The four of us were all educated by American teachers at the same school, Colegio Jorge Washington, which was a member of the southern association of high schools. My sister and I went on to Boston University while Gustavo graduated from the Universidad El Rosario, La Sorbonne, and the Paris Institute of Political Studies.

Everyone in Cartagena knew that Gustavo's educational, social and career path was different than mine and my sisters'. By the time he was 13, he was already rubbing elbows with Cartagena's most famous historians, poets, and intellectuals. Later, while other kids were out playing and partying, he was mastering French in anticipation of attending one of the most prestigious universities in the world, the Paris Institute of Political Studies.

From a young age, our parents instilled in all of us a very strong work ethic, loyalty to friends and family, and charity to those in need. Gustavo worked very hard and was an exemplary husband, father and friend who always helped those in need. Gustavo never turned down a request to donate to a charitable foundation especially those that promoted education and housing in underprivileged communities. Whether it was his birthday or even his wedding, Gustavo always insisted that all gifts be donated to a charitable foundation.

As a pastor I understand and teach the concepts of disobedience, sin, repentance, consequences, justice, and punishment. It has always been very clear to me that all authority on this earth has been appointed by God and for this reason I have prayed for mercy for Gustavo.

If punishment is what he deserves, then he has already received plenty of it. For the last three years, while Gustavo has been under house arrest, he has lost his wife, many of his friends, his reputation, and his life's work that he's spent the last 18 years building. Gustavo has taken full responsibility for his actions. He has blamed no one but himself and now throws himself on the mercy of the Court.

As stated before, you have been given the authority to judge, so I stand in front of you asking for your mercy and leniency for my brother.

God bless you and may God bless Gustavo.

Sincerely,

/s/
Cesar Hernandez

To Whom It May Concern
United States Magistrate Judge
Wilkie D. Ferguson, Jr. United State Courthouse 400 North Miami Avenue
Miami, Florida 33128

Re: United States v. Gustavo Adolfo Hernandez Frieri Case No. 18-CR-20685-Williams/Torres

My name is Juan Ernesto Hernandez and I am a Spanish-Venezuelan citizen living in the United States since 1983.

I first met Gustavo Hernandez some 20 years ago as we were neighbors in a small building in Wynwood, Miami. I introduced myself as the "new tenant upstairs" and it took no time to establish a friendship with this reserved and polite young man; one that, I am proud to say, lasts to this date.

Gustavo is a generous, kind, patient and attentive friend who thrives on good conversation, sharing the table and the occasional glass of wine. Gustavo also shares a common passion for sports, history, geography, languages and most importantly, a commitment to strong family values, honesty and active support of the community in Miami and beyond.

As a family man, Gustavo is an example to all around for he is a caring, protective, and above all, a loyal and devoted husband and father. These are the very traits that I see and admire in him as a businessman as he sees no space for straying off from good or violating the common laws of decency.

It was also Gustavo Hernandez who showed me the infinite rewards of helping the less privileged through his charitable yet always hands on approach to helping those needy everywhere in his native Latin America as a very active member of TECHO.

Throughout his success and growth both professionally and privately, Gustavo strengths continue to be his humble attitude, his pride for his heritage, his admiration for the American way of life and his gratitude.

I am sure I speak not only for myself and my own family but also on behalf of the many common friends we have developed over the years when I stand firm about my respect and admiration for the man.

Sincerely,

MARIA VERONICA HERNÁNDEZ    200 OCEAN LANE DR #108   KEY BISCAYNE, FL 33149

SEPTEMBER 9TH, 2018

TO WHOM IT MAY CONCERN

UNITED STATES MAGISTRATE JUDGE

WILKIE D. FERGUSON, JR. UNITED STATES COURTHOUSE

400 NORTH MIAMI AVENUE

MIAMI, FLORIDA 33128

RE:    UNITED STATES V. GUSTAVO ADOLFO HERNANDEZ FRIERI

CASE NO. 18-CR-20685-WILLIAMS/TORRES

TO WHOM IT MAY CONCERN,

MY NAME IS MARIA VERONICA HERNANDEZ, A FLORIDA RESIDENT SINCE 1983.

I AM DELIGHTED TO WRITE THIS LETTER ON BEHALF OF GUSTAVO ADOLFO HERNANDEZ FRIERI, WHO HAS BEEN A FAMILY FRIEND FOR THE LAST 15 YEARS, AND WHOM I MET THROUGH MY BROTHER, JUAN ERNESTO.

I HAVE DEALT WITH GUSTAVO OVER THE YEARS ON A PERSONAL LEVEL. DURING THIS TIME, GUSTAVO HAS PROVEN TO BE A PERSON OF GREAT INTEGRITY AND A PLEASURE TO BE AROUND. REMARKABLY TALENTED, DEDICATED, RESPECTFUL AND ENGAGED ARE JUST SOME OF THE QUALITIES THAT DESCRIBE THIS AMAZING FAMILY MAN.

ALSO, GUSTAVO HAS A GREAT RAPPORT WITH PEOPLE OF ALL AGES. HIS EXCELLENT COMMUNICATION SKILLS ALLOW HIM TO CONNECT WITH ALL KINDS OF PEOPLE AND TO INSPIRE THEM TO PUT FORTH THEIR BEST EFFORT.

GUSTAVO IS WARM, THOUGHTFUL AND DEPENDABLE, AND HE CARES DEEPLY NOT ONLY ABOUT HIS FAMILY AND FRIENDS BUT ALSO ABOUT THE LESS FORTUNATE.

IF YOU HAVE ANY QUESTIONS, PLEASE DO NOT HESITATE TO CONTACT ME.

SINCERELY,

MARIA VERONICA HERNANDEZ
(305)796-8944

7465 SW 163rd St.
Miami, FL 33157
305-775-1430

April 19,2021

The Honorable Kathleen M. Williams

RE:  *United States v. Gustavo Adolfo Hernandez Frieri*
Case No. 18-CR-20685-Williams

Dear Judge Williams:

My name is Stephanie Hernandez. I was born in Cartagena, Colombia on
December 16, 1982. I am Gustavo's niece and daughter of his eldest brother
Cesar Hernandez. With this letter I hope I can briefly help you understand
who Gustavo really is. I have known him for 38 years, being the eldest niece
and really having the experience of not only having a relationship of uncle
and niece but as an older brother since my parents had me really young and
my uncle was only like 10 years old when I was born. I call him "Tio Gusti"
even though we are not that far apart on age because of the respect I have for
him. I really look up to him and admire him immensely. We have a nice bond
since we started having children at the same time. It's been great to have my
cousins play and grow up with my two daughters. He is a great father and
uncle, always trying to please and make everyone happy. Whenever I needed
anything he will never have a "no" and I will always look up to him being one
of the smartest people I have met in my life. He is the type of person that is
always reading and acquiring knowledge to always have a right answer to
any question or topic discussed. He is such a gentleman and proper person,
always speaking well and knowing how to behave around everyone. He is
very calm, but at the same time with a lot of energy to workout and play
sports like tennis. He was never considered an athlete, but an intellectual
person, big into reading. He surprised everyone at the beginning when he
told us he was playing tennis, but then it made sense since he is the type of
person that if he doesn't know something he will read a lot about that and
learn a lot about it until he masters it.  My uncle is a person who has always
tried to please and solve everyone's problems and maybe that was how he
got tangled up in this unfortunate situation.  I hope you can have some mercy
on him and he can continue helping and inspiring others on being their best
by guiding them and mentoring as he has always done with those he loves
and cares so deeply.

