*Proportionality Among Sentences and Avoidance of Unwarranted Disparities*

| Case | Plea / Resolution | Revenue/Bribe Amount | Profit Amount | Guideline Range | Sentence | % of Guideline |
|---|---|---|---|---|---|---|
| *U.S. v. Luis Javier Diaz and Luis Diaz Jr., 17 Cr. 0077 SDNY*<br><br>Assisted in the laundering of Venezuela related fraud monies. | Convicted at trial of Money Laundering and Operating an Unlicensed Money Transmitting Business. | $100,000,000 | $1,000,000 | Level 34: 151-188 months | 4 months<br><br>8 months | **2.5% of guideline**<br><br>5% of guideline<br><br>Without any cooperation credit |
| *U.S. v. Maria de los Angeles Gonzalez, 13-Cr-00901 SDNY*<br><br>Venezuelan Official that received bribes to facilitate fraudulent transactions. | Pled to (1) conspiracy to violate the Travel Act, (2) conspiracy to commit money laundering, (3) direct and aiding and abetting/causing violations of the Travel Act and (4) money laundering. | $60,000,000 | $9,000,000 | Level 41: 324-405 months | 12 months | **3% of guideline** |
| *U.S. v. Tomas Alberto Clarke Bethancourt, 13-cr-670 SDNY*<br><br>Paid bribes to facilitate fraudulent transactions with Venezuelan State-owned entities, and assisted in the laundering of the bribe payments. | Pled to (1) conspiracy to violate the anti-bribery provisions of the FCPA, conspiracy to violate the Travel Act, and conspiracy to commit money laundering; (2) direct and aiding and abetting/causing violations of the anti-bribery provisions of the FCPA; (3) direct violations of the Travel Act; (4) money laundering; (5) conspiracy to obstruct justice; and (6) conspiracy to violate the anti-bribery provisions of the FCPA. | $60,000,000 | $5,788,424 | Level 43: Life | 24 months | **5% of guideline** |
| *U.S. v. Christian Javier Maldonado Barillas, 15-cr-00635 SD Texas*<br><br>PDVSA employee that received bribes to facilitate fraudulent transactions. | Pled to conspiracy to commit money laundering. | Unavailable | $165,000 | Level 17: 24-30 months | Probation | **0% of guideline**<br><br>Without any cooperation credit |
| *U.S. v. Moisés Abraham Millán Escobar, 16-cr-009 SD Texas*<br><br>Paid bribes to facilitate fraudulent transactions with Venezuelan State-owned entities, and assisted in the laundering of the bribes. | Pled to conspiracy to commit money laundering. | Unavailable | $533,579 | Level 19: 30-37 months | Probation | **0% of guideline** |
| *U.S. v. José Luis Ramos-Castillo, 15-cr-00636 SD Texas*<br><br>Venezuelan Official that received bribes to facilitate fraudulent transactions. | Pled to conspiracy to commit money laundering. | Unavailable | $10,319,317 | Level 27: 70-87 months | 18 months | **21% of guideline** |
| *U.S. v. Darwin Enrique Padrón Acosta, 16-cr-00437 S.D. Texas*<br><br>Paid bribes to facilitate fraudulent transactions with Venezuelan State-owned entities, and facilitated the laundering of the bribe payments. | Pled to conspiracy to commit money laundering. | Unavailable | $9,052,398 | Level 27: 70-87 months | 18 months | **21% of guideline**<br><br>33% credit |

1