

# Chronology of Events: 2001 to 2015

**Global Securities (GS) and G. Hernandez History**

- GSG (Global Securities Group) Founded — 1999
- SMV / PCG (SMV Registered Broker Dealer) — 2000
- FINRA / GSI (U.S. SEC Registered Broker Dealer) — 2002
- GSA (U.S. SEC Registered Broker Dealer, FINRA member) — 2003
- sfc / GSC (SFC Registered Investment Advisor) — 2005
- SMV / GSTF (CIMA Registered Global Securities Trade Finance Fund) — 2006
- GSA (U.S. SEC Registered Investment Advisor) 
- SFC Registered Investment Bank Global Securities CDB

**+15 YEARS – LEGITIMATE, REGULATED & LICENSED INVESTMENT BUSINESSES WITH NO INVOLVEMENT IN FRAUDULENT SCHEMES**

**PDVSA Frauds involving ORTEGA and the CONFIDENTIAL SOURCE**

- **2010-2012** — ORTEGA BRIBERY SCHEME # 1 — $4.2 BILLION — $10,000,000 bribe*
- ORTEGA BRIBERY SCHEME #2 — $5,000,000 bribe*
- ORTEGA BRIBERY SCHEME #3 — $5,000,000 bribe*
- **2012-2014** — MONEY FLIGHT — ORTEGA, the CONFIDENTIAL SOURCE et al BRIBERY SCHEME # 4: $1.2 BILLION
- C.S. receives $100,000,000 of PDVSA to distribute between him, Ortega and others

*As per the DOJ's Complaint and ORTEGA's Factual Proffer

## Mr. Ortega and his Banker the Confidential Source Invested in GSTF Fund Just Like Any of Its Other +50 Investors since 2006

- The investments into the GSTF Fund **cleared AML/KYC controls** performed *independently* by third party U.S. Regulated Financial Entities*

- **Prior** to investing in the GSTF Fund, both clients **already** had their monies invested in their respective bank accounts, **under their names**. Mr. Hernandez had **no involvement** with their investment accounts.

- The monies subscribed in the Fund were **invested legitimately** by the Fund and **remained invested in the Fund** at the time of Mr. Hernandez's arrest, 2 years after

  ✓ NO shares/monies transferred to third parties

  ✓ Loans to investors for <20% of their investment, **much less** than what all other GSTF investors borrowed against their investments

  ✓ Exact **same terms/fees** for all other +50 investors since 2006

\* KYC/AML: Know Your Client; Anti Money Laundering Controls



# Mr. Ortega and his Banker the Confidential Source Invested in GSTF Fund Just Like Any of Its Other +50 investors since 2006

## 1. BANK ACCOUNT



- Mr. Ortega and his banker the C.S. had bank accounts that pre-dated them meeting GH in 2016.

## 2. INVESTMENT INTO GSTF FUND



- Mr. Ortega and his banker the C.S. requested their banks to invest in GSTF
- The investments cleared the same controls KYC/AML* performed by independent U.S. entities for all other investors:
  1. U.S. Fund Administrator: Apex Fund Services
  2. U.S. Fund Custodian Bank: City National Bank

## 3. GSTF FUND INVESTS CAPITAL



- GSTF Fund made legitimate investments with the capital, just like all investments made for its other investors

## 4. SHARES IN GSTF FUND




- Mr. Ortega and his banker the C.S. received their GSTF Fund shares equivalent to their investments



*KYC/AML: Know Your Client; Anti Money Laundering Controls

**Investment in GSTF Fund by ORTEGA and the CONFIDENTIAL SOURCE**

✓ Prior to investing in the GSTF Fund, both clients already had their monies invested in their respective bank accounts, *under the names* of each client

✓ The investments made by both clients in the GSTF Fund cleared every AML/KYC control* performed *independently* by regulated U.S. entities

✓ The monies invested in the GSTF Fund by both clients were invested legitimately, and remain invested in the GSTF Fund

\* *KYC/AML: Know Your Client; Anti Money Laundering Controls*