Gustavo's work with TECHO.org – Examples:

**Cartagena 2012 - Community Works**

We built houses for 100 families

~60 Gustavo's friends and family plus 90 youth volunteers

**Costa Rica 2016 - Community Works**

We built houses for 10 families

~40 Gustavo's friends and family plus 70 youth volunteers

**Cartagena 2018 - Community Work**

We built houses for 10 families

~90 Gustavo's friends and family plus 120 youth volunteers

Gustavo's Hands-On Philanthropic Work For





TECHO, meaning roof in Spanish, is a youth-led **nonprofit organization in Latin America and the Caribbean.**

TECHO seeks to overcome poverty in slums, through collaborative work between slum residents and volunteers.

TECHO mobilizes youth globally and empowers slum residents, transforming slums into organized and sustainable communities.

TECHO is convinced that *poverty can be permanently eradicated* if society as a whole recognizes poverty as a priority and actively works towards overcoming it.

- *80,000+* volunteers mobilized every year with
- *8,000* permanent positions
- *1,000,000+* volunteers mobilized to date
- *620+ SLUMS* are worked at everyday
- *17,000+* adults graduated in skills training programs
- *26,000+* Children participated in educational programs
- *111,000+* transitional houses built
- *7,000+* permanent houses built

## TECHO

THE REALITY

POVERTY IN
**LATIN AMERICA**

**113 MILLION**
Latin American people
live in slums

**THE MOST**
Inequitable Region

**165 MILLION**
Latin American people
live below the poverty line





Cartagena 2012 Trip  90 volunteers (~60 friends and family)

Press Article

## EL UNIVERSAL

**Hoy entregan 10 viviendas a habitantes de El Pozón**



"About 60 residents of El Pozón, a slum in the Isla de León sector in Cartagena, Colombia, will benefit from the construction of 10 homes that should be ready today.

This initiative is part of the activities led by TECHO and supported by private companies among which is Global Securities, which not only donated money to the cause but also supported with volunteers, coming from different countries that are part of this organization, to participate in the construction of these homes alongside the families which will receive them."

El Universal (September 15, 2012)



Gustavo's Hands-On Philanthropic Work For





Gustavo greeting the son of a friend in the morning before starting the build.

Gustavo's Hands-On Philanthropic Work For

Gustavo with the owner of the new home.



Gustavo with the owner of the new home.

Gustavo's Hands-On Philanthropic Work For
TECHO

Cartagena 2018

120 volunteers built this day in our build (~90 friends and family)

https://youtu.be/fGdkIzErQ-M

https://www.youtube.com/watch?v=fGdkIzErQ-M

Cartagena 2018
90 volunteers
(~60 friends and family)

Gustavo on the work site with his son Gabriel (7yrs old).

Gustavo's Hands-On Philanthropic Work For



Gustavo with his father in law Paulo, and his son Gabriel.

Gustavo's Hands-On Philanthropic Work For

TECHO Costa Rica – March 2016

Gustavo's Hands-On Philanthropic Work For

Gustavo's words on his passion for philanthropy and Techo:

*"By now at TECHO we have built over __120,000 homes__ for families in need, across __22 countries__ in the Americas and the Caribbean. To do this at TECHO we have mobilized close to __1,000,000 youth volunteers__ that, through collaborative work with the families living in extreme poverty, are seeking to overcome the __unacceptable conditions__ in which many people live in slums across the region.*

*But much remains to be done. Today __over 100 million people live in slums__ in Latin America. Families that __lack a proper home__, and have no access to basic services, such as clean water, electricity or sewerage, and are exposed to cold, rain, dirt and pollution which generates many health problems. Adults are often __unemployed,__ and their __children have to work__ from an early age to help support their family".*

Opinion **FT Magazine**

## What I learnt as a 'voluntourist'

'We found ourselves clambering out of a bus on the edge of a shanty town; hot, sleepy and not a little uncertain'

**GILLIAN TETT**



© Shonagh Rae

**Gillian Tett** YESTERDAY

A few months ago, I heard that some Brazilian and Colombian friends were going on an Easter vacation with a twist: instead of heading for a beach or ski slope, they were assembling volunteers to work in a slum community close to Cartagena.

