April 20, 2021

**The Honorable Judge Kathleen M. Williams**
United States District Court for the Southern District of Florida
Wilkie D. Ferguson, Jr. United State Courthouse
400 North Miami Avenue
Miami, Florida 33128

*Ref.: Community Service Proposal for Mr. Gustavo Adolfo Hernandez*

Honorable Judge Williams:

I have written these words for your consideration your Honor, to respectfully share with you the story of my life in relationship with community service.

I was born in a city in the Caribbean coast of Colombia, Cartagena, where poverty was the norm. But I grew up with my eyes veiled to it. Only until early adolescence did I venture into streets that showed me reality. That contrast troubled me then, even though I did not understand exactly why, just that it unsettled me. A feeling of strong hands pressing my insides that would become familiar later in life when something really troubled me.

And it was not that I saw folks in these streets as unhappy, because the times I got to try and play a sport in the parts of my hometown outside of the few streets where we lived, the kids had such big smiles. But I could see then, and that realization became more and more patent with the years, that these kids would have as few opportunities in life as they had grass in their playfields. Realizing this unfairness that comes with the lottery of birth was a thorn that set itself inside me then, and has been a spark since.

A recurring moment which struck me the most, was every time we took a flight. The airport in my city is side by side to a so called 'invasión', a slum with folks that settled into land of others, and one of the poorest of slums. You wondered how these pieces of wood arranged as houses, with zinc sheets as rooftops, would not fly out every time planes took off. And the stark contrast with these few flying in and out to faraway places, and then coming back with loads of boxes and bags. Unconsciously at first, and then with a clear mind, I promised myself I would do something to improve the opportunities of those kids living in need. At the time, the only means I had to start working on a resolution was to study, to learn.

Books were central to my Father, so they became central to me. Biographies in particular he enjoyed most, and I inherited this. Learning from the stories of those who had done plenty has been a lifelong journey. And with my mind in public service, I went on to study what I thought was required. My parents encouraged me to study all I wanted and that I did. After high school, I left my hometown and studied straight for the next nine years of my life. Once I finished my graduate studies, and to do the field work on a PhD dissertation I never finished, I returned to my country and started my professional life as a university professor and research associate in the field of political economy. The dissertation case study involved five municipalities in my region of the

The Honorable Kathleen M. Williams
Page 2

country, where I analyzed the delivery of public services, namely primary education and basic health services. The fieldwork results were discouraging to my thesis that the delivery of these services, if devolved to the local communities, would improve.

The year was 1999 and the country was wrestling to rid itself from a crippling narco-corruption that had permeated all its fibers. In parallel to my academic work, I had the opportunity to join a consulting team to provide economic policy guidance to the then president and his national economic advisor. Quite the reality shock to confront how individual interests trumped any collective wellbeing.

This all brought me to realization I had to find another way to answer what I had believed to be a calling of public service, to fill that empty space that gave me sense of purpose. I found the answer in community service, not giving my wallet which is always limited and for me not truly fulfilling, but giving myself. And trying to do so in a manner that maximized impact.

At the beginning I did not know exactly what to do. Charities all wanted money and help raising money, and a lot of it made me uncomfortable with the play for protagonism and social recognition. This is precisely what attracted me to TECHO US, the youth-led non for profit organization I worked for, starting first as a volunteer in the mid 2000's, and later serving as Vice-Chairman of the board of directors from 2012 up to my arrest.

I converted to the TECHO cause because it is a youth-led organization, that allowed me the opportunity to exponentialize my contribution by mentoring and empowering the youth to make our world a better place, driving impact beyond writing a check or asking others to do so.

And the change started with the heart of these youth volunteers, blessed by life with opportunity and with all their necessities satisfied, but receptive to the need of helping improve the lives of others in need, in particular persons living in unacceptable conditions.

I found that by mentoring these youth volunteers understand how they could make a difference, setting them in the right direction, introducing them to the appropriate persons, etc., I contributed my grain of sand to help them create a movement that really helped make our world a better place. Most importantly to me, I found gratifying how these youth volunteers remained committed to their philanthropic spirit thanks to their experience with TECHO.

For over a decade, I worked to mentor the youth leadership of the TECHO non for profit, I raised millions of dollars every year from charitable donations of individuals and corporations around the world, and sponsored scores of TECHO community building trips across different countries in Latin America.

By now TECHO has built over 120,000 homes for families in need, across 19 countries in the Americas and the Caribbean. To do this TECHO mobilized close to 1,000,000 youth volunteers that, through collaborative work with the families living in extreme poverty, are seeking to overcome the unacceptable conditions in which many human beings live in slums across the region.

I went to do community work for TECHO in slums across Latin America, together with my wife at the time, our children, and many of our family, friends and colleagues.

And to conquer the support of all these folks, and convert them to the cause, the trojan horse I used was their children. These friends and colleagues could perhaps get away from my badgering to lend a

hand for the cause, but if their own children asked them to support a philanthropic cause, every parent fell to their knees. So by opening the eyes of our youth to the challenges in our society, and how we can all contribute in our own way, the cause became theirs.

Being receptive to the needs of our community in the countries in which I lived and worked, has always been central to me, so throughout the past two decades I also supported other organizations focused on the causes that drive me, poverty eradication and childhood education.

One organization I found particularly fulfilling to support was Genesis, a foundation working to improve early childhood education. I was introduced to the founder in the early 2000's, and had the opportunity to select specific educational projects to support. So, instead of sending gifts to our investors at year end, I started by donating to these specific Genesis projects on behalf of our investors, and invited them to support the projects. Thankfully this resonated with some of our institutional investors who took me up on the offer and donated alongside ourselves.

Later on, in 2007 when I was getting married, Genesis was the cause I selected to request friends and family to only make donations in lieu of wedding gifts. Years after, we did the same for the baptisms and special occasions of all my children.

But so much remains to be done. Today over 100 million people live in slums in Latin America. Families that lack a proper home, and have no access to basic services, such as clean water, electricity or sewage, and are exposed to all the inclemency of nature. So many undereducated folks remain unemployed or subemployed, so many children working to earn meager salaries and help support their families, shutting the door to a school that would have turned their lives around.

For years before that morning of July 2018 when I was arrested and my life was cut in two, community service was a big part of what made me happy. But now, nearing three years that I have been enduring this via crucis, community service has become much more. It is by helping others that I am looking to find my path to redress. By helping others, in as impactful manner as possible, that I trust in God I will find remedy and offer restoration. And by helping others, that I hope to help myself.

I have already started down this path. Throughout these years I have been in home confinement, I have had the privilege of working pro bono for various charitable organizations. Going forward, if God willing I am afforded the opportunity, it would be a blessing for me to able to dedicate a portion of my life to full-time, rigorous, community service.

Given my background, with a life history as a philanthropist in youth-led organizations, former college professor and businessman, marked by a contrasting history of success and downfall, I believe I am blessed with a unique sense of empathy and knowledge to mentor and contribute to youth centered philanthropic organizations. My business experience also enables me to provide consultancy to organizations embarking on strategic initiatives. I humbly believe and very much desire to make a substantive contribution.

All my gratitude is with the Court for its consideration.

Respectfully,

Gustavo A. Hernandez