UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA

vs.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

    Defendant,

_____/

314 HICKS LLC,

ALLISON DOMENEGHETTI,

OLYMPIA DE CASTRO,

G.H.D.C. (Minor Child),

F.H.D.C. (Minor Child), and

A.H.D.C. (Minor Child),

    Third-Party Petitioners,

_____/

**NOTICE OF APPEARANCE ON BEHALF OF THIRD-PARTY PETITIONERS**

    David Oscar Markus and A. Margot Moss of MARKUS/MOSS PLLC enter their appearances as counsel on behalf of Third-Party Petitioners: 314 Hicks LLC, G.H.D.C., F.H.D.C. and A.H.D.C. (Minor Children) in the above-styled cause. The clerk of this court is requested to send copies of all court notices pertaining to this cause to undersigned counsel.

Respectfully submitted,

**MARKUS/MOSS** **PLLC**
40 N.W. Third Street
Penthouse One
Miami, Florida 33128
Tel: (305) 379-6667
Fax: (305) 379-6668
markuslaw.com

By:   /s/ David Oscar Markus
      DAVID OSCAR MARKUS
      Florida Bar Number 119318
      dmarkus@markuslaw.com

      /s/ A. Margot Moss
      A. MARGOT MOSS
      Florida Bar Number 091870
      mmoss@markuslaw.com