UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS

UNITED STATES OF AMERICA

vs.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

    **Defendant.**

                                        /

**UNITED STATES OF AMERICA'S MOTION FOR LEAVE TO FILE
ADDITIONAL SENTENCING EXHIBITS**

    The United States hereby files this motion for leave to file additional sentencing exhibits. Counsel for the United States emailed counsel for the defendant concerning their position on the filing of this motion, however, as of the time of this filing, defense counsel has not indicated whether they oppose the motion.

    On March 25, 2021, at Part 1 of the defendant's two-part sentencing hearing, the Court stated that the parties were to file supplemental sentencing memoranda addressing the 3553(a) sentencing factors ten days before Part 2 of the sentencing hearing set on April 30, 2021. The Court also stated that it would be assumed that the parties would reply to the opposing sentencing memoranda at Part 2 of the sentencing hearing. While preparing for Part 2 of the sentencing hearing and after reviewing the defendant's filings, the United States determined that additional sentencing exhibits could potentially assist the Court in determining the appropriate sentence for the defendant. Since some of the additional sentencing exhibits include business documents, the United States believes that it would be prudent for the Court to have these exhibits prior to Part 2 of the defendant's sentencing hearing.

All of the documents that the United States intends to introduce have been, or will be, provided to counsel for the defendant prior to April 30, 2021.

Wherefore, the United States respectfully requests that the Court allow the United States to file additional sentencing exhibits prior to April 30, 2021.

Respectfully Submitted,

| | |
|---|---|
| DANIEL S. KAHN<br>ACTING CHIEF, FRAUD SECTION | JUAN ANTONIO GONZALEZ<br>ACTING UNITED STATES ATTORNEY |

By: */s/ Paul A. Hayden*
PAUL A. HAYDEN
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: 202-353-9370
Email: paul.hayden2@usdoj.gov

By: */s/ Kurt K. Lunkenheimer*
KURT K. LUNKENHEIMER
Assistant United States Attorney
Court ID No. A5501535
U.S. Attorney's Office - SDFL
99 N.E. 4th Street, Suite 600
Miami, FL 33132-2111
Telephone: (305) 961-9008
Facsimile: (305) 536-4699
Email: Kurt.Lunkenheimer@usdoj.gov

*/s/ Nalina Sombuntham*
Nalina Sombuntham
Assistant United States Attorney
Deputy Chief, Asset Forfeiture Division
Fla. Bar No. 96139
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9224
Facsimile: (305) 536-4089
nalina.sombuntham@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>18-CR-20685-WILLIAMS</u>

**UNITED STATES OF AMERICA**

vs.

**GUSTAVO ADOLFO HERNANDEZ FRIERI,**

    **Defendant.**

_____/

**ORDER**

    **THIS CAUSE** is before the Court upon the Government's motion for leave to file sentencing exhibits. [DE __.] Having considered the motion, and being duly advised in the premises, it is hereby **ORDERED** and **ADJUDGED** that the motion shall be granted. The United States shall be permitted to file additional sentencing exhibits prior to April 30, 2021.

 

                                                                                    _____
                                                                                    KATHLEEN M. WILLIAMS
                                                                                    UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record