UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA

vs.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

      Defendant.

                                       /

**GOVERNMENT'S NOTICE ON FILING OF ADDITIONAL SENTENCING EXHIBITS**

In accordance with the Court's Order [ECF No. 376], the United States of America, by and through its undersigned attorneys, hereby files the accompanying exhibits ahead of Part 2 of Defendant Gustavo Adolfo Hernandez Frieri's sentencing, scheduled for Friday, April 30, 2021:

| Exhibit No. | Exhibit Description |
|---|---|
| 1 | U.S. Sentencing Commission Quick Facts – Money Laundering |
| 2A-2S | Documents Related to Defendant's Employment at Bhakta-Related Entities |
| 3A-3N | Documents Related to Defendant's Transfers from GSTF Classes C & D |

Respectfully Submitted,

DANIEL S. KAHN
ACTING CHIEF, FRAUD SECTION

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: */s/ Paul A. Hayden*
PAUL A. HAYDEN
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: 202-353-9370
Email: paul.hayden2@usdoj.gov

By: */s/ Kurt K. Lunkenheimer*
KURT K. LUNKENHEIMER
Assistant United States Attorney
Court ID No. A5501535
U.S. Attorney's Office - SDFL
99 N.E. 4th Street, Suite 400
Miami, FL 33132-2111
Telephone: (305) 961-9008
Facsimile: (305) 536-4699
Email: Kurt.Lunkenheimer@usdoj.gov