# EXHIBIT 1

**GOVERNMENT EXHIBIT**
**1**
**18-CR-20685**



# Quick Facts
— *Money Laundering Offenses* —

## Fiscal Year 2019

▶ In FY 2019, 76,538 cases were reported to the U.S. Sentencing Commission.

  ▶ 990 involved money laundering.[1]

    ▶ Money laundering offenses have decreased by 13.0% since FY 2018.

**Number of Money Laundering Offenders[2]**



- FY 2015: 1,055
- FY 2016: 1,084
- FY 2017: 1,086
- FY 2018: 1,138
- FY 2019: 990

**Median Loss for Money Laundering Offenses**



## Offender and Offense Characteristics

- 79.1% of money laundering offenders were men.

- 39.5% were Hispanic, 33.4% were White, 19.6% were Black, and 7.5% were Other races.

- Their average age was 41 years.

- 72.4% were United States citizens.

- 69.9% had little or no prior criminal history (Criminal History Category I).

- The median loss for these offenses was $208,000.
  - 42.1% involved loss amounts of $150,000 or less.[3]
  - 83.1% involved loss amounts of $1.5 million or less.

- Sentences were increased for:
  - Knowing the laundered funds were proceeds of an offense involving a controlled substance, violence, weapons, national security, or the sexual exploitation of a minor (19.7%);
  - Sophisticated laundering (7.4%);
  - A conviction under 18 U.S.C. § 1957 (engaging in monetary transactions in property derived from specified unlawful activity) (11.0%);
  - A conviction under 18 U.S.C. § 1956 (laundering of monetary instruments) (84.2%);
  - The defendant was in the business of money laundering with no underlying offense conduct (3.1%);
  - Leadership or supervisory role in the offense (20.0%); and
  - Obstructing or impeding the administration of justice (4.9%).

- Sentences were decreased for:
  - Minor or minimal participation in the offense (11.5%).

- The top five districts for money laundering offenders were:
  - Southern District of Florida (71);
  - Southern District of Texas (49);
  - District of Arizona (41);
  - Southern District of New York (41); and
  - Central District of California (32).

## Punishment

- The average sentence for money laundering offenders was 70 months.

- 91.1% of were sentenced to prison.

- 32.1% were convicted of an offense carrying a mandatory minimum penalty; of those, 56.5% were relieved of that penalty.

For more Quick Facts, visit https://www.ussc.gov/research/quick-facts.



www.ussc.gov
pubaffairs@ussc.gov
@theusscgov

### — Money Laundering Offenses —

## Sentences Relative to the Guideline Range

- Of the 59.1% of money laundering offenders sentenced under the *Guidelines Manual*:

    ♦ 36.1% were sentenced within the guideline range.

    ♦ 55.5% received a substantial assistance departure.
        ◊ Their average sentence reduction was 56.0%.

    ♦ 7.4% received some other downward departure.
        ◊ Their average sentence reduction was 62.7%.

- 40.9% received a variance; of those offenders:

    ♦ 98.2% received a downward variance.
        ◊ Their average sentence reduction was 45.2%.

    ♦ 1.8% received an upward variance.
        ◊ Their average sentence increase was 41.7%.

- The average guideline minimum has increased slightly over the past five years while the average sentence imposed has remained relatively steady.

    ♦ The average guideline minimum increased from 108 months in fiscal year 2015 to 111 months in fiscal year 2019.

    ♦ The average sentence imposed was 70 months in fiscal year 2015 and in fiscal year 2019.

**Sentence Relative to the Guideline Range (%)**



**Average Guideline Minimum and Average Sentence (months)**



**Sentence Imposed Relative to the Guideline Range FY 2019**



[1] Money Laundering offenses include cases in which the offender was sentenced under §2S1.1 (Laundering of Monetary Instruments; Engaging in Monetary Transactions in Property Derived from Unlawful Activity).

[2] Cases with incomplete sentencing information were excluded from the analysis.

[3] The Loss Table was amended effective November 1, 2001 and November 1, 2015.

SOURCE: United States Sentencing Commission Datafiles, FY 2015 through FY 2019, USSCFY15-USSCFY19.