## AFFIDAVIT OF MARIA LUCIA HERNANDEZ FRIERI

My name is Maria Lucia Hernandez Frieri and I declare pursuant to 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. My parents were Gustavo Hernandez Romero and Francia del Socorro Frieri de Hernandez. Gustavo Hernandez Frieri is my brother. I am married to Juan Carlos Gomez. I currently live in Bogota, Colombia.

2. I am the aunt to Gustavo and Olympia's three minor children, G■■■ H■■■■ d■ C■■■ (9 years old), F■■■■■ H■■■■ d■ C■■■ (7 years old), and A■■■ H■■■■ d■ C■■■ (5 years old).

3. In 2004, my mother suddenly passed. Gustavo was the only unwed sibling – my father 18 years her senior – devastated as we all were, told me he wished to organize his matters – leave his wishes settled – by providing for Gustavo's future children.

4. The apartment in New York, 3 Gramercy Park West, was purchased as an asset in my father's trust, for the benefit of Gustavo's future children.

5. My brother Gustavo married Olympia de Castro – they had their first two children. Before the third child was born, they lived at 3 Gramercy Park West – always property of my father's trust. Neither Gustavo nor his wife Olympia had any ownership of the 3 Gramercy Park West apartment in which they lived. Gustavo was never a trustee or a beneficiary of my father's trust that owned 3 Gramercy Park West.

6. When my father passed away, I became beneficiary of the HH Master Settlement Trust, my father's trust.

7. In late 2018 and then into 2019 my husband Juan Carlos, Olympia de Castro and I had discussions regarding my father's trust and the 3 Gramercy Park West apartment. We decided to create a new trust for my brother's children, to date three born children – G■■■, F■■■■■ and A■■■■. I as the sole beneficiary of the HH Master Settlement Trust assigned the membership interests of 3 Gramercy Park West, LLC to the DC 2019 Irrevocable Trust, in order to transfer the 3 Gramercy Park West apartment solely for the benefit of G■■■, F■■■■ and A■■■■, as per my father's wishes. My brother Gustavo who at this time had been arrested was never part of these conversations.

8. In conclusion, I confirm that I, Maria Lucia Hernandez Frieri, was the sole beneficiary of the HH Master Settlement Trust, created by my father, Gustavo Hernandez Romero. The property 3 Gramercy Park West, acquired by the HH Master Settlement Trust was always as intended by my father, an asset belonging to his grandchildren born by Gustavo, my brother. On February 1st 2019, I, as the sole beneficiary of the HH Master Settlement Trust, assigned the membership interest of 3 Gramercy Park West LLC to the DC 2019 Irrevocable Trust, transferring the property 3 Gramercy Park West to the DC 2019 Irrevocable Trust. I did not intend for the trust asset, 3 Gramercy Park West, to belong to my brother, Gustavo, or to Olympia de Castro. This property was to be held in trust solely for the benefit of my nephews and niece, G████ H████████ d█ C████, A████████ d█ C████ and F██████ d█ C████, respectively.
9. As a couple, my husband Juan Carlos Gomez and I decided that he be the Protector to the new trust, the DC 2019 Irrevocable Trust, always making sure that this new Trust be kept in the best interest of all three children.
10. None of the actions in the fulfillment of my father's wishes were ever done to hide any assets from the Government.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is drafted, written by me, all being true and correct.

Executed on April 29, 2021

_____
Maria Lucia Hernandez Frieri