EXHIBIT G

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER |  |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | 2005081702019001001EB090 |

**RECORDING AND ENDORSEMENT COVER PAGE**     PAGE 1 OF 5

**Document ID:** 2005081702019001     Document Date: 08-16-2005     Preparation Date: 08-17-2005
**Document Type:** DEED
**Document Page Count:** 3

| PRESENTER: | RETURN TO: |
|---|---|
| PHILIP OHARA ASSOCIATES, AS AGENT FOR<br>COMMONWEALTH TITLE COMPANY<br>140 REMSEN STREET<br>BROOKLYN, NY 11201<br>718-875-7506<br>MTB-36534 | MICHAEL L. LANDSMAN, ESQ.<br>HOLM & O'HARA LLP<br>420 LEXINGTON AVENUE, SUITE 1745<br>NEW YORK, NY 10170-1799 |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 876 | 12   Entire Lot | 2ND F | 3 GRAMERCY PARK WEST |

**Property Type:** SINGLE RESIDENTIAL CONDO UNIT

**CROSS REFERENCE DATA**

CRFN_____ *or* Document ID_____ *or* _____ Year____ Reel ___ Page ____ *or* File Number_____

**PARTIES**

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| RALPH AMMIRATI<br>3 GRAMERCY PARK WEST<br>NEW YORK, NY 10003 | 3 GRAMERCY PARK WEST, LLC<br>701 BRICKELL AVENUE, SUITE 2030<br>MIAMI, FL 33131 |

x Additional Parties Listed on Continuation Page

**FEES AND TAXES**

| Mortgage | | | Recording Fee: $ | 52.00 |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Affidavit Fee: $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax Filing Fee: | |
| Exemption: | | | $ | 75.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $11,600.00 + $29,000.00 = $ | 40,600.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | **RECORDED OR FILED IN THE OFFICE** | |
| MTA: | $ | 0.00 | **OF THE CITY REGISTER OF THE** | |
| NYCTA: | $ | 0.00 | **CITY OF NEW YORK** | |
| Additional MRT: | $ | 0.00 | Recorded/Filed    08-30-2005 11:21 | |
| TOTAL: | $ | 0.00 | City Register File No.(CRFN): | |
| | | | 2005000485735 | |

NYC HPD Affidavit in Lieu of Registration Statement

*Annette M Hill*
*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2005081702019001001EB090 |
|---|---|

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 5 |
|---|---|---|
| Document ID: 2005081702019001<br>Document Type: DEED<br>Document Page Count: 3 | Document Date: 08-16-2005 | Preparation Date: 08-17-2005 |

| PRESENTER: | RETURN TO: |
|---|---|
| PHILIP OHARA ASSOCIATES, AS AGENT FOR<br>COMMONWEALTH TITLE COMPANY<br>140 REMSEN STREET<br>BROOKLYN, NY 11201<br>718-875-7506<br>MTB-36534 | MICHAEL L. LANDSMAN, ESQ.<br>HOLM & O'HARA LLP<br>420 LEXINGTON AVENUE, SUITE 1745<br>NEW YORK, NY 10170-1799 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 876 | 12  Entire Lot | 2ND F | 3 GRAMERCY PARK WEST |

Property Type: SINGLE RESIDENTIAL CONDO UNIT

### CROSS REFERENCE DATA

CRFN_____ *or* Document ID_____ *or* _____ Year____ Reel ___ Page ____ *or* File Number_____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| RALPH AMMIRATI<br>3 GRAMERCY PARK WEST<br>NEW YORK, NY 10003 | 3 GRAMERCY PARK WEST, LLC<br>701 BRICKELL AVENUE, SUITE 2030<br>MIAMI, FL 33131 |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage | | | Recording Fee: $ | 52.00 |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Affidavit Fee: $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax Filing Fee: | |
| Exemption: | | | $ | 75.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $11,600.00 + $29,000.00 = $ | 40,600.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |

NYC HPD Affidavit in Lieu of Registration Statement

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2005081702019001001CB210 |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)  PAGE 2 OF 5**

**Document ID:** 2005081702019001  Document Date: 08-16-2005  Preparation Date: 08-17-2005
Document Type: DEED

**PARTIES**
**GRANTOR/SELLER:**
JOAN AMMIRATI
3 GRAMERCY PARK WEST
NEW YORK, NY  10003



T 693—Standard N.Y.B.T.U. Form 8004 • Quitclaim deed,
Individual or Corporation (single sheet), 11-98

DISTRIBUTED BY BlumbergExcelsior Inc.
PUBLISHER NYC 10013

**CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.**

**THIS INDENTURE,** made the 16th day of August, 2005
**BETWEEN**

Ralph Ammirati and Joan Ammirati, husband and wife
having an address at
3 Gramercy Park West
New York, New York  10003

party of the first part, and

3 GRAMERCY PARK WEST, LLC
a New York limited liability company
having an address at
701 Brickell Avenue, Suite 2030
Miami, FL 33131

party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of ten dollars paid by the party of the second part, does hereby remise, release and quitclaim unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

