**New York City Department of Finance**
**Office of the City Register**

HELP
[Click help for additional instructions]
Selecting a help option will open new window

**Current Search Criteria:**
**Name:** 3 GRAMERCY PARK WEST*
**Date:** To Current Date
**Party Type:** All Parties
**Borough/County:** All Boroughs/Counties
**Document Class:** All Document Classes

# Detailed Document Information

| | | | |
|---|---|---|---|
| **DOCUMENT ID:** 2019112201003001 | **CRFN:** 2019000385194 | **COLLATERAL:** N/A | |
| **# of PAGES:** 2 | **REEL-PAGE:** N/A-N/A | **EXPIRATION DATE:** N/A | |
| **DOC. TYPE:** BOTH RPTT AND RETT | **FILE NUMBER:** N/A | **ASSESSMENT DATE:** N/A | |
| **DOC. DATE:** 11/21/2019 | **RECORDED / FILED:** 11/25/2019 2:11:56 PM | **SLID #:** N/A | |
| **DOC. AMOUNT:** $5,700,000.00 | **BOROUGH:** MANHATTAN | | |
| **% TRANSFERRED:** 100% | **RPTT #:** N/A | **MAP SEQUENCE #:** N/A | |
| **MESSAGE:** N/A | | | |

## PARTY 1

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| 3 GRAMERCY PARK WEST, LLC | 3 GRAMERCY PARK WEST | | NEW YORK | NY | 10003 | US |

## PARTY 2

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| BRAJOVIC, KATHRYN | 3 GRAMERCY PARK WEST | | NEW YORK | NY | 10003 | US |
| BRAJOVIC, MILOS | 3 GRAMERCY PARK WEST | | NEW YORK | NY | 10003 | US |

## PARTY 3/Other

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| | | | | | | |

## PARCELS

| BOROUGH | BLOCK | LOT | PARTIAL | PROPERTY TYPE | EASEMENT | AIR RIGHTS | SUBTERRANEAN RIGHTS | PROPERTY ADDRESS | UNIT | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| MANHATTAN / NEW YORK | 876 | 12 | ENTIRE LOT | SINGLE RESIDENTIAL COOP UNIT | N | N | N | 3 GRAMERCY PARK WEST | 2 | |

## REFERENCES

| CRFN | DOCUMENT ID | BOROUGH | YEAR | REEL | PAGE | FILE NBR |
|---|---|---|---|---|---|---|
| | | | | | | |

**REMARKS**

[ Print ]  [ View Document ]  [ Search Results ]  [ Search Options ]  [ Main Options ]

Go To: Finance Home Page | NYC.gov Home Page | Contact Us | Privacy Policy | Terms of Use

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2019112201003001001E7481 |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE**  PAGE 1 OF 2

**Document ID:** 2019112201003001  **Document Date:** 11-21-2019  **Preparation Date:** 11-22-2019
**Document Type:** BOTH RPTT AND RETT
**Document Page Count:** 0

| PRESENTER: | RETURN TO: |
|---|---|
| MUTUAL ABSTRACT CORP. ***PICK UP***<br>132 NASSAU STREET, 812<br>99182 (JLR) 3 GRAMERCY<br>NEW YORK, NY 10038<br>212-964-4686<br>INFO@MUTUALABSTRACT.COM | MUTUAL ABSTRACT CORP. ***PICK UP***<br>132 NASSAU STREET, 812<br>99182 (JLR) 3 GRAMERCY<br>NEW YORK, NY 10038<br>212-964-4686<br>INFO@MUTUALABSTRACT.COM |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 876 | 12   Entire Lot | 2 | 3 GRAMERCY PARK WEST |

**Property Type:** SINGLE RESIDENTIAL COOP UNIT

**CROSS REFERENCE DATA**

CRFN_____ or DocumentID_____ or _____ Year_____ Reel____ Page_____ or File Number_____

**PARTIES**

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| 3 GRAMERCY PARK WEST, LLC<br>3 GRAMERCY PARK WEST<br>NEW YORK, NY 10003 | KATHRYN BRAJOVIC<br>3 GRAMERCY PARK WEST<br>NEW YORK, NY 10003 |

☒ Additional Parties Listed on Continuation Page

**FEES AND TAXES**

| Mortgage : | | | |
|---|---|---|---|
| Mortgage Amount: | $ 0.00 | Filing Fee: | $ 100.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ 81,225.00 |
| TAXES:   County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ 0.00 | $37,050.00 + $128,250.00 = $ | 165,300.00 |
| Spec (Additional): | $ 0.00 | | |
| TASF: | $ 0.00 | **RECORDED OR FILED IN THE OFFICE** | |
| MTA: | $ 0.00 | **OF THE CITY REGISTER OF THE** | |
| NYCTA: | $ 0.00 | **CITY OF NEW YORK** | |
| Additional MRT: | $ 0.00 | Recorded/Filed   11-25-2019 14:11 | |
| TOTAL: | $ 0.00 | City Register File No.(CRFN): | |
| Recording Fee: | $ 0.00 | **2019000385194** | |
| Affidavit Fee: | $ 0.00 | *Annette M Hill* | |
| | | *City Register Official Signature* | |

| **NYC DEPARTMENT OF FINANCE**<br>**OFFICE OF THE CITY REGISTER** | <br>2019112201003001001C7601 |
|---|---|

| **RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)** | | **PAGE 2 OF 2** |
|---|---|---|
| **Document ID:** 2019112201003001 | Document Date: 11-21-2019 | Preparation Date: 11-22-2019 |
| Document Type: BOTH RPTT AND RETT | | |

**PARTIES**

**GRANTEE/BUYER:**
MILOS BRAJOVIC
3 GRAMERCY PARK WEST
NEW YORK, NY 10003

| | |
|---|---|
| **NYC DEPARTMENT OF FINANCE**<br>**OFFICE OF THE CITY REGISTER** | <br>2019112201003001001SBA00 |

**SUPPORTING DOCUMENT COVER PAGE** — PAGE 1 OF 1

**Document ID:** 2019112201003001  **Document Date:** 11-21-2019  **Preparation Date:** 11-22-2019
**Document Type:** BOTH RPTT AND RETT

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| SMOKE DETECTOR AFFIDAVIT | 1 |

# AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York  } SS.:
County of New York }

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

_____3 GRAMERCY PARK WEST_____ . ____2____ ,
Street Address Unit/Apt.

___MANHATTAN___ New York, ___876___ ___12___ (the "Premises"):
Borough                            Block         Lot

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

| 3 Gramercy Park West LLC | MILOS PRAJOVIC |
|---|---|
| Name of Grantor (Type or Print) | Name of Grantee (Type or Print) |
| [signature] - Auth. Signat. | Milos Prajovic by Scott Sipal as agent |
| Signature of Grantor | Signature of Grantee |

Sworn to before me                         Sworn to before me
this __21__ day of __November__ 20 __19__     this __21__ day of __November__ 20 __19__

JOSEPH T. COLASURDO                         JOSEPH T. COLASURDO
Notary Public, State of New York            Notary Public, State of New York
No. 02CO4898497                             No. 02CO4898497
Qualified in Westchester County             Qualified in Westchester County
Commission Expires May 26, 20~~13~~         Commission Expires May 26, 20~~13~~

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

2019110800198101