```
N.Y.S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS      ALBANY, NY 12231-0001

                        ONLINE FILING RECEIPT           EXHIBIT U
========================================================================
  ENTITY NAME: 314 HICKS LLC

  DOCUMENT TYPE: ARTICLES OF ORGANIZATION (DOM. LLC)        COUNTY: KING
========================================================================

  FILED:06/04/2020 DURATION:********** CASH#:200604010077 FILE#:200604010077
                                  DOS ID:5761358

    FILER:                                              EXIST DATE
    ------                                              ----------
    CARLOS M ALVAREZ                                    06/04/2020
    801 US HIGHWAY 1
    NORTH PALM BEACH, NY 33408

    ADDRESS FOR PROCESS:
    --------------------
    CORPORATE CREATIONS NETWORK INC.
    15 NORTH MILL STREET
    NYACK, NY 10960

    REGISTERED AGENT:
    -----------------
    CORPORATE CREATIONS NETWORK INC.
    15 NORTH MILL STREET
    NYACK, NY 10960
```



```
    The limited liability company is required to file a Biennial Statement with the
    Department of State every two years pursuant to Limited Liability Company Law
    Section 301. Notification that the Biennial Statement is due will only be made via
    email. Please go to www.email.ebiennial.dos.ny.gov to provide an email address to
    receive an email notification when the Biennial Statement is due.
========================================================================
SERVICE COMPANY: CORPORATE CREATIONS NETWORK INC.-PS
SERVICE CODE: PS

FEE:                200.00                          PAYMENTS        200.00
                 ----------                                        --------
FILING:             200.00                          CHARGE            0.00
TAX:                  0.00                          DRAWDOWN        200.00
PLAIN COPY:           0.00
CERT COPY:            0.00
CERT OF EXIST:        0.00
========================================================================
                                                    DOS-1025 (04/2007)
```

Authentication Number: 2006040143  To verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov

# ACKNOWLEDGEMENT COPY

## ARTICLES OF ORGANIZATION
## OF
## 314 Hicks LLC

Under Section 203 of the Limited Liability Company Law

**FIRST:** The name of the limited liability company is:

**314 Hicks LLC**

**SECOND:** The county, within this state, in which the office of the limited liability company is to be located is KINGS.

**THIRD:** The Secretary of State is designated as agent of the limited liability company upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the limited liability company served upon him or her is:

CORPORATE CREATIONS NETWORK INC.
15 NORTH MILL STREET
NYACK, NY 10960

**FOURTH:** The limited liability company designates the following as its registered agent upon whom process against it may be served within the State of New York is:

CORPORATE CREATIONS NETWORK INC.
15 NORTH MILL STREET
NYACK, NY 10960

**FIFTH:** The limited liability company is to be managed by: ONE OR MORE MANAGERS.

I certify that I have read the above statements, I am authorized to sign these Articles of Organization, that the above statements are true and correct to the best of my knowledge and belief and that my signature typed below constitutes my signature.

Carlos M Alvarez, Special Secretary  (signature)
_____
Computershare Governance Services Inc. ,
ORGANIZER
801 US Highway 1
North Palm Beach, FL 33408

DOS-1239-f-11 (Rev. 02/12)   Page 1 of 2

**Filed by:**
Carlos M Alvarez
801 US Highway 1
North Palm Beach, NY 33408

## CORPORATE CREATIONS NETWORK INC. (PS) DRAWDOWN

**ACKNOWLEDGEMENT COPY**

Page 2 of 2