

**CHASE PRIVATE CLIENT**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 01, 2020 through July 31, 2020
Primary Account: ███████0860

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-994-5626 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00003302 DRE 021 141 21420 NNNNNNNNNNN T 1 000000000 60 0000
DC 2019 IRREVOCABLE TRUST
ALLISON DOMENEGHETTI TRUSTEE
597 HIBISCUS LN
MIAMI FL 33137-3322



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Private Client Checking | ████0860 | $418.00 | $696.03 |
| Chase Private Client Checking | ████1165 | 25.00 | 25.00 |
| **Total** | | **$443.00** | **$721.03** |

| TOTAL ASSETS | | $443.00 | $721.03 |
|---|---|---|---|

## CHASE PRIVATE CLIENT CHECKING

DC 2019 IRREVOCABLE TRUST
ALLISON DOMENEGHETTI TRUSTEE

Account Number: ███████0860

### CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $418.00 |
| Deposits and Additions | 5,477,000.01 |
| Electronic Withdrawals | -5,476,721.98 |
| **Ending Balance** | **$696.03** |
| Annual Percentage Yield Earned This Period | 0.02% |
| Interest Paid This Period | $0.01 |
| Interest Paid Year-to-Date | $0.01 |



**CHASE PRIVATE CLIENT**

July 01, 2020 through July 31, 2020
Primary Account: ▓▓▓▓▓▓▓▓ 0860

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---:|---:|
| | **Beginning Balance** | | **$418.00** |
| 07/02 | Manual CR-Bkrg | 5,473,000.00 | 5,473,418.00 |
| 07/02 | 07/02 Domestic Wire Transfer A/C: First Queens Abstract Corp New York NY 10004-2968 US Ref: Memo: 314 Hicks/Bnf/230 Park Avenue South New York, NY 10003 Recipient : First Queen S Abstract Corporatio N Escrow Acc Ount Trn: 7342820184Es | -5,472,721.98 | 696.02 |
| 07/07 | Manual CR-Bkrg | 4,000.00 | 4,696.02 |
| 07/07 | 07/07 Online Domestic Wire Transfer A/C: Jill Levy Reiter Attorney Trust New York NY 10016-6515 US Ref: 314 Hicks Brooklyn/Bnf/Jill Levy Reiter, Esq-Iola Attorney Trust Escro W Account Trn: 4797420189Es | -4,000.00 | 696.02 |
| 07/31 | Interest Payment | 0.01 | 696.03 |
| | **Ending Balance** | | **$696.03** |

## CHASE PRIVATE CLIENT CHECKING

DC 2019 IRREVOCABLE TRUST

ALLISON DOMENEGHETTI TRUSTEE

Account Number: ▓▓▓▓▓▓▓▓ 1165

## CHECKING SUMMARY

| | AMOUNT |
|---|---:|
| **Beginning Balance** | $25.00 |
| **Ending Balance** | $25.00 |
| Annual Percentage Yield Earned This Period | 0.00% |
**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC