UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20685-cr-WILLIAMS/TORRES

UNITED STATES OF AMERICA

      Plaintiff,

v.

GUSTAVO HERNANDEZ FRIERI, et al.,

      Defendant.
_____/

## NOTICE OF PAYMENT

Defendant GUSTAVO HERNANDEZ FRIERI, hereby notifies the Court that he has submitted his total criminal monetary penalties under the schedule of payments (ECF 392), see attached as Exhibit A.

Dated: May 4, 2021

*s/ Michael S. Pasano*
Michael S. Pasano (FBN 0475947)
Email:  mpasano@carltonfields.com
CARLTON FIELDS
2 MiamiCentral
700 N.W. 1st Avenue, Suite 1200
Miami, Florida 33136
Tel:    (305) 530-0050
Fax:    (305) 530-0055
*Counsel for Defendant, Paul Wand, M.D.*