UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA

v.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

Defendant.

### UNITED STATES' MOTION TO CORRECT JUDGMENT [ECF NO. 392] PURSUANT TO FED. R. CRIM. P. 36

Pursuant to Rule 36 of the Federal Rules of Criminal Procedure, the United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, respectfully requests the Court to correct a clerical error in the Judgment [ECF No. 392] entered against Defendant Gustavo Adolfo Hernandez Frieri (the "Defendant") to reference the forfeiture that was pronounced at sentencing.

Rule 36 authorizes the Court, after appropriate notice, to "at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission." Fed. R. Crim. P. 36. Furthermore, Rule 32.2 states that the Court "must also include the forfeiture order, directly or by reference, in the judgment, but [its] failure to do so may be corrected at any time under Rule 36." Fed. R. Crim. P. 32.2(b)(4)(B); *see also United States v. Cano*, 558 F. App'x 936, 940 (11th Cir. 2014) (emphasizing the defendant's awareness of forfeiture due to the parties' lengthy discussion, consent prior to sentencing, and court's prior entry of preliminary order of forfeiture). Consistent with the Plea Agreement [ECF No. 163], the Court entered four preliminary orders of forfeiture against the Defendant prior to the pronouncement of his sentence [ECF Nos. 175, 239, 280, 353]. At the Defendant's sentencing

hearing, which occurred over two days on March 25 and April 30, 2021, forfeiture was discussed extensively, and the Court announced forfeiture as part of the Defendant's sentence and directed that the previously entered forfeiture orders be incorporated into his Judgment. Thus, the United States respectfully requests that the Court correct the Judgment to reference the forfeiture imposed as part of the Defendant's sentence.

## LOCAL RULE 88.9 CERTIFICATION

Pursuant to Local Rule 88.9, I hereby certify that the undersigned counsel has conferred with defense counsel via e-mail regarding the Defendant's position on the relief sought. On May 5, 2021, the undersigned counsel alerted defense counsel regarding the clerical error, and on May 6, 2021, provided a draft copy of this motion to request the Defendant's position, also indicating that the Government intended to file today. On May 6, 2021, defense counsel indicated the following position: "Defendant opposes for now and asks the Court to defer any entry of a final order of forfeiture."

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By:   */s/ Nalina Sombuntham*
Nalina Sombuntham
Assistant United States Attorney
Deputy Chief, Asset Forfeiture Division
Fla. Bar No. 96139
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9224
Facsimile: (305) 536-408
nalina.sombuntham@usdoj.gov