UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS/TORRES

**UNITED STATES OF AMERICA**

vs.

**GUSTAVO ADOLFO HERNANDEZ FRIERI,**

    **Defendant.**
_____/

**IN RE:**

**OLYMPIA DE CASTRO,**

    **Third-Party Petitioner.**
_____/

**UNOPPOSED MOTION TO CONTINUE DISCOVERY
CUT-OFF AND HEARING DATE**

The United States of America, through the undersigned Assistant United States Attorneys, respectfully request the Court continue two deadlines in its Scheduling Order governing this ancillary criminal-forfeiture matter [ECF No. 410], specifically the discovery cut-off and hearing dates.

Currently, discovery closes on June 4, 2021, and the final forfeiture hearing is set for June 14, 2021. (ECF No. 410.) Multiple discovery issues have arisen, however, making those dates no longer feasible. While the Government anticipates bringing those disputes before the Court according to Your Honor's standing Order Setting Discovery Procedures, the result is discovery will need to extend beyond June 4, 2021, and the hearing scheduled at a later date. In addition, the Government no longer is available on June 14 through June 16, 2021.

To address the discovery issues, the Government suggests a new discovery cut-off deadline

of September 3, 2021, and counsel for Third-Party Petitioner, Ms. De Castro, has also agreed to that date. The Government further understands that Third-Party Petitioner intends to clarify the referral to Your Honor in this matter and ask for the hearing before Judge Williams. At this time, counsel for Ms. De Castro indicates availability for a hearing date on December 2 and 3, 2021. The undersigned counsel also are available on those dates, but would prefer an earlier hearing date.

      The parties suggest now scheduling the one-day hearing on either December 2 and 3, 2021, and holding a scheduling conference on September 7, 2021, after the close of the new discovery cut-off, to discuss whether an earlier date is available. The Government notes that in this same criminal case, on a related ancillary forfeiture petition [ECF No. 383], the parties there intend to ask the Court to set a forfeiture hearing between October 13, 2021 and October 20, 2021 based on Ms. De Castro's and her other counsel's availability.[1] The Government thus is aware that Ms. De Castro is available during that timeframe, but her counsel in this matter is not. The Government suggests that holding the hearings regarding all of Ms. De Castro's claims together will save judicial, witness, and party resources, obviating the need for the same witnesses to testify multiple times. There also are overlapping issues between the two petitions.

---

[1] Ms. De Castro and the other Third-Party Petitioners in that ancillary proceeding are represented by different counsel.

## LOCAL RULE 88.9 CERTIFICATION

Pursuant to Local Rule 88.9, I hereby certify that the undersigned counsel has conferred with Third-Party Petitioner's counsel via telephone call and e-mail on May 27, 2021, and there is no opposition to the Government's request.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By:_____/s/_____
Joshua Paster
Nalina Sombuntham
Assistant United States Attorney
Court ID No. A5502616
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9342
Facsimile: (305) 536-4089
joshua.paster@usdoj.gov
nalina.sombuntham2@usdoj.gov
*Counsel for United States of America*