UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS/TORRES

**UNITED STATES OF AMERICA**

vs.

**GUSTAVO ADOLFO HERNANDEZ FRIERI,**

    **Defendant.**
_____/

**IN RE:**

**OLYMPIA DE CASTRO,**

    **Third-Party Petitioners.**
_____/

**[PROPOSED] ORDER**

THIS MATTER came before the Court on the Government's motion to compel discovery. Having reviewed the briefing and evidence, having heard the parties' arguments, and otherwise being fully advised, the Court **ORDERS** as follows:

1. Third-Party Petitioner must disclose to the Government and describe in detail, no later than seven-days after this Order is entered: (i) the purported common legal interest underlying the asserted Joint Defense Agreement; (ii) when the asserted Joint Defense Agreement began; (iii) when the asserted Joint Defense Agreement ended (or if it is ongoing); (iv) the asserted Joint Defense Agreement's parties; and (v) whether the asserted Joint Defense Agreement is in writing. After receiving this information, the Government may renew its request that the Court find the common-interest privilege does not apply to documents covered by the asserted Joint Defense Agreement;

2. Any marital privilege between Third-Party Petitioner and Defendant ended on May 22, 2019, the date Third-Party Petitioner filed for divorce, and any documents or communications created on or after that date are not protected under the marital privilege;

3. Third-Party Petitioner must produce to the Government an unredacted version of the financial affidavit no later seven-days after this Order is entered; and

4. Third-Party Petitioner must produce a privilege log containing the information set forth in L.R. 26.1(e)(2)(B) no later than seven-days after this Order is entered.

**DONE AND ORDERED** in Chambers at Miami, Florida this _____ day of June, 2021.

_____
HONORABLE EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE