UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA,

    *Plaintiff*

v.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

    *Defendant*.
_____/

314 HICKS LLC,

ALLISON DOMENEGHETTI,

OLYMPIA DE CASTRO,

G.H.D.C. (minor child),

F.H.D.C. (minor child), and

A.H.D.C. (minor child),

    *Third-Party Petitioners.*
_____/

## NOTICE OF CHANGE OF ADDRESS

    PLEASE TAKE NOTICE that **RABIN & LOPEZ, P.A.** and **SAMUEL J. RABIN, JR.,** counsel for Third-Party Petitioner, **ALLISON DOMENEGHETTI,** files this Notice of Change of Address in the above-captioned case. All future Pleadings, Orders, Correspondence, Memoranda or any other document related to this cause should be sent to:

    Samuel J. Rabin, Jr.
    RABIN & LOPEZ, P.A.
    Sun Trust International Center
    One Southeast Third Avenue
    Suite 2600
    Miami, FL 33131
    Telephone: (305) 358-1064
    Facsimile: (305) 372-1644
    Email: sjr@miamilawyer.com

Respectfully submitted,

**RABIN & LOPEZ, P.A.**
Sun Trust International Center
One Southeast Third Avenue
Suite 2600
Miami, FL 33131
Tel: 305•358•1064
Email: sjr@miamilawyer.com

s/ *Samuel J. Rabin, Jr.*

SAMUEL J. RABIN, JR.
Florida Bar № 273831

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 3rd day of June 2021, a true and correct copy of the foregoing was furnished via the CM/ECF system to all parties designated to receive the electronic filings in this cause.

s/ *Samuel J. Rabin, Jr.*

SAMUEL J. RABIN, JR.