UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA

v.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

       Defendant,
_____/

597 HIBISCUS LANE REVOCABLE TRUST,
314 HICKS LLC,
ALLISON DOMENEGHETTI,
OLYMPIA DE CASTRO,
G.H.D.C. (minor child),
F.H.D.C. (minor child), and
A.H.D.C. (minor child),
MARIA LUCIA HERNANDEZ,
GRAMERCY IRREVOCABLE OPERATING TRUST,
AMERICAS FIDUCIARY LTD.,
3 GRAMERCY PARK WEST LLC, and
HH MASTER SETTLEMENT TRUST,

       Third-Party Petitioners.
_____/

**UNOPPOSED MOTION TO REFER THIRD PARTY PETITIONS FOR
PRE-TRIAL MEDIATION TO MAGISTRATE JUDGE JOHN O'SULLIVAN**

Third-Party Petitioners 597 Hibiscus Lane Revocable Trust, 314 Hicks LLC, Allison Domeneghetti, Olympia De Castro, G.H.D.C, F.H.D.C., A.H.D.C., Maria Lucia Hernandez, Gramercy Irrevocable Operating Trust, Americas Fiduciary Ltd., 3 Gramercy Park West LLC, and HH Master Settlement Trust request the Court to

1

refer the third-party Petitions in this case for mediation to U.S. Magistrate Judge John O'Sullivan.

Third Party Petitioners have filed four Petitions before the Court regarding three separate properties identified as potential substitute forfeiture assets of Gustavo Hernandez. D.E. 261 (597 Hibiscus Lane, Miami); D.E. 296 (approximately $900,000 plus interest from the sale of property in Dania Beach); D.E. 383 (314 Hicks Street, New York); D.E. 418 (314 Hicks Street, New York).

The parties have agreed to mediate these matters in the hope of reaching a reasonable, just resolution and in an effort to conserve the resources of the Court, Petitioners. and the United States. Petitioners anticipate lengthy, contentious litigation requiring intervention of the Court and ultimately two or more ancillary hearings if the matters are not settled.

In order to save the Petitioners and the United States the fees which would otherwise be incurred if the mediation were to be conducted by a private mediator, the parties agreed to have a federal magistrate judge preside over the mediation and jointly request U.S. Magistrate Judge John O'Sullivan.

Petitioners have conferred with the government. It has no objection to this request; AUSA Nalina Sombuntham agrees to mediation and to a referral to U.S. Magistrate Judge John O'Sullivan.

WHEREFORE Petitioners request that the Court enter an Order referring the Third-Party Petitions to U.S. Magistrate Judge John O'Sullivan for mediation.

Respectfully submitted,

RABIN & LOPEZ, P.A.

By: /s/ Samuel J. Rabin, Jr.
Samuel J. Rabin, Jr.
Florida Bar Number 273831
Sun Trust International Center
One Southeast Third Avenue
Suite 2600
Miami, FL 33131-1715
Telephone: (305) 358-1064
Facsimile: (305) 372-1644
sjr@miamilawyer.com
*Counsel for Third-Party Petitioner Allison Domeneghetti*

MARKUS/MOSS PLLC

By: /s/ A. Margot Moss
A. Margot Moss
Florida Bar Number 091870
David Oscar Markus
Florida Bar Number 119318
40 N.W. Third Street
Miami, Florida 33128
Telephone: (305) 379-6667
Facsimile: (305) 379-6668
mmoss@markuslaw.com
dmarkus@markuslaw.com
*Counsel for Third-Party Petitioners 597 Hibiscus Lane, 314 Hicks LLC, Olympia De Castro, and G.H.D.C, F.H.D.C., and A.H.D.C.*

DEVINE GOODMAN & RASCO, LLP
2800 Ponce de Leon Blvd., Suite 1400
Coral Gables, FL 33134
Tel: 305-374-8200
Email: grasco@devinegoodman.com

/s/ Guy A. Rasco
Guy A. Rasco., Esq.
Fla. Bar No.: 727520
*Counsel for Third-Party Petitioner Olympia De Castro*


s/ Richard C. Klugh
Richard C. Klugh, Esq.
Fla. Bar No. 305294
Counsel for Petitioners
40 N.W. 3rd Street, PH1
Miami, Florida 33128
Tel. (305) 536-1191
Fax (305) 536-2170
E-Mail klughlaw@gmail.com
*Counsel for Third-Party Petitioners Maria Lucia Hernandez, Gramercy Irrevocable Operating Trust, Americas Fiduciary Ltd., 3 Gramercy Park West LLC, and HH Master Settlement Trust*