EXHIBIT A

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

Miami at 400 N Miami Ave

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>GUSTAVO HERNANDEZ FRIERI,<br>Defendant | )<br>)<br>)<br>)<br>) | Case No. 18-CR-20685-WILLIAMS |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Olympia Alencar De Castro

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| Place of Appearance: United States District Court<br>400 N. Miami Avenue<br>Miami, Florida 33128 | Courtroom No.: 11-3 (via Video Conferencing) |
| | Date and Time: 01/22/2021 2:00 pm |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Any and all documents concerning the following: (i) the establishment, management, and control of DC 2019 Irrevocable Trust, 3 Gramercy Park West, LLC, and 314 Hicks LLC; (ii) the purchase and sale of 3 Gramercy Park West Unit 2400 or Unit 2, including the location of the proceeds of the sale; (iii) the purchase of real property located at 314 Hicks Street, Brooklyn, NY 11201, including the origin of the monies used for the purchase; and (iv) litigation, discovery, and/or settlement of Olympia De Castro v. Daniel Holtz et al, Case No. 2020-000080-CA-01.

Video Conferencing Information will be provided to Olympia Alencar De Castro upon reciept from the Court.

NOTE: Pursuant to the policy of the United States District Court for the Southern District of Florida, all electronic devices, including but not limited to cellphones, pagers, PDAs, laptops, and tape recorders, are prohibited from entering any federal courthouse facility within the Southern District of Florida. Prospective jurors, seated jurors, and witnesses with a subpoena are exempt from this policy only as it pertains to cellphones, with or without cameras, and E-book readers.

*(SEAL)*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Date: 01/07/2021

*CLERK OF COURT*

Angela E. Noble

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* AUSA Kurt K. Lunkenheimer, who requests this subpoena, are:

Kurt K. Lunkenheimer
Assistant United States Attorney
99 NE 4th Street, Suite 400
Miami, Florida 33132
(305) 961-9008
kurt.lunkenheimer@usdoj.gov

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____         _____
                                            *Server's signature*

                                            _____
                                            *Printed name and title*

                                            _____
                                            *Server's address*

Additional information regarding attempted service, etc: