EXHIBIT H

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA

v.

GUSTAVO ADOLFO HERNANDEZ FRIERI,
      Defendant.
                                /

IN RE:

314 HICKS LLC,
ALLISON DOMENEGHETTI,
OLYMPIA DE CASTRO,
G.H.D.C.,
F.H.D.C., and
A.H.D.C.,
      Third-Party Petitioners.
                                /

**UNITED STATES' FIRST SET OF INTERROGATORIES TO
PETITIONER ALLISON DOMENEGHETTI**

Pursuant to 21 U.S.C. § 853, Rule 32.2 of the Federal Rules of Criminal Procedure, Rule 33 of the Federal Rules of Civil Procedure, and Local Rule 26.1(g), the United States of America (the "United States") requests that, within 30 days of service, Allison Domeneghetti ("Petitioner" or "you") produce for inspection and copying all documents and information specified herein to the undersigned Assistant United States Attorneys, at the U.S. Attorney's Office, 99 N.E. 4th Street, 7th Floor, Miami, Florida or via e-mail.  Pursuant to Rule 33 of the Federal Rules of Civil Procedure, you (and not your attorney) must sign the answers.  Personally sign the attached declaration and forward along with your answers.

## *Definitions*

1. "United States" refers to the United States of America.

2. "Petitioner," "you," or "your" refers to Allison Domeneghetti and all persons acting or purporting to act on her behalf.

3. "Subject Forfeited Asset" or the "314 Hicks Brooklyn Townhouse" refers to the following property that you have claimed in the above-captioned matter: real property located at 314 Hicks Street, Brooklyn, New York 11201.

4. "Gramercy Apartment" refers to 3 Gramercy Park West, Unit 2, New York, New York 10003.

5. "Case," "action," or "matter" refers to the ancillary forfeiture proceedings in the above-captioned case, *United States v. Gustavo Adolfo Hernandez Frieri*, Case No. 18-CR-20685-Williams/Torres, pending in the U.S. District Court in the Southern District of Florida.

6. "Defendant" refers to Gustavo Adolfo Hernandez Frieri, the defendant in the action.

7. "Claim" or "Petition" refers to your *Notice of Claim and Verified Petition and Request for Hearing To Adjudicate the Validity of Their Interest in Real Property*, filed on or about April 29, 2021, in this action (ECF No. 383).

8. "Person" includes any natural person, individual, proprietorship, association, limited liability company, joint venture, firm, partnership, corporation, estate, trust, receiver, syndicate, municipal corporation, party and/or any other form of business enterprise or legal entity, governmental body, or group of natural persons, including any employee or agent thereof.

9. "Document" means any medium upon which information or intelligence can be recorded or retrieved, including, without limitation, any written or graphic matter or other means of preserving thought or expression, and all tangible things from which information can be

processed or transcribed, including the originals and all non-identical copies, whether different from the original by reason of any notation made on such copy or otherwise, including, but not limited to, correspondence, memoranda, notes, messages, letters, telegrams, teletypes, telefaxes, electronic mail entries, bulletins, meetings or other communications, inter-office or intra-office telephone calls, daily calendar entries, diaries, chronological data, minutes, books, reports, studies, summaries, pamphlets, bulletins, printed matter, charts, ledgers, invoices, worksheets, receipts, returns, computer printouts, prospectuses, financial statements, schedules, affidavits, contracts, canceled checks, statements, transcripts, statistics, surveys, magazine or newspaper articles, releases (any and all drafts, alterations and modifications, changes and amendments of any of the foregoing), graphic or oral records or representations of any kind, including, without limitation, microfilm, photographs, charts, microfiche, videotape, recordings, motion pictures, mini-discs, floppy discs, CD-ROM discs, or mechanical or electronic recordings or representations of any kind (including without limitation, tapes, cassettes, discs, and records).  A draft or non-identical copy is a separate "document" within the meaning of this term.

