**EXHIBIT K**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# CASE NO. 18-CR-20685-WILLIAMS/TORRES

**UNITED STATES OF AMERICA**

v.

**GUSTAVO ADOLFO HERNANDEZ FRIERI,**

    **Defendant.**

_____/

**IN RE:**

**314 HICKS LLC,**
**ALLISON DOMENEGHETTI,**
**OLYMPIA DE CASTRO,**
**G.H.D.C.,**
**F.H.D.C., and**
**A.H.D.C.,**

    **Third-Party Petitioners.**

_____/

## NOTICE OF TAKING DEPOSITION

    TO:    314 Hicks LLC
               Corporate Creations Network Inc., 15 North Mill Street, Nyack, New York 10960
               c/o A. Margot Moss, mmoss@markuslaw.com

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(6) and Local Rule 26.1, the United States of America will take the deposition of:

| | |
|---|---|
| Name: | 314 Hicks LLC (designated person or persons) |
| Date and Time: | Thursday, August 5, 2021, at 10 a.m. |
| Place: | United States Attorney's Office<br>99 N.E. 4th Street, 7th Floor<br>Miami, Florida 33132 (also remote via web videoconference) |

314 Hicks LLC must designate a person or persons to testify on its behalf concerning the establishment and management of the company as well as the acquisition and maintenance of real

property located at 314 Hicks Street, Brooklyn, New York 11201.  Said deposition will be taken upon oral examination before a court reporter, a notary public, or any other officer duly authorized by law to take depositions.  The deposition will continue from day to day until completed.  The deposition is being taken for the purpose of discovery, for use at trial, and for such other purposes as are permitted under the Federal Rules of Civil Procedure.

Dated: June 17, 2021

                Respectfully submitted,

                JUAN ANTONIO GONZALEZ
                ACTING UNITED STATES ATTORNEY

By:   */s/ Nalina Sombuntham and Joshua Paster*
      Joshua Paster, Court ID No. A5502616
      Nalina Sombuntham, Fla. Bar No. 96139
      Assistant United States Attorneys
      99 N.E. 4th Street, 7th Floor
      Miami, Florida 33132-2111
      Telephone: (305) 961-9224 / (305) 961-9342
      Facsimile: (305) 536-4089
      joshua.paster@usdoj.gov
      nalina.sombuntham@usdoj.gov
      *Counsel for United States of America*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via e-mail on this 17th day of June, 2021, to counsel listed below.

By: */s/ Nalina Sombuntham and Joshua Paster*
Joshua Paster
Nalina Sombuntham
Assistant United States Attorneys

Samuel J. Rabin, Jr.
Sun Trust International Center
One Southeast Third Avenue
Suite 2600
Miami, FL 33131-1715
Telephone: (305) 358-1064
Facsimile: (305) 372-1644
sjr@miamilawyer.com
*Counsel for Petitioner*
*Allison Domeneghetti*

Richard C. Klugh, Esq.
40 N.W. 3rd Street, PH1
Miami, Florida 33128
Tel. (305) 536-1191
Fax (305) 536-2170
E-Mail klughlaw@gmail.com
*Counsel for Petitioners*
*Maria Lucia Hernandez, Gramercy Irrevocable Operating Trust, Americas Fiduciary Ltd., 3 Gramercy Park West LLC, and HH Master Settlement Trust*

A. Margot Moss
MARKUS/MOSS PLLC
40 N.W. Third Street
Miami, Florida 33128
Telephone: (305) 379-6667
Facsimile: (305) 379-6668
mmoss@markuslaw.com
*Counsel for Petitioners*
*314 Hicks LLC, Olympia De Castro, and G.H.D.C, F.H.D.C., and A.H.D.C.*