EXHIBIT L

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA

v.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

    Defendant,
_____/

314 HICKS LLC,

ALLISON DOMENEGHETTI,

OLYMPIA DE CASTRO,

G.H.D.C. (minor child),

F.H.D.C. (minor child), and

A.H.D.C. (minor child),

    Third-Party Petitioners.
_____/

**NOTICE OF OBJECTION TO DEPOSITION OF
OLYMPIA DE CASTRO AND 314 HICKS LLC**

    Pursuant to United States Magistrate Judge Edwin G. Torres' Order Setting Discovery Procedures,[1] Olympia De Castro and 314 Hicks LLC, through undersigned counsel, provides this Notice of Objection to the Government's Notice of Taking Deposition of Olympia De Castro and

---

[1] It is not clear yet whether Magistrate Judge Torres intends to enter his standing discovery order in this case. However, in an abundance of caution, Olympia De Castro serves this Notice of Objection within five days of receiving the Government's deposition notice, to timely preserve her objections to the Government's deposition notice.

314 Hicks LLC, scheduled to take place on August 4 and 5, 2021. The Notice of Taking Deposition was served June 17, 2021.

The Government's requested deposition of Ms. De Castro, personally and as the representative of 314 Hicks LLC, seeks testimony that is duplicative and cumulative to testimony provided by Ms. De Castro during the course of this case and should not be permitted. *See* Fed. R. Civ. P. 26(b)(2)(C)(i) ("[T]he court must limit the frequency or extent of discovery otherwise allowed by these rules or by local rule if it determines that: (i) the discovery sought is unreasonably cumulative or duplicative, or can be obtained from some other source that is more convenient, less burdensome, or less expensive. . .").

The Government obtained multiple hours of sworn testimony from Ms. De Castro during an evidentiary hearing before Magistrate Judge Torres on February 8, 2021. During the Government's extensive questioning, Ms. De Castro answered questions relating to 314 Hicks LLC, 3 Gramercy Park West, the related entities and trusts, and associated legal documents. Following her sworn testimony on February 8, the Government reached out to counsel with follow-up questions for Ms. De Castro. On February 18, Ms. De Castro provided an affidavit answering all follow-up questions by the Government.[2]

Counsel has voiced objection to Ms. De Castro's deposition multiple times. The Government has not identified what additional information, if any, it needs from Ms. De Castro that has not already been provided through her sworn testimony, affidavit, and documents produced pursuant to the Government's subpoena served in the Gustavo Hernandez criminal case.

---

[2] The Government and counsel for Ms. De Castro agreed that Ms. De Castro would provide an affidavit to answer the Government's follow-up questions.

Requiring Ms. De Castro to be questioned again about the same subjects is unreasonably cumulative and akin to requiring Ms. De Castro to be subject to a second deposition. *See Rollins v. Cone Distrib., Inc.*, 710 F. App'x 814, 820 (11th Cir. 2017) ("[I]t was not an abuse of discretion for the district court to conclude that a second deposition of Lopez would have been duplicative or cumulative of other evidence in the record.").

        Respectfully submitted,

MARKUS/MOSS PLLC
40 N.W. Third Street
Penthouse One
Miami, Florida   33128
Tel: (305) 379-6667
Fax: (305) 379-6668
markuslaw.com

By:   /s/ A. Margot Moss
      A. Margot Moss
      Florida Bar Number 091870
      mmoss@markuslaw.com

      /s/ David Oscar Markus
      David Oscar Markus
      Florida Bar Number 119318
      dmarkus@markuslaw.com

      *Counsel for 314 Hicks LLC,*
      *Olympia De Castro, and*
      *G.H.D.C, F.H.D.C., and A.H.D.C.*