UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA,

v.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

    Defendant,

and

OLYMPIA DE CASTRO

    Third Party Petitioner

_____/

**UNOPPOSED MOTION TO EXTEND BY SIX DAYS
DEADLINE TO APPEAL (ECF#468) ORDER GRANTING
GOVERNMENT'S MOTION TO COMPEL DISCOVERY**

On August 25, 2021, Magistrate Judge Torres granted the government's motion to compel discovery responses from Third-Party Petitioner, Olympia De Castro. ECF#468. The compelled discovery consists of emails over which Ms. De Castro and her former husband, defendant Gustavo Hernandez, asserted privilege pursuant to a Joint Defense Agreement between the De Castro and Hernandez legal camps, as well as the marital privilege. The emails include communications between Mr. Hernandez, his criminal defense lawyers, and Ms. De Castro's lawyer.

Mr. Hernandez intends to appeal Magistrate Judge Torres' order. That appeal is due on September 8, 2021. Due to the death of a dear friend of undersigned counsel Jackie Perczek, we respectfully request an additional six days, until September 13, to file the appeal.

The government does not object.

                              Respectfully submitted,

                              **BLACK SREBNICK**
                              201 South Biscayne Boulevard
                              Suite 1300
                              Miami, Florida 33131
                              (305) 371-6421
                              HSrebnick@RoyBlack.com
                              JPerczek@RoyBlack.com

By:   /s/ *Howard Srebnick*
       HOWARD SREBNICK
       Florida Bar No. 919063

       JACKIE PERCZEK
       Florida Bar No. 042201