UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA,
    Plaintiff

v.

GUSTAVO ADOLFO HERNANDEZ FRIERI,
    Defendant

and

OLYMPIA DE CASTRO,
    Third Party Petitioner
_____/

## NOTICE OF APPEAL BY GUSTAVO HERNANDEZ FRIERI

    Gustavo Hernandez Frieri appeals to the United States Court of Appeals for the Eleventh Circuit from [ECF#499] the Paperless Order overruling [ECF#476] Defendant Gustavo Adolfo Hernandez Frieri's Objections to [ECF#468] United States Magistrate Judge Edwin G. Torres's Order Granting [ECF#421] the Government's Motion to Compel. *See In re Grand Jury Proc.*, 832 F.2d 554, 558 (11th Cir. 1987) (where "the putative privilege-holder has no power to compel the subpoenaed party to incur a contempt citation," "the order denying the motion to quash is indeed final with respect to the putative privilege-holder, for any prejudice he suffers as a result of disclosure will remain forever unredressed unless appeal is permitted") (citing *Perlman v. United States*, 247 U.S. 7 (1918)).

Respectfully submitted,

**BLACK SREBNICK**
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131 / (305) 371-6421

By:   /s/ *Howard Srebnick*_____
**HOWARD SREBNICK**
*HSrebnick@RoyBlack.com*
Florida Bar No. 919063

**JACKIE PERCZEK**
*JPerczek@RoyBlack.com*
Florida Bar No. 042201