FILED BY _____ D.C.
MAR 02 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANGELA E. NOBLE
Clerk of Court

Appeals Section

Date: 3/2/2022

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

ROA

IN RE:   District Court No: 18-20685-CR - KMW

U.S.C.A. No: 21-14315-JJ

Style: HERNANDEZ FRIERI V USA

**CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL**

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

    0  Volume(s) of pleadings

    0  Volume(s) of Transcripts

X   Exhibits:     0  boxes;     1  folders;

                  0  envelopes;    0  PSIs (sealed)

              ☐ other: _____

              ☐ other: _____

☑ Other:  1 ACC. FOLDER CONTAINING DE# 384, EXH. L (1)CD

☐ Other: _____

Sincerely,

Angela E. Noble, Clerk of Court

By: _Hope Huif_
        Deputy Clerk

Attachment
c: court file

S/F A-15
Rev. 10/94

☑ 400 N. Miami Avenue        ☐ 299 E. Broward Boulevard        ☐ 701 Clematis Street
   Miami, Fl 33128-7716          Ft. Lauderdale, Fl 33301           West Palm Beach, Fl 33401
   305-523-5080                   954-769-5413                       561-803-3408

APPEAL,EGT

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: 1:18-cr-20685-KMW-5
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Guruceaga et al | Date Filed: 08/16/2018 |
| Magistrate judge case number: 1:18-mj-03119-EGT | Date Terminated: 05/04/2021 |

Assigned to: Judge Kathleen M. Williams
Referred to: Magistrate Judge Edwin G. Torres

Appeals court case number: 21-14315-J

## Defendant (5)

**Gustavo Adolfo Hernandez Frieri**
18125-104
*YOB 1973, ENGLISH LANGUAGE*
*TERMINATED: 05/04/2021*

represented by **Michael S. Pasano**
Carlton Fields Jorden Burt, P.A.
100 SE 2nd Street
Suite 4000 PO Box 019101
Miami, FL 33131-9101
305-530-0050
Fax: 305-530-0055
Email: mpasano@carltonfields.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**David W. A. Chee**
U.S. Department of Justice
400 N Tampa Street
Ste 3200
Tampa, FL 33602
813-274-6039
Email: dchee@carltonfields.com
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Howard Milton Srebnick**
Black Srebnick Kornspan & Stumpf
201 S Biscayne Boulevard
Suite 1300
Miami, FL 33131
305-371-6421
Fax: 358-2006
Email: HSrebnick@RoyBlack.com

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By: Hope Hup, Deputy Clerk
Date: 3/2/22

1 of 5

                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: Retained*

**Jacqueline Perczek**
Black Srebnick Kornspan & Stumpf
201 S Biscayne Boulevard
Suite 1300
Miami, FL 33131
305-371-6421
Fax: 305-358-2006
Email: jperczek@royblack.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Michael Domenic Padula**
100 SE 2nd Street
Suite 4200
Miami, FL 33131
301-785-6794
Email: mpadula@carltonfields.com
*TERMINATED: 09/24/2019*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:U.S.C.§1956(h)CONSPIRACY TO COMMIT MONEY LAUNDERING (1) | AMENDED: Imprisonment 46 months; Supervised Release 36 months; Surrender Date 7/29/2021 at 12:00 pm. _____ PRIOR JUDGMENT: Imprisonment 46 months; Supervised Release 36 months |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:U.S.C.§1956(a)(1)(B)LAUNDERING OF MONETARY INSTRUMENTS (2-3) | Dismissed |
| 18:U.S.C.§1956(a)(2)(A)INTERNATIONAL PROMOTION MONEY LAUNDERING (4) | Dismissed |
| 18:U.S.C.§1956(a)(3) INTERSTATE AND FOREIGN TRAVEL IN AID OF RACKETEERING (7) | Dismissed |

### Highest Offense Level (Terminated)
Felony

| Complaints | Disposition |
|---|---|
| 18:1956(h) & 1956(a)(2) Conspiracy to Committ Money Laundering: 18:1952 Interstate and Foreign Travel in Aid of Racketeering Enterprises. | |

### Plaintiff

| | | |
|---|---|---|
| USA | represented by | **Francisco Raul Maderal , Jr.**<br>United States Attorney's Office<br>Southern District of Florida<br>99 N.E. 4th Street<br>Miami, FL 33132<br>(305) 961-9159<br>Fax: (305) 530-7976<br>Email: francisco.maderal@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
| | | **Gwendolyn A. Stamper**<br>US Department of Justice<br>1400 New York Avenue NW, 11th floor<br>Washington, DC 20005<br>(202) 598-2335<br>Email: gwendolyn.stamper@usdoj.gov<br>*TERMINATED: 03/04/2019*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
| | | **Kurt K. Lunkenheimer**<br>US Attorney's Office<br>99 NE 4th Street<br>Miami, FL 33132<br>(305) 961-9008<br>Email: kurt.lunkenheimer@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Nalina Sombuntham**<br>US Attorney's Office<br>Southern District of Florida<br>99 N.E. 4th Street |

Miami, FL 33132
305-961-9224
Email: nalina.sombuntham2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Sandra L. Moser**
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Ave NW, Room 3204
Washington, DC 20005
202-353-0822
Email: sandra.moser2@usdoj.gov
*TERMINATED: 09/05/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Joshua Paster**
US Attorney's Office
Miami, FL
305-961-9342
Email: joshua.paster@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Michael Brian Nadler**
Stumphauzer, Foslid, Sloman, Ross, and Kolaya
2 S. Biscayne Blvd
Suite 1600
Miami, FL 33131
305-614-1400
Email: mnadler@sfslaw.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Nicole Grosnoff**
U.S. Attorney's Office
Southern District of Florida
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9294
Email: nicole.s.grosnoff@usdoj.gov
*TERMINATED: 11/16/2020*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Paul A. Hayden**

US Department of Justice
Criminal Division Fraud Section
1400 New York Avenue NW
Washington, DC 20005
202-353-9370
Email: paul.hayden2@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/29/2021 | (384) | NOTICE OF CONVENTIONAL FILING OF DVD by Gustavo Adolfo Hernandez Frieri (dj) (Additional attachment(s) added on 4/30/2021: # 1 SUPPLEMENTAL ATTACHMENT) (dj). (Entered: 04/30/2021) *See Acc. Folder (1) CD* |