UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS

UNITED STATES OF AMERICA

v.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

    Defendant,

and

OLYMPIA DE CASTRO,

    Third Party Petitioner,

597 HIBISCUS LANE REVOCABLE TRUST,

    Third Party Petitioner.

_____/

**NOTICE OF APPEAL**

    Third Party Petitioners Olympia De Castro and 597 Hibiscus Lane Revocable Trust hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the final order of forfeiture, entered in this matter on March 28, 2022 (docket entry 585), and from the order adopting the report of the magistrate judge on motion to dismiss, entered February 4, 2022 (docket entry 539), and the order denying motion to alter judgment, entered March 23, 2022 (docket entry 581),

                                Respectfully submitted,

April 8, 2022                               MARKUS/MOSS PLLC
                                            40 N.W. Third Street
                                            Penthouse One
                                            Miami, Florida 33128
                                            Tel: (305) 379-6667
                                            Fax: (305) 379-6668
                                            markuslaw.com

By: /s/ A. Margot Moss
A. Margot Moss
Florida Bar Number 091870
mmoss@markuslaw.com

/s/ David Oscar Markus
David Oscar Markus
Florida Bar Number 119318
dmarkus@markuslaw.com