UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA

v.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

    Defendant.

**UNITED STATES' NOTICE ON FORFEITURE**

The United States of America, through the undersigned Assistant U.S. Attorneys, hereby files this notice on forfeiture.

On February 4, 2020, the Court entered a Preliminary Order of Forfeiture against Defendant Gustavo Adolfo Hernandez Frieri ("Defendant"), imposing a forfeiture money judgment in the amount of $12,330,000 in U.S. currency.

In a related civil forfeiture action, *United States of America v. One 1999 135-Foot Baglietto Yacht et al.*, 1:19-cv-24249-KMW (S.D. Fla.) ("Parallel Civil Forfeiture Action"), the United States sought to forfeit, among other defendants *in rem*, the real property located at 2101 South Surf Road, Unit 2E, Hollywood, Florida ("Sage Condo"). Claimant Land Trust TH 041117 filed a notice of claim and an answer and affirmative defenses, claiming to be an innocent owner of the Sage Condo.

On or about February 15, 2023, the Court approved a stipulation and settlement agreement in the Parallel Civil Forfeiture Action between the United States and Land Trust TH 041117 ("Agreement"). (Civil FF, ECF No. 152.) Under the terms of the Court-approved Agreement, Land Trust TH 041117 agreed to pay the United States $120,000.00 ("Settlement Payment"), and in

exchange, the United States agreed to dismiss the Parallel Civil Forfeiture Action against the Sage Condo. (*See* Agreement ¶¶ 12-14, Civil FF, ECF No. 138-1.) The United States further agreed that upon receipt of the Settlement Payment and subsequent dismissal of the Sage Condo, the United States would apply the Settlement Payment towards Defendant's outstanding forfeiture money judgment.

On or about April 25, 2023, the United States received a check for $120,000, constituting the Settlement Payment. On or about April 27, 2023, the United States and Land Trust TH 041117 filed a stipulation of dismissal of the Sage Condo from the Parallel Civil Forfeiture Action. (Civil FF, ECF No. 165.)

Accordingly, the United States files this notice advising the Court that the Settlement Payment is being applied towards Defendant's outstanding forfeiture money judgment. The balance on Defendant's forfeiture money judgment now is $11,384,538.65.[1]

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:  */s/ Nalina Sombuntham and Joshua Paster*
Joshua Paster, Court ID No. A5502616
Nalina Sombuntham, Fla. Bar No. 96139
Assistant United States Attorneys
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9224 / (305) 961-9342
Facsimile: (305) 536-4089
joshua.paster@usdoj.gov
nalina.sombuntham@usdoj.gov
*Counsel for United States of America*

---

[1] All other preliminarily forfeited property are pending notice, pending sale, subject to pending third-party claims, or pending an appeal before the Eleventh Circuit.