UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA

vs.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

       Defendant.

_____/

IN RE:

OLYMPIA DE CASTRO,
314 HICKS LLC,
ALLISON DOMENEGHETTI,
G.H.D.C. (minor child),
F.H.D.C. (minor child),
A.H.D.C. (minor child),
MARIA LUCIA HERNANDEZ,
GRAMERCY IRREVOCABLE OPERATING TRUST,
AMERICAS FIDUCIARY LTD.,
3 GRAMERCY PARK WEST LLC, and
HH MASTER SETTLEMENT TRUST,

       Third-Party Petitioners.

_____/

## ORDER

THIS CAUSE is before the Court upon motion of the United States of America for approval

of a *Stipulation and Settlement Agreement on (i) 597 Hibiscus Lane, Miami, FL; (ii)*

*Approximately $900,000 Plus Interest; and (iii) 314 Hicks Street, Brooklyn, NY* between the

United States and Third-Party Petitioners Olympia De Castro, 314 Hicks LLC, Allison

Domeneghetti, G.H.D.C. (minor child), F.H.D.C. (minor child), A.H.D.C. (minor child), Maria

Lucia Hernandez, Gramercy Irrevocable Operating Trust, Americas Fiduciary Ltd., 3 Gramercy

Park West LLC, and HH Master Settlement Trust, with counsel (collectively, "Petitioners") (the "Motion"). Being fully advised in the premises and based on the United States' Motion and record in this matter, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.      The United States' Motion is **GRANTED.**

2.      The *Stipulation and Settlement Agreement on (i) 597 Hibiscus Lane, Miami, FL; (ii) Approximately $900,000 Plus Interest; and (iii) 314 Hicks Street, Brooklyn, NY*, entered into between the United States and Petitioners (attached as Exhibit 1 to the Motion) is **APPROVED.**

3.      The Court will retain jurisdiction over this matter and the Parties to enter such further orders as may be necessary.

**DONE AND ORDERED**, in Chambers, at Miami, Florida this ⁹ᵗ day of January 2024.

HON. KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE