```
                                              PAGE:    1
                           ACCOUNT:       054 09/30/2016
                           DOCUMENTS:       0




                  GLOBAL SECURITIES TRADE FINANCE

                            ΕZ

                  CLASS C




=========================================================================
                  BUSINESS ACCOUNT    6054
=========================================================================


                              LAST STATEMENT 08/31/16   6,907,854.50
AVG AVAILABLE BALANCE      4,607,812.00        CREDITS            .00
                                        5 DEBITS       3,000,075.00
                              THIS STATEMENT 09/30/16   3,907,779.50

              - - - - - - - - OTHER DEBITS - - - - - - - -
DESCRIPTION                                       DATE        AMOUNT
Wire Transfer Fee 33695                           09/01         35.00
Wire Transfer,33695                               09/01   2,000,000.00
Wire Transfer Fee 34730                           09/22         25.00
Wire Transfer,34730                               09/22   1,000,000.00
SERVICE CHARGE                                    09/30         15.00

          - - - - - - - - - I N T E R E S T - - - - - - - - - -

AVERAGE LEDGER BALANCE:         .00  INTEREST EARNED:            .00
INTEREST PAID THIS PERIOD:      .00  DAYS IN PERIOD:
                                     ANNUAL PERCENTAGE YIELD EARNED:   .00%

       - - - ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD - - -

          TOTAL CHARGE FOR MAINTENANCE FEE:              15.00

       - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

       ******************************************************************
       *                    |   TOTAL FOR  |      TOTAL          *
       *                    |  THIS PERIOD | YEAR TO DATE        *
       *--------------------------------------------------------*
       * TOTAL OVERDRAFT FEES:   |    $.00     |       $.00      *
       *--------------------------------------------------------*
       * TOTAL RETURNED ITEM FEES:  |   $.00    |      $.00      *
       ******************************************************************
```

Case 1:18-cr-20685-KMW   Document 715-4   Entered on FLSD Docket 07/02/2024   Page 2 of 4

* * *  C O N T I N U E D  * * *

```
                                                      PAGE:      2
                            ACCOUNT:           6054  09/30/2016
                            DOCUMENTS:            0



            GLOBAL SECURITIES TRADE FINANCE

===============================================================================
                 BUSINESS ACCOUNT    6054
===============================================================================
              - - - - - - - DAILY BALANCE  - - - - - - -
 DATE..........BALANCE      DATE..........BALANCE      DATE..........BALANCE
 09/01    4,907,819.50      09/22    3,907,794.50      09/30    3,907,779.50
```

**Balancing Your Checking Account**
This form will assist you in balancing your checking account. Please complete all the information for the Statement Balance and Register Balance forms, and click the Calculate Balance buttons near the bottom of the page. **When the Adjusted Statement and Adjusted Check Register Balances at the bottom of the page equals each other, you have balanced your checking account.** If they do not equal each other, make sure all the information entered is correct and complete, and calculate and compare balances again.

| Statement Balance Adjustment |
|---|

**Step 1: Enter Ending Balance of Statement:**

**Step 2:**
Go through your check copies/stubs or check register and mark off each check listed as paid, as well as deposits and withdrawals, on your statement. If you have written a check, deposited funds/money, or made withdrawals not listed on your statement, follow the instructions below to complete the fill-in section.

- Enter type of transaction (unpaid checks, deposits, and withdrawals) shown in your register and not on your statement.
- Enter amount of the transaction
- The BALANCE column is computed for you when you click the CALCULATE BALANCE button near the bottom of the page

| Transaction | Amount | Balance |
|---|---|---|
| ATM Deposit ▼ | | |
| ATM Deposit ▼ | | |
| ATM Deposit ▼ | | |
| ATM Deposit ▼ | | |
| ATM Deposit ▼ | | |
| ATM Deposit ▼ | | |
| ATM Deposit ▼ | | |
| ATM Deposit ▼ | | |
| ATM Deposit ▼ | | |
| ATM Deposit ▼ | | |
| ATM Deposit ▼ | | |
| ATM Deposit ▼ | | |
| ATM Deposit ▼ | | |
| ATM Deposit ▼ | | |
| ATM Deposit ▼ | . | |

**Step 3:**
Click "Calculate Balance", and your final account balance will be displayed.

[Calculate Balance]   [Reset Form]

**Adjusted Statement Balance:**

| Register Balance Adjustment |
|---|

**Step 1: Enter Check Register Balance:**

**Step 2:**
Go through your checkbook register and compare recorded items to your statement. If ATM transactions, interest, fees/charges, incoming transfers (to your checking account), and outgoing transfers (from your checking account) are not recorded already in your checkbook register, follow the instructions below to complete the fill-in section.

- Enter type of transaction (ATM, interest, fee/charge, and transfers) shown on your statement and not in your register.
- Enter amount of the transaction
- The BALANCE column is computed for you when you click the CALCULATE BALANCE button near the bottom of the page

| Transaction | Amount | Balance |
|---|---|---|
| ATM Deposit ▼ | | |
| ATM Deposit ▼ | | |
| ATM Deposit ▼ | | |
| ATM Deposit ▼ | | |
| ATM Deposit ▼ | | |
| ATM Deposit ▼ | | |
| ATM Deposit ▼ | | |
| ATM Deposit ▼ | | |
| ATM Deposit ▼ | | |
| ATM Deposit ▼ | | |
| ATM Deposit ▼ | | |
| ATM Deposit ▼ | | |
| ATM Deposit ▼ | | |
| ATM Deposit ▼ | | |
| ATM Deposit ▼ | . | |

**Step 3:**
Click "Calculate Balance", and your final book balance will be displayed.

[Calculate Balance]   [Reset Form]

**Adjusted Check Register Balance:**