



**Estado de Cuenta - CUENTA CORRIENTE**

| | |
|---|---|
| NIT: | 279-4 |

CUENTA No.   9576-1
FECHA DE CORTE: 30/09/2016

**GSM COLOMBIA SAS**

**BOGOTA - BOGOTA D.C.**

| SOBREGIRO | TASA E.A. |
|---|---|
| Tasa de Interés | 31.73% |

| RESUMEN | |
|---|---|
| SALDO ANTERIOR | 6,039,652.81 |
| + 4 CREDITOS | 5,948,504,780.00 |
| - 29 DEBITOS | 3,984,002,045.11 |
| SALDO ACTUAL | 1,970,542,387.70 |
| SALDO PROMEDIO | 3,337,123,671.38 |

Pásate al Extracto Digital y así tu próximo extracto podrá ser más Rápido, Seguro, Oportuno y Ecológico!
Lo invitamos a declarar y cancelar el Impuesto sobre la Renta y Complementarios para persona natural, según los dos últimos dígitos de su cédula, entre el 3 y el 19 de Octubre. Además, el Impuesto Retefuente, Reteiva, Autoretención Cree mensual y Timbres Agente de Retención, a partir del 11 de Octubre, según el último dígito de su NIT. Conozca las fechas de vencimiento de los impuestos y realice el pago electrónico en: www.bancodeoccidente.com.co/impuestosnacionales

| DIA | TRANSACCION | IDENT. | DEBITOS | CREDITOS | SALDO |
|---|---|---|---|---|---|
| 01 | CONSIGNACION EN CHEQUE OF | 000 | 0.00 | 157,500,000.00 | 163,539,652.81 |
| 01 | - GSM COLOMBIA - | | | | |
| 02 | CHEQUE PAGADO CANJE | 850446 | 100,000,000.00 | 0.00 | 63,539,652.81 |
| 02 | GMF | 0000000 | 400,000.00 | 0.00 | 63,139,652.81 |
| 05 | PAGO CHEQUE OFICINA | 850447 | 20,000,000.00 | 0.00 | 43,139,652.81 |
| 05 | CHEQUE PAGADO CANJE | 850448 | 30,000,000.00 | 0.00 | 13,139,652.81 |
| 05 | DEVOLUCION CH CANJE BR | 850448 | 0.00 | 30,000,000.00 | 43,139,652.81 |
| 05 | GMF | 0000000 | 200,000.00 | 0.00 | 42,939,652.81 |
| 05 | GMF | 0000000 | 0.00 | 120,000.00 | 43,059,652.81 |
| 06 | ABONO DE OPERACIONES NO FINANCIADAS | M088162 | 0.00 | 5,760,884,780.00 | 5,803,944,432.81 |
| 06 | NOTA DEBITO OPERACIONES COMEX | M405184 | 176,178.00 | 0.00 | 5,803,768,254.81 |
| 06 | CHEQUE PAGADO CANJE INTERNO | 850449 | 1,351,336,020.00 | 0.00 | 4,452,432,234.81 |
| 06 | GMF | 0000000 | 5,406,048.79 | 0.00 | 4,447,026,186.02 |
| 07 | CHEQUE PAGADO CANJE | 850448 | 30,000,000.00 | 0.00 | 4,417,026,186.02 |
| 07 | CHEQUE PAGADO CANJE | 850453 | 192,084,858.00 | 0.00 | 4,224,941,328.02 |
| 07 | GMF | 0000000 | 888,339.43 | 0.00 | 4,224,052,988.59 |
| 08 | PAGO CHEQUE OFICINA | 850451 | 17,915,142.00 | 0.00 | 4,206,137,846.59 |
| 08 | CHEQUE PAGADO CANJE | 850450 | 30,000,000.00 | 0.00 | 4,176,137,846.59 |
| 08 | CHEQUE PAGADO CANJE | 850452 | 17,758,759.00 | 0.00 | 4,158,379,087.59 |
| 08 | GMF | 0000000 | 262,695.61 | 0.00 | 4,158,116,391.98 |
| 12 | PAGO CHEQUE OFICINA | 850454 | 3,520,000.00 | 0.00 | 4,154,596,391.98 |
| 12 | GMF | 0000000 | 14,080.00 | 0.00 | 4,154,582,311.98 |
| 13 | CHEQUE PAGADO CANJE | 850455 | 5,000,000.00 | 0.00 | 4,149,582,311.98 |
| 13 | GMF | 0000000 | 20,000.00 | 0.00 | 4,149,562,311.98 |
| 20 | PAGO CHEQUE OFICINA | 850456 | 150,000.00 | 0.00 | 4,149,412,311.98 |
| 20 | GMF | 0000000 | 600.00 | 0.00 | 4,149,411,711.98 |
| 21 | CHEQUE PAGADO CANJE | 850457 | 26,858,758.00 | 0.00 | 4,122,552,953.98 |
| 21 | GMF | 0000000 | 107,435.03 | 0.00 | 4,122,445,518.95 |
| 29 | CHEQUE PAGADO CANJE | 850459 | 1,329,812.00 | 0.00 | 4,121,115,706.95 |
| 29 | CHEQUE PAGADO CANJE | 850458 | 2,000,000,000.00 | 0.00 | 2,121,115,706.95 |
| 29 | GMF | 0000000 | 8,005,319.25 | 0.00 | 2,113,110,387.70 |
| 30 | CHEQUE PAGADO CANJE | 850461 | 10,000,000.00 | 0.00 | 2,103,110,387.70 |
| 30 | CHEQUE PAGADO CANJE | 850462 | 132,000,000.00 | 0.00 | 1,971,110,387.70 |
| 30 | GMF | 0000000 | 568,000.00 | 0.00 | 1,970,542,387.70 |

VIGILADO SUPERINTENDENCIA FINANCIERA DE COLOMBIA

En caso de mora inferior a dos (2) años, la permanencia del reporte negativo no podrá superar el doble de la mora, contados a partir de la fecha en que sean pagadas las cuotas vencidas o sea pagada la obligación vencida.
En caso de mora igual o superior a dos (2) años, la permanencia del reporte negativo será de cuatro (4) años, contados a partir de la fecha en que sean pagadas las cuotas vencidas o sea pagada la obligación vencida.

ESTE PRODUCTO CUE   . Cualquier Inconformidad con este extracto favor comunicarla a la Revisoría Fiscal KPMG LTDA,
*ESOS CARGOS ESTAN SUJETOS A LA CONTRIBUCIÓN DEL 4 X MIL.
Consultas y trámite de requerimientos: Linea de Servicio al Cliente   , Bogotá **307 7027**, Buzón:   . Defensor del Consumidor Financiero:
LINA

Página 1 de 1