Bogotá D.C., 4 de mayo de 2021

**Ref.:** Carta anexa No. 2 al contrato de crédito suscrito entre GSM Colombia S.A.S. En Liquidación y Refinancia S.A.S. suscrito el 29 de junio de 2018, según el mismo ha sido modificado de tiempo en tiempo

Solicitud de GSM Colombia S.A.S. En Liquidación para modificar las fechas de pago del Préstamo a cargo de Refinancia S.A.S., e instrucciones de giro.

Hacemos referencia al contrato de crédito de fecha 29 de junio de 2018 suscrito entre GSM Colombia S.A.S. En Liquidación y Refinancia S.A.S., en virtud del cual GSM Colombia S.A.S. En Liquidación otorgó a Refinancia S.A.S. un préstamo por la suma de capital de $2.809.238.519 (el "Préstamo"), Contrato que fue modificado mediante otrosí integral de fecha 19 de marzo de 2019 (el "Contrato"), y a la carta anexa al Contrato suscrita entre GSM Colombia S.A.S. En Liquidación y Refinancia S.A.S. el pasado 26 de febrero de 2021 (la "Carta Anexa No. 1").

Por medio de esta carta (la "Carta Anexa No. 2"), se deja constancia que Refinancia S.A.S. manifestó y declaró a GSM Colombia S.A.S. En Liquidación que, para el 31 de marzo de 2021, contaba con la disponibilidad inmediata de los recursos necesarios para la realización del pago de la primera cuota correspondiente al cincuenta por ciento (50%) del capital total adeudado, esto es la suma de $1.404.619.259,5, más los intereses correspondientes a dicha porción del capital causados hasta el 31 de marzo de 2021 (a una tasa del 12% efectivo anual), en los términos acordados entre Refinancia S.A.S. y GSM Colombia S.A.S. En Liquidación en la Carta Anexa No. 1.

Por su parte, GSM Colombia S.A.S. declara y reconoce que, por solicitud suya, la fecha de pago de dicha primera cuota y de la suma correspondiente a los intereses causados y pendientes de la Prima de Estructuración, por un valor de COP38.734.686,73, prevista para el 31 de marzo de 2021, conforme con lo establecido en la Carta Anexa No. 1, debe ser modificada, por lo que las Partes, de común acuerdo, establecen la nueva fecha de pago para el 7 de mayo de 2021.

Como consecuencia de lo anterior, las Partes acordaron congelar el valor de capital e intereses de la primera cuota de pago del Préstamo y de los intereses causados y pendientes de la Prima de Estructuración, por lo que GSM Colombia S.A.S. En Liquidación reconoce y acepta que el valor de la primera cuota de pago *más* los intereses causados y pendientes de la Prima de Estructuración, asciende a la suma única y total de COP1.892.351.136,67.

Adicionalmente, mediante la presente Carta Anexa No. 2, las Partes acuerdan modificar igualmente la fecha de pago de la segunda cuota correspondiente al saldo final del Préstamo, equivalente al cincuenta por ciento (50%) del capital total adeudado, esto es la suma de COP1.404.619.259,5, más los intereses correspondientes a dicho saldo del capital (causados y calculados hasta el 7 de mayo de 2021). En tal virtud, la fecha de pago de esta segunda cuota es modificada de común acuerdo entre las Partes y establecida igualmente para el 7 de mayo de 2021, para ser pagada junto con la primera cuota y en un solo contado, según lo dispuesto en la presente Carta Anexa No. 2.

1

De acuerdo con lo mencionado anteriormente, las Partes acuerdan y aceptan que el 7 de mayo de 2021, Refinancia S.A.S. realizará el pago total del Préstamo en un solo contado, por un valor de capital correspondiente a COP2.809.238.519 *más* intereses por una suma equivalente a COP914.508.194,05, junto con los intereses causados y pendientes de la Prima de Estructuración por un valor de COP38.734.686,73, para un valor total y único a pagar de COP3.762.481.399,79.

En tal virtud, Refinancia S.A.S. realizará el pago conforme con las instrucciones que GSM Colombia S.A.S. otorga a continuación. Ante la imposibilidad de GSM Colombia S.A.S. En Liquidación de recibir el pago del valor total del Préstamos conforme con lo establecido anteriormente, GSM Colombia S.A.S. En Liquidación (i) solicita expresamente a Refinancia S.A.S. modificar nuevamente la fecha de pago correspondiente hasta el 7 de mayo de 2021, por lo que el Contrato se entenderá igualmente modificado en este sentido; y (ii) instruye a Refinancia S.A.S., para realizar el pago total del Préstamo, conforme con lo establecido en esta Carta Anexa No. 2, de acuerdo con las siguientes instrucciones de giro:

- Cuenta de Ahorros Empresarial #                    2596
  Banco BBVA
  Titular: Collection CF S.A.S.  NIT

En virtud de lo anterior, GSM Colombia S.A.S. En Liquidación declara y reconoce que Refinancia no ha incurrido, ni incurrirá, en ningún incumplimiento del Contrato, según ha sido modificado de tiempo en tiempo, ni de ninguno los acuerdos posteriores al mismo, incluyendo sin limitación la Carta Anexa No. 1, con ocasión del cambio en las fechas de pago previstas en la Carta Anexa No. 1 y de las instrucciones de giro otorgadas, de conformidad con lo dispuesto en el presente documento.

Para efectos de todo lo anterior, las Partes entienden y acuerdan que suscribirán todos los documentos a los que haya lugar que reflejen y perfeccionen los acuerdos establecidos en la presente Carta Anexa No. 2. Así mismo, una vez cumplidas las obligaciones de pago bajo el Préstamo a cargo de Refinancia S.A.S., GSM Colombia S.A.S. En Liquidación devolverá a Refinancia S.A.S. el pagaré inicialmente otorgado por ésta a favor de aquella.

Así, las Partes dejan expresa constancia y reconocen que, a la fecha de la presente Carta Anexa No. 2, ninguna de ellas ha incurrido en ningún incumplimiento del Contrato ni de sus modificaciones, así como tampoco de las condiciones de pago del Préstamo.

La presente carta se suscribe 4 de mayo de 2021.

Por Refinancia S.A.S.                              Por GSM Colombia S.A.S. -En Liquidación-

_____                            _____
A        V        G                                M.    H.    H.         F.
C.C. No.                                           C.C. No.
Representante legaL                                Representante legal suplente
Refinancia S.A.S.                                  GSM Colombia S.A.S.

3