

COLLECTION CF SAS .
.
BOGOTA DISTRITO CAPITAL- COLOMBIA



38552   15139    Oficina: 0337

## Extracto de Cuenta
### CUENTA DE AHORROS EMPRESARIAL

Este 19 de junio desde las 11:00 p.m. hasta las 7:00 a.m. del 20 de junio, nuestros canales transaccionales: BBVA móvil, BBVA Wallet y BBVA net estarán inhabilitados por mantenimiento.

### Información de la oficina

DIRECCIÓN:
TELÉFONO:

PERÍODO DESDE: 01-05-2021 HASTA: 31-05-2021

### Información de la cuenta

| | |
|---|---|
| Número de cuenta | 2596 |
| Fecha de corte | 31-05-2021 |
| Pagos de intereses desde | 0.00 |
| Saldo promedio mensual | 1,404,760,818.40 |

### Resumen de movimientos

| Concepto | No. | Valor | Concepto | No. | Valor |
|---|---|---|---|---|---|
| SALDO CIERRE MES ANTERIOR | | 0.00 | - IVA | | 0.00 |
| + ABONOS | 2 | 3,696,254,399.00 | - 4 POR MIL | 7 | 14,515,939.00 |
| + INTERESES RECIBIDOS | 1 | 816,868.00 | - RETENCIONES | 1 | 57,181.00 |
| - CARGOS | 7 | 3,628,984,905.36 | SALDO FINAL | | 53,513,241.64 |

### Detalles de transacciones

| Movimiento | Fecha operación | Fecha valor | Concepto | Cargos | Abonos | Saldo |
|---|---|---|---|---|---|---|
| 2 | 07-05-2021 | 07-05-2021 | ABONO DOMI. PAGO PROV900060442 REFIN | | 3,695,754,399.00 | 3,695,754,399.00 |
| 3 | 13-05-2021 | 13-05-2021 | IMPUESTO DECRETO | 7,999,790.00 | | 3,687,754,609.00 |
| 4 | 13-05-2021 | 13-05-2021 | CARGO TRANSFERENCIAS EMITIDAS MET485630 | 1,999,947,396.00 | | 1,687,807,213.00 |
| 5 | 20-05-2021 | 20-05-2021 | IMPUESTO DECRETO | 1,600.00 | | 1,687,805,613.00 |
| 6 | 20-05-2021 | 20-05-2021 | RETIRO CAJERO BBVA A7224 | 400,000.00 | | 1,687,405,613.00 |
| 7 | 20-05-2021 | 20-05-2021 | IMPUESTO DECRETO | 8.00 | | 1,687,405,605.00 |
| 8 | 20-05-2021 | 20-05-2021 | COMISION RET. CAJERO BBVA | 2,100.00 | | 1,687,403,505.00 |
| 9 | 20-05-2021 | 20-05-2021 | IMPUESTO DECRETO | 1,600.00 | | 1,687,401,905.00 |
| 10 | 20-05-2021 | 20-05-2021 | RETIRO CAJERO BBVA A7224 | 400,000.00 | | 1,687,001,905.00 |
| 11 | 20-05-2021 | 20-05-2021 | IMPUESTO DECRETO | 8.00 | | 1,687,001,897.00 |
| 12 | 20-05-2021 | 20-05-2021 | COMISION RET. CAJERO BBVA | 2,100.00 | | 1,686,999,797.00 |
| 13 | 20-05-2021 | 20-05-2021 | IMPUESTO DECRETO | 586,063.00 | | 1,686,413,734.00 |
| 14 | 20-05-2021 | 20-05-2021 | CARGO TRANSFERENCIAS EMITIDAS MET486777 | 146,515,874.36 | | 1,539,897,859.64 |
| 15 | 21-05-2021 | 21-05-2021 | DEPOSITO EN EFECTIVO | | 500,000.00 | 1,540,397,859.64 |
| 16 | 26-05-2021 | 26-05-2021 | IMPUESTO DECRETO | 5,926,870.00 | | 1,534,470,989.64 |
| 17 | 26-05-2021 | 26-05-2021 | CARGO TRANSFERENCIAS EMITIDAS MET486782 | 1,481,717,435.00 | | 52,753,554.64 |
| | 31-05-2021 | 31-05-2021 | ABONO INTERESES GANADOS | | 816,868.00 | 53,570,422.64 |
| | 31-05-2021 | 31-05-2021 | CARGO RETEFUENTE INTERESES | 57,181.00 | | 53,513,241.64 |