Sincerely,
Stephanie Hernandez

000472-02

07-000247

Bogota, September 2018

To Whom It May Concern
Re: Case No. 18-CR-20685-Williams/Torres

My name is Maria Helena Hernandez Frieri, I am 43 years old and Gustavo's youngest sister. I was born in February 1975 and Gustavo in March 1973. We come from a beautiful family, born and raised in Cartagena Colombia. Gustavo and Francia were the parents of Cesar, Maria Lucia, Gustavo and me. They both past away, first my mom in 2004 and two years later my dad. As a family we were very close when our parents were alive, and when they passed away we committed to spending at least once a year to a family reunion. In April we spent a couple of days building houses for families in Cartagena, organized by Gustavo, so we could all as a family help other families have a better future.

As young kids I was always with my older brother, who always made me feel protected either in school or outside with friends. He always had the hat of the older brother, since we were the younger ones, and our older brothers were studying outside of Colombia. During our years in school, I remember he would go to classes with a historian Eduardo Lemaitre, 2 or 3 times a week, dedicated and loving the lessons he learned, and sharing knowledge with us. We took also French classes together and he was so dedicated to learning and getting the best of the time with our teacher.

He was a lot like my father, always very driven, never giving up, disciplined, never giving up, pushing himself to be his best version of everything he dedicated the effort to.

Books were always a passion to him and he spent long hours lost in reading. Always encouraging me to do the same. More so when we were in college, that we both came to Bogotá he would be the example to follow. I was just starting my classes and he was almost finishing and would always tell me to first put my school duties than anything else. Responsibility was the motto in all his proceedings.

If there is one thing I can say about him, he set an example to everyone around him. The one that was working harder, concentrating more, focusing more, and pushing himself to be better every day. Every time we saw each other he would ask me what I was reading, if I was exercising, if I was eating healthy. Never ate trash food, always looking after his health with the best food and exercise.

I am divorced and live with my two daughters Gabriela and Sofia. He arrived every month to my house in Bogota, in the morning and left at night, but would always make time to see them. Spend some time with them, giving them advice in books, school, and in life in general. Usually that time he dedicates to them was less sleep, but he went out of his way to spending time with them and letting them know how reading and school would make a difference in their life.

As a family we did a lot of work for communities in need. He was the one always organizing the activities and inviting our family to participate. He has always believed that the kids and even the adults need to understand the importance of helping others in need, specially spending time with others, since for him the best way to teach is trough example.

Gustavo has always put others before himself. Is the most generous man I know. Not only with his family but with everyone around. Usually when he does help, he does it behind the scenes, not wanting any attention brought up to him, and only worrying about the good done.

I have to say he is one of the best people I know. The best of us and I am a great person too, don't get me wrong in this, but he is always the best example to follow in everything.

I hope these lines can portray the profound admiration I have for Gustavo as a human being and give you a sense of the type of person he is. I tried to be brief.

Best regards,

Maria Helena Hernandez Frieri
Mariehernandez75@hotmail.com

Re: United States v. Gustavo Adolfo Hernandez Frieri Case     No. 18-CR-20685-Williams/Torres
Page: 1

Bogotá, September 11, 2018

To Whom It May Concern
**United States Magistrate Judge**
*Wilkie D. Ferguson, Jr. United State Courthouse*
400 North Miami Avenue
Miami, Florida 33128

<u>Re: United States v. Gustavo Adolfo Hernandez Frieri Case
No. 18-CR-20685-Williams/Torres</u>

My name is Maria Lucia Hernandez Frieri. I am 52 years old, and I graduated as a bachelor of arts in economics with a minor in business administration from Boston University, Boston, Massachusetts.

I am an employee at RCN Television (Colombian TV network) and have been since January 1993, where I work as the head of the international sales department, leading all content distribution around the world.

Gustavo Adolfo Hernandez Frieri is my brother, but more than my brother, he is my soul mate and my guide. As such, you may consider my opinion biased, but I ask that you do not and instead allow me, in all sincerity, to confirm to you beyond any doubt that he is a man of outstanding moral standards, an ethical man, with the highest values and principles.

We were raised in a traditional family where ethics, high principles, honesty and moral standards were our pillars. He absorbed these lessons and has lived by them, and has helped me to do the same.



Re: United States v. Gustavo Adolfo Hernandez Frieri Case    No. 18-CR-20685-Williams/Torres
Page: 2

Throughout my school years, together with my parents, it was my younger brother who taught me the importance of discipline - of education, citing examples of stories where our learnings were accomplishments and treasures to guard and keep forever.

When I got divorced at the early age of 25 once again he was there to support me emotionally and to reinforce the need to stick up for myself as an independent working single mother.

My brother has a beautiful family.  He is raising his children as we were raised, where lies are unacceptable, and hard work and discipline are the only way to achieve the worthwhile things in life. He motivates and leads by example. In our family he is always promoting the value of wellness – eating well and exercising – the importance of reading, and of generosity.  He believes and teaches us all that only through being good and doing good, will good things come back.

I believe with all my heart and would bet my life that Gustavo has done nothing wrong, that he will abide by and comply with all instructions given by the US authorities, that he will do everything necessary to aid and assist and that ultimately he will prove his innocence.

Thank you very much for your kind attention.

Sincerely,

Maria Lucia Hernandez F.

| | |
|---|---|
| **From:** | Pasano, Michael S. |
| **To:** | Gonzalez, Frances; Padula, Michael D. |
| **Subject:** | Fwd: letter of reference |
| **Date:** | Wednesday, October 3, 2018 5:40:20 PM |

More GH.