I was impressed — and challenged. "Can kids do that, too?" I asked, mindful that my own daughters (aged 12 and 14) have grown up mostly in comfortable New York and London locations, where I constantly struggle to remind them (and myself) to feel grateful for our privilege.

My friends nodded; they were taking their children along. "It's good for kids," they insisted.

So I accepted the challenge and, earlier this month, we found ourselves clambering out of a bus in the morning sun on the edge of a shanty town 20 miles from Cartagena, feeling hot, sleepy — and not a little uncertain.

The projects are organised by an impressive non-governmental organisation called Techo, created by a Jesuit priest and some students in Chile two decades ago and now led by a team of young Latin Americans. Volunteers spend two days assembling basic prefabricated homes — typically about 6m

x 3m in size — in areas of extreme poverty. To date, 800,000 volunteers have built more than 100,000 homes.

The idea is that by giving a deprived community something tangible (a house), you pave the way for wider development. But there is a more intangible aspect to Techo's work too: these projects show the people that live there that they are not entirely forgotten by the wider world, and provide an opportunity for visitors to confront inequality and, hopefully, become more motivated to fight it.

It sounds well intentioned. But, as the management academic Fabian Frenzel shows in his thought-provoking book *Slumming It*, some observers have labelled these initiatives as mere "voluntourism", and argued that they exist because NGOs have stepped in where governments have failed to act. So do they really help? I was keen to find out.

Our team of volunteers was taken to the project site: an empty plot of land, surrounded by shacks built from corrugated iron, plastic and wood. There was no sanitation or paving, and the ground was littered with plastic waste and glass. This was "home" to a family who — like most of their neighbours — had fled fighting in Colombia's interior.

"What do we do?" my girls asked as we began to lug wooden panels around. Groups of local kids stared at us in frozen silence; my daughters stared back.

After an uneasy hour or so, we were given paint pots, and the mood changed. The local kids grabbed brushes and started to slosh white paint on the wood, shoulder to shoulder with us. As our hands turned white, we started to laugh and learn each other's names.

Then the teenagers stumbled upon that transformational 21st-century device: social media. "Are you on Facebook?" one perky 15-year-old asked us. Most of the kids did not have shoes yet, but they explained that they did have access to a computer in a community centre, and had created Facebook accounts. And so they squatted in the dust with my daughters among the plastic waste, while everyone compared old posts on my mobile phone.

This was followed by playing computer games on the phone and, eventually, by a "real" game: a kind of baseball, with the "ball" fashioned from plastic bottles and bats made of wooden planks. By the time we had finished building at the end of the second day, the mood was so joyous that the kids all jointly dipped their hands in yellow paint to leave handprints on the front walls.

——————

**On the bus back, we sat exhausted**, filthy and covered in paint, agreeing that this had been one of the most remarkable shared experiences of our lives. In just a short time, we had learnt something of how brutal the conditions are in shanty towns, and of what it takes to survive there. "The kids are so smart! They are amazing!" my daughters observed.

For them, poverty now has a human face — and a Facebook page. But will it really help the community? On such fleeting evidence, I cannot properly judge. The family who received the house seemed delighted. And in a 2013 study of Techo's work in El Salvador, Mexico and Uruguay, the National Bureau of Economic Research (another NGO) examined the "causal effect" that upgraded slum dwellings had on the lives of their inhabitants. It found "better houses have a positive effect on overall housing conditions and general wellbeing". Fabian Frenzel's research on slum philanthropy-cum-tourism similarly concludes that these "exchanges" mostly did produce good.

"We've got to do more to help!" my daughters declared as we sat on our air-conditioned bus — and it was impossible to disagree. Helping to build a house is a start — but it is also a minuscule drop in an ocean of need.

*If you are a subscriber and would like to receive alerts when Gillian's articles are published, just click the button "add to myFT", which appears at the top of this page beside the author's name. Not a subscriber? Follow Gillian on Twitter @gilliantett or email her at gillian.tett@ft.com*

*Follow @FTMag on Twitter to find out about our latest stories first. Subscribe to FT Life on YouTube for the latest FT Weekend videos*

Copyright The Financial Times Limited 2018. All rights reserved.