~~ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the~~

An undivided twenty-four percent (24%) interest as tenants in common in the land, with the buildings and improvements thereon, known as 3 Gramercy Park West, New York, New York, and more particularly described in

SCHEDULE A ANNEXED HERETO AND MADE A PART HEREOF

TOGETHER with the right to occupy the parlor (second) floor apartment contained therein, ALL PURSUANT AND SUBJECT to a certain co-ownership agreement dated December 12, 1969 among Richard W. McCabe, Iris Whitney, Richard J. Wolfenden, William D. McCabe and William Ditfort, as amended by agreements dated October 1, 1974, May 23, 1975, January 8, 1982, April 26, 1993, February 22, 1997, October 1, 2001 and of even date (the "Agreement").

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part, in compliance with Section 13 of the Lien Law, hereby covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.
The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.
**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_Wendy Shall_  /s/ Ralph Ammirati
             Ralph Ammirati

             /s/ Joan Ammirati
             Joan Ammirati

## ACKNOWLEDGMENT IN NEW YORK STATE (RPL 309-a)

State of New York, County of New York ss.:
On August 16, 2005 before me, the undersigned, personally appeared

Ralph Ammirati and Joan Ammirati

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

*(signature and office of individual taking acknowledgment)*

SUSAN B. HUTCHISON
Notary Public, State of New York
No. 43-4772183
Qualified in Richmond County
Commission Expires March 30, 2006

## ACKNOWLEDGMENT OUTSIDE NEW YORK STATE (RPL 309-b)

State of _____ County of _____ ss.:
On _____ before me, the undersigned, personally appeared _____

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in

*(insert city or political subdivision and state or county or other place acknowledgment taken)*

*(signature and office of individual taking acknowledgment)*

## ACKNOWLEDGMENT BY SUBSCRIBING WITNESS(ES)

State of _____
County of _____ ss.:

On _____ before me, the undersigned, personally appeared _____

the subscribing witness(es) to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in *(if the place of residence is in a city, include the street and street number, if any, thereof);*

that he/she/they know(s)

to be the individual(s) described in and who executed the foregoing instrument; that said subscribing witness(es) was (were) present and saw said

execute the same; and that said witness(es) at the same time subscribed his/her/their name(s) as a witness(es) thereto.
( ☐ *if taken outside New York State insert city or political subdivision and state or country or other place acknowledgment taken* And that said subscribing witness(es) made such appearance before the undersigned in

_____
_____ )

*(signature and office of individual taking acknowledgment)*

---

**Quitclaim Deed**
WITH COVENANT AGAINST GRANTOR'S ACTS
TITLE No. MTB-36534

Ralph Ammirati and
Joan Ammirati
TO

3 Gramercy Park West, LLC

| SECTION | 3 |
| --- | --- |
| BLOCK | 876 |
| LOT | 12 |
| COUNTY OR TOWN | New York |

**RETURN BY MAIL TO:**

Michael L. Landsman, Esq.
Holm & O'Hara LLP
420 Lexington Avenue, Suite 1745
New York, New York
Zip No. 10170-1799

*Reserve this space for use of Recording Office.*

SCHEDULE A

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of Manhattan, City, County and State of New York, being one of the 66 Lots surrounding the park square mentioned or referred to in a certain Deed from Samuel B. Ruggles and Wife to Charles A. Davis and others, dated December 17, 1831 and recorded with the Map annexed in the Register's Office of New York County in Liber 278 of Conveyances, Page 528, the Lot hereby described being laid down and distinguished on the said Map by the Lot Number 3 and is bounded and described as follows:

BEGINNING at a point on the westerly side of a street or way running from 20th Street to 21st Street on the westerly side of Gramercy Park at the center of the northerly side or gable wall of house on the premises hereby described, which is erected as a party wall resting partly on the Lot hereby described and partly on Lot Number 2 of said 66 Lots at a point 52 feet 6-6/7 inches southerly from 21st Street;

RUNNING THENCE westerly on a line parallel with 21st Street and through the center of said gable or side wall, 110 feet;

THENCE southerly, parallel with said street or way on the westerly side of Gramercy Park, 26 feet 3-3/7 inches to Lot Number 4 laid down on said Map;

THENCE easterly, parallel with 21st Street and through the center of a party wall between the house on the premises hereby described and the house adjoining on the south and along the northerly line of said Lot Number 4, 110 feet to said street on the westerly side of Gramercy Park;

AND THENCE northerly along the said last mentioned street, 26 feet 3-3/7 inches to the point or place of BEGINNING.