10. Documents "relate" or are "relating" or are "concerning" if they constitute, contain, comprise, consist of, embody, identify, state, refer to, deal with, set forth, propose, show, evidence, disclose, describe, discuss, explain, summarize, or otherwise addresses in any way the subject matter of the request.

11. As used herein, the singular shall include the plural, the plural shall include the singular, and the masculine, feminine, and neuter shall include each of the other genders.

12. The words "and" and "or" shall be construed either conjunctively or disjunctively to bring within the scope of these requests any documents which might otherwise be construed to be outside their scope.

## *Instructions*

1. Please provide answers in accordance with Rule 33 of the Federal Rules of Civil Procedure and Local Rule 26.1(g).

2. Spaces have been provided for your answers after each interrogatory. Should additional space be required, your answers may be continued on attached separate sheet(s) of paper.

3. In each of your answers, you are requested to provide not only information in your custody and control, but also information that is reasonably available to you. In the event that you are only able to provide a partial answer to a particular interrogatory, please provide such answer and state the reason for your inability to provide additional information.

4. Specify those facts supplied by information and belief, rather than actual knowledge, and specifically describe or disclose the sources of such information and belief.

5. If you object to an interrogatory, or any portion thereof, state the reason for such objection. Please answer any portion of the interrogatory to which you do not object.

6. Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, these interrogatories are continuing in nature and you must supplement or correct a disclosure or response in a timely manner if you learn in some material respect that your disclosure or response is incomplete or incorrect, and if the additional or corrective information has not otherwise been made known to the United States during the discovery process or in writing.

**INTERROGATORY NO. 1:**

Describe in detail your work, including your position, the nature of that position, the work undertaken, salary or other compensation (including expenses paid on your behalf), and the circumstances surrounding your start and end (if applicable), organization structure, and how your work related to Defendant, Olympia De Castro, their children, or any of their family members, for all entities, companies, trusts, and other persons related to the Defendant, Olympia De Castro, their children, or any of their family members, including but not limited to the following persons (including aliases or similar names):

a. DC 2019 Irrevocable Trust;
b. 314 Hicks LLC;
c. 3 Gramercy Park West, LLC;
d. Drunken Meats;
e. Bhakta Spirits;
f. Balthazar Rex;
g. Bhakta Farms;
h. Green Mountain College;
i. Raj Bahkta;
j. Domaine Wine Select and Spirits;
k. Trinity;
l. Vine-Craft, LLC; and
m. Vinecraft Estate, LLC.

**INTERROGATORY NO. 2:**

For each of your positions identified in your response to Interrogatory No. 1, describe in detail your interaction with Defendant.

        Respectfully submitted,

        JUAN ANTONIO GONZALEZ
        ACTING UNITED STATES ATTORNEY

By:    */s/ Nalina Sombuntham and Joshua Paster*
        Joshua Paster, Court ID No. A5502616
        Nalina Sombuntham, Fla. Bar No. 96139
        Assistant United States Attorneys
        99 N.E. 4th Street, 7th Floor
        Miami, Florida 33132-2111
        Telephone: (305) 961-9224 / (305) 961-9342
        Facsimile: (305) 536-4089
        joshua.paster@usdoj.gov
        nalina.sombuntham@usdoj.gov
        *Counsel for United States of America*

Dated: May 17, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA

v.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

    **Defendant.**
_____/

IN RE:

**314 HICKS LLC,**
**ALLISON DOMENEGHETTI,**
**OLYMPIA DE CASTRO,**
**G.H.D.C.,**
**F.H.D.C., and**
**A.H.D.C.,**

    **Third-Party Petitioners.**
_____/

## **DECLARATION**

I, _____, do hereby declare, certify and verify, under penalty of perjury as provided by federal law, that I have read the foregoing Answers to the First Set of Special Interrogatories and that every answer is true and correct.

Executed on: _____      _____
                                                                                 Petitioner