- En cumplimiento de lo dispuesto en la Ley Habeas Data, 1266 de 2008, nos permitimos comunicarte que los datos contenidos en los extractos, que incluyen el monto de la obligación, sus cuotas y fecha de exigibilidad, podrán ser reportados a las Centrales de Información Financiera. Si aparecen cuotas vencidas, pasados veinte (20) días contados a partir del envío de estos datos en los extractos, se generará el reporte negativo sobre incumplimiento ante las Centrales de Información Financiera por el término Legal.
- Tenemos en cuenta tus pagos desde el momento en que los efectúas, pero si los realizas después de la fecha de corte, se reflejan en el próximo estado de cuenta. Puedes consultar el valor de la próxima cuota a pagar, en nuestras oficinas o en la Línea BBVA.
- Si realizas tu pago con cheque, debes girarlo a nombre de BBVA Colombia, NIT 860.003.020-1, colocando al respaldo el número de tu obligación y tus datos personales.
- Puedes resolver inquietudes adicionales en las Oficinas BBVA o ingresar a www.bbva.com.co, BBVA net, BBVA net cash; por tanto, si no los recibes en email o físico, no estás eximido de efectuar el pago en la fecha prevista.
- Para informarte sobre tus créditos, vencimientos, ofertas de nuevos productos y servicios, es importante que mantengas actualizada en BBVA tu dirección electrónica y física, los números telefónicos de contacto, así como la documentación que BBVA requiera.
- Tus pagos oportunos, se constituyen en excelentes referencias crediticias, financieras y/o comerciales, y te evitan costos adicionales por honorarios de cobranza e intereses de mora, que se descontarán de los pagos que efectúes, según el siguiente orden: gastos (incluye los ocasionados por la cobranza prejudicial, extrajudicial y/o judicial), intereses de mora, intereses corrientes y capitales. Los intereses de mora, serán liquidados a la tasa que se encuentre vigente en cada uno de los periodos en que se presente mora.
- Para mayor información sobre la política de cobranza de BBVA, puedes ingresar a www.bbva.com.co, en la sección Información de Interés.
- Contamos con Defensoría del Consumidor Financiero, cuyo Defensor Principal es el Doctor Guillermo Enrique Dajud Fernández, ubicado en la Carrera 9 No. 72 – 21 piso 6 en Bogotá D.C., teléfono:3438385 y email: defensoria.bbvacolombia@bbva.com.co. El horario de atención telefónica: lunes a viernes de 8:30 a.m. a 5:30 p.m., jornada continua.
- Para mayor información sobre el Servicio al Consumidor Financiero de BBVA, atención preferencial al cliente y otras instancias de atención, puedes ingresar a www.bbva.com.co, en la sección Información Corporativa.
- No olvides tener en cuenta las recomendaciones de seguridad para los diferentes canales de atención de BBVA, puedes consultarlas en www.bbva.com.co, en la sección Seguridad.
- Puedes resolver inquietudes adicionales en las Oficinas BBVA o ingresar a www.bbva.com.co o en la Línea BBVA: Bogotá: (1) 4010000, Barranquilla: (5) 3503500, Medellín: (4) 4938300, Cali: (2) 8892020, Bucaramanga: (7) 6304000 o desde el resto del país al 018000912227.
- Comunica cualquier inconformidad con la información incluida en este extracto, a nuestros Revisores Fiscales KPMG S.A.S, email: colombia@kpmg.com.co.



Este producto cuenta con Seguro de Depósitos Fogafín. El campo retenciones contiene la sumatoria del total de retenciones practicadas por el Banco por todo concepto.

BBVA Colombia Establecimiento Bancario.

VIGILADO SUPERINTENDENCIA FINANCIERA DE COLOMBIA

Página 1 de 1

V1