-------- Original Message --------
From: mhduarte@bellsouth.net
Date: Wed, Oct 3, 2018, 5:30 PM
To: "Pasano, Michael S." <mpasano@carltonfields.com>
Subject: Fwd: letter of reference


> To Whom it May Concern
>
> United States Magistrate Judge
> Wikle D. Ferguson, Jr
> United State Courthouse
> 400 North Miami Ave
> Miami, Fla. 33128
>
> Re: United States  v. Gustavo Adolfo Hernández Friere
> Caso # 18- CR-20685
> Williams/Torres
>
> We,  my husband and myself,  have known Mr. Gustavo Adolfo Hernández Friere over 12 years,
> trough which he has shown respect, consideration and very good manners,  proven to be an uncuestionable person
as a  citizen should, as a husband, as a parent and as a friend.
>
> Please, do not hesitate contact us if you have furthermore questions.
>
> Sincerely,
> Juan R. Hernández Roura
> Myriam Duarte de Hernández
> 155 Ocean Lane Dr.  Unit 103
> Key Biscayne, Fl.  33149
> Phone 305-  361 7914
> Cel. 786- 412 5054
>
>

April 14, 2021

The Honorable Kathleen Williams

RE: United States v. Gustavo Adolfo Hernandez Frieri

Case No 18-CR-20685-Williams

Dear Judge Williams:

My name is William A Jacome Juliao, I have a bachelor's degree in Business Administration with a major in Management from the University of Nebraska at Kearney. I am currently pursuing a master's degree in real estate development & urbanism at the University of Miami to expand my knowledge and network and grow my real estate development company. I have been playing tennis all my life and was an instrument to get to know Gustavo better. Even thou I am 36 years old I have held a close relationship with Gustavo since 1999 when I started to teach him how to play tennis. I remembered it like it was yesterday, he did not even know how to grab a racquet and a couple of years later he was hitting and stroking the ball well. The only way to improve in a sport that fast is by hard self-discipline, persistence, and dedication. Gustavo in all his personal and business matters has been a very discipline and consistent gentlemen. Gustavo's personal standards are always high, and his network relationships are just a few. He is the type of man that prefers good quality over high quantity. We gather each Saturday from 10am-11:30am to share good memories with each other, at his house he is always taking care of his family and everyone that surrounds him. Gustavo's shy personality makes him a man of few words, but when he speaks, he does it clear and concise. He is a very humble person with a heart big enough to fill all the planets together. Even thou he is struggling financially and emotionally with this storm; he is focused and calm with faith that everything will work out for all the parts.

Gustavo's main goal is to take care of his family, his loved ones and give back to the community as much as he can, please do not off-side him from making it happen. My words cannot describe the type of good man that Gustavo is, I cannot come close on that description. If I can think of three words to describe Gustavo, they are: caretaker, good, humble.

We are confident that God will touch your heart to make the best decision for all.

Thank you for your valuable time.

William A Jacome Juliao

07-000157

The Honorable Kathleen M. Williams

      RE:   *United States v. Gustavo Adolfo Hernandez Frieri*
                Case No. 18-CR-20685-Williams

Dear Judge Williams,

I met Gustavo through a mutual friend in 2009. My brother and I are commercial
real estate developers in New England. We own several hotels in the Boston area
and at the time were considering taking in outside capital to grow our business.
This was the purpose of my introduction to Gustavo in NYC. We met over
breakfast, I found Gustavo to be exceedingly thoughtful, knowledgeable, credible
and likable. We decided to take the next step to spend a day touring the properties
and getting to know one another. Our team was very impressed with all aspects of
Gustavo. His diligence, long term view toward investing and value-add potential
was appealing to all of us. Gustavo struck us as someone who likes to get his
fingers in the engine and solve problems. This was not a man who takes short cuts.
We were likeminded and focused on building long term value. As is customary, we
did a thorough background check and contacted many references. The feedback
was consistently stellar. We were ready to proceed and negotiate a term sheet.
Regrettably, our operating partner was diagnosed with a rare immune disease. He
was sidelined for a considerable period of time and thus we decided to discontinue
the capital raise.

Gustavo expressed disappointment but was eminently gracious; he soon thereafter
introduced me to TECHO, which was so close to his heart. I went to their annual
event, saw all that TECHO was doing and was inspired to get involved. I both
donate and was actively involved in this wonderful cause Gustavo so passionately
devoted his time to building. Out of this and over the years, Gustavo became a dear
friend to my family and me. We consider it a blessing to have Gustavo and his
family in our lives. Through example he has made me a better person, always
searching for the genuine nature in others and giving 100% to whatever he
undertakes. Gustavo has been a proud, loyal and devoted father, husband and
friend.

However, today and as a result of the case before you Gustavo has been reduced to
ashes. He is a broken man who has suffered massive loss in all corners of his life.

07-000166

The flame that once burned brightly and that brought so much joy to so many others has been extinguished. His family is divided. Many friends and business associates have turned away. The business he successfully built and committed his life to for over 20 years is gone forever. When the Government indicted Gustavo and labeled Gustavo a "career money launderer" and an operator of a "fake" investment fund in court documents and to the press, to most of his friends and associates, it seemed that the case against Gustavo was effectively closed and many distanced themselves from Gustavo or left him altogether, for fear of being associated with a career money launderer. But the fact is that Gustavo was not deeply involved in a 1.2 billion dollar money laundering scheme and that money laundering was not his career, as the US government alleged.

When rendering your decision I hope and pray that you will do so with Compassion and Mercy. For extreme justice is often injustice.

Sincerely,

John M Kane
The Kane Company
210 Commerce Way, Suite 300
Portsmouth, NH 03801

07-000167

| | |
|---|---|
| **From:** | Pasano, Michael S. |
| **To:** | Gonzalez, Frances; Padula, Michael D. |
| **Subject:** | Fwd: GUSTAVO ADOLFO HERNANDEZ |
| **Date:** | Saturday, September 22, 2018 8:28:31 AM |
| **Attachments:** | PastedGraphic-4.png |

GH letter.

-------- Original Message --------
From: Yann Le Rat <yann.lerat@gmail.com>
Date: Sat, Sep 22, 2018, 4:06 AM
To: "Pasano, Michael S." <mpasano@carltonfields.com>
CC: Stéphanie Doce <stephaniedoce12@hotmail.fr>, Juan Ernesto Hernandez <jhernandez@domaineselect.com>
Subject: GUSTAVO ADOLFO HERNANDEZ


To Whom It May Concern United States Magistrate Judge
Wilkie D. Ferguson, Jr. United State Courthouse 400 North Miami Avenue
Miami, Florida 33128

RE: United States v Gustavo Adolfo Hernandez Frieri
Case No. 18-CR-20685-Willimas/Torres

I hereby write today in order to describe my relationship with Mr Gustavo Hernandez.

I was leaving in Miami from 1995 to 2000 and I met Gustavo after leaving Florida, through my group of friends

I can say Gustavo is a great friend since almost 15 years. We meet 3 to 4 times per year, and every-time we meet, i can say it's with great pleasure.

We have received in our house many times Gustavo and his family, Olympia his wife and his son Gabriel and the last 2 little babies.

Not only in my house and also with our different friends in Spain and US, i can absolutely assure that Gustavo his a very educated person, carrying the best values possible of friendship, and honesty and here i would like to share an example with you.

In 2013, we lost a very dear friend Hector Rolotti who drowned in the Gange river in India. Gustavo was the first to stand up, create a group of rescue divers, ask all of us to stand by Hector's family to fund future.

This is who Gustavo is and I can only assure that I rate him as a great family man, an honest person, caring friend, respectful of people, rules and law.