Show more comments 23

Opinion Populism in Europe

Return to Oude Pekela: a Dutch model for resisting the far right

'In the Netherlands' poorest villages, unlike in many Trump towns, the state is very present'

SIMON KUPER

| | |
|---|---|
| 1 | Letter from Ignacio Cruz |
| 2 | Letter from Alejandro Cuervo |
| 3 | Letter from Allison Domeneghetti |
| 4 | Letter from Paolo Domeneghetti |
| 5 | Letter from Maria Alejandra Giraldo |
| 6 | Letter from Diego Firpo |
| 7 | Letter from Magdalena Maria Constanza Garcia |
| 8 | Letter from Maia Mora |
| 9 | Letter from Pilar Sarmiento |
| 10 | Letter from Didier Depond and Ariel Savina |

Santiago, Chile
December 22, 2018

To Whom It May Concern
United States Magistrate Judge
Wilkie D. Ferguson, Jr.
United State Courthouse
400 North Miami Avenue
Miami, Florida 33128
Re: Case No. 18-CR-20685-Williams/Torres

My name is Ignacio Cruz, Chilean citizen, civil engineer, father of 6 children and grandfather of 7 grandchildren. I am currently the Executive Director (CEO) of TECHO Internacional, a Chilean foundation that seeks to overcome poverty in Latin America and the Caribbean that currently operates in 20 countries through associated local foundations. Additionally, and in relation to the foregoing, I am the Chairman of the Board of American Friends of Un Techo para mi País, part of the group of TECHO Internacional.

I know Gustavo Hernandez since the beginning of the year 2016, when I joined the Board of Dirtectors of American Friends of Un Techo para mi Pais of which Gustavo was member. From that position I got to know Gustavo's great dedication and generosity in supporting TECHO activities, not only as a Board member, but also involving himself, his family and many of his friends and their families in the TECHO cause. This support resulted in the development of fundraising events and their active participation in the field work with the families with whom TECHO works, especially in Colombia, building transitional houses and engaging in activities of community development.

Undoubtedly, Gustavo's contribution has been very valuable for the most vulnerable people, both in the personal contribution and in the involvement of many people supporting the overcoming of poverty in Latin America. Personally, in my relationship with Gustavo Hernandez I have been able to appreciate a very cooperative person, enthusiastic and committed to society.

Best regards,

Ignacio Cruz

Bogotá, September 24th 2018

To Whom It May Concern

United States Magistrate Judge

Wilkie D. Ferguson, Jr. United State Courthouse

400 North Miami Avenue

Miami, Florida 33128

Re: Case No. 18-CR-20685-Williams/Torres

My name is Alejandro Cuervo and I've been working at Global Securities Colombia, a financial broker for 11 years. I've known Gustavo Hernandez when I started working with him at Global and I have always considered him as an honest and responsible person.

He has always been a family man and a good citizen, with a great sense of service for his community. He has always been concerned with helping the people of his country, especially the less favored ones. Gustavo has led in Cartagena Colombia an organization called TECHO, which seeks to overcome the situation of poverty that millions of people live in popular settlements, through the joint action of its inhabitants and young volunteers.

Gustavo invited me to participate in TECHO and we worked together with energy and enthusiasm because he has the ability to mobilize people and resources to go and help build housing for people living in poverty.

I'll always be grateful to Gustavo for this invitation, because he helped me to see life in a different way.

Cordially

Alejandro Cuervo

Phone (571) 3138200 Ext  466

Allison Domeneghetti
237 Old Army Road
Scarsdale, NY 10583
(646) 418-4888

March 13, 2020

United States Magistrate Judge
Wilkie D. Ferguson, Jr. United State Courthouse
400 North Miami Avenue
Miami, Florida 33128
Re: Case No. 18-CR-20685-Williams/Torres

To Whom It May Concern:

I am writing to share details about my friendship with Gustavo Hernandez which I believe helps to demonstrate his true character. My family and I were with Gustavo, his wife, children and father-in-law in Italy in July 2018 when this terrible nightmare began. We have been very close friends with Gustavo since 2005 when we met through a close mutual friend. We have shared so many occasions together, including countless holidays, Communions, weddings, funerals, and Hurricane Sandy. I am also the Godmother of his youngest son. We all know we have family we are born with and family we choose, Gustavo is our chosen family.