Yann Le Rat
+ 33 6 99 35 00 12
French ID number: 141013101107

[cid:1DFF5EBB-2980-45A5-90BC-D6D94D8BF0E4]

Rome, 19 November 2018

To Whom It May Concern
**Unites States Magistrate Judge**
*Wilkie D. Feguson, Jr. Unite States Courthouse*
400 North Miami Avenue
Miami, Florida 33128

Re:     **United States v. Gustavo Adolfo Hernández Frier**

**Case No. 18-CR-20685-Williams/Torres**

I am Livia Malcangio, an Italian journalist, author and human rights activist, and since 1999 I work for the Permanent Secretariat of the World Summit of Nobel Peace Laureates.

I met Gustavo Adolfo Hernández Frieri in the early 1990's in Cartagena, Colombia, the first time I travelled with my family to visit our relatives there. From the moment we met, Gustavo and I established a very special bond that has carried on for decades, from our days as idealistic students sharing the passion for literature, music and human compassion, to the current times when we are both parents trying to pass along to our children these passions that define us and most importantly the love and respect for family.

My father, my brother and I have a common pride for our Colombian heritage that was rooted in our relationship with Gustavo's grandfather, Cesar Frieri, my father's uncle. Throughout the years of visiting our family in Cartagena and the times we also hosted them in Rome, I had the opportunity to enjoy many summers at the house of Gustavo's mother, Francita, who will always have a very special place in my heart, so honest, genuine and free spirited she was. Gustavo's father, Gustavo as well, was a man of few words but his presence carried a warmth and serenity that would enfold over their family. With his sisters Maria Lucia and Maria Elena I laughed a lot then and still continue doing so every time I see them, and now also enjoy seeing in their children so much of their family character.

And it is this character that permeates across Gustavo's family and that I can attest is deeply rooted in his persona. Gustavo is a reflection of a family with a tight bond carried across generations, sharing a strong sense of moral rectitude and work ethics. What I once saw as dreams in the young eyes of my cousin trying to make the world a better place and enjoy life while doing so, I have then seen him working hard to materialize. I have seen it in Gustavo throughout his law school years in Bogotá and then his economic policy study years in Paris, to the start of his career as a professor in Colombia, to his early days in Miami when starting to work with his brother Cesar. I have then seen how seriously he took his family responsibilities and became a conscientious father, so loving and committed to his children and their education.

Ironically, it happened to be here in Italy, when Gustavo and his wife Olympia came to visit with their children, during a beautiful week in which we were visiting archaeological sites in Sicily,

hoping that our children would establish the same bond of friendship to carry them throughout life, that this terrible tragedy has befallen upon Gustavo.

I know Gustavo and his moral character, I know the values that he received from his parents and grandparents, I know he will always do right.

Respectfully yours,

Livia Malcangio

The Hague, 1 November 2018

To Whom It May Concern

**Unites States Magistrate Judge**

*Wilkie D. Feguson, Jr. Unite States Courthouse*

400 North Miami Avenue

Miami, Florida 33128

      Re:    United States v. Gustavo Adolfo Hernández Frierí

               Case No. 18-CR-20685-Williams/Torres

I am Julieta Solano McCausland, a Colombian lawyer practicing international criminal law in The Hague, The Netherlands, since 2003.

Gustavo Adolfo Hernández Frieri was my boyfriend the last year he lived in Bogotá, Colombia, before he departed for graduate studies in Paris in the mid-1990s. I believe the year was 1995. I was a law student in Bogotá at the time. I developed a close relationship with Mr Hernández Frieri's family in the year we spent together, both with his mother (since deceased) in his hometown of Cartagena, where I was an occasional visitor at the family home, and with his sisters, with whom he lived in Bogotá and whom I saw frequently given that my own family lived elsewhere at the time.

My family and Mr Hernández Frieri's come from neighbouring cities in Colombia – I from Barranquilla, he from Cartagena, an hour's drive away – and in addition to my having known his family for a long time, we have common friends from our law school days, from the same region of the country. It is on this account that I have a very solid grasp of the environment and morals Mr Hernández Frieri was raised in and of the values instilled in him by his parents, both of whom were upstanding citizens. In the mid-1990s Mr Hernández Frieri was a devoted son and brother who took his family responsibilities seriously, including to the then-young son of his eldest sister, who was a single mother at the time. Mr Hernández Frieri was a serious thinker and a conscientious man, preoccupied

with the weightier questions in life. He seemed, if anything, older than his years. He was loyal to his friends, and displayed a deep-rooted, sincere attachment to them, in particular to those with whom he had ties going back to childhood. I observed Mr Hernández Frieri's relation with them first-hand and recall that the feeling was mutual, with his life-long friends having a certain admiration for his academic and professional accomplishments and evident promise, and valuing his counsel as that of a mentor's.

I lost direct contact with Mr Hernández Frieri after he, and then I, left Colombia for good, so I cannot speak about his life in the last decade, but I can say that the man I knew had deeply-rooted, high moral values, and an aspiration to do right by those around him, both in his family and beyond.

Respectfully yours,

Julieta Solano McCausland



Hola yo soy Julia Mendoza
tengo 75 años

trabaje 56años con la familia
hernandez frier

una familia de muy buenos principios
donde fué criado Gustavo Hernandez
Lo recuerdo como ese niño tan
cariñoso respetuoso cariñoso
Lo conosco desde su nacimiento
y recuerdo cuando llegaba del
colegio y me daba un abrazo tan tierno
que lo recuerdo siempre
fue un buen hijo
quiero que atraves de esta carta conozcan
este gran ser humano
Pido clemencia a la juez en su sentencia
el esta muy arrepentido y su vida la
dedicara haciendo el bien
            Julia Mendoza

Hello, I am Julia Mendoza and I'm 75 years old. I worked with the Hernandez Friery family for 56 years. A family of good principles which Gustavo Hernandez was raised in. I remember when he was a child so loving, respectful, and caring. I have known him since birth and I remember when he would return from school and would give me such a tender hug which I always remember. He was a good son. I hope through this letter you get to know this amazing human being. I ask the Judge for clemency in his sentencing. He is very remorseful and his life is dedicated to doing good.

Julia Mendoza

07-000132

000476-02

April 10, 2021

The Honorable Kathleen M. Williams
Re:     United States v. Gustavo Adolfo Hernandez Frieri
        Case No. 18-CR-20685

Dear Judge Williams:

I have known Gustavo for almost two decades. I am a Cuban-American that immigrated to this country from Venezuela, where I lived from the time I was six months old until 1980 when I was 13. I worked my way through high school and was a scholarship student at Ransom Everglades. I graduated from the University of Miami in 1989. I have worked in the financial industry since 1993 when I received my MBA from The Wharton School of the University of Pennsylvania. Over the last 28 years I rose through the ranks and eventually ran Private Equity Coverage and Leverage Finance Businesses for UBS, Lazard and Macquarie, all large global financial institutions, thus I have a unique perspective and understanding of the case that I will explain below. Today I am the Founding Partner of Superblue, a Public Benefit Corporation in experiential art, with its first location near the courthouse in Allapatta.