Without fail, Gustavo has an unparalleled work ethic and desire to be a better person, for his family, friends and himself. He does not believe in shortcuts but rather that hard work pays off. He carries great pride in his heritage and is a family man. We have worked together for an organization called Techo building homes in the slums of Colombia and Costa Rica to help create a better life for those in extreme poverty. This is just one example of the generosity in Gustavo's heart that is driven by passion, not by money. To me this is his guiding principal. One could say he has lived a charmed life, but he is extremely modest and takes nothing for granted.

That fateful July morning in 2018, I woke to my husband telling me that Gustavo had been taken by local authorities. I cannot express the shock and fear that consumed us all that morning, and in the days, weeks and months that have followed. Our lives are forever changed. Gustavo is a meticulous and trustworthy human being with great regard for history and tradition. In trying to give of himself to others, he sometimes takes on too much at once to his own sacrifice, but always keeps a positive attitude. We need more people like him in our world today.

Gustavo's relationship with his wife and three young children is beautiful. They rely heavily on his love and presence and while thankfully he has been home with them during this past year, they were affected by his absence and undoubtedly would be seriously impacted by another

absence. I have personally witnessed their closeness since they were all born. In fact, I was in the hospital with my husband the day Gustavo's oldest son was born (for a check up on my own pregnancy-we shared the same hospital and the same doctor) and saw the immediate bond formed between father and son. As a mother of four myself, I would not hesitate for a second to have any of my children looked after by Gustavo in the case that would ever be necessary, this is the level of trust and good will that he inspires.

I pray that the goodness and honesty which defines Gustavo will be evident to everyone who is participating in this process and determining his fate, as well as that of those closest to him. I truly appreciate your time in reading this brief account of our 15-year friendship. Please feel free to contact me with any questions.

Cordially,

Allison Domeneghetti

Paolo Domeneghetti
237 Old Army Road
Scarsdale, NY 10583
(917) 553-5011

March 13, 2020

United States Magistrate Judge
Wilkie D. Ferguson, Jr. United State Courthouse
400 North Miami Avenue
Miami, Florida 33128
Re: Case No. 18-CR-20685-Williams/Torres

To Whom It May Concern:

My name is Paolo Domeneghetti and I have been a close friend of Gustavo Hernandez for 15 years. I would like to take this opportunity to speak to Gustavo's character over this period. We immediately related to one another based on our sense of attachment to family values and the importance of friendship. During these 15 years Gustavo and I have seen and spoken with each other regularly, typically at least weekly and have shared many meals, events, travel and holidays together. In every occasion, Gustavo has always demonstrated his commitment to doing things properly with excellent manners and complete consideration for others. In this way he puts others first, for example coming to my oldest daughter's High School graduation in New York in June of 2018, just for the day, because his wife was recovering from surgery at home. This meant a great deal to us because he has been a figure of an Uncle to my daughter always championing her ideas and goals, as he does with so often with others as well.

Gustavo has shown his selflessness in many ways but one of the best examples of this is with Techo (an organization whose mission is the eradication of poverty in Latin America), where he organized a trip to his native Cartagena Colombia for the celebration of his first son's Baptism, encouraging more than 100 persons, family and friends to come and help build homes for the neighboring slums in Cartagena. This was just one of many trips and charity events he organized out of pure goodness.

The loyalty that Gustavo demonstrates to his family and friends is constant and with intensity in the most positive way. He is a genuinely a kind person, always treating people with care and respect. I was with him at the house in Italy the morning he was taken, and I have done everything in my power since then to help support our friendship. These times have been extremely difficult for us both, but I know in my heart that his character is founded in goodness and his purpose on God's earth will be best served by taking care of his family and having the freedom to help others.

Please feel free to contact me with any questions.