I have spent a lot of time thinking about the legal system in our country in these turbulent times. The Webster definition of Justice is: *"the maintenance or administration of what is just especially by the impartial adjustment of conflicting claims or the assignment of merited rewards or punishments."* Retributive Justice, in its most basic form, is that the punishment is proportional to the crime and that victims receive compensation. So the question before you is how much is enough punishment for someone who made a mistake in an otherwise unquestionably exemplary life? Who are the victims and what should they receive?

Gustavo's businesses are bankrupt. His reputation is destroyed. He has spent three years in jail or house arrest. The collateral damage to his now ex-wife and three young children and the rest of his family and close friends is material. The negative ripple effects to the charitable work he did, some of which I will address below, is immeasurable. I hope you will agree that he, and by extension his family, have more than paid the debt to society his one mistake may have caused.

The broader Venezuelan corruption case has a country full of victims, but as is now completely clear, Gustavo had no role in that. The US Attorney investigated all of his businesses. There were over 50 additional investors (including US institutions like Blackstone) and almost $300 million of additional invested capital in the fund. The US attorney brought no additional charges against Gustavo or any of the other investors. The money he was indicted for receiving never left the fund. The fund was clearly not a "fake fund" and Gustavo was clearly not a "professional money launderer" as the original indictment stated and has been repeated in the press. But that is what most of the world thinks of him because that is what the US government called him when he was indicted. Two decades of work have been destroyed because of one mistake.

As mentioned, my understanding of this case is likely deeper than most. Money laundering was a constant worry in my business. It was of particular interest for me to see that UBS, the 3rd largest investment company in the world, is where the funds came from into the Gustavo fund. To put that in perspective, they are larger than Fidelity and JP Morgan Chase and regulated by the same Government Agencies in the USA (SEC, FED, FDIC, OCC, CFPB, among others), as well as multiple agencies all over the world. To quote their Annual Report: *"Failure to maintain and implement adequate programs to prevent money laundering and terrorist financing could result in significant legal and reputation risk."*

Given my experience as a Managing Director and Group Head at UBS, I can speak with some authority that the UBS Know Your Client ("KYC") processes are robust. They spend billions, with a "B", in their legal department per year. Just in 2016 UBS spent $800 million in litigation and legal expenses *from outside providers*. Having been involved in hundreds of KYC reviews over my career, I can say with credibility that the expectation is that money coming from a financial institution of UBS's stature has been thoroughly vetted. I have not seen UBS indicted in any way in this case, yet the money came from them.

But who is Gustavo? He is human. Humans make mistakes. There is not a single person I trust more and that has had a bigger impact on my life than Gustavo. Gustavo and I were business partners in several investments. I consider him my brother and uncle to my 19 year-old daughter Maia. He is more than just a friend, he has taught me how to be a better friend. Olympia and the kids I consider as my family. As I am certain this court will find with the many letters it will receive, Gustavo has deep friendships and many ties to our community. In particular I hope you read the letter my daughter Maia is sending you. It made me cry over and over for several hours after I read it.

There is no better example of the quality of human being that he is than his work with TECHO, a not-for-profit group that builds houses and community centers for the poor in Latin America. Gustavo first exposed my daughter and I to the group at his oldest son's baptism, where he asked that no gifts be given but only donations to TECHO, and that he would match all donations. He also invited the more adventurous to come and help build some houses during the baptism weekend. My daughter Maia went as an 11 year-old, and it has changed her life. I hope you read her letter, whatever I say here will never match-up to that. Maia's mother, Ines, also got involved with Techo and raised money in Ecuador and her native Argentina. The ripples of Gustavo's generosity are widespread.

Together, but led by Gustavo, we organized TECHO fundraisers In New York and Miami over five years and raised over $2 million. This led to the improvement of the lives of thousands of the poorest families in Latin America. For most, the house we helped build was the first non-dirt floor they had ever slept on. We unfortunately have had to cancel the fundraisers we had scheduled for 2018, 2019 and 2020 because of Gustavo's arrest. If we had maintained our fund-raising pace that would mean an additional $2+ million. Those are over a thousand homes for the extreme poor that will never be built.

But the money is only part of the story. Through the NY and Miami fundraisers we exposed some of the wealthiest and most privileged people in the world to a different reality. Dozens of these families made the trips to build houses for the extreme poor. One very wealthy family even did a trip in lieu of a Bar Mitzva for their child. None of this would have been possible without Gustavo's generosity and vision.

Our business ventures in the wine and spirits space collapsed after Gustavo's arrest. In the process of unwinding, that is still on-going, Gustavo has been more than helpful even though he has nothing to gain. Even in the most extreme case I can imagine of something taking precedence, his time has always been available.

I mentioned earlier in this letter that he taught me how to be a better friend. Over the years I started to notice that he would never miss a birthday or anniversary of any of his friends. All the while I missed many. My always busy schedule giving me the excuse to not get on a plane to make a 40th birthday, a 10th anniversary, a baptism, a wedding, or a funeral. But when my father died a decade ago, I flew home to be with my mother and family for the funeral. As I walked out of the church the first person I saw was Gustavo; he had also flown in to be there. I remember that I had not cried since my father's death, but that gesture of being there made me break-down, and I will never forget it. Gustavo is THE friend I know I can always turn to, and if anything ever happened to me, I would want him to take care of my daughter.

As an immigrant, we tend to love this country and its institutions more than most. Immigrants don't take the functioning of government for granted given where we come from. But this case has shaken that belief for me.

The power you hold to impact Gustavo's, and even more importantly, the future of his three children (between 6 and 9 years old), is absolute. Someone with his intelligence and drive can better serve society by using his talent and energy by doing the community service he was already doing prior to his arrest, than additional jail time.

I hope you help get Gustavo home to his family. Gustavo has suffered enough. His ex-wife Olympia and his three kids Gabriel, Francesca, and Alexandre have suffered enough.

Sincerely,

Jorge Mora

# NAGEL GALERIE DRAXLER

November 20, 2018

To Whom It May Concern
United States Magistrate Judge
Wilkie D. Ferguson, Jr. United State Courthouse 400 North Miami Avenue
Miami, Florida 33128
Re: Case No. 18-CR-20685-Williams/Torres

My name is Christian Nagel, born 6th December 1961 in Munich. Together with my wife and business partner Saskia Draxler I am running galleries for contemporary art in Berlin and in Cologne, Germany. I am working as a gallerist since 1986.
The standard of our galleries can be rated highly, as we represent international well-known artists. We participate in the most important international art fairs.

At Art Basel Miami Beach in 2001, I first met Gustavo Hernandez Frieri. He came to my booth, asked for a painting, which he not much later bought. This was the beginning of a long acquaintance. Already in the first year he invited me to his home and introduced me to his later wife Olympia Castro. We mainly spoke about art, literature and music and I saw that this young banker had an enormous background in culture.

Gustavo has a very worked out and detailed knowledge in a lot of important human fields and is an empathic thinker. In our many discussions about art and culture I learned that he is a man with highest ethical standards. It seems to me that he also transfers these high standards to his activities in the business world.