Sincerely,

Paolo Domeneghetti

Maria Alejandra Giraldo

Calle 111 # 45ª-70

Bogotá, Colombia

571-6191120 / 310-6293164

April 16, 2021

The Honorable Kathleen M. Williams

RE: United States v. Gustavo Adolfo Hernandez Frieri

Case No. 18-CR-20685-Williams

Dear Judge Williams:

I am Maria Alejandra Giraldo, my mom works at Global Securities Colombia for more than 15 years. I have known Gustavo since March 2018. We met in Cartagena, for Eastern vacations where we were building houses for people in extreme poverty with "Techo" an NGO. I heard a lot of Gustavo, my mom used to work with him, and I always wanted to meet him because everything I heard from him was the kind of person who cares for other people and most important that he is a very good father and great family member.
When I met him, I saw for myself that indeed he is a special person, he cares about people in a loving way, he always has a smile in his face and willing to help.

During the hard work building the houses, he always kept asking if we were alright or if we need any extra help. He was checking all the time that everything worked well, and that all the beneficiary's families were going to get their homes by the time we promised to.
In this trip I had the opportunity to talk with Gustavo and see how much he cares about people, he´s changing the life of vulnerable communities, giving time and work that they deserve to believe they are not entirely forgotten, this was a remarkable experience. The way he interacts with his family and the people around him gave me a new vision of what love is.

All decisions have consequences but there are also second chances for people who have demonstrated kindness through life with people regardless of their condition. Gustavo is a person with very valuable human qualities to share to the world.

Sincerely,

October 17, 2018

To Whom It May Concern
United States Magistrate Judge
Wilkie D. Ferguson, Jr. United State Courthouse
400 North Miami Avenue Miami, Florida 33128
Re: Case No. 18-CR-20685-Williams/Torres

My name is Diego Firpo. I'm 31 years old, and I'm from Argentina. I've been involved with TECHO- a youth-led nonprofit organization that brings together young volunteers and families living in poverty to transform slums into thriving communities across Latin America- for over 10 years. I joined as a volunteer in my home country in 2007, and since 2011 I've held different full-time positions in Argentina (2011), Chile (2012-2014) and also in the US (2014-2018).

Gustavo Hernandez Frieri is one of the most generous, reliable, courteous, unassuming and, specially, consistent people I've ever met. I met Gustavo for the first time in 2014, when I was appointed the position of Program Manager/CEO in the US. When I arrived, my predecessor at TECHO mentioned many of the characteristics listed above. He specially highlighted how supportive Gustavo had been to the organization during his tenure, almost since TECHO's inception in the US. I, of course, thought he was exaggerating. But after 4 years of working side-by-side with Gustavo, I can't agree more with that description.

TECHO owes most of its' accomplishments in the US to Gustavo's generosity. And I'm not referring particularly to donations made but him and his family, but to his acts. Since Gustavo heard about TECHO's work for the first time, he has worked tirelessly and consistently to help grow TECHO's community in the US, trying to involve every single person in his network. In fact, everyone who knows Gustavo well can tell how persistent and committed he can be when finding a passion or cause worth pursuing.

Both in 2012 and early this year, he and Olympia, his wife, with the baptism of their children as a hook, organized building trips to Cartagena, Colombia. During these trips they would volunteer their time and raise funds to build transitional homes with TECHO for families living in slums. Over 100 people joined each trip. All of them spouses and children of Gustavo's and Olympia's closest friends/colleagues from the US, Latin America and Europe, who would also join the fundraising and volunteer efforts. Actually, the funds raised thanks to the 2012 trip helped TECHO establish an office in Cartagena.

Those trips had a ripple effect for TECHO in terms of engagement, fundraising and awareness both in Miami and New York.

Thanks to the impact that that first trip in 2012 had in the people who took part, TECHO was able to start organizing 2 to 10 tailor-made or institutional building trips per year to Latin America with different communities.

As a consequence, Elementary or High School students like Maia Mora and Nikki Jagid- among others- fell in love with TECHO and founded a TECHO club at their School to create awareness and raise funds to support TECHO's efforts. A few years ago, they were even selected to give a TED Talk about their experience with the organization. All these students will become prominent leaders when they grow older.

Moreover, if it hadn't been for those trips and for Gustavo's commitment to the cause none of TECHO's gala dinners in New York (5) and Miami (2) would have been as successful as they ended up being. Those events helped TECHO raise over $2.1 million, impacting thousands of families living in slums in Latin America.