Gustavo is a very sensitive man who cares about the people and his environment. In all our encounters, he acted honest and trustful.

I am proud to say, that over the years we became close friends, and I can say for sure: I'll take my oath for him.

Respectfully Yours,

Christian Nagel

Galerie Nagel Draxler GmbH
Brüsseler Str. 85
50672 Köln
T: +49 221 257 0591
F: +49 221 257 0592
koeln@nagel-draxler.de
www.nagel-draxler.de

Die Gesellschaft ist im Handelsregister des Amtsgerichts Köln unter HR B 90923 eingetragen.

MONICA NEUMAN
199 BRATTLE STREET
CAMBRIDGE, MA 02138
(617) 697-5987

September 26, 2018

United States Magistrate Judge
Wilkie D. Ferguson, Jr. United State Courthouse
400 North Miami Avenue
Miami, Florida 33128

Re: Case No. 18-CR-20685-Williams/Torres

To Whom It May Concern:

My name is Monica Neuman, and I've known Gustavo Hernandez for 18 years. Gustavo and my husband are childhood friends, and through that relationship I met and have come to know Gustavo (as well as his wife and three children) very well.

I can say without reservation that Gustavo's priority is and will always be his family and those friends that he considers, and has always treated as family. I consider myself as being within that nucleus, and over the years our respective families have enjoyed many holidays, special occasions, and travel together, and we have also benefitted from having his and their presence during challenging times, such as when my father passed. Despite residing in different cities and requiring unexpected same-day travel, his face was one of the first I saw as I walked into my father's memorial service, something I will never forget. In a moment of need from either his family or friends, he will be there, unequivocally and unconditionally.

Friends are the family you choose, and we chose Gustavo and his family. In more recent years, we asked Gustavo to be the Godfather of our youngest daughter. We did so confidently knowing that we share the same core family values that we try to impart onto our children, and we trust him to set the right example for them alongside William and I.

For his family and friends first and foremost, as well as for himself, I am confident that Gustavo will face this challenge and see this entire process through, from start to finish. I trust that he will, based on the person that he is, and I sincerely hope that this letter helps inform a reader who does not have the benefit of that firsthand knowledge.

If I can provide any additional helpful insight, please do not hesitate to reach out.

Thank you for the opportunity to present this letter in support of Gustavo Hernandez.

Monica Neuman

October 1, 2018

To Whom It May Concern
United States Magistrate Judge
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Miami, Florida 33128
Re: Case No. 18-CR-20685-Williams/Torres

Dear Sirs,

I have known Gustavo since childhood. My wife and I are proud godparents of two of Olympia and Gustavo's three children. Gustavo and I grew up in the same city, Cartagena, and went to the same elementary and high school. He is one of my dearest and most trusted friends, akin to a brother.  His love for his family, generosity and work ethic have always been guideposts for me. When I heard the allegations made against Gustavo they seemed to me completely out of character. I have always known Gustavo to abide to the law and he has never made any direct or indirect suggestions otherwise. I would be hard-pressed to find someone with greater personal and professional integrity. I have no doubt that you will find this confirmed by the overwhelming support in the letters of recommendation that you will receive from Gustavo's friends and family.

More than most people I know, Gustavo is fully committed to his family. This commitment is what keeps him positive and moving forward despite his current situation. The times that I've been with him and his family, be it in Miami or elsewhere, there is nothing he seems to enjoy more than engaging in conversation with his children and wife. I once heard him having a 15 minute conversation with his son, Gabriel, about why thunder lights-up the house before you hear the rumble. Another activity that is prevalent in the Hernandez household is book-reading; you will often find Gustavo flanked by his three children in pajamas pouring over a Dr. Zeus book. Gustavo's presence is incredibly important for his children.

Gustavo is generous and kind. He is deeply involved in charity, frequently taking his family, and inviting friends, to build houses in poor neighborhoods in Latin America. I've seen him completely covered in mud, hammering a house pylon into place so that families that previously lived in a swamp can have decent housing.  Through his fundraising efforts, hundreds of families that were previously homeless now have a house they can call their own. I admire the fact that Gustavo personally goes and builds these houses, inspires others to go build, and gets to know the families that he is building the houses for.

I have always admired Gustavo's work ethic, discipline and persistence. Since an early age I remember Gustavo always working harder than everyone else. Since he was in elementary school he was one of the best in his class; he put in the extra time, was always intellectually curious and eager to grow academically. In high school, when the lunch bell rang and everyone ran out of the classroom, Gustavo would stay behind going over his philosophy notes and thinking the lesson through. When he had his first job in Bogota, Colombia, he would always stay later than everyone in his office, finalizing his work

and going beyond what was asked of him.  Gustavo has never believed in cutting corners or putting in the least amount of work that is required. Hard work and persistence have been his ethos with the goal of sharing the fruits of his work with his family and helping underprivileged families in South America.

In sum, based on the 40+ years that I've known Gustavo, the charges made against him seem completely out of character and I hope that this terrible injustice be resolved as soon as possible.

Please let me know if I can be of any further assistance.

Regards,

Francesco Noero

## FACIAL PLASTIC AND RECONSTRUCTIVE SURGERY
### WILLIAM NUMA, MD, FACS

38 NEWBURY STREET                                       11 SHORE ROAD
BOSTON, MA 02116                                  WINCHESTER, MA 01890

617.694.6678
617.224.4674 (f)

September 23, 2018

To Whom It May Concern
United States Magistrate Judge
Wilkie D. Ferguson, Jr. United State Courthouse 400 North Miami Avenue
Miami, Florida 33128
Re: Case No. 18-CR-20685-Williams/Torres

My name is William Numa. I am a practicing surgeon in Boston, Massachusetts.

I have known Mr. Gustavo Hernandez for the past 30+ years.

We both grew up in the small town of Cartagena, Colombia where we attended the same elementary and high school, several years before migrating to the United States. It is through this profoundly close first-hand knowledge of this most forthright, honest, and exemplary family man that I can confidently and wholeheartedly vouch for his moral character, and truthfulness.

Gustavo is a principled human being. Indeed honest, reliable, responsible, and loyal do not adequately begin to convey the entire picture of his qualities. Throughout the course of my life I have met and interacted with numerous people from many walks of life, both personally and professionally. I can confidently state without hesitation or fear of overstating that I know of no one else— including any of my current and former laureate colleagues and mentors, both in Medicine and Academia, with all their accolades— whom I would trust more than Gustavo as a caring, honorable, responsible, and truthful individual.

Rather than enumerating examples of his outstanding character and moral fiber, as the ultimate testament of our trust and confidence in his impeccable judgement, both my wife and I had decided some time ago to entrust Gustavo with becoming the Godfather to our third child, and playing a role in the upbringing of our children as their moral compass— should my wife and I were to pass before our children reached adulthood.