It's now easy to list all these accomplishments but they certainly demanded an extraordinary effort. Gustavo was always "there" for TECHO. He would be available for TECHO's staff and me at any

time. If not available, he wouldn't take more than a few hours to call or write back. His commitment was really impressive. Most of the times it was not us, the full-time staff, but him who would help push TECHO's limits. You can ask anyone who has been a part of TECHO in the US and who has worked closely with Gustavo during all these years.

Last but not least, some words that come deep from my heart. I consider Gustavo my mentor and a role model. His example and teachings were key to my professional development and personal growth. I consider myself a better person and a better leader thanks to Gustavo. As you can imagine, reading his name in the news was a complete shock for me. Because during the past 4 years I've known only one Gustavo Hernandez: the honest, caring and consistent person described above.

Thank you for taking your time to read my testimony and for all your work in this important time.

Respectfully Yours,

Diego Firpo

Bogotá, September 12th 2018


To:

United States Magistrate Judge Wilkie D. Ferguson, Jr.

United State Courthouse 400 North Miami Avenue Miami, Florida 33128

Re: Case No. 18-CR-20685-Williams/Torres


My name is Magdalena Maria García, I´ve been working in the financial sector for more than 26 years, including more than 10 at Citigroup.

I am writing this letter to talk about what I know about Gustavo Adolfo Hernandez Fieri. I met Gustavo 12 years ago when I began to work with him at Global Securities S.A., a financial broker dealer in Colombia, regulated by (SFC) the Superintendencia Financiera de Colombia.

I´ve known Gustavo for more than a decade and can attest of his discipline, strength of character and compassion for others. He is an outstanding and active citizen with a great commitment to community service. After all these years working with him I can also say that he is committed to quality, growth, and progress, and inspires his team members to strive for the same.

On a personal note, Gustavo has become a friend over our years of working together . In fact, because of this frienship I´ve accepted the challenge twice to actively participate with energy and enthusiasm in TECHO (us.TECHO.org) activities in Cartagena,Colombia. Gustavo had the capability of mobilizing people and resources to go and help families lack of home living in very por conditions.

So overall you can see that Gustavo provides positive impact in his roles.

Thank you,


Magdalena Maria Constanza Garcia

The Honorable Kathleen M. Williams

3411 Chestnut St. Apt 635<br>
Philadelphia, PA<br>
(305)904-0799

RE: United States v. Gustavo Adolfo Hernandez Frieri

Case No. 18-CR-20685-Williams

Dear Judge Williams:

My name is Maia Mora. Gustavo has been my dad's best friend for as long as I can remember. To me, he is just my "Tio Gusti," my non-blood related uncle that has been far more present in my life than any of my actual biological uncles or family members.

I am currently a sophomore in college at the University of Pennsylvania studying Philosophy, Politics, and Economics (PPE) where I have a 3.79 GPA. In high school, I attended Ransom Everglades in Miami and was inducted into the National, French, and Math Honor Societies. I also got third place at the South Florida Business Plan Competition, was the Varsity Captain of my rowing team, and gave a TEDx talk as a freshman in high school. Nonetheless, my experience working with a non-profit organization called TECHO was undoubtedly the most rewarding experience of my middle school and high school careers. My journey with TECHO commenced at Gabriel's (Gustavo's son's) baptism in Cartagena, Colombia and flourished due to the guidance of his unwavering mentorship.

I know Gustavo extremely well. In high school, he and his family lived in Miami in the same neighborhood as my mom and I. My father, however, resided in Manhattan and would not be in town every weekend. Although Gustavo is my father's best friend, I would visit his home weekly to hang out with him and play with his kids. I always felt extremely welcomed in their home; they are my second family. It was a running joke that I was stealing my dad's friends, since I would go and visit when my dad was out of town and was unaware until receiving a happy selfie. Also, my uncle is always a first stop when it comes to introducing a boyfriend to my family, since they are my chosen immediate family. I feel more closely to Gustavo, Olympia, and their kids than I do members of my biological family. I even spend more holidays with my father alongside his family than I do my own. Gustavo is a friend, a dedicated mentor, and most importantly a part of my personal chosen family.

It is difficult for me to express in a concise letter the extent of Gustavo's random acts of kindness towards others and myself; sincerely, I find this task impossible. Instead, I will provide you with a snippet of my experiences with him, and I will hope that it will suffice as a testament to even a fraction of my uncle's character.