Please do not hesitate to reach out should you require any additional information or clarification from me. I can be reached directly on my personal mobile number at (617) 697-5387 and/or at my email at william_numa@meei.harvard.edu

Respectfully yours,

William Numa, MD, FACS

To Whom it May Concern
United States Magistrate Judge
Wilkie D. Ferguson, Jr. United State Courthouse
400 North Miami Avenue
Miami, Florida 33128

Re:   United States v. Gustavo Adolfo Hernandez Frieri
      Case No. 18-CR-20685-Williams/Torres

My name is Andrés Felipe Renneberg, a Colombian citizen.

I write this letter as a volunteer act and with the specific interest to offer this court an
opinion about Gustavo Adolfo Hernandez Frieri.

I have known Gustavo for 13 years as a result of my professional exercise in the
Colombian stock market, where I had different job titles and functions for over 20 years
until 2012.

From the very beginning I identified Gustavo as a very smart colleague with high social
skills that allowed him to be very effective when developing trusting relationships with
clients, something that is instrumental in the stock market.

Not only did he stand out professionally, but also as a friend. With the passage of time I
became much closer to him and found important personal and family values I could relate
to. Gustavo is a loyal person, a great colleague, generous and with a concept of family and
honor that allow him to stand out even more among people.

I had the fortune to work close to him during my years in the stock market and in that time
we maintained a close relationship based on everything we shared both at work and
personally. Something important to highlight and that caught my attention is that he did not
focus on the company only because of the utility of the business, but as a tool to generate
well-being for third parties and the community.

Without doubt, I give a vote of confidence for Gustavo and I hope that this court takes this
communication into consideration.

Respectfully,

Andrés Felipe Ortiz Renneberg.
CC 79.524.436

The Honorable Kathleen M. Williams

    RE: United States v. Gustavo Adolfo Hernandez Frieri
    Case No. 18-CR-20685-Williams

Dear Judge:

My name is Dario Pacheco Angulo and I am an entrepreneur from Colombia. I have known Gustavo since the year 2000, when he arrived in the United States full of enthusiasm to pursue the American Dream. I have, since the first day we met, admired his ability of being an exceptional family member, attentive, disciplined, always aware of the fine details and always eager to learn from famous historical figures. Gustavo has been a major influence in my life, having made sure to be there for me during important life decisions. There are plenty of those moments that I could tell you about, but there is one in particular that I'd like to bring to your attention: a difficult time after my father had committed suicide. Gustavo remained close to me with kind words of encouragement and gave me the right advice, as well as infinite support, to help me stay sane. I will never forget how loving and caring he used to be with his parents, Gustavo and Francita, as I had the chance to witness infinite gestures of love and kindness towards them.

It would also be impossible to not shower Gustavo with praise when it comes to his professional career; there has not been a position in which he has not done well, and where he has not left an excellent impression. However, this aside, it is important to mention Gustavo the *human being*, the father, the husband, the brother, the uncle, and the friend. A human being, with a big heart who has had to armor himself with incredible amounts of courage to be able to keep battling.

Honorable Judge, I do hope that with this letter I'm able to demonstrate a side of Gustavo which although for most is unknown, a select few are able to know and cherish his greatness.

I am thankful for the opportunity to write this letter. Always and today, we will support Gustavo during this tough journey. I deeply hope, honorable Judge, that through this letter and similar, we are able to show the sort of person that Gustavo has been through his time on this earth.

With love,

Dario Pacheco A

07-000150

**Tim Quandt**

To Whom It May Concern
United States Magistrate Judge
Wilkie D. Ferguson, Jr. United State Courthouse
400 North Miami Avenue
Miami, Florida 33128

September 22nd, 2018

*Re: Gustavo Adolfo Hernandez Frieri*

To Whom It May Concern:

I have known Gustavo Adolfo Hernandez Frieri since 2006 and have been close to him ever since. Gustavo and I met in New York City through my wife Barbara Quandt, who is friends with Olympia de Castro, Gustavo's wife. Olympia and Barbara met at work at Goldman, Sachs & Co. in New York in 2006, where both of them worked in the Investment Banking Department. Since then we have spent considerable amount of time together, including a number of family vacations.

My family and I are based in New York City and I am an Investment Banker, more specifically I advise publicly listed companies on strategic matters, such as mergers and acquisitions.

Since day 1 of meeting Gustavo he always stood out for his incredible honesty, kindness, commitment, respectfulness, reliability, loyalty but foremost his trustworthiness and devotion to his family and close friends. He is a true gentleman, extremely cultured with a strong interest in learning and continuously broadening his horizon.

Gustavo is very caring and highly committed to support people less fortunate, in particular in South America. For example, we have gone on joint trips together to build homes in the slums of Colombia.

As a friend, I felt that I could always rely on Gustavo, no matter what, and that he always acted with the highest moral standard.

From my perspective, Gustavo demonstrated all these qualities throughout his personal as well as professional life. In summary, Gustavo is a great and trustworthy person.

Yours faithfully,

Tim Quandt

**945 Fifth Avenue  Apartment 8-A  New York  NY 10021**
**E-mail: tim.quandt@gmail.com**



RAVENTÓS i BLANC
VITICULTORS DES DE 1497
CONCA DEL RIU ANOIA

To Whom it May Concern
United States Magistrate Judge
Wilkie D. Ferguson, Jr. United State Courthouse
400 North Miami Avenue
Miami, Florida 33128

To Whom It May Concern

I remember meeting Gustavo Hernandez at a Techo event in Italian Wine Merchants (IWM) in November 2011. We were introduced by Chris Deas, who was MD of the IWM at the time. He told me, Pepe you need to meet Gustavo, he is a very strong wine lover and a great person. From that day, Gustavo and his wife Olympia have been dining at home, we have been at theirs, shared many family times and traveled together in Spain.

Gustavo Hernandez Frieri has been extremely generous with his time and knowledge to us during our five years internship in New York from 2011 to 2017. His integrity and human values have been a constant during all our encounters. His love to his friends and family an attitude I have always admired and been inspired by.

Gustavo is an extremely caring person, exigent and trustful with all the encounters we have shared. I will be very happy to testify on Gustavo's behalf.

September 14, 2018

*pepe rauentos*

Plaça del Roure · 08770 Sant Sadurní d'Anoia · Barcelona · Spain
T +34 938 183 262 · F +34 938 912 500
www.raventos.com

*Luis Felipe Rodriguez*
*Personal*

Caracas, September 13th, 2018

To Whom It May Concern
United States Magistrate Judge
Wilkie D. Ferguson, Jr. United State Courthouse 400 North Miami Avenue
Miami, Florida 33128

Re: United States v. Gustavo Adolfo Hernandez Frieri Case No. 18-CR-20685-Williams/Torres

I have known Mr. Gustavo Adolfo Hernandez Frieri in a variety of capacities for over 15 years. Throughout our relationship, I have found Mr. Hernandez Frieri to be an individual of exceptional character. I can attest that his character, strength, actions, and good reputation reveal an outstanding human being and his exemplary have produced exceptional outcomes as a good friend, a good son, a good parent and a good citizen.