As I previously mentioned, when I was in the 6th grade I attended Gustavo's eldest son's baptism in Cartagena, Colombia. Rather than just throwing a party for all of his guests to attend in the beautiful destination, Gustavo intended for the trip to have a greater purpose so he organized a building trip in one of the poorest neighborhoods in Colombia. This is where he exposed me to the harsh realities of the world and incentivized me to be a part of the change.

This is where he introduced me to the organization, TECHO, that would continuously touch my life for the better over the course of the next 7 years. When I returned from the eye opening trip I knew I wanted to do more. Gustavo supported me in my endeavor and encouraged me to lead a student group dedicated to fundraising for the organization, raising awareness of the less fortunate, and organizing service building trips in Latin America. He preached to me the importance of creating an institution at my school that would be able to continue making change far beyond my graduation, a seemingly impossible task that has now become a reality. The club still survives today with over 150 students trying to sign up. 7 years of students, faculty, and parents feel the fruits of the service club when they are impacted by TECHO and thus by Gustavo. He introduced me to the executives of TECHO which resulted in my acquiring a summer internship at their New York City headquarters. He coached me on my TEDx talk 'Common Threads,' in which his family even got behind the camera for the project. If you have time, the talk encapsulates the impact Gustavo has had on me (https://www.youtube.com/watch?v=t9AgR2n1avg). He included me in the coordination of fundraising galas albeit he knew a 14 year old probably could not be that much help anyway. He included me because he knew how much it meant to me, because he understood the importance of a younger perspective. Without my Uncle Gustavo, I have no idea what my middle school and high school years would have looked like, given TECHO was such an integral part of my day to day life and accomplishments. Luckily for me, my uncle was always available to assist me, regardless of whatever he had pending in his work or personal life. This trait about Gustavo holds true in my college years, where he is always just a phone call away to assist me with whatever I may need or to just chat.

In case you do not yet know this about my uncle, he is first and foremost an intellectual and academic. He loves reading, learning, and sharing these passions of his with others. As a partial Philosophy and Political Science major, I am able to find a lot of guidance in my uncle's extensive knowledge of different philosophers and theorists and he is always happy to help. For my last political theory essay about a month ago we facetimed and he helped me brainstorm ideas for my thesis and then structure my paper. He had a grasp on everything I was learning in class so much so he could teach his own course. Apart from always being present in my studies for whatever I may need, Gustavo is always trying to increase my intellectual and academic curiosity. Oftentimes when I go visit him, he will bring me to his library and allow me to keep any book I would like, in hopes that I will read it and experience as much fascination in its words as he does. He works hard to expand and cultivate the minds of his children as well. For their entire lives he has been wholeheartedly present in reading to them and encouraging their love of learning, rather than living a life glued to the TV.

I love my Tio Gustavo like crazy, and I know his kids, friends, and family do too. We feel this way about him because he is the type of individual that makes sure to touch everyone's life in a meaningful and selfless way. I am not sure how I would even get through the stress of a political theory paper without his extensive knowledge and generous tutoring and through the lens of his iPhone. I truly wish that last statement was not as true as it is. Please be lenient in

sentencing Gustavo, he means the world to his loved ones. He is nothing short of an incredible man, with strong values that he has helped my father instill in me my entire life. I look up to him as I do my very own father. Thank you so much for taking the time to read my letter. I hope that my words can make even the slightest impact on your understanding of Gustavo's character and extraordinary intellect.

With gratitude,
Maia Mora



Bogotá, September 10, 2018

To Whom It May Concern

My name is Pilar Sarmiento. Since April 2006 I have been working at Global Securities Colombia. All these years I have had the chance to work with Gustavo Hernandez very close in various projects, learning from him the passion, commitment and integrity.

He's strict and demanding on any task to achieve the highest results on assignments to be done. You can always rely on him as a friend, family member and a co-worker, he'll never let you down.

With Gustavo I have had the chance to work as volunteer twice for vulnerable communities in Colombia building houses on his hometown, Cartagena. As a leader on "Techo", a non-profit organization, he worked during his vacation time with his family and closest friends improving the extreme conditions of more than 10 families.