Please do not hesitate to contact me if you have any further questions.

Sincerely,

Luis Felipe Rodriguez
+584122016040
lfrodriguez@alenet.com

Dear Judge Williams,

My name is Gabriela Vargas Hernandez, I was born in Bogota Colombia in May of 2005, I am the eldest daughter to My uncle Gustavo's youngest sister. I was around 13 years old when this all began and I did not really understand what was happening and didn't know what to think or how to feel. Everything happened very fast and I was so confused. As the time passed and I grew older, I began to understand the situation, the case, everything. And it took me a long time to be able to write this and feel that what I was saying was truthful and came from the heart. This letter highlights my effort to show you that my uncle is so much more than the mistakes he made, and that he has much more to give this world and his family than what life's circumstances will ever allow him to.

Judge Williams, I have always been keen to learn and understand everything that is happening around me. It gives me clarity and peace to know and have all of the facts before I say anything, much less to a respected judge like yourself. I think that thirst for knowledge and that passion for understanding I inherited from my uncle. I know it sounds odd that I have read everything there is to this case, but I want to know what is happening, I think it is very important to understand things before you start writing letters, especially because this letter means so much to me and my family. After reading all of this I understand the impossible position you are in, and I don't want you to have to read yet another letter telling you how much he has impacted my life and what he has done. While all of this is true and very important, I want to talk to you about something that he taught me, something far more important, and that I think both you and him will find more valuable than just telling you fond memories and life lessons.

My uncle has always been a little different from my other aunts and uncles, he was always prioritizing our learning and having a proper education. Something that he taught me from day one that has stuck with me always was being honest and confronting challenges head on, as well as always having your facts straight. I think this incredible knowledge is not entirely due to the fact he is endlessly learning, even though he is all of this, all of his amazing qualities are heightened by the immense compassion and love he holds inside his heart, even though his way to show others love is by sharing his knowledge and not necessarily hugs and kisses, it does not mean that he is much less loving of his family. He has made mistakes in the past, like all of us humans do, it's in our nature, but something that i want to see him do despite all his flaws and mistakes, is teach my cousins all that he has taught me.

I know he is a good man, he is the man that has taught me how to use my brain, he is one of the people i have the most respect and admiration for, he has taught me more in my almost 16 years of life than most people do in their entire lifetime. I want that same smart, ambitious, and compassionate man to teach all he has taught me to my cousins.

I remember how excited I would get every time my uncle would come to Colombia. He would come and stay for a week or two and the biggest excitement was to see what book he had brought over this time for me. I remember that as a kid I was obsessed with the Mr. Man and Little Miss book collections, I loved them and begged my mom and dad to buy them for me for months. I remember one time he came over to Colombia and when I got home from school he was waiting for me and took me to my room where he had set the 2 collection boxes, these huge boxes filled with the tiny little books in all their glory, even the special edition ones were there, I keep both collection boxes to this day. I want his kids to get that immense euphoria I felt when he opened those two boxes.

Some of the common ground I have always had with him was knowledge and education. He always made sure I was doing something to contribute to my own growth, he would always say " do something that will impact your life" "make use of that amazing brain you have" " read something instead of staring into your phone the whole day". That stuck with me my entire life. I also remember having long conversations as a 12 year old girl about topics a 12 year old girl probably has no knowledge of. That is something I admire him for, his ease to learn and later talk about these topics with an incredible amount of understanding. He was never an expressive man, he was always more serious than my other uncles and aunts, his way of showing his love and affection was through teaching me and giving me a purpose for everything I did and accomplished.

I also know that he wants me to grow much more than academically, he wants me to grow as a person, to learn how to help others, to teach me and my cousins that in this world, it is far more important to help others and to grow as people than to grow intellectually. For the 3 baptisms of my cousins, we went to build houses for the less fortunate around Colombia with TECHO. I think that he decided to give this very important celebration such as the baptism of his children to help others and give us the chance to help others. The first time I was so excited to be working with other people and getting my hands on, i was very small so i don't remember much but the second time happened 3 years ago. I remember that I was so excited to go back. It was the most amazing experience, I remember how he said, " this is to help someone else, not for you to feel better". This is another value that stuck with me and that hopefully my cousins can get to.

I think this trial is much bigger than my feelings, my opinions, my personal experiences with my uncle. This is much more about how I got a loving uncle who taught me endless life lessons, life lessons that I hope he will be able to teach his children He has always been a present father, one that made a large impact in the lives of all my cousins, the eldest is around 9, and even though that is not a long time for my uncle to have taught him as much as he taught me or my older cousins, he still made a large impact on him . He is so smart and loving of books and knowledge, just like my dad. I wish that he could teach him and my other two cousins as much as he has taught others. I want them to get that loving man I grew up with. When this case first started, and my Uncle Gustavo was arrested, I remember my mom, sister and I went to miami for a while to help out with everything, you could feel his absence resonating through the house. I know it is not for me to decide but hopefully that emptiness will not last much longer.

It is so astounding seeing that one single person will decide whether or not I see someone for a long period of time. Judge Williams, I am asking you to please have mercy and compassion for my uncle, and also to see the bigger picture, one bigger than the mistakes he has made, one even bigger than the issues in our world, the picture where love reigns true. The love he has for his children and how much that love is needed by them, and how all of this is much bigger than my personal opinion about everything. It is much bigger than the mistakes and the wrongs of this world. Hopefully, Judge Williams, I respectfully request that you please impose the least severe sentence on my uncle so that we can all have him back with us soon. So that loving uncle can see me graduate, so that amazing father can see his children grow up, and so that this amazing person can continue to grow as a person and continue to learn from the world
Sincerely,
Gabriela Vargas Hernandez

Houston, TX
October 8, 2018

## TO WHOM IT MAY CONCERN

**UNITED STATES MAGISTRATE JUDGE Wilkie D. Ferguson Jr.**
**United States Courthouse**
**400 North MiamiAve.**
**Miami, FL. 33128**

**Re: UNITED STATES vs. GUSTAVO ADOLFO HERNANDEZ FRIERI**
**CASE No.18-CR20685 Williams/Torres**

This letter is in reference to Mr. Gustavo Adolfo Hernandez Frieri.

My name is Roberto Velasco, I am a Colombian/American national, Dentist (prosthodontist) with a very successful practice in Houston, Texas.

I have known Gusti (Gustavo) for the past twenty-something years and now that this horrible news have arisen around his name I am mesmerized to hear them. I met Gusti and his whole family back in Cartagena almost 30 years ago. His Mom and Dad were exceptional people that come from a wonderful family filled with the most traditional and special values. Gusti was brought up in this family where love and values were ahead of self.

For this reason Gusti has always been a very involved family man, not only to his immediate family but too his extended also; we have always known him to be extremely loving, giving and involved.

Gusti has always struck us as a very honest person of extremely good character. I just hope that this sour moment goes by without affecting him and his family more than what it already has.

Sincerely,

Dr. Roberto Velasco
Houston, Texas