He's a reliable person, willing to help, supporting and listening although he's a very busy person you can always count on him. He goes out of his way to help others.

I'm sure he will comply with his obligations not only for himself but most important, his family.

Sincerely,

Pilar Sarmiento

msarmiento@globalcdb.com

Paris, April 12, 2021

Your Honor,

These few very sincere lines, we hope will serve to help you understand Mr. Gustavo Hernandez, and testify to the friendship and mutual respect between us. Our names are Didier Depond, winemaker and Ariel Savina, scientific investigator in oncology. We work and live in France, and we have known Gustavo for about 15 years.

We met Gustavo in France and became friends thanks to our shared passion for gastronomy and wine. Year after year this friendship developed and strengthened because we discovered that beyond our shared passion, we have above all shared deep values, and common ideals and aspirations. Above all, we share a keen sense of family and its values, a respect for the human being and the universal values of living together, a commitment that Gustavo passed on to us of generosity, humanism, helping one's neighbor. Gustavo quickly became an example for all of us to follow.

Thanks to Gustavo we were able to discover TECHO, an international association that helps families without economic resources to build a dignified housing. We participated in one of the initiatives he led in Cartagena, Colombia where we spent a few days helping families build their small houses. This experience has been for us something unique and uplifting, because this allowed us to contribute to these families regaining their dignity.

Our relationship with Gustavo is not limited to him as an individual, but we also created a very strong bond with his wonderful family and some of his friends who, in our eyes, exude the same feeling of righteousness, balance, sharing, joie de vivre and desire to bring healing to the troubled world we live in.

We are proud to attest to our friendship to Gustavo, a true friend to us, who embodies the deepest values of the human being with astonishing simplicity.

Make the earth carry for its good a lot of Gustavo Hernandez.

We thank you for the attention you have given us and please accept, Madam, the expression of our sincere greetings.

Mr. Didier Depond

Mr. Ariel Savina

07-000188

Paris, 12 avril, 2021

Madame, Monsieur,

Ces quelques lignes très sincères, qui nous l'espérons serviront à vous aider à bien cerner Mr Gustavo Hernandez, témoignent de l'amitié et du respect mutuel entre nous. Nous nous appelons Didier Depond, vigneron et Ariel Savina, investigateur scientifique en cancérologie. Nous travaillons et habitons en France et nous connaissons Mr Hernandez depuis environ 15 ans.

Nous avons découvert Gustavo en France et sommes devenus amis grâce à notre passion commune de la gastronomie et du vin. Années après années cette amitié s'est développée et s'est renforcée car nous avons découvert qu'au-delà de notre passion pour la gastronomie nous avions surtout de profondes valeurs en commun et des idéaux et des aspirations communs. Avant tout un sens aigu de la famille et de ses valeurs, un respect de l'être humain et des valeurs universelles du vivre ensemble, un engagement que Gustavo nous a transmis de générosité, d'humanisme, d'aide à son prochain, il est très vite devenu pour nous tous un exemple à suivre.

Grâce à Gustavo nous avons pu découvrir TECHO, une association internationale qui aide les familles sans ressources économiques à construire un logement digne. Nous avons participé à une des initiatives à Cartagena en Colombie où nous avons passé quelques jours à aider des familles à construire leur petites maisons. Cette expérience a été pour nous quelque chose d'unique et édifiant, car ceci nous a permis de contribuer à que ces familles retrouvent leur dignité.

Notre relation avec Gustavo ne se limite pas au périmètre individuel, nous avons également créé un lien très fort avec sa merveilleuse famille et quelques-uns de ses amis qui, à nos yeux, dégagent la même sensation de droiture, d'équilibre, de partage, de joie de vivre et apportent un réconfort à notre monde si bouleversé.

Nous sommes fiers de témoigner notre amitié à Gustavo, un vrai ami pour nous ,qui incarne les valeurs les plus profondes de l'être humain avec une étonnante simplicité.

Fasse que le terre porte pour son bien beaucoup de Gustavo Hernandez.

07-000189

Nous vous remercions pour l'attention que vous nous avez accordé et veuillez agréer, Madame, Monsieur, l'expression de nos sincères salutations.

Mr Ariel Savina

Mr Didier Depond